C.D. Michel – SBN 144258
Sean A. Brady – SBN 262007
Anna M. Barvir – SBN 268728
Matthew D. Cubeiro – SBN 291519
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIM RHODE, GARY BRENNAN, CORY HENRY, EDWARD JOHNSON, SCOTT LINDEMUTH, RICHARD RICKS, DENISE WELVANG, ABLE'S SPORTING, INC., a Texas corporation, AMDEP HOLDINGS, LLC, a Florida limited liability company d/b/a AMMUNITION DEPOT, R & S FIREARMS, INC., an Arizona corporation d/b/a SAM's SHOOTERS EMPORIUM, and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, a California corporation,<br>                    Plaintiffs,<br>        v.<br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br>                    Defendant. | Case No.: 3:18-cv-802-JM-JMA<br><br>**NOTICE OF APPEARANCE OF SEAN A. BRADY FOR PLAINTIFFS** |

PLEASE TAKE NOTICE that Sean A. Brady hereby enters his appearance as counsel for Plaintiffs Kim Rhode, Gary Brennan, Cory Henry, Edward Johnson, Scott Lindemuth, Richard Ricks, Denise Welvang, Able's Sporting, Inc., AMDEP Holdings, LLC, R&S Firearms, Inc., and California Rifle & Pistol Association, Incorporated. Mr. Brady is a member of the State Bar of California and is admitted to practice in Southern District of California. His contact information is as follows:

> Sean A. Brady
> Michel & Associates, P.C.
> 180 East Ocean Blvd., Suite 200
> Long Beach, CA 90802
> Telephone: (562) 216-4444
> Facsimile: (562) 216-4445
> Email: sbrady@michellawyers.com

Dated: April 26, 2018             **MICHEL & ASSOCIATES, P.C.**

                                  s/Sean A. Brady
                                  Sean A. Brady
                                  Email: sbrady@michellawyers.com
                                  Attorneys for Plaintiffs