# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
18 MAY 9 PM 3:45

Rhode et al

Plaintiff,

v.

Becerra et al

Defendant.

Case No. 18cv0802-JM-JMA

REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE

## REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re: "Low-Numbered Case No.: 17cv1017-BEN-JLB

Title: Duncan et al v. Becerra et al

Nature of Case: 950 Constitutional - State Statute

The above "low-numbered" case and the present case appear:

| | | |
|---|---|---|
| ☐ | (1) | to arise from the same or substantially identical transactions, happenings or events; or |
| ☒ | (2) | involve the same or substantially the same parties or property; or |
| ☐ | (3) | involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or |
| ☒ | (4) | call for determination of the same or substantially identical questions of law; or |
| ☐ | (5) | where a case is refiled within one year of having previously been terminated by the Court; or |
| ☒ | (6) | for other reasons would entail unnecessay duplication of labor if heard by different judges. |

New Case #: 18cv0802-BEN-JLB

This case was transferred pursuant to the Low-Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

Dated: 4/27/18

**John Morrill**, Clerk of Court,

By: s/M. Niebla

M. Niebla, Deputy

## ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under "Low-Number" Rule.

Dated: 5/07/2018

Roger T. Benitez
United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the Low-Number Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Roger T. Benitez and Magistrate Judge Jill L. Burkhardt for all further proceedings.

Dated: 5/9/18

Jeffrey T. Miller
United States District Judge