1  XAVIER BECERRA
   Attorney General of California
2  TAMAR PACHTER
   Supervising Deputy Attorney General
3  NELSON R. RICHARDS
   Deputy Attorney General
4  State Bar No. 246996
    2550 Mariposa Mall, Room 5090
5   Fresno, CA  93721
    Telephone:  (559) 705-2324
6   Fax:  (559) 445-5106
    E-mail:  Nelson.Richards@doj.ca.gov
7  *Attorneys for Defendant Attorney General Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KIM RHODE et al.,** | 3:18-cv-00802-BEN-JLB |
| Plaintiffs, | |
| v. | **DEFENDANT XAVIER BECERRA'S NOTICE OF MOTION AND MOTION TO DISMISS** |
| **XAVIER BECERRA, in his official capacity as Attorney General of the State of California, et al.,** | Judge:      Hon. Roger T. Benitez |
| Defendants. | Date:        June 25, 2018<br>Time:        9:00 a.m.<br>Courtroom:    5A<br>Action Filed:    April 26, 2018 |

# NOTICE OF MOTION AND MOTION TO DISMISS

PLEASE TAKE NOTICE THAT on June 25, 2018 at 9:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Roger T. Benitez in Courtroom 5A of the Edward J. Schwartz U.S. Courthouse, located at 221 West Broadway, San Diego, California 92101, the Court will hear the motion filed by Defendant Xavier Becerra, in his official capacity as Attorney General of the State of California, to dismiss portions of the Complaint for Declaratory and Injunctive Relief.

The Attorney General moves to dismiss under to Federal Rule of Civil Procedure 12(b)(6) on the grounds that:

1. The first claim for relief for alleged violations of the dormant Commerce Clause of the Untied States Constitution (Compl. ¶¶ 77-85, ECF No. 1) fails to state a claim upon which relief can be granted; and

2. The seventh claim for relief for alleged violations of the Equal Protection Clause of the United States Constitution (Compl. ¶¶ 114-21, ECF No. 1) fails to state a claim upon which relief can be granted.

This motion is based on this filing, the concurrently filed memorandum of points and authorities, the papers and pleadings on file in this action, and upon such matters as may be presented to the Court at the time of the hearing.

Dated:  May 18, 2018                                   Respectfully Submitted,

                                                       XAVIER BECERRA
                                                       Attorney General of California
                                                       TAMAR PACHTER
                                                       Supervising Deputy Attorney General


                                                       /s/ Nelson Richards
                                                       NELSON R. RICHARDS
                                                       Deputy Attorney General
                                                       *Attorneys for Defendant Attorney General Xavier Becerra*