## CERTIFICATE OF SERVICE

| Case Name: | *Rhode v. Becerra* | No. | **3:18-cv-00802-BEN-JLB** |
|---|---|---|---|

I hereby certify that on May 18, 2018, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**(1) DEFENDANT XAVIER BECERRA'S NOTICE OF MOTION AND MOTION TO DISMISS**

**(2) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT XAVIER BECERRA'S MOTION TO DISMISS**

**(3) REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT XAVIER BECERRA'S MOTION TO DISMISS; DECLARATION OF NELSON R. RICHARDS**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 18, 2018, at Fresno, California.

| Nelson R. Richards | /s/ Nelson Richards |
|---|---|
| Declarant | Signature |