FILED

JUN 1 8 2018

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM RHODE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>Defendant. | Case No.: 18-cv-802-BEN<br><br>ORDER DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT WITH LEAVE TO FILE |

Defendant Xavier Becerra filed a Federal Rule of Civil Procedure 12(b)(6) motion to dismiss on May 18, 2018. Plaintiffs filed an amended complaint on June 11, 2018. Under Rule 15(a), a plaintiff may amend her complaint once as a matter of course 21 days after service of a Rule 12(b) motion. Fed. R. Civ. Pro. 15(a). Hence, the amendment is timely filed. *Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015). An amended complaint supersedes the original, the latter being treated thereafter as non-existent. *Id.* ("It is well-established in our circuit that an 'amended complaint supersedes the original, the latter being treated thereafter as non-existent.'") (citations omitted). As a result, the original pleading no longer performs any function. *Id.* (citations omitted). Consequently, Plaintiffs' Amended Complaint supersedes the original Complaint. Because the motion to dismiss targets the original complaint which is no longer in effect, the motion to

dismiss is deemed moot. *Id.* ("Because the Defendants' motion to dismiss targeted the Plaintiff's First Amended Complaint, which was no longer in effect, we conclude that the motion to dismiss should have been deemed moot before the district court granted it.").

Accordingly, Defendant Becerra's Rule 12(b)(6) motion to dismiss is denied as moot. The hearing set for June 25, 2018 is hereby vacated.

Defendant is granted leave to file a new motion to dismiss or to otherwise plead within 30 days of this Order.

IT IS SO ORDERED.

DATED: June __, 2018

Hon. Roger T. Benitez
United States District Judge