XAVIER BECERRA
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General
NELSON R. RICHARDS
Deputy Attorney General
State Bar No. 246996
 2550 Mariposa Mall, Room 5090
 Fresno, CA  93721
 Telephone:  (559) 705-2324
 Fax:  (559) 445-5106
 E-mail:  Nelson.Richards@doj.ca.gov
*Attorneys for Defendant Attorney General Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Kim Rhode et al.,**<br><br>                                    Plaintiffs,<br><br>     **v.**<br><br>**Xavier Becerra, in his official capacity as Attorney General of the State of California, et al.,**<br><br>                                    Defendants. | 3:18-cv-00802-BEN-JLB<br><br>**ANSWER TO THE FIRST AMENDED COMPLAINT**<br><br>Judge:   The Honorable Roger T. Benitez<br>Action Filed:   4/27/2018 |

Defendant Xavier Becerra, in his official capacity as Attorney General of California, answers the First Amended Complaint, ECF No. 9, in paragraphs that correspond to the First Amended Complaint's, as follows:

1. Denies.

2. Denies.

3. The allegations contained in Paragraph 3 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

4. The allegations contained in Paragraph 4 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

5. The allegations contained in Paragraph 5 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

6. The Attorney General lacks information or belief sufficient to answer the allegations contained in Paragraph 6, and basing his denial on this ground, denies each and every allegation thereof.

7. The allegations contained in Paragraph 7 are Plaintiffs' characterization of their case, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

8. The allegations contained in Paragraph 8 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

9. The allegations contained in Paragraph 9 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

10. The allegations contained in Paragraph 10 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of

fact, they are denied.

11. The Attorney General lacks information or belief sufficient to answer the allegations contained in Paragraph 11, and basing his denial on this ground, denies each and every allegation thereof.

12. The Attorney General lacks information or belief sufficient to answer the allegations contained in Paragraph 12, and basing his denial on this ground, denies each and every allegation thereof.

13. The Attorney General lacks information or belief sufficient to answer the allegations contained in Paragraph 13, and basing his denial on this ground, denies each and every allegation thereof.

14. The Attorney General lacks information or belief sufficient to answer the allegations contained in Paragraph 14, and basing his denial on this ground, denies each and every allegation thereof.

15. The Attorney General lacks information or belief sufficient to answer the allegations contained in Paragraph 15, and basing his denial on this ground, denies each and every allegation thereof.

16. The Attorney General lacks information or belief sufficient to answer the allegations contained in Paragraph 16, and basing his denial on this ground, denies each and every allegation thereof.

17. The Attorney General lacks information or belief sufficient to answer the allegations contained in Paragraph 17, and basing his denial on this ground, denies each and every allegation thereof.

18. The Attorney General lacks information or belief sufficient to answer the allegations contained in Paragraph 18, and basing his denial on this ground, denies each and every allegation thereof.

19. The Attorney General lacks information or belief sufficient to answer the allegations contained in Paragraph 19, and basing his denial on this ground, denies each and every allegation thereof.

20. The Attorney General lacks information or belief sufficient to answer the allegations contained in Paragraph 20, and basing his denial on this ground, denies each and every allegation thereof.

21. The Attorney General lacks information or belief sufficient to answer the allegations contained in Paragraph 21, and basing his denial on this ground, denies each and every allegation thereof.

22. The Attorney General lacks information or belief sufficient to answer the allegations contained in Paragraph 22, and basing his denial on this ground, denies each and every allegation thereof.

23. Admits that he is the Attorney General of California; otherwise the allegations in Paragraph 23 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

24. The Attorney General lacks information or belief sufficient to answer the allegations contained in Paragraph 24, and basing his denial on this ground, denies each and every allegation thereof.

25. Admits that he is carrying out his statutory duties under the Safety for All Act (Proposition 63) and that he intends to carry out any additional duties as they take effect; otherwise the allegations contained in Paragraph 25 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

26. The allegations contained in Paragraph 26 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

27. Admits that the Safety for All Act (Proposition 63) was adopted in 2016; otherwise the allegations contained in Paragraph 27 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

28. The allegations contained in Paragraph 28 constitute conclusions of

law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

29. The allegations contained in Paragraph 29 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

30. The allegations contained in Paragraph 30 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

31. The allegations contained in Paragraph 31 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

32. The allegations contained in Paragraph 32 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

33. The allegations contained in Paragraph 33 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

34. The allegations contained in Paragraph 34 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

35. The allegations contained in Paragraph 35 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

36. The allegations contained in Paragraph 36 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

37. The allegations contained in Paragraph 37 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of

1 | fact, they are denied.

38. The allegations contained in Paragraph 38 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

39. Admits that the Department of Justice began issuing licenses on January 2, 2018; otherwise the remaining allegations contained in Paragraph 39 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

40. The allegations contained in Paragraph 40 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

41. The allegations contained in Paragraph 41 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

42. The allegations contained in Paragraph 42 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

43. The allegations contained in Paragraph 43 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

44. The allegations contained in Paragraph 44 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

45. The allegations contained in Paragraph 45 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

46. The Attorney General lacks information or belief sufficient to answer the allegations contained in Paragraph 46, and basing his denial on this ground,

denies each and every allegation thereof.

47. The allegations contained in Paragraph 47 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

48. The allegations contained in Paragraph 48 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

49. The allegations contained in Paragraph 49 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

50. The allegations contained in Paragraph 50 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

51. The allegations contained in Paragraph 51 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

52. The allegations contained in Paragraph 52 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

53. The allegations contained in Paragraph 53 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

54. The allegations contained in Paragraph 54 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

55. The allegations contained in Paragraph 55 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

56. The allegations contained in Paragraph 56 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

57. The allegations contained in the first and third sentences of Paragraph 57 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.  Denies the second sentence of paragraph 57.

58. The allegations contained in Paragraph 58 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

59. The allegations contained in Paragraph 59 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

60. The allegations contained in Paragraph 60 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

61. The allegations contained in Paragraph 61 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

62. The allegations contained in Paragraph 62 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

63. The allegations contained in Paragraph 63 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

64. The allegations contained in Paragraph 64 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

65. The allegations contained in Paragraph 65 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

66. The allegations contained in Paragraph 66 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

67. The allegations contained in Paragraph 67 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

68. The allegations contained in Paragraph 68 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

69. The allegations contained in Paragraph 69 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

70. The allegations contained in Paragraph 70 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

71. The allegations contained in Paragraph 71 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

72. The allegations contained in Paragraph 72 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

73. The allegations contained in Paragraph 73 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

74. The allegations contained in Paragraph 74 constitute conclusions of

law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

75. The allegations contained in Paragraph 75 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

76. The allegations contained in Paragraph 76 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

77. The allegations contained in Paragraph 77 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

78. The allegations contained in Paragraph 78 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

79. The allegations contained in Paragraph 79 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

80. The allegations contained in Paragraph 80 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

81. The allegations contained in Paragraph 81 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

82. The Attorney General incorporates his answers to Paragraphs 1 through 81 in answer to Paragraph 82.

83. The allegations contained in Paragraph 83 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

84. The allegations contained in Paragraph 84 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

85. The allegations contained in Paragraph 85 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

86. The allegations contained in Paragraph 86 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

87. Denies.

88. The allegations contained in the first and third sentences of Paragraph 88 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied. Denies the second sentence of paragraph 88.

89. The allegations contained in Paragraph 89 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

90. The allegations contained in Paragraph 90 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

91. The allegations contained in Paragraph 91 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

92. The Attorney General incorporates his answers to Paragraphs 1 through 91 in answer to Paragraph 92.

93. The allegations contained in Paragraph 93 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

94. The allegations contained in Paragraph 94 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

95. The allegations contained in Paragraph 95 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

96. The Attorney General incorporates his answers to Paragraphs 1 through 95 in answer to Paragraph 96.

97. The allegations contained in Paragraph 97 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

98. The allegations contained in Paragraph 98 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

99. The allegations contained in Paragraph 99 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

100. The Attorney General incorporates his answers to Paragraphs 1 through 99 in answer to Paragraph 100.

101. The allegations contained in Paragraph 101 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

102. The allegations contained in Paragraph 102 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

103. The allegations contained in Paragraph 103 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

104. The Attorney General incorporates his answers to Paragraphs 1 through 103 in answer to Paragraph 104.

105. The allegations contained in Paragraph 105 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

106. The allegations contained in Paragraph 106 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

107. The allegations contained in Paragraph 107 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

108. Denies.

109. The allegations contained in Paragraph 109 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

110. The allegations contained in Paragraph 110 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

111. The Attorney General incorporates his answers to Paragraphs 1 through 110 in answer to Paragraph 111.

112. The allegations contained in Paragraph 112 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

113. The allegations contained in Paragraph 113 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

114. The Attorney General incorporates his answers to Paragraphs 1 through 113 in answer to Paragraph 114.

115. The allegations contained in Paragraph 115 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

116. The allegations contained in Paragraph 116 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

117. The allegations contained in Paragraph 117 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

118. The allegations contained in Paragraph 118 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

119. The allegations contained in Paragraph 119 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

120. The allegations contained in Paragraph 120 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

121. The allegations contained in Paragraph 121 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

122. The allegations contained in Paragraph 122 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

123. The Attorney General incorporates his answers to Paragraphs 1 through 122 in answer to Paragraph 123.

124. No response to Paragraph 124 is required because it is made in support of a claim that the Court dismissed in its October 17, 2018 Order, ECF No. 16.

125. No response to Paragraph 125 is required because it is made in support of a claim that the Court dismissed in its October 17, 2018 Order, ECF No. 16.

126. No response to Paragraph 126 is required because it is made in support of a claim that the Court dismissed in its October 17, 2018 Order, ECF No. 16.

127. No response to Paragraph 127 is required because it is made in support of a claim that the Court dismissed in its October 17, 2018 Order, ECF No. 16.

128. No response to Paragraph 128 is required because it is made in support of a claim that the Court dismissed in its October 17, 2018 Order, ECF No. 16.

129. No response to Paragraph 129 is required because it is made in support of a claim that the Court dismissed in its October 17, 2018 Order, ECF No. 16.

130. No response to Paragraph 130 is required because it is made in support of a claim that the Court dismissed in its October 17, 2018 Order, ECF No. 16.

131. The Attorney General incorporates his answers to Paragraphs 1 through 130 in answer to Paragraph 131.

132. The allegations contained in Paragraph 132 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

133. The allegations contained in Paragraph 133 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

The Attorney General denies each and every allegation not previously admitted or otherwise qualified.

The Attorney General denies that Plaintiffs are entitled to the relief set forth in the prayer for relief immediately following Paragraph 133, or to any relief whatsoever.

In addition, without admitting any allegations contained in the First Amended Complaint, the Attorney General asserts the following defenses based on

information and belief:

**FIRST DEFENSE**

The First Amended Complaint, and the claims for relief alleged therein, fails to state facts sufficient to constitute a cause of action.

**SECOND DEFENSE**

Plaintiffs' claims in this action are barred in that they do not have standing to bring them.

**THIRD DEFENSE**

The Attorney General has not knowingly or intentionally waived any applicable defense or affirmative defense. The Attorney General reserves the right to assert and rely upon other such defenses as may become available or apparent during discovery proceedings or as may be raised or asserted by others in this case, and to amend the Answer, defenses, and/or affirmative defenses accordingly. The Attorney General further reserves the right to amend the Answer to delete defenses and/or affirmative defenses that he determines are not applicable after subsequent discovery.

WHEREFORE, the Attorney General prays that:

1. Plaintiffs take nothing by reason of their complaint;

2. Judgment be entered in favor of the Attorney General;

3. The Attorney General be awarded his costs incurred in defending this action; and

4. The Attorney General be awarded such further relief that the Court may deem just and proper.

Dated: October 31, 2018

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General

/s/ Nelson Richards
NELSON R. RICHARDS
Deputy Attorney General
*Attorneys for Defendant Attorney General Xavier Becerra*