# CERTIFICATE OF SERVICE

| Case Name: | *Rhode v. Becerra* | No. | **3:18-cv-00802-BEN-JLB** |
|---|---|---|---|

I hereby certify that on October 31, 2018, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**ANSWER TO THE FIRST AMENDED COMPLAINT**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 31, 2018, at Fresno, California.

| Nelson R. Richards | /s/ Nelson R. Richards |
|---|---|
| Declarant | Signature |