C.D. Michel – SBN 144258
Sean A. Brady – SBN 262007
Matthew D. Cubeiro – SBN 291519
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM RHODE, et al., <br>       Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Attorney General of the State of California, <br><br>       Defendant. | Case No.: 3:18-cv-00802-BEN-JLB <br><br> **JOINT MOTION TO AMEND SCHEDULING ORDER** |

1    Plaintiffs Kim Rhode, Gary Brennan, Cory Henry, Edward Johnson, Scott
2    Lindemuth, Richard Ricks, Denise Welvang, Able's Sporting, Inc., AMDEP Holdings,
3    LLC, d/b/a Ammunition Depot, R&S Firearms, Inc., d/b/a Sam's Shooters' Emporium,
4    and California Rifle & Pistol Association, Incorporated, a California corporation
5    ("Plaintiffs"), and Defendant Xavier Becerra, in his official capacity as Attorney General
6    of the State of California ("Defendant") (collectively "the Parties") through their
7    respective attorneys of record, hereby request that the Court modify the Scheduling Order
8    (Dkt. No. 21) in accordance with the stipulated schedule set forth herein.
9        WHEREAS, the current fact-discovery cut-off is June 7, 2019;
10       WHEREAS, the California Department of Justice has not published its
11   regulations implementing the laws at issue in this matter yet;
12       WHEREAS, the current cut-off likely will not allow Plaintiffs time to conduct
13   discovery relating to those regulations prior to the current discovery cut-off date;
14       WHEREAS, the Parties believe that a sixty (60) day extension of the discovery
15   cut-off date is necessary and desirable to ensure adequate time for the Parties to conduct
16   relevant discovery;
17       WHEREAS, for these reasons, good cause exists to extend the discovery cut-
18   off date by sixty (60) days;
19       WHEREAS, for these same reasons, the Parties believe that all other pretrial
20   dates, except for the deadline to file motions (which should only be extended by thirty
21   ((30)) days), should likewise be extended by sixty (60) days to conform the pretrial
22   schedule to the discovery cut-off date, including a continuance of the Final Pretrial
23   Conference from February 10, 2020, to April 10, 2020, or a date to be determined by
24   the Court at its convenience; and
25       WHEREAS, the Parties agree that if the pretrial deadlines are extended in
26   accordance with this stipulation and a new pretrial deadline is a Saturday, Sunday, or
27   legal holiday, the deadline will be the preceding day that is not a Saturday, Sunday, or
28   legal holiday;

THE PARTIES HEREBY STIPULATE, AGREE, AND REQUEST, that the Court modify the pretrial schedule as follows:

| | |
|---|---|
| Fact Discovery Cut-Off: | August 6, 2019 |
| Expert Designation & Last Day to Serve Initial Expert Reports: | August 20, 2019 |
| Last Day to Serve Rebuttal Expert Reports: | October 1, 2019 |
| Expert Discovery Cut-Off: | October 29, 2019 |
| Last Day to Lodge Confidential Settlement Brief: | November 8, 2019 |
| Mandatory Settlement Conference with Judge Jill L. Burkhardt: | November 18, 2019 at 2 p.m. |
| Last Day to File All Pretrial Motions: | November 10, 2019 |
| Last Day to File Memorandum of Contentions of Fact and Law: | March 13, 2020 |
| Last Day to Comply with Pretrial Disclosure Requirements per FRCP 26(a)(3): | March 13, 2020 |
| Last Day for Counsel to Meet and Take Action Required by Civil Local Rule 16.1(f)(4): | March 20, 2020 |
| Last Day for Counsel for Plaintiffs to Provide Counsel for Defendant with the Proposed Pretrial Order: | March 27, 2020 |
| Last Day to Serve and Lodge the Proposed Pretrial Conference Order: | April 3, 2020 |
| Final Pretrial Conference with Judge Roger T. Benitez: | April 10, 2020 at 10:30 a.m. |

///
///
///
///

1  IT IS SO STIPULATED.

2                                              Respectfully submitted,

3  Dated: April 12, 2019                       MICHEL & ASSOCIATES, P.C.
4
5                                              s/Sean A. Brady
                                               Sean A. Brady
                                               Email: sbrady@michellawyers.com
6                                              Attorneys for Plaintiffs

7
8  Dated: April 12, 2019                       XAVIER BECERRA
                                               Attorney General of California
9                                              TAMAR PACHTER
                                               Supervising Deputy Attorney General
10
11                                             s/Nelson R. Richards
                                               NELSON R. RICHARDS
                                               Email: nelson.richards@doj.ca.gov
12                                             Attorneys for Defendant

# CERTIFICATE OF SERVICE

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

Case Name: *Rhode, et al. v. Becerra*
Case No.: 3:18-cv-00802-JM-JMA

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 180 East Ocean Boulevard, Suite 200 Long Beach, CA 90802. I am not a party to the above-entitled action.

I have caused service of the following documents, described as:

**JOINT MOTION TO AMEND SCHEDULING ORDER**

on the following parties by electronically filing the foregoing on April 12, 2019, with the Clerk of the District Court using its ECF System, which electronically notifies them.

| | |
|---|---|
| Nelson R. Richards<br>Deputy Attorney General<br>nelson.richards@doj.ca.gov<br>2550 Mariposa Mall, Room 5090<br>Fresno, CA 93721 | *Attorneys for Defendant Attorney General Xavier Becerra* |

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 12, 2019, at Long Beach, CA.

s/Laura Palmerin
Laura Palmerin