C.D. Michel – SBN 144258
Sean A. Brady – SBN 262007
Matthew D. Cubeiro – SBN 291519
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| KIM RHODE, et al., | Case No.: 3:18-cv-00802-BEN-JLB |
|---|---|
| Plaintiffs, | **SECOND JOINT MOTION TO AMEND SCHEDULING ORDER** |
| v. | |
| XAVIER BECERRA, in his official capacity as Attorney General of the State of California, | |
| Defendant. | |

Plaintiffs Kim Rhode, Gary Brennan, Cory Henry, Edward Johnson, Scott Lindemuth, Richard Ricks, Denise Welvang, Able's Sporting, Inc., AMDEP Holdings, LLC, d/b/a Ammunition Depot, R&S Firearms, Inc., d/b/a Sam's Shooters' Emporium, and California Rifle & Pistol Association, Incorporated, a California corporation ("Plaintiffs"), and Defendant Xavier Becerra, in his official capacity as Attorney General of the State of California ("Defendant") (collectively "the Parties") through their respective attorneys of record, hereby request that the Court modify the Scheduling Order (Dkt. No. 21) in accordance with the stipulated schedule set forth herein.

WHEREAS, the current fact-discovery cut-off is August 6, 2019;

WHEREAS, the California Department of Justice's proposed regulations implementing the laws at issue in this matter were approved on June 24, 2019;

WHEREAS, the California Department of Justice proposed emergency regulations to implement the laws at issue in this matter on June 10, 2019, which were approved on June 27, 2019;

WHEREAS, Plaintiffs expect practical issues with the background check system to occur as a result of those regulations that they believe will warrant their promptly seeking preliminary relief that they did not previously expect to seek;

WHEREAS, Plaintiffs would be seeking preliminary relief during the last 30 days of the fact-discovery, requiring all parties to engage in significant briefing and related work, making it difficult to simultaneously conduct discovery;

WHEREAS, the current fact-discovery cut-off likely will not allow Plaintiffs sufficient time to conduct discovery relating to the effect of those regulations prior to the current discovery cut-off date;

WHEREAS, the Parties believe that a ninety (90) day extension of the discovery cut-off date is necessary and desirable to ensure adequate time for the Parties to conduct relevant discovery;

WHEREAS, for these reasons, good cause exists to extend the discovery cut-off date by ninety (90) days;

WHEREAS, for these same reasons, the Parties believe that all other pretrial dates, except for the deadline to file motions (which should only be extended by sixty-seven (67) days), should likewise be extended by ninety (90) days to conform the pretrial schedule to the discovery cut-off date, including a continuance of the Final Pretrial Conference from March 16, 2020, to June 15, 2020, or a date to be determined by the Court at its convenience; and

WHEREAS, the Parties agree that if the pretrial deadlines are extended in accordance with this stipulation and a new pretrial deadline is a Saturday, Sunday, or legal holiday, the deadline will be the preceding day that is not a Saturday, Sunday, or legal holiday;

WHEREAS, while the Parties have previously requested an extension of these deadlines, the landscape of this action has since changed as a result of the California Department of Justice's unexpected, recent regulatory actions described above;

THE PARTIES HEREBY STIPULATE, AGREE, AND REQUEST, that the Court modify the pretrial schedule as follows:

| | |
|---|---|
| Fact Discovery Cut-Off: | November 4, 2019 |
| Expert Designation & Last Day to Serve Initial Expert Reports: | November 18, 2019 |
| Last Day to Serve Rebuttal Expert Reports: | December 30, 2019 |
| Expert Discovery Cut-Off: | January 27, 2020 |
| Last Day to Lodge Confidential Settlement Brief: | February 3, 2020 |
| Mandatory Settlement Conference with Judge Jill L. Burkhardt: | February 14, 2020 at 9 a.m. |
| Last Day to File All Pretrial Motions: | January 20, 2020 |
| Last Day to File Memorandum of Contentions of Fact and Law: | May 18, 2020 |
| Last Day to Comply with Pretrial Disclosure Requirements per FRCP 26(a)(3): | May 18, 2020 |

| | | |
|---|---|---|
| 1 | Last Day for Counsel to Meet and Take Action | |
| 2 | Required by Civil Local Rule 16.1(f)(4): | May 25, 2020 |
| 3 | Last Day for Counsel for Plaintiffs to Provide Counsel for Defendant with the Proposed | |
| 4 | Pretrial Order: | June 1, 2020 |
| 5 | Last Day to Serve and Lodge the Proposed | |
| 6 | Pretrial Conference Order: | June 8, 2020 |
| 7 | Final Pretrial Conference with | |
| 8 | Judge Roger T. Benitez: | June 15, 2020 at 10:30 a.m. |

IT IS SO STIPULATED.

Respectfully submitted,

Dated: July 1, 2019          MICHEL & ASSOCIATES, P.C.

*/s/ Sean A. Brady*
Sean A. Brady
Email: sbrady@michellawyers.com
Attorneys for Plaintiffs

Dated: July 1, 2019          XAVIER BECERRA
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General

*/s/ Nelson R. Richards*
NELSON R. RICHARDS
Email: nelson.richards@doj.ca.gov
Attorneys for Defendant

# CERTIFICATE OF SERVICE

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

Case Name: *Rhode, et al. v. Becerra*
Case No.: 3:18-cv-00802-JM-JMA

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 180 East Ocean Boulevard, Suite 200 Long Beach, CA 90802. I am not a party to the above-entitled action.

I have caused service of the following documents, described as:

**SECOND JOINT MOTION TO AMEND SCHEDULING ORDER**

on the following parties by electronically filing the foregoing on July 1, 2019, with the Clerk of the District Court using its ECF System, which electronically notifies them.

| | |
|---|---|
| Nelson R. Richards<br>Deputy Attorney General<br>nelson.richards@doj.ca.gov<br>2550 Mariposa Mall, Room 5090<br>Fresno, CA 93721 | *Attorneys for Defendant Attorney General Xavier Becerra* |

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 1, 2019, at Long Beach, CA.

*/s/ Laura Palmerin*
Laura Palmerin