1  XAVIER BECERRA
   Attorney General of California
2  TAMAR PACHTER
   Supervising Deputy Attorney General
3  NELSON R. RICHARDS
   Deputy Attorney General
4  State Bar No. 246996
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone: (916) 210-7867
    Fax: (916) 324-8835
7   E-mail: Nelson.Richards@doj.ca.gov
   *Attorneys for Defendant Attorney General*
8  *Xavier Becerra*

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Kim Rhode et al.,** | 3:18-cv-00802-BEN-JLB |
| Plaintiffs, | |
| v. | **JOINT REQUEST TO APPEAR TELEPHONICALLY AT THE JULY 15, 2019 STATUS CONFERENCE** |
| **Xavier Becerra, in his official capacity as Attorney General of the State of California, et al.,** | |
| Defendants. | Date:  July 15, 2019<br>Time:  10:30 a.m.<br>Dept:  5A<br>Judge: Hon. Roger T. Benitez<br>Action Filed:  4/27/2018 |

Plaintiffs Kim Rhode, Gary Brennan, Cory Henry, Edward Johnson, Scott Lindemuth, Richard Ricks, Denise Welvang, Able's Sporting, Inc., AMDEP Holdings, LLC, d/b/a Ammunition Depot, R&S Firearms, Inc., d/b/a Sam's Shooters' Emporium, and California Rifle & Pistol Association, Incorporated, a California corporation ("Plaintiffs"), and Defendant Xavier Becerra, in his official capacity as Attorney General of the State of California ("Defendant") (collectively "the Parties") through their respective attorneys of record, hereby request that the Court permit them to appear via telephone at the July 15, 2019 conference set by the Court's July 3, 2019 Order, ECF No. 27, as modified by the July 8, 2019 Notice of Change of Hearing, ECF No. 28.

WHEREAS, the Court has set an in-person status conference for July 15, 2019, at 10:30 a.m., *see* ECF Nos. 27-28;

WHEREAS, counsel for Defendant resides in Sacramento, California;

WHEREAS, counsel for Plaintiffs resides in Long Beach, California;

WHEREAS, Plaintiffs intend to file a motion for preliminary injunction on or around July 15, 2019;

WHEREAS, the parties agree that the time spent travelling to and from the July 15, 2019, status conference will delay and impede the preparation and/or defense of that motion;

THE PARTIES HEREBY STIPULATE, AGREE, AND REQUEST, that the Court allow them to appear telephonically at the July 15, 2019 status conference.

| | | |
|---|---|---|
| 1 | Dated:  July 12, 2019 | XAVIER BECERRA<br>Attorney General of California<br>TAMAR PACHTER<br>Supervising Deputy Attorney General |

/s/ Nelson Richards
NELSON R. RICHARDS
Deputy Attorney General
E-mail: nelson.richards@doj.ca.gov
*Attorneys for Defendant Attorney General Xavier Becerra*

Dated:  July 12, 2019                    MICHEL & ASSOCIATES, P.C.

/s/ Sean A. Brady
SEAN A. BRADY
E-mail: sbrady@michellawyers.com
*Attorneys for Plaintiffs*