## CERTIFICATE OF SERVICE

Case Name: *Rhode v. Becerra*　　　No. **3:18-cv-00802-BEN-JLB**

I hereby certify that on July 12, 2019, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT REQUEST TO APPEAR TELEPHONICALLY AT THE JULY 15, 2019 STATUS CONFERENCE**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 12, 2019, at Sacramento, California.

| Nelson R. Richards | /s/ Nelson Richards |
|---|---|
| Declarant | Signature |