C.D. Michel – SBN 144258
Sean A. Brady – SBN 262007
Matthew D. Cubeiro – SBN 291519
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| KIM RHODE, et al., | Case No.: 3:18-cv-00802-BEN-JLB |
|---|---|
| Plaintiffs, | **DECLARATION OF RICHARD TRAVIS** |
| v. | |
| XAVIER BECERRA, in his official capacity as Attorney General of the State of California, | Hearing Date: August 19, 2019<br>Hearing Time: 10:30 a.m.<br>Courtroom: 5A<br>Judge: Hon. Roger T. Benitez |
| Defendant. | |

## DECLARATION OF RICK TRAVIS

1. I, Richard Travis, make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. I am the Executive Director of the California Rifle & Pistol Association, Incorporated ("CRPA"), a nonprofit membership and donor-supported organization qualified as a tax-exempt under 26 U.S.C. § 501(c)(4) with its headquarters in Fullerton, California. CRPA is a plaintiff in this action.

3. Founded in 1875, CRPA seeks to defend the civil rights of all law-abiding individuals, including the fundamental right to acquire and possess ammunition. CRPA regularly provides guidance to California gun owners regarding their legal rights and responsibilities. In addition, CRPA is dedicated to promoting the shooting sports and providing education, training, and organized competition for adult and junior shooters. CRPA members include law enforcement officers, prosecutors, professionals, firearm experts, and the public.

4. In this suit, CRPA represents the interest of the tens of thousands of its members who reside in or visit the state of California, including in San Diego County, and who are too numerous to conveniently bring in this action individually. Those members' interests include their intent to exercise their constitutionally protected right to acquire and otherwise transact in ammunition.

5. Many of CRPA's members have been adversely affected by California's new ammunition sales restrictions, including those that took effect on January 1, 2018, and more recently on July 1, 2019.

6. I am aware of CRPA members who were not provided any guidance from DOJ regarding the July 1, 2019.

7. I am aware of CRPA members who have been denied an ammunition sale because their driver's license or identification card have a "FEDERAL LIMITS APPLY" notation and they lacked the required supplemental documentation.

8. I am aware of CRPA members who have been denied ammunition purchases as of July 1, 2019, because their California issued identification contains a "FEDERAL LIMITS APPLY" notation and they did not or do not otherwise have the ability to provide supplemental proof of lawful U.S. presence as required by DOJ's new emergency regulation.

9. I am aware of CRPA members who are unable to renew their existing Certificate of Eligibility issued by DOJ because their California issued identification contains a "FEDERAL LIMITS APPLY" notation and they do not otherwise have the ability to provide supplemental proof of lawful U.S. presence, as required by DOJ's new emergency regulation.

10. I am aware of CRPA members who are reporting ammunition transaction processing times ranging anywhere from 20-30 minutes—often longer—as a result of the new July 1, 2019, ammunition transaction requirements.

11. I am aware of CRPA members who have been have been denied an ammunition transaction that are not prohibited from owning or possessing firearms.

12. I am aware of CRPA members who are not California residents but who visit California.

13. I am aware of CRPA members who, to correct any issues with their AFS records for purposes of purchasing ammunition, have been forced to request a copy of their AFS records. These same individuals have reported times as long as three to four months before DOJ has responded with a copy of their AFS records.

14. I am aware of CRPA members and employees who have submitted Certificate of Eligibility applications which have taken several weeks to process and costs over $71 when submitting an initial application.

///

///

///

1  I declare under penalty of perjury that the foregoing is true and correct. Executed
2  within the United States on July 22, 2019.

_____
Richard Travis
Declarant

# CERTIFICATE OF SERVICE
### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

Case Name: *Rhode, et al. v. Becerra*
Case No.: 3:18-cv-00802-JM-JMA

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 180 East Ocean Boulevard, Suite 200 Long Beach, CA 90802. I am not a party to the above-entitled action.

    I have caused service of the following documents, described as:

## DECLARATION OF RICHARD TRAVIS

on the following parties by electronically filing the foregoing on July 22, 2019, with the Clerk of the District Court using its ECF System, which electronically notifies them.

| | |
|---|---|
| Nelson R. Richards<br>Deputy Attorney General<br>nelson.richards@doj.ca.gov<br>2550 Mariposa Mall, Room 5090<br>Fresno, CA 93721 | *Attorneys for Defendant Attorney General Xavier Becerra* |

    I declare under penalty of perjury that the foregoing is true and correct. Executed on July 22, 2019, at Long Beach, CA.

    *s/ Laura Palmerin*
    Laura Palmerin