C.D. Michel – SBN 144258
Sean A. Brady – SBN 262007
Matthew D. Cubeiro – SBN 291519
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIM RHODE, et al.,<br><br>              Plaintiffs,<br><br>     v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>              Defendant. | Case No.: 3:18-cv-00802-BEN-JLB<br><br>**DECLARATION OF DENISE WELVANG**<br><br>Hearing Date:   August 19, 2019<br>Hearing Time:   10:30 a.m.<br>Courtroom:       5A<br>Judge:               Hon. Roger T. Benitez |

1
DECLARATION OF DENISE WELVANG

18cv802

# DECLARATION OF DENISE WELVANG

1. I, Denise Welvang, make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. I am a resident of Los Angeles County, California, and plaintiff in this action. I am a law-abiding citizen of the United States who is not prohibited from owning or possessing firearms or ammunition under state or federal law.

3. On Saturday, July 13, I attempted to purchase ammunition at Gun World in Burbank, California. I was forced to wait in line as only one store employee was designated for ammunition sales. Upon speaking with the employee, I was first asked if I owned a firearm chambered in the same cartridge as the ammunition I was attempting to purchase. After asking the employee why this mattered, I was informed that if I not my transaction would be denied.

4. After I submitted my information for the required background check, I was forced to sign 2 paper copies and pay the $1 fee. The entire process, including submitting my information, waiting for approval from the California Department of Justice, submitting the ammunition transaction information, and processing the sale took nearly 30 minutes. I felt the entire process took more time than necessary and as a result will need to plan future ammunition purchases accordingly.

5. I have observed that the price of ammunition at my local retailers has increased since the implementation of California's new ammunition sales transaction requirements, both since January 1, 2018, and July 1, 2019.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on _July 15_, 2019.

_Denise Welvang_
Declarant

2
DECLARATION OF DENISE WELVANG

18cv802

# CERTIFICATE OF SERVICE
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case Name: *Rhode, et al. v. Becerra*
Case No.: 3:18-cv-00802-JM-JMA

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 180 East Ocean Boulevard, Suite 200 Long Beach, CA 90802. I am not a party to the above-entitled action.

    I have caused service of the following documents, described as:

**DECLARATION OF DENISE WELVANG**

on the following parties by electronically filing the foregoing on July 22, 2019, with the Clerk of the District Court using its ECF System, which electronically notifies them.

| | |
|---|---|
| Nelson R. Richards<br>Deputy Attorney General<br>nelson.richards@doj.ca.gov<br>2550 Mariposa Mall, Room 5090<br>Fresno, CA 93721 | *Attorneys for Defendant Attorney General Xavier Becerra* |

    I declare under penalty of perjury that the foregoing is true and correct. Executed on July 22, 2019, at Long Beach, CA.

                                              *s/ Laura Palmerin*
                                              Laura Palmerin