C.D. Michel – SBN 144258
Sean A. Brady – SBN 262007
Matthew D. Cubeiro – SBN 291519
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| KIM RHODE, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>          Defendant. | Case No.: 3:18-cv-00802-BEN-JLB<br><br>**DECLARATION OF SCOTT LINDEMUTH**<br><br>Hearing Date:   August 19, 2019<br>Hearing Time:   10:30 a.m.<br>Courtroom:      5A<br>Judge:          Hon. Roger T. Benitez |
|---|---|

# DECLARATION OF SCOTT LINDEMUTH

1. I, Scott Lindemuth, make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. I am a resident of San Diego County, California and plaintiff in this lawsuit. I am a citizen of the United States who was honorably discharged from the United States Navy after more than 13 years of service. I am not prohibited from owning or possessing firearms or ammunition under state or federal law.

3. On June 30, I attempted to purchase ammunition at a Walmart location near my home but was unable to do so as I was informed Walmart had ceased selling ammunition at that location. As a result, I was forced to drive to their San Marcos, California, location where I was informed that Walmart had ceased selling ammunition until July 8, 2019, as a result of California's new restrictions.

4. I recently attempted to purchase ammunition at Midway USA, an online retailer/distributor that I purchase ammunition from. I am usually able to order 30-06 ammunition for approximately $0.80 per round when ordering from Midway USA, whereas the same type of ammunition can cost as much as $1.50 per round from the ammunition vendor nearest my home.

5. On July 14, 2019, I was informed by representatives of Midway USA that they are no longer selling ammunition to anyone in California as of July 1, 2019, including FFL holders, because their system is unable to authorize transactions in compliance with California's new laws.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on _____July 22_____, 2019.

*/s/ Scott Lindemuth*
Scott Lindemuth
Declarant

2
DECLARATION OF SCOTT LINDEMUTH

18cv802

# CERTIFICATE OF SERVICE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Case Name: *Rhode, et al. v. Becerra*
Case No.: 3:18-cv-00802-JM-JMA

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 180 East Ocean Boulevard, Suite 200 Long Beach, CA 90802. I am not a party to the above-entitled action.

I have caused service of the following documents, described as:

**DECLARATION OF SCOTT LINDEMUTH**

on the following parties by electronically filing the foregoing on July 22, 2019, with the Clerk of the District Court using its ECF System, which electronically notifies them.

| | |
|---|---|
| Nelson R. Richards<br>Deputy Attorney General<br>nelson.richards@doj.ca.gov<br>2550 Mariposa Mall, Room 5090<br>Fresno, CA 93721 | *Attorneys for Defendant Attorney General Xavier Becerra* |

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 22, 2019, at Long Beach, CA.

*s/ Laura Palmerin*
Laura Palmerin

---

CERTIFICATE OF SERVICE

18cv802