C.D. Michel – SBN 144258
Sean A. Brady – SBN 262007
Matthew D. Cubeiro – SBN 291519
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM RHODE, et al., | Case No.: 3:18-cv-00802-BEN-JLB |
| Plaintiffs, | **DECLARATION OF DAVID BURWELL** |
| v. | Hearing Date: August 19, 2019 |
| XAVIER BECERRA, in his official capacity as Attorney General of the State of California, | Hearing Time: 10:30 a.m.<br>Courtroom: 5A<br>Judge: Hon. Roger T. Benitez |
| Defendant. | |

## DECLARATION OF DAVID BURWELL

1. I, David Burwell, make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. I am the owner of Norco Armory ("Norco"), a California licensed firearms dealer located in Norco, California.

3. California Department of Justice ("DOJ") regulations require Norco to collect a customer's personal information by swiping the customer's driver's license or identification card through a magnetic strip reader in order to populate the required fields in DES. But in every instance, DES does not populate the customer's gender, hair color, eye color, height, weight, place of birth, and telephone number. Instead, Norco must manually enter this information into the system prior to submitting the transaction. DES will not allow a transaction to be submitted without this information, regardless of the type of background check being submitted.

4. Setting aside the required manual entry of information, use of a P.O. Box listed on the customer's ID will result in an error message stating "a physical address must be entered by hand." California law and DOJ regulations, however, do not allow Norco to manually edit a customer's address as reflected on their driver's license or identification.

5. DOJ recommends that, after submitting a customer's transaction for DOJ approval, Norco write down the 16-digit DROS number associated with the submission. Norco must then search all submitted ammunition transactions using this number to check the status or proceed to the next step of the transaction process.

6. After locating the appropriate transaction, Norco can then assist the customer in selecting which ammunition to purchase. But before Norco can deliver any ammunition to the customer, Norco must first enter the manufacture, condition, caliber, and quantity of any ammunition the customer intends to purchase into DES. Norco can then select "deliver" in DES to generate the final document for the transaction. DOJ has

instructed Norco to print this document, which will generate separate pages for each type of ammunition associated with the transaction.

7. After printing the required pages, Norco can then process the transaction through its own point-of-sale system and charge the customer for the ammunition and fee associated with the type of background check.

8. Setting aside any time necessary for DOJ to approve the transaction, it takes on average 15-25 minutes to enter the information required into DES for a transaction involving more than one type of ammunition.

9. Since the implementation of the new ammunition sales restrictions on July 1, 2019, approximately 10% of attempted ammunition transactions have been rejected for reasons unknown to Norco.

10. Since the implementation of the new ammunition sales restrictions on July 1, 2019, Norco has been forced to turn away multiple potential customers who, after learning of the new requirements to purchase ammunition, did not wish to engage or attempt an ammunition transaction for various reasons. Reasons for this loss in potential business include the potential costs to customers or that the customer was unsure if they had either the necessary documentation or appropriate records on file with DOJ to obtain the required electronic approval. Approximately 1/3 of Norco's potential customers have decided to not engage in an ammunition transaction because they lacked the necessary identification required pursuant to DOJ's emergency regulation requiring federally complaint identification for all firearm and ammunition eligibility checks.

11. Norco does not have the resources to hire additional employees to process ammunition transactions. But having more than 2 or 3 customers at a time would require additional employees to properly assist and service their needs as a result of the new ammunition sales restrictions.

12. I fear that the new ammunition sales restrictions will prevent Norco from being able to maintain a profitable ammunition sales business moving forward.

1   I declare under penalty of perjury that the foregoing is true and correct. Executed
2   within the United States on ___17TH DAY OF JULY___, 2019.

                                              *[signature]*
                                              David Burwell
                                              Declarant

# CERTIFICATE OF SERVICE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Case Name: *Rhode, et al. v. Becerra*
Case No.: 3:18-cv-00802-JM-JMA

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 180 East Ocean Boulevard, Suite 200 Long Beach, CA 90802. I am not a party to the above-entitled action.

I have caused service of the following documents, described as:

**DECLARATION OF DAVID BURWELL**

on the following parties by electronically filing the foregoing on July 22, 2019, with the Clerk of the District Court using its ECF System, which electronically notifies them.

| | |
|---|---|
| Nelson R. Richards<br>Deputy Attorney General<br>nelson.richards@doj.ca.gov<br>2550 Mariposa Mall, Room 5090<br>Fresno, CA 93721 | *Attorneys for Defendant Attorney General Xavier Becerra* |

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 22, 2019, at Long Beach, CA.

*s/ Laura Palmerin*
Laura Palmerin