C.D. Michel – SBN 144258
Sean A. Brady – SBN 262007
Matthew D. Cubeiro – SBN 291519
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| KIM RHODE, et al., | Case No.: 3:18-cv-00802-BEN-JLB |
|---|---|
| Plaintiffs, | **DECLARATION OF TRAVIS MORGAN** |
| v. | |
| XAVIER BECERRA, in his official capacity as Attorney General of the State of California, | Hearing Date: August 19, 2019<br>Hearing Time: 10:30 a.m.<br>Courtroom: 5A<br>Judge: Hon. Roger T. Benitez |
| Defendant. | |

## DECLARATION OF TRAVIS MORGAN

1. I, Travis Morgan, make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. I am the General Manager of Guns, Fishing and Other Stuff ("GFOS"), a California licensed firearms dealer located in Vacaville, California.

3. California Department of Justice ("DOJ") regulations require GFOS to collect a customer's personal information by swiping the customer's driver's license or identification card through a magnetic strip reader in order to populate the required fields in DES. But in every instance, DES does not populate the customer's gender, hair color, eye color, height, weight, place of birth, and telephone number. Instead, GFOS must manually enter this information into the system prior to submitting the transaction. DES will not allow a transaction to be submitted without this information, regardless of the type of background check being submitted.

4. Setting aside the required manual entry of information, use of a P.O. Box listed on the customer's ID will result in an error message stating "a physical address must be entered by hand." California law and DOJ regulations, however, do not allow GFOS to manually edit a customer's address as reflected on their driver's license or identification.

5. DOJ recommends that, after submitting a customer's transaction for DOJ approval, GFOS write down the 16-digit DROS number associated with the submission. GFOS must then search all submitted ammunition transactions using this number to check the status or proceed to the next step of the transaction process.

6. After locating the appropriate transaction, GFOS can then assist the customer in selecting which ammunition to purchase. But before GFOS can deliver any ammunition to the customer, GFOS must first enter the manufacture, condition, caliber, and quantity of any ammunition the customer intends to purchase into DES. Foothill Ammo can then select "deliver" in DES to generate the final document for the

transaction. DOJ has instructed GFOS to print this document, which will generate separate pages for each type of ammunition associated with the transaction.

7. After printing the required pages, GFOS can then process the transaction through its own point-of-sale system and charge the customer for the ammunition and fee associated with the type of background check.

8. Setting aside any time necessary for DOJ to approve the transaction, it takes on average 15-25 minutes to enter the information required into DES for a transaction involving more than one type of ammunition.

9. Since the implementation of the new ammunition sales restrictions on July 1, 2019, approximately 20% of attempted ammunition transactions have been rejected for reasons unknown to GFOS.

10. Since the implementation of the new ammunition sales restrictions on July 1, 2019, GFOS has been forced to turn away multiple customers who, after learning of the new requirements to purchase ammunition, did not wish to engage or attempt an ammunition transaction for various reasons. Reasons for this loss in potential business include the potential costs to customers or that the customer was unsure if they had either the necessary documentation or appropriate records on file with DOJ to obtain the required electronic approval.

11. Since the implementation of the new federally compliant identification requirements, GFOS has been forced to turn away approximately half of its potential customers who had a "FEDERAL LIMITS APPLY" identification and did not have the necessary supplemental documentation to establish proof of lawful U.S. presence as required.

12. GFOS does not have the resources to hire additional employees to process ammunition transactions. But having more than 2 or 3 customers at a time would require additional employees to properly assist and service their needs as a result of the new ammunition sales restrictions.

13. I fear that the new ammunition sales restrictions will prevent GFOS from being able to maintain a profitable ammunition sales business moving forward.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on ___7/15___, 2019.

_____
Travis Morgan
Declarant

# CERTIFICATE OF SERVICE
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case Name: *Rhode, et al. v. Becerra*
Case No.: 3:18-cv-00802-JM-JMA

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 180 East Ocean Boulevard, Suite 200 Long Beach, CA 90802. I am not a party to the above-entitled action.

    I have caused service of the following documents, described as:

**DECLARATION OF TRAVIS MORGAN**

on the following parties by electronically filing the foregoing on July 22, 2019, with the Clerk of the District Court using its ECF System, which electronically notifies them.

| | |
|---|---|
| Nelson R. Richards<br>Deputy Attorney General<br>nelson.richards@doj.ca.gov<br>2550 Mariposa Mall, Room 5090<br>Fresno, CA 93721 | *Attorneys for Defendant Attorney General Xavier Becerra* |

    I declare under penalty of perjury that the foregoing is true and correct. Executed on July 22, 2019, at Long Beach, CA.

                                                  *s/ Laura Palmerin*
                                                  Laura Palmerin

CERTIFICATE OF SERVICE

18cv802