# EXHIBIT 6



**California Department of Justice
Bureau of Firearms
DROS Entry System (DES)
Ammunition Vendor User Guide**

**California Department of Justice
Bureau of Firearms
06/27/2019
Rev. 1**

California Department of Justice
Bureau of Firearms



DES Application  – Ammunition Vendor User Guide

## TABLE OF CONTENTS

1.  INTRODUCTION ......................................................................................................................................... 5
    OVERVIEW ............................................................................................................................................. 5
    WEBSITE ADDRESS .............................................................................................................................. 5
    DES HOURS ........................................................................................................................................... 5
    CONTACTING THE BUREAU OF FIREARMS CUSTOMER SUPPORT CENTER ................................. 5
    IMAGES PRESENTED WITHIN THIS DOCUMENT ............................................................................... 5
    PRINTING ............................................................................................................................................... 5
    TECHNICAL REQUIREMENTS .............................................................................................................. 7
    DEFINITIONS, ACRONYMS, AND ABBREVIATIONS ............................................................................ 8
2.  USING THE DES APPLICATION ............................................................................................................... 9
    NAVIGATION WITHIN THE DES APPLICATION ................................................................................... 9
    REQUIRED FIELDS ON FORMS .......................................................................................................... 10
    EXITING THE DES APPLICATION ....................................................................................................... 10
    SESSION TIME OUT ............................................................................................................................ 10
    REPORTING AN ISSUE ....................................................................................................................... 10
3.  ENROLLING IN DES ............................................................................................................................... 11
4.  LOGGING ON TO DES ............................................................................................................................ 15
5.  DES MAIN MENU PAGE .......................................................................................................................... 18
    OVERVIEW ........................................................................................................................................... 18
    MESSAGES .......................................................................................................................................... 19
6.  MY ACCOUNT LINKS .............................................................................................................................. 19
    EDIT MY PROFILE ............................................................................................................................... 19
    CHANGE MY PASSWORD ................................................................................................................... 20
    MY ISSUE LOG .................................................................................................................................... 21
7.  ADMINISTRATION LINKS ....................................................................................................................... 22
    OVERVIEW ........................................................................................................................................... 22
    NEW ACCOUNT REQUESTS ............................................................................................................... 22
    MANAGE EMPLOYEES ........................................................................................................................ 24
    VIEW EMPLOYEES .............................................................................................................................. 24
    MODIFY AN EMPLOYEE'S ACCOUNT ................................................................................................ 24
    ASSIGNING ADDITIONAL DEALERSHIPS .......................................................................................... 24
    UNLOCKING AN EMPLOYEE'S ACCOUNT ......................................................................................... 25

California Department of Justice
Bureau of Firearms



DES Application  – Ammunition Vendor User Guide

UNLOCKING A COE HOLDER'S ACCOUNT .................................................................................................................25

REMOVING AN EMPLOYEE FROM THE DES APPLICATION .........................................................................................25

MANAGE DEALERSHIPS ...........................................................................................................................................26

TO ASSOCIATE ADDITIONAL DEALERSHIPS ..............................................................................................................26

8.   DES INVOICING ...................................................................................................................................................27

DES FEES AND BILLING CYCLE ..................................................................................................................................27

VIEWING YOUR CURRENT DES INVOICE ...................................................................................................................29

PAYING YOUR DES INVOICE .....................................................................................................................................30

PAYING YOUR PAST DUE DES INVOICE .....................................................................................................................30

ENTERING YOUR CREDIT/DEBIT CARD INFORMATION .............................................................................................32

VIEW PAID INVOICES ................................................................................................................................................33

CREDIT INVOICE HISTORY ........................................................................................................................................34

9.   TRANSACTIONS, NOTICES, BULLETINS ...............................................................................................................35

OVERVIEW ...............................................................................................................................................................35

SELECTING A DEALERSHIP ........................................................................................................................................35

REVIEW AMMUNITION ELIGIBILITY NOTICES ...........................................................................................................36

TYPES OF AMMUNITION ELIGIBILITY CHECK(S) ........................................................................................................37

REVIEW INFORMATION BULLETINS ..........................................................................................................................37

10.  AMMUNITION TRANSACTIONS ..........................................................................................................................38

11.  SUBMIT AMMUNITION ELIGIBILITY CHECK ........................................................................................................39

OVERVIEW ...............................................................................................................................................................39

12.  TYPES OF AMMUNITION ELIGIBILITY CHECK(S) ..................................................................................................40

OVERVIEW ...............................................................................................................................................................40

STANDARD AMMUNITION ELIGIBILITY CHECK ..........................................................................................................40

BASIC AMMUNITION ELIGIBILITY CHECK ..................................................................................................................41

CERTIFICATE OF ELIGIBILITY CHECK ..........................................................................................................................42

13.  SEARCH AMMUNITION ELIGIBILITY  CHECK ......................................................................................................43

OVERVIEW ...............................................................................................................................................................43

14.  SUBMIT AMMUNITION PURCHASE(S) ................................................................................................................44

OVERVIEW ...............................................................................................................................................................44

15.  ADD TO FREQUENTLY SOLD AMMUNITION LIST .................................................................................................48

OVERVIEW ...............................................................................................................................................................48

16.  SEARCH FREQUENTLY SOLD AMMUNITION LIST ................................................................................................49

California Department of Justice
Bureau of Firearms



DES Application  – Ammunition Vendor User Guide

OVERVIEW ................................................................................................................................................49

17. USE OF reCAPTCHA...........................................................................................................................50

California Department of Justice
Bureau of Firearms 

DES Application  – Ammunition Vendor User Guide

## 1. INTRODUCTION

### OVERVIEW

The DROS Entry System (DES) is a web-based application used by ammunition vendors to submit ammunition eligibility checks to the Department of Justice, Bureau of Firearms and subsequently receive eligibility determinations through the system. Furthermore, DES enables ammunition vendors to report information, relative to the sale or transfer of ammunition, at the time of delivery. The purpose of this document is to provide a step-by-step user guide for accessing and using the DES application.

### WEBSITE ADDRESS

The website address for the DES web application is:
https://DES.doj.ca.gov
**Note: As this is a secure website designed to ensure that DES data is encrypted when transmitted over the internet,** be sure to include the entire website address including the prefix **https://** when accessing this website. You can bookmark this page to make accessing this site easier in the future.

### DES HOURS

The DROS Entry System is available 4:00 AM – 1:00 AM, Monday through Sunday, unless stated otherwise.

### CONTACTING THE BUREAU OF FIREARMS CUSTOMER SUPPORT CENTER

A *Contact Us* link is available on each page of the application, including the log on page. This link opens a window containing information on how to contact the Customer Support Center should you need assistance.



### IMAGES PRESENTED WITHIN THIS DOCUMENT

For security reasons, some data appearing on screen images will appear blurred out.

### PRINTING

All printing from the DES application will be to your local printer. If you have problems with reports not fitting properly on the printed page, you may need to adjust your settings as follows: From your browser, select *File* then select *Page Setup.* From the Page Setup screen, enter the settings as shown in Figure 1.2 (Internet Explorer) or Figure 1.3 (Firefox).

California Department of Justice
Bureau of Firearms



DES Application  – Ammunition Vendor User Guide

Figure 1.2, Internet Explorer Page Setup



Figure 1.3, Firefox Page Setup



California Department of Justice
Bureau of Firearms



DES Application  – Ammunition Vendor User Guide



## TECHNICAL REQUIREMENTS

The DES application should work with most common and up-to-date web browsers, and has been tested with the following:

- Mozilla Firefox
- Google Chrome
- Safari (not supported by Windows)
- Internet Explorer 9 and above

**Note:** System requirements vary for each internet web browser. Please refer to the web browser system requirements to determine compatibility with your computer. Additional browsers might work with DES; however DOJ cannot guarantee that their features will work as expected.

If your web browser blocks pop-up windows, the DES application must be added to the list of sites from which pop-ups are allowed, also known as "Exceptions." (For Firefox, see ***Tools | Options | Content | (Block pop-up windows) Exceptions***. For Internet Explorer, see ***Tools | Internet Options | Privacy | (Pop-up blocker) Settings***).

The reports generated by this system will be in the Adobe Portable Document Format (PDF), which will require that you have Adobe Acrobat Reader installed on your computer in order to view, save, or print a report. The latest version of Adobe Acrobat Reader can be obtained from Adobe's website:  http://get.adobe.com/reader/.

California Department of Justice
Bureau of Firearms



DES Application  – Ammunition Vendor User Guide

## DEFINITIONS, ACRONYMS, AND ABBREVIATIONS

| Term/Acronym | Definition |
| --- | --- |
| AFS | Automated Firearms System |
| ATN | Ammunition Transaction Number |
| BAEC | Basic Ammunition Eligibility Check means the Department's ammunition eligibility check as prescribed by Penal Code section 30370, subdivision (c). The Department shall conduct a Basic Ammunition Eligibility Check to authorize a purchaser or transferee who is not prohibited from purchasing or possessing ammunition in a single ammunition transaction or purchase. |
| BOF | Bureau of Firearms |
| CAV | California Ammunition Vendor means an individual with a valid ammunition vendor license issued pursuant to Penal Code section 30342. |
| CFARS | California Firearms Application Reporting System |
| CFD | California Firearms Dealer |
| COE | Certificate of Eligibility means a certificate which states that the Department has checked its records and the records available to the Department in the National Instant Criminal Background Check System and determined that the applicant is not prohibited from acquiring or possessing firearms. |
| COE Holder | A person who obtains a valid Certificate of Eligibility. |
| COE Verification Process (COE Check) | A purchaser or transferee is authorized to purchase ammunition if they hold a current Certificate of Eligibility, subsequent to verification by the Department. |
| DES | Dealer Record Of Sale Entry System |
| DOJ | Department of Justice |
| DROS | Dealer Record of Sale |
| Firearms Eligibility Check | A state and federal background check, pursuant to Penal Code section 28220, that is used to determine an individual's eligibility to possess, receive, own, or purchase a firearm. |
| Head of the Agency | Means the chief of police or the director of public safety for a police department, the sheriff for a county sheriff's office, the head of an agency or their designee for a state law enforcement agency, and the manager in charge of any local field office for a federal law enforcement agency. |

California Department of Justice
Bureau of Firearms



DES Application  – Ammunition Vendor User Guide

| Inventory Code | A customizable setting design by a dealer for specific ammunition type. |
|---|---|
| PDF | Portable Document Format means the file type used for displaying reports within the DES application. |
| Pop-up window (pop-ups) | An additional web browser window opened by a main page. |
| reCAPTCHA | A challenge/response test used to verify that a person, and not another computer, is interacting with a system. The CAPTCHA acronym stands for: **C**ompletely **A**utomated **P**ublic **T**uring test to tell **C**omputers and **H**umans **A**part. |
| SAEC | Standard Ammunition Eligibility Check means the Department's ammunition eligibility check as prescribed by Penal Code section 30370, subdivision (b). A purchaser or transferee is authorized to purchase ammunition if their information matches an entry in the Automated Firearm System and does not match an entry in the Prohibited Armed Persons File. |

## 2.  USING THE DES APPLICATION

In order to use the DES application, you must request a DES account to obtain a valid user name and password combination (See Section 3, *Enrolling in DES*).

### NAVIGATION WITHIN THE DES APPLICATION

The DES application is a web based application. You can navigate the web pages using either your computer mouse or tab button.

There is one important distinction between websites and web applications concerning the use of browser navigation buttons. The browser navigation and refresh buttons, as shown below, should not be used to navigate within the DES application. Instead, you should navigate the DES application using the buttons and/or links that are found on the application's pages.



California Department of Justice
Bureau of Firearms



DES Application  – Ammunition Vendor User Guide

## REQUIRED FIELDS ON FORMS

On all data entry pages, required fields are clearly marked by a red asterisk preceding the field label.

'Current Password

## EXITING THE DES APPLICATION

To exit the DES application, select *Log Off*. You will be logged off from the DES application and returned to the *DROS Entry System Log On* page.

**Note**: Avoid closing the browser window while you are still logged on to the DES. Closing an active window can allow the DES to keep your session open, which could lead to problems logging back on should you attempt this within a short time of closing your browser window.



## SESSION TIME OUT

For security reasons, the DES will time out after 30 minutes of inactivity. If this occurs, the system will display a message indicating that your session has timed out. You will need to log on again to use the system.

## REPORTING AN ISSUE

If you run into a problem or have a question about using the application, you can report the issue to the Customer Support Center using the *Report an Issue* link which is provided throughout the application.

**Note**: You must be logged on to the DES application in order to use this feature.



California Department of Justice
Bureau of Firearms



DES Application  – Ammunition Vendor User Guide

**To report an issue:**

1) Select the **Report an Issue** link located at the top of any page within the DES application.

2) Select the Issue Type from the drop down list.

3) Enter a comment that describes the issue in 200 characters or less.

4) Click on **Submit**.

5) Once you have submitted your issue, it will be reviewed by a Customer Support Center analyst. Once the Customer Support Center replies to your issue, you will see a message on the *Main Menu* page. The message will display after clicking the **My Issue Log** link on the **My Issue Log** page (See Section 6, *My Account Link, My Issue Log*).

## 3.  ENROLLING IN DES

Enrolling in DES is a two or three step process, depending on whether you are the Ammunition Vendor COE Holder or are enrolling under the authority of the Ammunition Vendor COE Holder.

**IMPORTANT:** The DES application will not allow employees to enroll until the Ammunition Vendor COE Holder has enrolled.

**To enroll in DES:**

1) Navigate to the **DROS Entry System Log on** page (https://DES.doj.ca.gov).

2) Click on request a DES account link.



3) The **DROS Entry System Account Request/Enrollment Guidelines** page, lists the information you will need to create a DES account.

California Department of Justice
Bureau of Firearms



DES Application  – Ammunition Vendor User Guide

## DROS Entry System Account Request/Enrollment Guidelines

You will need a combination of the following information to complete account request/enrollment

▶ California Firearms Dealer (CFD) Dealer ID
▶ California Ammunition Vendor (CAV) number
▶ Dealership Certificate of Eligibility (COE) number
▶ Federal Firearms License (FFL) number
▶ A unique personal identification number (for example, your driver's license number)

If you have all the required information and are ready to enroll, please press the "Continue" button to proceed, otherwise press the "Cancel" button.



4) If you have all the required information, click on the ***Continue*** button. **The *DROS Entry System Terms of Use Agreement*** page displays for your agreement.

5) If you agree with the ***DROS Entry System Terms of Use Agreement***, click "***I Agree.***" The *User Account Request, Part 1* page will display.

## User Account Request, Part 1



6) *User Account Request, Part 1:* Step 1: Submit Dealer Information for Verification
    a. Are you a dealership COE holder?
        i. If you are the Main COE holder, select **YES.**
        ii. If you have an Employee COE or other COE type, select **NO**.
    b. Enter the Vendor COE number for the license you are enrolling with.
    c. Enter the CAV number for the vendor that you are enrolling with. If there are multiple vendors under the COE that you will be working with, enter any one of the CAV numbers that apply. Additionally, CAVs can be assigned at a later date or time.

**Note**: Only answer **YES** to this question if your name is on the California Ammunition Vendor license. Answer **NO** to this question if you have an employee or other non-dealership type of COE number or if you do not have a COE number. If you have questions, please contact the Customer Support Center.

7) Select "***I'm not a robot***" to view the reCAPTCHA verification images.

12

California Department of Justice
Bureau of Firearms



DES Application  – Ammunition Vendor User Guide



8)  Identify the reCAPTCHA verification images. If you are unable to determine the images in the reCAPTCHA code, click on the refresh icon next to the verification code, and a new code will be displayed. For more details on reCAPTCHA, (See Section 17, *Use of reCAPTCHA*).



9)  If you selected **YES** in *User Account Request, Part 1,* "*User Account Request, Part 2"* will display.



California Department of Justice
Bureau of Firearms



DES Application  – Ammunition Vendor User Guide

10) If you selected **NO** in *Step 1,* the below version of *"User Account Request, Part 2"* will display.

User Account Request, Part 2

**Step 2: Submit Employee Information for Verification**

| *Dealership COE Number | *CAV Number | Employee COE Number | *Personal ID Number |

ⓘ Enter the ID Number on record for your COE. Otherwise, enter government issued ID number.

11) Enter your CA Driver License or ID number in the Personal ID Number field. The ID number entered must match the ID number on record for your COE.

12) Click on *Submit*. If the enrollment information is correct and matches an active account, the system will display the *User Account Request, Part 3* screen.

**Note:** If there is a problem with the enrollment information, the DES will display a generic error message: *There is a problem with either the information you entered or with the account. Please verify the information and try again.* For security reasons, the message will not state the exact nature of the problem. The following are some possible reasons for the error:

- CAV and/or COE number were entered incorrectly or match an inactive account.
- The COE holder hasn't created their account prior to an employee attempting to create their account.
- The COE holder entered a Personal ID number that does not match the ID number associated to their COE.

13) Enter your user information: **Note:** If you have a dealership, employee, or other non-dealership COE number, your DES User information **must match** your COE information *exactly*.

- Enter your **Last Name** (may include alphas, hyphens, and spaces).
- Enter your **First Name** (may include alphas and spaces).
- Enter your **Middle Initial,** Optional.
- Select your **Identity Verification Questions** from the drop down list.
- Enter the responses associated with each of the questions. You will need to enter these responses should you forget your password or user name or should you get locked out of the DES application.
- Enter the **Password** that you want to use for the DES. **Note**: Click on the **Password Format** link to view the allowable password format.
- Re-enter your **Password**.

California Department of Justice
Bureau of Firearms



DES Application  – Ammunition Vendor User Guide

- Click on **Submit**. Once you have submitted the requested information, the system will present a confirmation page allowing you to review the information that you entered.
- If you discover an error, click on **Edit Request** to go back to the request page and edit the field where you discovered the error.
- If the information is correct, click on **Confirmed, Submit**. A confirmation message will be displayed to confirm submission of the account request.
- If you are the COE Holder and if your COE number is associated to multiple dealerships, the Manage Dealership screen will display (See Section 7, *Manage Dealerships*).
- The system displays the **User Name** that you will use to access the DES application. Please make note of your user name, as you will need to use it each time you access the DES application.

**Note:** If **you are** the COE Holder, you may immediately log on to the DES application using the user name assigned by DES and the password that you created as part of the enrollment process. If **you are not** the COE Holder, you cannot log on to the DES application until your account has been approved by the COE Holder or store manager (See Section 7, *Assigning permissions*).

## 4.  LOGGING ON TO DES

**In order to Log On to the DES application**:
- You must first enroll in the application (See Section 3, *Enrolling in DES*).

If you are not a COE Holder, your store manager or COE Holder must approve your account request and setup your permissions before you can log on (See Section 7, *Administrator Links*).

**To Log On to the DES application:**
1) Navigate to the *DROS Entry System Log On page* (https://DES.doj.ca.gov).
2) Enter your User Name
3) Enter your Password
4) Click on the *Log On* button

If you enter either an invalid user name or password, the system will display a warning message. If you enter too many unsuccessful user name or password attempts, the system will lock your account, and you will need to contact your store manager to unlock it. (If you are the COE Holder and lock your account, you will need to contact the Customer Support Center (See Section 1, *Contacting the Bureau of Firearms Customer Support Center*).

**Forgot Password:**
1) If you have forgotten your password (prior to locking your account):
2) Select the *Forgot Password* option from the *DROS Entry System Log On* page. The *Forgot Password* page displays.



California Department of Justice
Bureau of Firearms

DES Application  – Ammunition Vendor User Guide



3) Enter the requested information:

   a) Any **CAV Number** associated to your account

   b) Your Personal **ID Number**

   c) Your **User Name**

   d) **reCAPTCHA** verification image

   e) Click on the **Submit** button

   f) If a match is found, the system displays two randomly selected identity verification questions that you selected during your DES enrollment.

   g) Enter the response to the security questions presented and click on the **Submit** button.

      1) If the responses entered are correct, the system will display the **Enter New Password** screen. Enter and re-enter your new password and click on the **Submit** button.

      2) If the responses entered are incorrect, the system will display a warning, and you may try again. **Note**: If the responses are entered incorrectly, your account will be locked, and you must contact your store manager to unlock your account. If you cannot remember the answers to your security questions, your manager will have to remove your account, and you will have to re-enroll in DES. If you are the COE holder, you will need to contact the Customer Support Center for assistance.

**If you have forgotten your DES User Name:**

1) Select the **Forgot User Name** option from the **DROS Entry System Log On** page. The *Forgot User Name* page displays.



California Department of Justice
Bureau of Firearms



DES Application  – Ammunition Vendor User Guide

2) Enter the requested information:

   a) Any *CAV Number* associated to your account

   b) Your Personal *ID Number*

   c) *Password* (If you cannot remember your password, see *Forgot User Name and Password* below.)

   d) Your *Last Name*

   e) Your *First Name*

   f) *reCAPTCHA* verification image

   g) Click on the *Submit* button

   h) If a match is found, the system displays two randomly selected identity verification questions that you selected during your DES enrollment.

   i) Enter the responses to the security questions presented and select the *Submit* button.

      1) If the responses entered are correct, the system will display your *User Name* on the screen.

      2) If either of the responses is incorrect, the system will display a warning, and you may try again. **Note**: If the responses are entered incorrectly, your account will be locked, and you must contact your store manager to unlock your account. If you cannot remember the answers to your security questions, your manager will have to remove your account, and you will have to re-enroll in DES. If you are the COE Holder, you will need to contact the Customer Support Center for assistance.

**If you have forgotten your DES User Name and Password:**

1) Select the *Forgot User Name and Password* option from the *DROS Entry System Log On* page. The *Forgot User Name and Password* page displays.

Forgot User Name and Password

| *CFD Number | *ID Number | *Dealership COE Number | FFL Number | *Last Name |
|---|---|---|---|---|

*First Name

I'm not a robot
reCAPTCHA
Privacy - Terms

Please click buttons only once

| Submit | Cancel |

2) Enter the requested information:

   a) Any *CAV Number* associated to your account

   b) Your Personal *ID Number*

   c) The *Dealership COE Number* associated with your CAV license holder

California Department of Justice
Bureau of Firearms



DES Application  – Ammunition Vendor User Guide

d) Ammunition vendors do not require a FFL Number associated to the CAV

e) Your *Last Name*

f) Your *First Name*

g) **reCAPTCHA** verification image

h) Click on the *Submit* button

i) If a match is found, the system displays two randomly selected identity verification questions that you selected during your DES enrollment.

j) Enter the response to the security question presented and click on the *Submit* button.

    1) If the responses entered are correct, the system will display your *User Name* on the screen and allow you to enter a new *Password.*

    2) If either of the responses is incorrect, the system will display a warning, and you may try again. **Note**: If the responses are entered incorrectly, your account will be locked, and you must contact your store manager to unlock your account. If you cannot remember the answers to your security questions, your manager will have to remove your account, and you will have to re-enroll in DES. If you are the COE holder, you will need to contact the Customer Support Center for assistance.

## 5. DES MAIN MENU PAGE

### OVERVIEW

When you log onto the DES application, the *Main Menu* page is displayed, which allows you to perform a variety of tasks within the DES application. Depending on your assigned permissions and other factors, you may perform some or all of the following from your *Main Menu* page:

- Read system generated messages

- Select the ammunition vendor that you'll be working for during this session (This feature is only available if your account is setup with multiple dealerships.)

- View Information Bulletins issued by the Department

- View urgent ammunition eligibility notices on previously submitted transactions

- View forms issued by the Department

- Submit and Search Ammunition Eligibility Checks

- Submit Ammunition Purchase(s)

- Search and add to the Frequently Sold Ammunition List

- View or edit your DES Profile

- Change your password

California Department of Justice
Bureau of Firearms



DES Application  – Ammunition Vendor User Guide

- View or respond to an issue that you had sent to the Customer Support Center
- Select Administrator tasks that you have been given permissions to perform. These tasks include:
  - ○ Process new account requests
  - ○ Manage employee accounts
  - ○ View current and past DES invoices
  - ○ Manage dealerships. (This feature is only available if you are the COE holder and have multiple dealerships associated to your COE number.)
  - ○ Pay your DES invoices
  - ○ View your paid invoices

## MESSAGES

The *Main Menu* page displays messages related to your account, typically giving you information regarding tasks that you need to perform. For example, this is where you will receive a reminder that it is time to change your password, that you have information bulletins to read, or that you have Urgent Ammunition Eligibility Notices to read.

⚠ You have a new message in your 'My Issue Log'.
⚠ You have Information Bulletins that must be reviewed
⚠ You have pending account requests.

## 6.  MY ACCOUNT LINKS

All users have access to the **My Account** links, which include:

- Edit My Profile
- Change My Password
- My Issue Log

## EDIT MY PROFILE

The information that you entered when you completed the account request process became part of your DES User Profile. You may edit your user profile once you are logged on to the system, including your name, your personal ID number (unless you are the COE holder), and your identity verification questions and responses.

**To edit your profile:**

1) From your *Main Menu* page, click on the **Edit My Profile** link. The *Edit My Profile* page will display.

California Department of Justice
Bureau of Firearms



DES Application  – Ammunition Vendor User Guide

2) Modify any editable fields with the new information. (**Note**: If you need to restore the record back to its pre-edited values, click on the ***Refresh*** button).

3) Click on ***Submit***. The system will display a confirmation message when you successfully change your profile. Additionally, if you modified your name, the system will generate and display your new DES user name.

## CHANGE MY PASSWORD

Passwords are valid for 90 days, but you may change your password at any time by clicking on the ***Change My Password*** option from the *DES Main Menu* page. Beginning 15 days prior to password expiration, you will be reminded of the pending password expiration each time that you log on to the system.

If your password expires, you will need to use the ***Forgot Password*** feature to select a new password (See Section 4, *Logging on to DES*).

**To change your password:**

1) From the *DES Main Menu* page, click on the ***Change My Password*** link. The *Change Password* page will display.



2) From the *Change Password* page, you may elect to view the password format requirements by clicking on the ***Password Format*** link.

3) Enter your ***Current Password.***

4) Enter and confirm your ***New Password.***

5) Click on ***Submit*** button. The password entered will be verified to make sure that it complies with the password format requirements. If any problems are found, an error message identifying the problem will be presented.

6) Once the password change has been accepted, a confirmation message will display on the *Main Menu* page.

California Department of Justice
Bureau of Firearms 

DES Application  – Ammunition Vendor User Guide

## MY ISSUE LOG

The My Issue Log allows you to view any issues that you have reported to the Customer Support Center (See Section 2, *Reporting an Issue*).

1) To view a previously Reported Issue, select the ***My Issue Log*** link from the Main Menu. The *My Issues* page will display.



2) To view the original issue that you reported, click on the *Issue Reported* that you would like to view, and the details of your issue will display.

3) Once the Customer Support Center replies to your issue, you will see a message on your *Main Menu* page, and the Issue Reported on your *My Issues* page will show a notation indicating *New*.





4) Click on the Issue Reported link to view the Customer Support Center response.

5) To delete any old Issues, select the box to the right of the *Date Reported* and click the ***Delete Selected*** button.

California Department of Justice
Bureau of Firearms



DES Application  – Ammunition Vendor User Guide

## 7.  ADMINISTRATION LINKS

### OVERVIEW

Depending on your permissions, you may have access to one or more Administrator Links.
These links include:

- New Account Requests
- Manage Employees
- Manage Dealerships
- View Paid Invoices
- Pay Invoices

### NEW ACCOUNT REQUESTS

When an employee's DES enrollment request has been submitted, the request appears on the
New Account Requests page. Before the employee can use the DES application, their account
must be setup with the appropriate permissions, and, if applicable, setup with any additional
dealerships for which they can perform work. Only the COE Holder or another employee who
has been given the Manage Employees permission can setup (or reject) accounts.

Employees can be given one or more of the following DES permissions:

- Pay Invoices (Allows user to view and pay invoices)
- Manage Inventory (Allows user to manage ammo inventory)
- Manage Employees (Allows user to add or remove employees)
- Enter Ammo Transactions (Allows user to enter ammo transactions)

⊟ Permissions for this user
🛈 [you must select at least one Permission if Approving this request]
☐ Select All Permissions
☐ Pay Invoices [Allows user to view and pay invoices]
☐ Manage Inventory [Allows user to manage ammo inventory]
☐ Manage Employees [Allows user to add or remove employees]
☐ Enter Ammo Transactions [Allows user to enter ammo transactions]

**Note**: By default, the COE Holder has all permissions, and can in turn delegate these permissions
to other users who enroll under their COE number. If you have the Manage Employees
permission, and you have account requests that need to be approved, a message will display on
your *Main Menu* page.

⚠ You have pending account requests.

California Department of Justice
Bureau of Firearms



DES Application  – Ammunition Vendor User Guide

**To process account requests:**

1) Log on to the DES application.

2) Select the ***New Account Requests*** link from the *Main Menu*. The system will display the *Pending Account Requests* page.



3) Click on the last name of the user's record that you would like to process. The System will display the account permissions. You must select at least one Permission in order to approve the request.

4) If you wish to reject the account request, click on the ***Reject*** button at the bottom of the page. The "***Are you sure you want to reject this account request?***" message displays, click **OK.**



If you wish to approve the account, then you must assign the user the appropriate permissions by checking the box next to each applicable permission.

**Note**: You can assign one or multiple permissions, but at least one permission must be assigned. If your account is associated with multiple dealerships, you can assign additional dealerships to the user by checking the box next to each applicable dealership.



Once the permissions (and optional dealerships) have been assigned, click on the ***Accept*** button. The system will display a confirmation message that the account was approved. At this point, the approved user can log on to DES.

California Department of Justice
Bureau of Firearms



DES Application  – Ammunition Vendor User Guide

## MANAGE EMPLOYEES

If you are the COE holder or if you've been assigned the Manage Employee permission, you can carry out the following tasks:

- View a list of your employees with DES accounts
- Modify an employee's permissions
- Modify an employee's assigned dealership (if applicable)
- Unlock an employee's account
- Remove an Employee's account **Note**: A COE Holder's account cannot be modified. The COE holder by default retains all permissions. If you have the Manage Employee permission, you cannot modify your own account.

## VIEW EMPLOYEES

To view a list of the employees who have DES accounts with your dealership:

1) Select the *Manage Employees* link from the *Main Menu*. A list of all of the dealership's employees will display. If your account is setup with multiple dealerships, each dealership will be displayed with the assigned employees listed under each dealership's CFD number. If an employee is assigned to multiple dealerships, you will see the employee's name listed under each assigned dealership. You can filter the results to see just the employees from a single dealership.
2) To view the details of an employee's record, click on the last name of the employee from the list.

## MODIFY AN EMPLOYEE'S ACCOUNT

Change Permissions:
1) Click on the last name of an employee from the list (see View Employees above). The User Details will display.
2) You can modify the employee's DES permissions by checking or un-checking the boxes next to the applicable permissions. **Note**: At least one permission must be associated to the employee's account.

## ASSIGNING ADDITIONAL DEALERSHIPS

If your DES account is associated with multiple dealerships, you can assign additional dealerships to an employee's account, allowing the employee to perform DES activities for any store to which they have been assigned.

1) Click on the last name of the applicable employee from your list of employees (see View Employees above). The User Details will display.
2) Check the box next to each applicable dealership in the *Add Dealership* section.
3) You can remove a dealership by checking the *Remove* box in the *Dealership* section. **Note**: At least one dealership must be associated to the employee's account.

California Department of Justice
Bureau of Firearms



DES Application  – Ammunition Vendor User Guide

## UNLOCKING AN EMPLOYEE'S ACCOUNT

An employee can lock their DES account by entering an incorrect password, or by incorrectly answering their security questions. An employee with the *Manage Employee* permission can unlock the account as follows:

1) Click on the last name of the locked employee from your list of employees (see View Employees above.) The User Details will display.
2) Open the Permissions for the User section on the User Detail Page.
3) Click on the Unlock Account button. A message will display indicating that the account has been unlocked and that the employee will need to complete the Forgot Password process from the DES Log On page.

**Note**: The Unlock Account button only displays if the users account is currently locked.



## UNLOCKING A COE HOLDER'S ACCOUNT

If you are a COE Holder and your account becomes locked, you must contact the Customer Support Center and request to have your account reset. Once your account has been reset, you must go to the *DROS Entry System Log On* page, select the *Request a DES Account* link and enter the requested account information. The DES application will then allow you to create a new password.

## REMOVING AN EMPLOYEE FROM THE DES APPLICATION

When an employee no longer has a need to access the DES application, the employee's account must be removed from the DES by the COE Holder. Prompt removal will protect the dealership from fraudulent DROS-related billing activities.

To remove an Employee from the DES:
1) Click on the last name of the applicable employee from your list of employees (see View Employees above). The User Details will display.
2) Check the *Remove User* box in the Permissions for this User section and click on the *Submit Changes* button.



The system will ask you to verify if you wish to remove the user's account. Click on *OK* if you wish to proceed with the removal of the account.

California Department of Justice
Bureau of Firearms



DES Application  – Ammunition Vendor User Guide

## MANAGE DEALERSHIPS

In order for employees to enroll in DES and submit Ammunition Eligibility Checks for a particular dealership, the dealership's CAV number must first be associated to the COE Holder's account within the DES application. If the COE Holder has only a single dealership, that dealership is associated to the COE simply by the COE Holder enrolling in DES. If, however, the COE Holder has more than one dealership, the COE Holder must associate any additional dealerships from the *Manage Dealerships* page. The COE Holder may associate additional CAV's during the time of enrollment, or the COE Holder may also use the *Manage Dealerships* function to make the associations at a time other than the enrollment process (for example, when a new dealership is opened).

**Note**: Only the COE holder has the permission for *Managing Dealerships,* and this permission cannot be delegated. The *Manage Dealerships* page is only available when a user has multiple CAV's associated with their COE number.

### TO ASSOCIATE ADDITIONAL DEALERSHIPS

1) From the *Main Menu*, select the ***Manage Dealerships*** link (the *Manage Dealerships* page automatically displays as part of the enrollment process if your COE number is associated with multiple dealerships).



2) The DES displays those dealerships already associated to your account, as well as additional dealerships that are available to be associated to your account.

**IMPORTANT:** CAV's do not have a FFL that can be validated therefore they are automatically associated.

Once you are successful in associating a dealership to your account, you can begin assigning employees to that dealership (see *Managing Employees* above).

California Department of Justice
Bureau of Firearms



DES Application  – Ammunition Vendor User Guide

## 8.  DES INVOICING

### DES FEES AND BILLING CYCLE

Upon submission of an Ammunition Eligibility Check one or more of the following fees will be billed to the dealers account. The Department will not provide refunds after submission and acceptance of an Ammunition Eligibility Check.

### Ammunition DROS Fee(s)

- The fee for a Basic Ammunition Eligibility Check is $19.00
- The fee for a Standard Ammunition Eligibility Check is $1.00
- The fee for a Certificate of Eligibility Check is $1.00

At the first of each month, the DOJ will generate DES invoices for each dealership that submitted Ammunition Eligibility Check(s) during the previous month. The COE Holder, or a user who has been given the *Pay Invoices* permission, will have the ability to view and pay invoices. Payments for the Ammunition invoice must be made through the DES application, and must be made using one of the following credit/debit card types:

- American Express
- Discover Card
- Master Card
- Visa

California Department of Justice
Bureau of Firearms



DES Application  – Ammunition Vendor User Guide

The DES invoice must be paid within 30 days from the invoice date. Reference the below DES Billing Cycle Chart for billing period, invoicing and suspension details.

| Billing Period | Invoice Date | Due By Date | Suspension Date if not paid in full |
|---|---|---|---|
| 1/1 - 1/31 | 2/1 | 3/2 (3/1 if leap year) | 3/3 (3/2 if leap year) |
| 2/1-2/28 (2/29 if leap year) | 3/1 | 3/30 | 3/31 |
| 3/1-3/31 | 4/1 | 4/30 | 5/1 |
| 4/1-4/30 | 5/1 | 5/30 | 5/31 |
| 5/1-5/31 | 6/1 | 6/30 | 7/1 |
| 6/1-6/30 | 7/1 | 7/30 | 7/31 |
| 7/1-7/31 | 8/1 | 8/30 | 8/31 |
| 8/1-8/31 | 9/1 | 9/30 | 10/1 |
| 9/1-9/30 | 10/1 | 10/30 | 10/31 |
| 10/1-10/31 | 11/1 | 11/30 | 12/1 |
| 11/1-11/30 | 12/1 | 12/30 | 12/31 |
| 12/1-12/31 | 1/1 | 1/30 | 1/31 |

**IMPORTANT**: An invoice that goes unpaid for more than 30 days from the invoice date will result in the dealership being suspended from performing certain tasks on the DES application. This suspension extends to **all** dealerships that fall under the COE number for which the dealership was setup. Users from a suspended dealership will be prevented from conducting the following DES activities until all past due invoices associated to the COE have been paid in full:

- Submit Ammunition Eligibility Check
- Search Ammunition Eligibility Check
- Search Ammunition Purchase(s)
- Search Frequently Sold Ammunition
- Add Frequently Sold Ammunition

If your dealership is suspended because of a past due invoice, you will still be able to pay the invoice through DES. Once the past due invoice(s) have been paid in full, the dealership(s) DES activities will be restored back to normal.

California Department of Justice
Bureau of Firearms



DES Application  – Ammunition Vendor User Guide

## VIEWING YOUR CURRENT DES INVOICE

From the *Main Menu,* click on the **Pay Invoices** link located in the Administrator section. (You must have the Pay Invoices permission in order to see this link.)



The *Pay Invoices* page will display all billing periods, for each CAV associated to your account, which have a balance due.



1) To view a detailed report of each transaction that occurred for your dealership, click on the **Invoice Date** for the CAV number associated to the dealership that you wish to view. The *Monthly Ammunition Vendor Dealer Invoice* report will display.

California Department of Justice
Bureau of Firearms


DES Application  – Ammunition Vendor User Guide

2) If you've made one or more payments for the invoice and wish to view the details of those payments, click on the ***Amount Paid*** or the ***View Payment History*** link. The payment details for the past twelve months will display.

3) If your account is associated with multiple dealerships, click on the ***Invoice(s) Total*** amount to view a summary of all of your dealerships' invoices.

## PAYING YOUR DES INVOICE

1) From the *Main Menu,* click on the ***Pay Invoices*** link located in the Administrator section. (You must have the Pay Invoices permission in order to see this link.) The *Pay Invoices* page will display all billing periods which have a balance due, and the full balance due dollar amount will display in the Payment Amount field(s) for each dealership associated with your account. There is one type of invoice: Ammunition.

    a. **Paying Your Total Balance Due** - If you are ready to pay the entire balance due, click on the ***Submit Payments*** button at the bottom of the screen. The *DROS Entry System Payment* screen will display.



    b. **Making a Partial Payment** - If you wish to make a partial payment, select the ***Change Payment Amounts*** option. The ***Payment Amount*** fields can then be changed to different amounts (however, you can't enter an amount greater than the ***Balance due***). DES will allow you to make multiple partial payments for an invoice; however, the balance due must be paid in full within 30 days of the invoice date, or a suspension will occur. Once you have changed the payment amount, click on ***Submit Payments*** button at the bottom of the screen. The *DROS Entry System Payment* screen will display.

## PAYING YOUR PAST DUE DES INVOICE

If you have a past due invoice that has resulted in the suspension of one or more dealerships, you can choose to pay the total balance due, pay just the past due balance, or make a partial payment.

1) ***Pay Total Payable Balance Due -*** Choose this option if you wish to pay the total balance for both past due and current invoices.

    ◉ Pay Total Payable Balance Due (combined total of all balances due)
    ○ Change Payment Amounts

2) ***Change Payment Amounts*** – Choose this option if you wish to make a partial payment; however, when you have a past due invoice, you may not pay on a current invoice until

California Department of Justice
Bureau of Firearms



DES Application  – Ammunition Vendor User Guide

all past due invoices have been paid in full. You may make a partial payment on just a past due bill; however, the suspension will remain in place until the past due bill has been paid in full.

a. To change payment amounts select **Change Payment Amounts**. The Payment Amounts will become active.



○ Pay Total Payable Balance Due (combined total of all balances due)
◉ Change Payment Amounts  [Clear Payment Amounts]

**May 2019 Billing Period, 05/01/2019 to 05/31/2019**
Invoice(s) Total: $ 2256   Amount Paid: $ 0   Balance Due: $2256   Suspension Date if not paid in full:   07/01/2019

| CFD/CAV | Type | Invoice Date | Amount Invoiced | Amount Paid | Balance Due | Payment Amount |
|---------|------|--------------|-----------------|-------------|-------------|----------------|
| | Firearm | 06/01/2019 | $900 | $0 | $900 | $ 900 |
| | Ammunition | 06/01/2019 | $312 | $0 | $312 | $ 312 |
| | Firearm | 06/01/2019 | $725 | $0 | $725 | $ 725 |
| | Ammunition | 06/01/2019 | $319 | $0 | $319 | $ 319 |

Total Payments Entered: $ 2256

b. After you enter the desired payment amount, click **Submit**.

**Note**: Special characters are not accepted in the Payment Amount field. Payment amounts should be entered as a number value.

Invoice(s) Total: $ 2256   Amount Paid: $ 0   Balance Due: $2256   Suspension Date if not paid in full:

| CFD/CAV | Type | Invoice Date | Amount Invoiced | Amount Paid | Balance Due | Payment Amount |
|---------|------|--------------|-----------------|-------------|-------------|----------------|
| | Firearm | 06/01/2019 | $900 | $0 | $900 | $ 900 |
| | Ammunition | 06/01/2019 | $312 | $0 | $312 | $ 0 |
| | Firearm | 06/01/2019 | $725 | $0 | $725 | $ 725 |
| | Ammunition | 06/01/2019 | $319 | $0 | $319 | $ 0 |

Total Payments Entered: $ 1625

3) **Pay Past Due Balance** – Choose this option if you wish to pay only the amount that is past due. Any invoices that are not past due will have zero in the payment amount field. Selecting this option will allow you to pay the minimum amount required to remove a suspension caused by a past due invoice. **Note**: **Pay Past Due Balance** will only appear if your account is delinquent.

◉ Pay Total Payable Balance Due (combined total of all balances due)
○ Change Payment Amounts
○ Pay Past Due Balance (amount required to resolve past due balance)

4) Once you have made your selection and verified the amount you wish to pay, click on the **Submit Payments** button at the bottom of the screen. The *Billing Information* screen will display.

California Department of Justice
Bureau of Firearms



DES Application  – Ammunition Vendor User Guide



## ENTERING YOUR CREDIT/DEBIT CARD INFORMATION

Once you have clicked on the ***Submit Payments*** button, the system will display the *Billing Information* screen with the ***Payment Amount*** automatically entered from the previous screen. If you would like to change the amount of the payment, click on the ***Back*** button, and you can make changes from the previous screen.

**To submit your credit/debit card payment information:**

1) Enter your credit/debit card information as follows:

   a. **Cardholder Full Name** – Enter the cardholder's name as it appears on the card.

   b. **Billing Address** – Enter the billing address associated to the card.

   c. **Billing City** – Enter the city associated to the card.

   d. **Billing State** – From the drop down list, select the state code associated to the card.

   e. **Billing Zip Code** – Enter the zip code associated to the card.

   f. **Credit/Debit Card Type** – From the drop down, select the type of credit/debit card you will be using.

   g. **Card Numbe**r – Enter the card number from the card. Do not enter spaces.

   h. **Security Code** – Enter the 3 or 4 digit security code from the front or back of the card.

   i. **Card Expiration Date** – From the drop down lists, select the month and year of the card's expiration date.

2) Once you have entered the required billing information and are ready to submit payment, click ***Submit.***

IMPORTANT: Once you submit payment, a page loading message may display. **DO NOT** click the browser back button or log out of DES. This may result in a resubmission of information.

California Department of Justice
Bureau of Firearms



DES Application  – Ammunition Vendor User Guide

Billing Information



**Page loading, please wait...**

3) The credit/debit card transaction is submitted for verification and you will be redirected to the ***Pay Invoice*** Screen with a notification confirming the amount paid and authorization number.

✔ Your payment of $1625 has been approved. Your authorization number is ET162088.

Pay Invoices

    a. **Declined** – If the transaction is declined, a message describing the problem will be displayed. Either correct any invalid information and resubmit the transaction, or enter the information using a different credit/debit card.

    b. **Approved** – If the transaction is approved, the system will display a confirmation message along with your Authorization number.

**Note:** The DOJ does not retain credit/debit card information, with the exception of the last four characters of your card number which is used to display your payment history. Therefore, each time that you make a payment, you will need to re-enter your credit/debit card information.

## VIEW PAID INVOICES

The COE Holder, or a user with the Pay Invoices permission, has the ability to view previously paid invoices.

**To view a previously paid DES Invoice:**

1) From the Main Menu, click on the ***View Paid Invoices*** link located in the Administrator section (you must have the Pay Invoices permission in order to see this link).



2) The *Paid Monthly Invoice Report* page displays showing the past twelve months of invoices that have been paid in full. If your account is setup with multiple dealerships, all applicable CAVs will display.


3) To view the invoice that shows a detailed breakdown of the transactions that you were billed for, click on the **Invoice Date** link for the CAV that you wish to view. There is one type of invoice: Ammunition.

**Note:** It is highly recommended to print the paid invoices report for your records. The system will only allow you to view 12 months of paid invoices.



## CREDIT INVOICE HISTORY

The COE Holder, or user with the Pay Invoices permission, has the ability to view credit history. If a credit is applied for a DROS transaction, the credit will be reflected on the invoice generated the following month.

**To View Credit History:**

1) From the Main Menu, click on the *View Paid Invoices* link located in the Administrator section of the *Main Menu*.

2) Click Credit Invoice History.



3) If DROS Credits have been issued, the Credit History will display as pictured below.

California Department of Justice
Bureau of Firearms



DES Application  – Ammunition Vendor User Guide

4) Clicking on the invoice credit will open a report with details on invoice transaction credits.

**INVOICE TRANSACTION CREDIT DETAILS**

| DEALER ID | SALE DATE/TIME | TRANSACTION # | CREDIT DATE | COST |
|-----------|----------------|---------------|-------------|------|
| | 03/21/2019 12:32 PM | 001005824 | 03/21/2019 | (25) |
| | 03/21/2019 12:30 PM | 001005992 | 03/21/2019 | (25) |
| | 03/21/2019 12:30 PM | 001005993 | 03/21/2019 | (25) |
| | 03/21/2019 12:29 PM | 001006021 | 03/21/2019 | (25) |
| | 03/21/2019 12:31 PM | 001006022 | 03/21/2019 | (25) |
| | 03/21/2019 12:31 PM | 001006023 | 03/21/2019 | (25) |

## 9.  TRANSACTIONS, NOTICES, BULLETINS

### OVERVIEW

The Notices and Bulletins section contains links that allow you to:

- Review Eligibility Notices (must have the Enter Ammunition permission)
- Review Information Bulletins issued by the Bureau of Firearms (any permission)

Some of the above links may be hidden for the following reasons:

- **Dealership hasn't been selected** – If your account is associated to multiple dealerships, you must select the dealership that you wish to be associated with prior to viewing bulletins or notices.
- **Unviewed Information Bulletins** – When the BOF posts an Information Bulletin to DES, at least one user from each dealership must view and acknowledge the bulletin. Until the bulletin is viewed and acknowledged, users will be unable to view/submit Ammunition eligibility checks.
- **Unviewed Urgent Ammunition Eligibility Notices** – When the BOF posts an Ammunition Eligibility Notice, a user from the dealership must acknowledge the notice. Until the notice is acknowledged, users will be unable to view/submit Ammunition eligibility checks.

### SELECTING A DEALERSHIP

If your profile has been setup for working with multiple dealerships within a company, you must choose which dealership you are working with.

**To select a dealership:**

1) Click on the *Select Dealership* link from the *Main Menu* (this link only displays if your profile has been associated to more than one dealership within a company).

2) Select the name of the dealership that you wish to be associated with during your session.

3) Enter the CAV number associated to the dealership name that you selected above.

California Department of Justice
Bureau of Firearms



DES Application  – Ammunition Vendor User Guide

4) The system will then display the Transactions, Notices, Bulletins and Ammunition
transactions section with additional links.

5) Once you have selected a dealership, you have the option to then select a different
dealership by clicking on the ***Select a Different Dealership*** link.

## REVIEW AMMUNITION ELIGIBILITY NOTICES

If you have any urgent notices, you must review them before you can conduct any other
Ammunition eligibility checks. The DES allows you to view BOF notices for an Ammunition
Eligibility entered within the past 90 days. The following notices are considered urgent until they
are reviewed and acknowledged by a user:

**Ammunition Eligibility Notices:**

- Approval After Denial Notice
- DMV Reject Notice
- Purchaser Prohibited Notice

**Note**: Records with a Pending or Approved status do not require review before other
Ammunition eligibility checks can be conducted.

⚠ If you have urgent notices to review, the system will display a message your *Main Menu*
page.

**To Review your Ammunition Eligibility Notices:**

1) Log on to the DES application.
2) Select your dealership (if applicable).
3) From the Main Menu, select the ***Review Ammunition Eligibility Notices*** link. If you have
urgent notices to review, the *Review Urgent Ammunition Eligibility Notices* page will
display.
4) Click on the status link of the eligibility notice that you wish to view. The notice will
display in PDF format.
5) You can print a copy of the notice by clicking on the printer icon from the Adobe Reader
window.
6) Acknowledge that you reviewed the notice by clicking on the ***Acknowledge*** button.



7) Once you have reviewed all of your urgent notices, clicking on the *Review Ammunition
Eligibility Notices* link will display any acknowledged notices as well as all of the
approved records from the past 90 days.

California Department of Justice
Bureau of Firearms



DES Application – Ammunition Vendor User Guide

## TYPES OF AMMUNITION ELIGIBILITY CHECK(S)

### Approval after Denial Notice

An "Approval after Denial" notice is generated when the Department has received additional information indicating the purchaser is eligible to purchase ammunition. If you receive this notice you may move forward with the transaction should the purchaser choose to do so.  Please note, the approval is valid for 30 days from the date of the letter.

### DMV Reject Notice

A "DMV Reject" notice is generated when a Basic Ammunition Eligibility Check (BAEC) DROS  is being rejected and returned because the driver license/ID card status is not valid and/or the purchaser's name, driver license/ID card number, and/or date of birth information provided conflict with the files maintained by the Department of Motor Vehicles (DMV). The purchaser must correct their personal information on file with the DMV. Consequently, the BAEC DROS must be resubmitted as a new transaction with applicable fees.

### Purchaser Prohibited Notice

A "Purchaser Prohibited" notice is generated when the purchaser is not eligible to own or possess ammunition, therefore, you cannot release the ammunition to the purchaser.

## REVIEW INFORMATION BULLETINS

If your dealership has any un-reviewed Information Bulletins, you must review them before you can conduct any other DROS activities. If you have any unread bulletins to review, the system will display a message on your *Main Menu* page.

⚠ You have Information Bulletins that must be reviewed.

### To Review Information Bulletins:

1) Log on to the DES application.
2) From the Main Menu, select the ***Review Bulletins*** link. The *DES Bulletins* page will display, showing a list of all available Information Bulletins issued by the BOF.
3) Clicking on the name of the un-reviewed bulletin will display the bulletin details as a PDF document. If you choose, you may print the bulletin by clicking on the Adobe Reader print icon.

DES Bulletins

**Current DES Bulletins**

| Bulletin Name | Date Posted | Reviewed Date | Reviewed By |
|---|---|---|---|
| iBtwo | 05/15/2013 | | |
| bulletin four | 04/19/2013 | 05/13/2013 | GEORGE SHAW |
| bulletin three | 04/19/2013 | 05/13/2013 | GEORGE SHAW |
| bulletin two | 04/19/2013 | 05/13/2013 | GEORGE SHAW |
| Test bulletin One | 04/09/2013 | 05/13/2013 | GEORGE SHAW |

**Note**: If the bulletin doesn't automatically display on your screen, you may have to click on the *Download Bulletin to view in Adobe Reader* link. Downloading the most current version of

California Department of Justice
Bureau of Firearms



DES Application  – Ammunition Vendor User Guide

Adobe Reader should ensure that the bulletin automatically displays. To download the most current version of Adobe Reader, visit the following website:  http://get.adobe.com/reader/. Once you have reviewed the bulletin, your name and the date that you reviewed the bulletin will display on the ***DES Bulletins*** page.

**IMPORTANT:** The DES message, "You have Information Bulletins that must be reviewed" will only display until the first employee has reviewed and acknowledged the bulletin. Only the first employee must acknowledge the bulletin. Once reviewed, other employees will not be given a DES message to view the bulletin. Thus, it is highly recommended to print out the bulletins and share with other employees. You can reference back to past DES bulletins at any time.

## 10. AMMUNITION TRANSACTIONS

The Ammunition Transactions section contains links that allow you to:

- **Submit Eligibility Check** (must have the Enter Ammo Transactions permission)
- **Search Eligibility Check** (must have the Enter Ammo Transactions permission)
- **Review Eligibility Notices** (must have the Enter Ammo Transactions permission)
- **Submit Ammunition Purchase(s)** (must have the Enter Ammo Transactions permission)
- **Search Frequently Sold Ammunition List** (must have the Manage Inventory permission)
- **Add Frequently Sold Ammunition** (must have the Manage Inventory permission)

Some of the above links may be hidden for the following reasons:

- **Dealership hasn't been selected** – If your account is associated to multiple dealerships, you must select the dealership that you wish to be associated with prior to viewing bulletins or notices, or conducting any type of DROS transactions.
- **Unviewed Information Bulletins** – When the BOF posts an Information Bulletin to DES, at least one user from each dealership must view and acknowledge the bulletin. Until the bulletin is viewed and acknowledged, users will be unable to view/submit DROS transactions.
- **Unviewed Urgent Ammunition Eligibility Notices** – When the BOF posts an Ammunition Eligibility Notice for a DROS transaction, a user from the dealership must acknowledge the notice. Until the notice is acknowledged, users will be unable to view/submit DROS transactions.

California Department of Justice
Bureau of Firearms



DES Application  – Ammunition Vendor User Guide

## 11. SUBMIT AMMUNITION ELIGIBILITY CHECK

### OVERVIEW

All ammunition eligibility checks require the entry of purchaser information. Purchaser information will be captured by swiping the California Driver License or Identification Card through a magnetic card swipe reader. Any missing or incorrect information will be keyed directly into the appropriate fields.

**Entering Purchaser Information:**

1) Swipe the CA driver license or CA identification card through the magnetic card swipe reader.

2) Click on the **Populate Fields** button in the *Swipe CA Driver License or ID Card* area.



3) Verify that the data displays correctly. **Note**: If the information will not scan, you must manually enter the information.

4) Correct information as necessary.

5) Complete all applicable fields.

**Tips:**

- **Single Name –** If the purchaser or seller has a single name (example: Wasp, Sky, Rebel), enter the single name in the Last Name field and enter an asterisk (*) in the first name field (Suffix and Middle Name fields must be blank).

- **Purchaser's City –** The city will automatically appear based on the zip code; however, if the zip code has more than one city name or variation listed, you will need to select the correct city name from the City drop down list.

- **Citizenship –** If you select *NO* from the *U.S. Citizen* drop down list, the system will display additional fields that must be entered. Select the Country of Citizenship from the drop down list and enter either the Alien Registration number or the I-94 number. **Note**: These numbers can be found on the purchaser or seller's Permanent Resident card (Green Card) or I-94 Arrival/Departure card.

- **Telephone Number –** Is a required field for an ammunition eligibility check.

California Department of Justice
Bureau of Firearms



DES Application  – Ammunition Vendor User Guide

## 12. TYPES OF AMMUNITION ELIGIBILITY CHECK(S)

### OVERVIEW

An ammunition purchaser or transferee may request, through an ammunition vendor, the department to conduct a Standard Ammunition Eligibility, Basic Ammunition Eligibility or Certificate of Eligibility Check.

### STANDARD AMMUNITION ELIGIBILITY CHECK

A purchaser or transferee is authorized to purchase ammunition if their information matches an entry in the Automated Firearm System and does not match an entry in the Prohibited Armed Person File. Follow the steps below to submit a *Standard Ammunition Eligibility Check.*

1) From the *Main Menu* page, select the **Submit Eligibility Check** link.



2) Under *Purchaser Eligibility Check* select **Standard Ammunition Eligibility Check** link.

3) Enter the Purchaser Information (see **Entering Purchaser Information** on the previous page).

4) Once all of the DROS information has been entered, you will preview the DROS report by clicking on the **Preview** button. If any information is missing or entered incorrectly, an error message will display. If the system doesn't detect any problems with the DROS, a preview of the DROS report will display. Verify that the information entered is correct. If you find a mistake, click on the **Back** button, and you will be returned to the form and may correct the transaction. If the DROS preview is correct, you must click on the DROS payment agreement box before proceeding.

> You must check this box to see the Submit Final option.

"I understand that upon submission of this DROS transaction I will be billed and agree to pay a non-refundable fee of $ 1.00 to the Department of Justice.☐ (a



California Department of Justice
Bureau of Firearms

DES Application  – Ammunition Vendor User Guide

5) Upon checking the DROS payment agreement box, the **Submit Final** button displays. Clicking on the **Submit Final** button sends the transaction to the DOJ and generates a DROS number.

**IMPORTANT: Once the Submit Final button has been clicked, your dealership will be charged for the transaction, and the transaction can no longer be edited.** The DROS Report containing a DROS number and transaction date and time displays.



## BASIC AMMUNITION ELIGIBILITY CHECK

A purchaser or transferee is authorized to purchase ammunition if they are not prohibited from purchasing or possessing ammunition, subsequent to affirmation by the Department. Follow the steps below to submit a Basic Ammunition Eligibility Check.

1) From the *Main Menu* page, select the **Submit Eligibility Check** link.

2) Under *Purchaser Eligibility Check* select **Basic Ammunition Eligibility Check** link.

3) Enter the Purchaser Information (see **Entering Purchaser Information** on the previous page).

4) Once all of the DROS information has been entered, you will preview the DROS report by clicking on the **Preview** button. If any information is missing or entered incorrectly, an error message will display. If the system doesn't detect any problems with the DROS, a preview of the DROS report will display. Verify that the information entered is correct. If you find a mistake, click on the **Back** button, and you will be returned to the form and may correct the transaction. If the DROS preview is correct, you must click on the DROS payment agreement box before proceeding.

> You must check this box to see the Submit Final option.

'I understand that upon submission of this DROS transaction I will be billed and agree to pay a non-refundable fee of $ 19.00 to the Department of Justice. ☐

5) Upon checking the DROS payment agreement box, the **Submit Final** button displays. Clicking on the **Submit Final** button sends the transaction to the DOJ and generates a DROS number.

**IMPORTANT: Once the Submit Final button has been clicked, your dealership will be charged for the transaction, and the transaction can no longer be edited.** The DROS Report containing a DROS number and transaction date and time displays.

California Department of Justice
Bureau of Firearms



DES Application  – Ammunition Vendor User Guide



## CERTIFICATE OF ELIGIBILITY CHECK

A Purchaser or transferee is authorized to purchase ammunition if they hold a current Certificate of Eligibility, subsequent to verification by the department. Follow the steps below to submit a Certificate of Eligibility Check.

1) From the *Main Menu* page, select the ***Submit Eligibility Check*** link.

2) Under *Purchaser Eligibility Check* select ***Certificate Eligibility Check*** link.

3) Enter the Purchaser's Certificate of Eligibility (COE) Number.

4) Enter the Purchaser Information (see **Entering Purchaser Information** on the previous page).



5) Once all of the DROS information has been entered, you will preview the DROS report by clicking on the ***Preview*** button. If any information is missing or entered incorrectly, an error message will display. If the system doesn't detect any problems with the DROS, a preview of the DROS report will display. Verify that the information entered is correct. If you find a mistake, click on the ***Back*** button, and you will be returned to the form and may correct the transaction. If the DROS preview is correct, you must click on the DROS payment agreement box before proceeding.

> You must check this box to see the Submit Final option.

'I understand that upon submission of this DROS transaction I will be billed and agree to pay a non-refundable fee of $ 1.00 to the Department of Justice. ☐ (a

California Department of Justice
Bureau of Firearms



DES Application  – Ammunition Vendor User Guide

6) Upon checking the DROS payment agreement box, the ***Submit Final*** button displays. Clicking on the ***Submit Final*** button sends the transaction to the DOJ and generates a DROS number.

**IMPORTANT**: **Once the Submit Final button has been clicked, your dealership will be charged for the transaction, and the transaction can no longer be edited.** The DROS Report containing a DROS number and transaction date and time displays.

## 13. SEARCH AMMUNITION ELIGIBILITY  CHECK

### OVERVIEW

Once the Ammunition Eligibility Check has been submitted to the Department, you can use the DES application to view the eligibility check, re-print the eligibility check, and submit delivered ammunition to the purchaser.

**To search for a previously submitted Ammunition Eligibility Check:**

1) From the *Main Menu* page, click on the ***Search Eligibility Check*** link. The *Ammunition Eligibility Check Results* page displays.

2) Enter the information that you want to search:

   a.   Partial or complete Last Name

   b.   Partial or complete First Name

   c.   DROS Number

   d.   ID Number

   e.   Decision status

   **Note**: For the most accurate result, search by DROS number.

3) Click on the ***Search*** button. The system will display a list of all matching records.

Ammunition Eligibility Check Results

| Last Name | First Name | DROS Number | ID Number |
|---|---|---|---|
| | | | |

| Decision | | | |
|---|---|---|---|
| Select | | | |

Please click buttons only once.

| Search | Clear Form | Main Menu |
|---|---|---|

Search Results

| DROS Number | Name of Purchaser (First Middle Last) | ID Number | Decision | Type | Expiration Date |
|---|---|---|---|---|---|
| | TEST PURCHASER | | DENY/REJECT | Standard Ammunition Eligibility Check | |

Displaying records 1 to 1 of 1 total records.

California Department of Justice
Bureau of Firearms



DES Application  – Ammunition Vendor User Guide

4) Clicking on the DROS Number from the *Ammunition Eligibility Check Results* will display the selected DROS.

5) The DROS will display with a current status indicating whether or not ammunition can be delivered. The ammunition eligibility check status' are:

    a. **APPROVED** – The Department has determined the individual is eligible to purchase or possess ammunition.

    b. **DENY/REJECT** – The Department has determined the individual is not eligible to purchase or possess ammunition. The person cannot continue with an ammunition purchase.

    c. **IN PROGRESS** – Ammunition eligibility check is currently being processed by the Department.

    d. **USED** – Individual has purchased and received ammunition in association with the eligibility check.

    e. **EXPIRED** – The eligibility check was approved, but can no longer be used to complete a purchase of ammunition.

6) When the eligibility check has an APPROVED status, the ***Purchase Ammunition*** link will be available at the top of the screen. Clicking the link will allow the purchase of ammunition starting on the *Select Ammunition Purchase Type* page (See Section 14, *Submit Ammunition Purchase(s).)*

**What would you like to do next?**
- Print this Eligibility Check (you will remain on this page and still be able to select from the options below)
- Back to Search Result List
- Purchase Ammunition
- Go to the Main Menu

## 14. SUBMIT AMMUNITION PURCHASE(S)

### OVERVIEW

All Ammunition Eligibility Checks require an APPROVED status to submit an ammunition purchase. There is no limit to the amount of ammunition that can be delivered using one eligibility check. Once the final delivery of ammunition purchase(s) is made, the eligibility check will change to the USED status.

**To submit an Ammunition purchase:**

1) From the *Main Menu* page, click on the ***Submit Ammunition Purchase(s)*** link. The *Select Ammunition Purchase Type* page displays.

California Department of Justice
Bureau of Firearms



DES Application  – Ammunition Vendor User Guide

## Select Ammunition Purchase Type

Ammunition Purchase

Ammunition Sale

Private Party Ammunition Transfer

Pending Purchase(s)

You have no pending purchases.

Please click buttons only once. Multiple clicks will delay processing
[ Main Menu ]

2) Select either:
   a. **Ammunition Sale –** Ammunition from the vendor inventory. Ammunition Sale
      will also cover any ammunition transferred from another California Ammunition
      Vendor or out of state ammunition retailer.

   b. **Private Party Ammunition Transfer –** Ammunition transferred from one non-
      vendor to another non-vendor.

3) Verify the purchaser information.
   a. Enter the fifteen digit Eligibility Check DROS Number. Click the *Verify* button.

   **OR**

   b. Verify the pre-populated purchaser information from the *Search Eligibility Check*
      link.



45

California Department of Justice
Bureau of Firearms



DES Application  – Ammunition Vendor User Guide

4) Enter the Transaction and Ammunition Information. **Note:** * indicates required field.

    a. **Inventory Code-** Title of frequently sold ammunition
    b. **\*Manufacturer-** Enter the name of the person or company that manufactured the ammunition.
    c. **\*Condition-** Select whether the ammunition is new, reloaded, or used from the *Condition* drop down list.
    d. **Bullet Type-** Select from the *Bullet Type* drop down list.
    e. **Bullet Weight-** If applicable, typically measured in units of mass called grains.
    f. **Usage Type-** Select from the *Usage Type* drop down list.
    g. **Casing-** Select from the *Casing* drop down list.
    h. **\*Caliber-** Select the caliber of the ammunition from the *Caliber* drop down list.
    i. **\*Quantity (Rounds) -** Enter the quantity amount
    j. **Primer Type-** Select from the *Primer Type* drop down list.
    k. **Muzzle Velocity-** If applicable, the speed of the projectile when fired.
    l. **Unit-** Select 'Feet per Second' or 'Meter per Second' from the *Unit* drop down list.
    m. **Muzzle Energy-** If applicable, kinetic energy of the projectile when fired.
    n. **Unit-** Select 'Foot Pound Force' or 'Joule' from the *Unit* drop down list.
    o. **Cost/Round-** If applicable, cost of each round in USD.

5) Once all of the DROS information has been entered, you will preview the DROS report by clicking on the *Preview* button. If any information is missing or entered incorrectly, an error message will display. If the system doesn't detect any problems with the DROS, a preview of the DROS report will display. Verify that the information entered is correct. If you find a mistake, click on the *Back* button, and you will be returned to the form and may correct the transaction. If the DROS preview is correct, you must click on the DROS payment agreement box before proceeding.

> You must check this box to see the Submit Final option.

'I understand that upon submission of this DROS transaction I will be billed and agree to pay a non-refundable fee of $0 to the Department of Justice. ☐

6) After clicking on the DROS payment agreement box, the *Add to Pending Purchases* button and the *Print* button appear.
7) Click the *Add to Pending Purchases* button to continue.
8) The Pending Purchase(s) page will display.
9) Click the *Deliver* button to complete the ammunition purchase.
10) Click the *Add Ammunition* button to select another ammunition purchase.
11) Click the *Empty Purchases* button to clear the cart and return to the Main Menu page.

California Department of Justice
Bureau of Firearms



DES Application  – Ammunition Vendor User Guide

✔ Transaction has been successfully uploaded to your pending purchase(s). Click Deliver to submit transaction.

## Pending Purchase(s)



| Pending Purchase(s) | | | | Total items: 1 |
|---|---|---|---|---|
| Name: _____ | DOB: _____ | ID: _____ | | |

| Manufacturer | Caliber | | Condition | Quantity (Rounds) |
|---|---|---|---|---|
| TESTER | 12-GAUGE SHOTGUN | | NEW | 100 |

Please click buttons only once. Multiple clicks will delay processing.
[ Deliver ]   [ Empty Purchases ]   [ Add Ammunition ]

12) Click the **OK** button to confirm delivery of the pending purchase(s).

**IMPORTANT**: If you proceed with the submission of the transaction, please remember to select the **Print DROS** link on the next screen (upper left hand corner) as that will be the only opportunity to generate a printed DROS Ammunition copy for customer signature.



Clicking 'Deliver' will submit the transaction.
Press 'OK' to continue, or Cancel to stay on this page. ATTENTION: If you proceed with the submission of this transaction, please remember to select Print DROS' on the next screen (upper left hand corner) as that will be your only opportunity to generate a printed DROS Ammunition copy for customer signature.

[ OK ]   [ Cancel ]

13) Click the **Print this DROS** link in the upper left hand corner of the page.

✔ Your transaction is complete.

What would you like to do next?
⦿ Print this DROS (you will remain on this page and still be able to select from the options below)
○ Go to the Main Menu



**Dealer's Record of Sale of Ammunition**

**IMPORTANT**: Please remember to select the **Print DROS** link on the upper left hand corner of the DROS screen. This will be the only opportunity to generate a printed DROS Ammunition copy for customer signature. Records must be maintained and available for inspection for five (5) years. (Pen. Code, § 30355).



| AMMUNITION INFORMATION | | | | |
|---|---|---|---|---|
| MANUFACTURER | CONDITION | BULLET TYPE | BULLET WEIGHT | USAGE TYPE |
| TESTER | NEW | BUCKSHOT | | HUNTING |
| CASING | CALIBER | | QUANTITY (ROUNDS) | PRIMER TYPE |
| BRASS/PLASTIC | 12-GAUGE SHOTGUN | | 100 | CENTERFIRE |
| MUZZLE VELOCITY | MUZZLE ENERGY | COST/ROUND | | |

| TRANSACTION INFORMATION | | | | |
|---|---|---|---|---|
| TRANSACTION TYPE | | | | |
| AMMUNITION SALE | | | | |
| I have read the list of prohibited offenses, and nothing would preclude me from possessing a firearm. By signing this document, I hereby certify under penalty of perjury that the information provided is true and correct | | Purchaser's Signature | | |
| DEALER: END TO END GUN | | | | |
| ADDRESS: 123 MAIN STREET ROHNERT PARK, CA. 94928 | | | | |
| DROS ENTERED BY | | Salesperson's Signature | | DEALERSHIP TELEPHONE |
| ENDTOEND, 80888 | | | | (707) 555-1111 |
| By signing this document, I hereby certify under penalty of perjury that the information provided is true and correct. | | | | CGID# 000018724 |

FALSIFICATION OF INFORMATION ON THIS FORM IS A CRIME, PUNISHABLE BY UP TO 16 MONTHS IN STATE PRISON (PENAL CODE 28210).

California Department of Justice
Bureau of Firearms



DES Application  – Ammunition Vendor User Guide

## 15. ADD TO FREQUENTLY SOLD AMMUNITION LIST

### OVERVIEW

The Frequently Sold Ammunition List is a tool for processing ammunition purchases. It allows for different ammunitions to be saved to an **Inventory Code** drop down that will be available on all ammunition purchases for the licensed location.

**Add Item to Frequently Sold Ammunition List:**

1) From the *Main Menu* page, click on the *Add Frequently Sold Ammunition* link. The *Ammunition Item Detail* page displays.



Ammunition Item Detail

2) Enter the information to be saved to the CAV. The following fields are required:

    a. **Inventory Code** – Type a name to identify saved ammunition. The *Inventory Code* drop down will be available on all ammunition purchases from the CAV.

    b. **Manufacturer** – Type the name of the person or company that made the ammunition.

    c. **Condition** – Select whether the ammunition is new, reloaded, or used from the *Condition* drop down list.

    d. **Caliber** - Select the caliber of the ammunition from the *Caliber* drop down list.

3) Click the *Submit* button. A confirmation banner will display at the top of the *Main Menu* page.

California Department of Justice
Bureau of Firearms



DES Application – Ammunition Vendor User Guide

## 16. SEARCH FREQUENTLY SOLD AMMUNITION LIST

### OVERVIEW

The Search Frequently Sold Ammunition List is a tool to review the ammunition that you added to your Frequently Sold Ammunition List. You will be able to review and maintain frequently sold ammunition from this page.

**Search Item on Frequently Sold Ammunition List:**

1) From the *Main Menu* page, click on the **Search Frequently Sold Ammunition** link. The *Search Ammunition Item List* page displays.



2) Enter the information to search.
   a. Partial or complete Inventory Code
   b. Partial or complete Manufacturer

3) Click **Search**. The system will display a list of all matching records.

4) Clicking on the inventory code name from the *Search Ammunition Item List* will display the selected *Ammunition Item Details* page. Clicking on the **Delete** button next to a record will remove the record entirely.

5) Make the desired changes to the ammunition item information.

6) Click on the **Submit** button to save the changes. Click on the **Delete** button to remove the record entirely. A confirmation banner will display at the top of the *Search Ammunition Item List* page.

49

California Department of Justice
Bureau of Firearms



DES Application  – Ammunition Vendor User Guide

## 17. USE OF reCAPTCHA

The reCAPTCHA program helps prevent a computer application from being accessed by another computer. reCAPTCHAs are used by many websites to prevent abuse from "bots," or automated programs usually written to generate spam. No computer program can read distorted text as well as humans can, so bots cannot navigate sites protected by reCAPTCHAs. We present a reCAPTCHA challenge on all data submission pages that are available to a user prior to being logged on to the application.

