# EXHIBIT 7




# California Department of Justice
# Bureau of Firearms
# DROS Entry System (DES)
# Firearms and Ammunition Dealer User Guide

**California Department of Justice**
**Bureau of Firearms**
**06/27/2019**
**Rev. 4**





## TABLE OF CONTENTS

1. INTRODUCTION ..... 6
OVERVIEW ..... 6
WEBSITE ADDRESS ..... 6
DES HOURS ..... 6
CONTACTING THE BUREAU OF FIREARMS CUSTOMER SUPPORT CENTER ..... 6
IMAGES PRESENTED WITHIN THIS DOCUMENT ..... 6
PRINTING ..... 7
TECHNICAL REQUIREMENTS ..... 8
ACRONYMS, ABBREVIATIONS AND DEFINITIONS ..... 9
2. USING THE DES APPLICATION ..... 11
NAVIGATION WITHIN THE DES APPLICATION ..... 11
REQUIRED FIELDS ON FORMS ..... 12
EXITING THE DES APPLICATION ..... 12
SESSION TIME OUT ..... 13
REPORTING AN ISSUE ..... 13
3. ENROLLING IN DES ..... 14
4. LOGGING ON TO DES ..... 18
5. DES MAIN MENU PAGE ..... 21
OVERVIEW ..... 21
MESSAGES ..... 22
6. MY ACCOUNT LINKS ..... 22
EDIT MY PROFILE ..... 22
CHANGE MY PASSWORD ..... 22
MY ISSUE LOG ..... 23
7. ADMINISTRATOR LINKS ..... 24
OVERVIEW ..... 24
NEW ACCOUNT REQUESTS ..... 24
MANAGE EMPLOYEES ..... 26
VIEW EMPLOYEES ..... 26
MODIFY AN EMPLOYEE'S ACCOUNT ..... 27
ASSIGNING ADDITIONAL DEALERSHIPS ..... 27
UNLOCKING AN EMPLOYEE'S ACCOUNT ..... 27
UNLOCKING A COE HOLDER'S ACCOUNT ..... 28





REMOVING AN EMPLOYEE FROM THE DES APPLICATION ............ 28
MANAGE DEALERSHIPS ............ 28
TO ASSOCIATE ADDITIONAL DEALERSHIPS ............ 28
8. DES INVOICING ............ 29
DES FEES AND BILLING CYCLE ............ 29
VIEWING YOUR CURRENT DES INVOICE ............ 31
PAYING YOUR DES INVOICE ............ 32
PAYING YOUR PAST DUE INVOICE ............ 32
ENTERING YOUR CREDIT/DEBIT CARD INFORMATION ............ 34
VIEW PAID INVOICES ............ 35
CREDIT INVOICE HISTORY ............ 36
9. TRANSACTIONS, NOTICES, BULLETINS ............ 37
OVERVIEW ............ 37
SELECTING A DEALERSHIP ............ 37
REVIEW FIREARMS AND AMMUNITION ELIGIBILITY NOTICES ............ 38
TYPES OF FIREARM AND AMMUNITION DROS NOTICES ............ 39
FIREARMS DROS NOTICES ............ 39
AMMUNITION DROS NOTICES ............ 40
REVIEW INFORMATION BULLETINS ............ 41
10. DROS TRANSACTIONS TYPE(S) ............ 42
OVERVIEW ............ 42
ENTERING PURCHASER AND SELLER INFORMATION ............ 42
DEALER HANDGUN SALE ............ 43
PRIVATE PARTY HANDGUN TRANSFER ............ 45
PEACE OFFICER NON-ROSTER HANDGUN TRANSFER ............ 47
EXEMPT HANDGUN SALE ............ 48
PAWN/CONSIGNMENT HANDGUN REDEMPTION ............ 50
CURIO/RELIC HANDGUN SALE ............ 51
OLYMPIC PISTOL SALE ............ 54
HANDGUN LOAN ............ 55
DEALER LONG GUN SALE ............ 57
PRIVATE PARTY LONG GUN TRANSFER ............ 59
PAWN/CONSIGNMENT LONG GUN REDEMPTION ............ 61





CURIO/RELIC LONG GUN SALE ....................62
LONG GUN LOAN ....................64
11. PREVIEWING, PRINTING, AND SUBMITTING/DELIVERING FIREARM DROS TRANSACTIONS ....................65
PREVIEWING FIREARM DROS TRANSACTIONS ....................65
SUBMITTING FIREARM DROS TRANSACTIONS ....................66
SUBMITTING FIREARM DROS TRANSACTIONS WITH WAITING PERIOD EXEMPTIONS ....................67
ADD AMMUNITION AND DELIVER GUN WITH AN APPROVED FIREARM DROS ....................67
PRINTING DROS TRANSACTIONS ....................70
SUBMITTING ADDITIONAL DROS TRANSACTIONS ....................70
REVIEWING A PREVIOUSLY ENTERED DROS ....................71
DELIVERING FIREARM TRANSACTIONS ....................72
CORRECTING A DROS ....................73
CANCELING A DROS ....................75
12. HOW TO ADD AMMUNITION AND DELIVER GUN WITH AN APPROVED FIREARM DROS ....................75
OVERVIEW ....................75
SEARCH DROS AND ADD AMMUNITION TRANSACTION TYPE ....................75
ADD AMMUNITION TO PENDING PURCHASE(S) CART ....................77
DELIVERING AMMUNITION AND GUN FROM PENDING PURCHASE(S) CART ....................77
13. ACQUISITION TRANSACTIONS ....................78
OVERVIEW ....................78
ASSAULT WEAPONS ....................78
ENTERING ACQUISITION TRANSACTIONS ....................79
ENTERING ADDITIONAL ACQUISITIONS TRANSITIONS FOR THE SAME SELLER/TRANSFEROR ....................81
VIEWING AND PRINTING ACQUISITION TRANSACTIONS ....................82
14. AMMUNITION TRANSACTIONS ....................82
15. SUBMIT AMMUNITION ELIGIBILITY CHECKS ....................83
OVERVIEW ....................83
16. TYPES OF AMMUNITION ELIGIBILITY ....................84
OVERVIEW ....................84
STANDARD AMMUNITION ELIGIBILITY CHECK ....................84
BASIC AMMUNITION ELIGIBILITY CHECK ....................85
CERTIFICATE OF ELIGIBILITY CHECK ....................86
17. SEARCH AMMUNITION ELIGIBILITY CHECK ....................87

OVERVIEW ....87
18. SUBMIT AMMUNITION PURCHASE(S) ....89
OVERVIEW ....89
19. ADD TO FREQUENTLY SOLD ....92
OVERVIEW ....92
20. SEARCH FREQUENTLY SOLD AMMUNITION LIST ....93
OVERVIEW ....93
21. USE OF RECAPTCHA ....95





# 1. INTRODUCTION

## OVERVIEW

The DROS Entry System (DES) is a web-based application used by Firearms Dealers to report the sale, loan, transfer, redemption, and the acquisition of handguns and long guns to the California Department of Justice (DOJ), Bureau of Firearms (BOF). It is also used by ammunition vendors to submit ammunition eligibility checks to the DOJ/BOF, and subsequently receive eligibility determinations through the system. Furthermore, DES enables ammunition vendors to report information, relative to the sale or transfer of ammunition, at the time of delivery. The purpose of this document is to provide a step-by-step user guide for accessing and using the DES application.

## WEBSITE ADDRESS

The website address for the DES web application is:

https://DES.doj.ca.gov

**Note: As this is a secure website designed to ensure that DES data is encrypted when transmitted over the internet**, be sure to include the entire website address including the prefix *https://* when accessing this website. You can bookmark this page to make accessing this site easier in the future.

## DES HOURS

The DROS Entry System is available 4:00 AM –1:00 AM, Monday through Sunday, unless stated otherwise.

## CONTACTING THE BUREAU OF FIREARMS CUSTOMER SUPPORT CENTER

A ***Contact Us*** link is available on each page of the application, including the log on page. This link opens a window containing information on how to contact the Customer Support Center should you need assistance.




## IMAGES PRESENTED WITHIN THIS DOCUMENT

For security reasons, some data appearing on screen images will appear blurred out.





**PRINTING**

All printing from the DES application will be to your local printer. If you have problems with reports not fitting properly on the printed page, you may need to adjust your settings as follows:

From your browser, select ***File*** then select ***Page Setup.***

From the Page Setup screen, enter the settings as shown in Figure 1.2 (Internet Explorer) or Figure 1.3 (Firefox).

Figure 1.2, Internet Explorer Page Setup




Figure 1.3, Firefox Page Setup










**TECHNICAL REQUIREMENTS**

The DES application should work with most common and up-to-date web browsers, and has been tested with the following:

- Mozilla Firefox
- Google Chrome
- Safari (not supported by Windows)
- Internet Explorer 9 and above

**Note**: System requirements vary for each internet web browser. Please refer to the web browser system requirements to determine compatibility with your computer. Additional browsers might work with DES; however DOJ cannot guarantee that their features will work as expected.

If your web browser blocks pop-up windows, the DES application must be added to the list of sites from which pop-ups are allowed, also known as "Exceptions." (For Firefox, see ***Tools | Options | Content | (Block pop-up windows) Exceptions***. For Internet Explorer, see ***Tools | Internet Options | Privacy | (Pop-up blocker) Settings***).

The reports generated by this system will be in the Adobe Portable Document Format (PDF), which will require that you have Adobe Acrobat Reader installed on your computer in order to view, save, or print a report. The latest version of Adobe Acrobat Reader can be obtained from Adobe's website: http://get.adobe.com/reader/.





**ACRONYMS, ABBREVIATIONS AND DEFINITIONS**

| Term/Acronym | Definition |
|---|---|
| AFS | Automated Firearms System |
| ATN | Ammunition Transaction Number |
| BAEC | Basic Ammunition Eligibility Check means the Department's ammunition eligibility check as prescribed by Penal Code section 30370, subdivision (c). The Department shall conduct a Basic Ammunition Eligibility Check to authorize a purchaser or transferee who is not prohibited from purchasing or possessing ammunition in a single ammunition transaction or purchase. |
| BOF | Bureau of Firearms |
| CAV | California Ammunition Vendor means an individual with a valid ammunition vendor license issued pursuant to Penal Code section 30342. |
| CFARS | California Firearms Application Reporting System |
| CFD | California Firearms Dealer means a person having a valid license to sell firearms issued pursuant to Penal Code section 26700. |
| COE | Certificate of Eligibility means a certificate which states that the Department has checked its records and the records available to the Department in the National Instant Criminal Background Check System and determined that the applicant is not prohibited from acquiring or possessing firearms. |
| COE Holder | A person who obtains a valid Certificate of Eligibility. |
| COE Verification Process (COE Check) | A purchaser or transferee is authorized to purchase ammunition if they hold a current Certificate of Eligibility, subsequent to verification by the Department. |
| DES | Dealer Record Of Sale Entry System |
| DOJ | Department of Justice |

| Term/Acronym | Definition |
|---|---|
| DROS | Dealer Record of Sale |
| DWP | Dangerous Weapon Permit. Any person who submits the required documentation, proper application forms, and appropriate fees for a dangerous weapons license/permit. The term "dangerous weapons" means machineguns as defined in Penal Code section 16880, destructive devices as defined in Penal Code section 16460, short-barreled shotguns and short-barreled rifles as defined in Penal Code sections 17170 and 17180, and assault weapons as defined in Penal Code sections 30510 and 30515. |
| FDAS | Firearms Dealer Acquisition System |
| Firearms Eligibility Check | A state and federal background check, pursuant to Penal Code section 28220, that is used to determine an individual's eligibility to possess, receive, own, or purchase a firearm. |
| FSC | Firearms Safety Certificate - Issued by Department of Justice Certified Instructors to potential firearm buyers who successfully pass the Firearm Safety Certificate Test. |
| FSD Compliance | Firearms Safety Device – The method a firearm buyer uses to comply with the California Firearms Safety Device laws. |
| Head of the Agency | Means the chief of police or the director of public safety for a police department, the sheriff for a county sheriff's office, the head of an agency or their designee for a state law enforcement agency, and the manager in charge of any local field office for a federal law enforcement agency. |

| Term/Acronym | Definition |
|---|---|
| HSC | Handgun Safety Certificate – Effective January 1, 2015, the Handgun Safety Certificate was replaced with the Firearm Safety Certificate (FSC). A valid HSC can still be used to purchase/acquire handguns until it expires. For long gun purchases/acquisitions made January 1, 2015, and thereafter, a FSC will be required. Once a FSC is obtained, it can be used for both handgun and long gun purchases/acquisitions. |
| Inventory Code | A customizable setting design by a dealer for specific ammunition type. |
| PDF | Portable Document Format means the file type used for displaying reports within the DES application. |
| Pop-up window (pop-ups) | An additional web browser window opened by a main page. |
| reCAPTCHA | A challenge/response test used to verify that a person, and not another computer, is interacting with a system. The CAPTCHA acronym stands for: **C**ompletely **A**utomated **P**ublic **T**uring test to tell **C**omputers and **H**umans **A**part. |
| SAEC | Standard Ammunition Eligibility Check means the Department's ammunition eligibility check as prescribed by Penal Code section 30370, subdivision (b). A purchaser or transferee is authorized to purchase ammunition if their information matches an entry in the Automated Firearm System and does not match an entry in the Prohibited Armed Persons File. |

## 2. USING THE DES APPLICATION

In order to use the DES application, you must request a DES account to obtain a valid User Name and Password combination (See Section 3, *Enrolling in DES*).

### NAVIGATION WITHIN THE DES APPLICATION

The DES application is a web based application. You can navigate the web pages using either your mouse or your tab button.





There is one important distinction between websites and web applications concerning the use of browser navigation buttons. The browser navigation and refresh buttons, as shown below, should not be used to navigate within the DES application. Instead, you should navigate the DES application using the buttons and/or links that are found on the application's pages.




**REQUIRED FIELDS ON FORMS**

On all data entry pages, required fields are clearly marked by a red asterisk preceding the field label.




**EXITING THE DES APPLICATION**

To exit the DES application, select ***Log Off***. You will be logged off from the DES application and returned to the ***DROS Entry System Log On*** page.

**Note**: Avoid closing the browser window while you are still logged on to the DES. Closing an active window can allow the DES to keep your session open, which could lead to problems logging back on should you attempt this within a short time of closing your browser window.

DROS Entry System (DES) 1.1.0.173 (09/10/2013) Contact Us Report an Issue User Guide Conditions of Use Log Off





## SESSION TIME OUT

For security reasons, the DES will time out after 30 minutes of inactivity. If this occurs, the system will display a message indicating that your session has timed out. You will need to log on again to use the system.

## REPORTING AN ISSUE

If you run into a problem or have a question about using the application, you can report the issue to the Customer Support Center using the ***Report an Issue*** link which is provided throughout the application.

**Note**: You must be logged on to the DES application in order to use this feature.

DROS Entry System (DES) 1.1.0.173 (09/10/2013) | Contact Us | Report an Issue | User Guide | Conditions of Use | Log Off

Report an Issue

*Issue Type
Having trouble submitting a DROS transaction

*Comment

Enter additional information concerning the issue. 200 character limit. Characters remaining:

Please click buttons only once. Multiple clicks will delay processing.

Submit | Clear | Main Menu

**To report an issue:**

1) Select the ***Report an Issue*** link located at the top of any page within the DES application.
2) Select the Issue Type from the drop down list.
3) Enter a comment that describes the issue in 200 characters or less.
4) Click on ***Submit***.
5) Once you have submitted your issue, it will be reviewed by a Customer Support Center analyst. Once the Customer Support Center replies to your issue, you will see a message on the *Main Menu* page. The message will display after clicking the ***My Issue Log*** link on the ***My Issue Log*** page (See Section 6, *My Account Links, My Issue Log*).





# 3. ENROLLING IN DES

Enrolling in DES is a two or three step process, depending on whether you are the Dealership COE Holder or are enrolling under the authority of the Dealership COE Holder.

**IMPORTANT**: The DES application will not allow employees to enroll until the Dealership COE Holder has enrolled.

**To enroll in DES:**

1) Navigate to the ***DROS Entry System Log On*** Page (https://DES.doj.ca.gov).
2) Click on request a DES account link.




3) The ***DROS Entry System Account Request/Enrollment Guidelines*** page, lists the information you will need to create a DES account.

DROS Entry System Account Request/Enrollment Guidelines

You will need a combination of the following information to complete account request/enrollment

- California Firearms Dealer (CFD) Dealer ID
- California Ammunition Vendor (CAV) number
- Dealership Certificate of Eligibility (COE) number
- Federal Firearms License (FFL) number
- A unique personal identification number (for example, your driver's license number)

If you have all the required information and are ready to enroll, please press the "Continue" button to proceed, otherwise press the "Cancel" button.




4) If you have all the required information, click on the ***Continue*** button. The ***DROS Entry System Terms of Use and Agreement*** page displays for your agreement.

5) If you agree with the ***DROS Entry System Terms of Use Agreement***, click "***I Agree***." The ***User Account Request, Part 1*** page will display.





User Account Request, Part 1

**Step 1: Submit Dealer Information for Verification**

*Are you a dealership COE Holder? | *Dealership COE Number | *CFD/CAV Number

Select

If you have an Employee COE or other COE type, select No.

6) ***User Account Request, Part 1:*** Step 1: Submit Dealer Information for Verification

   a. Are you a dealership COE holder?

      i. If you are the Main COE holder, select **YES.**

      ii. If you have an Employee COE or other COE type, select **NO**.

   b. Enter the Dealership COE number for the license you are enrolling with.

   c. Enter the CFD number for the dealership that you are enrolling with. If there are multiple dealerships under the COE that you will be working with, enter any one of the CFD numbers that apply. Additionally, CFDs can be assigned at a later date or time.

**Note**: Only answer **YES** to this question if your name is on the California Firearms Dealer license. Answer **NO** to this question if you have an employee or other non-dealership type of COE number or if you do not have a COE number. If you have questions, please contact the Customer Support Center.

7) Select "***I'm not a robot***" to view the reCAPTCHA verification images.




8) Identify the reCAPTCHA verification images. If you are unable to determine the images in the reCAPTCHA code, click on the refresh icon next to the verification code, and a new code will be displayed. For more details on reCAPTCHA, (See Section 17, *Use of reCAPTCHA*).








9) If you selected **YES** in ***User Account Request, Part 1***, "***User Account Request, Part 2***" will display.




10) If you selected **NO** in ***Step 1***, the below version of ***"User Account Request, Part 2"*** page below will display.




11) Enter your CA Driver License or ID number in the Personal ID Number field. The ID number entered must match the ID number on record for your COE.





12) Click on ***Submit***. If the enrollment information is correct and matches an active account, the system will display the ***User Account Request, Part 3*** screen.

**Note:** If there is a problem with the enrollment information, the DES will display a generic error message: *There is a problem with either the information you entered or with the account. Please verify the information and try again.* For security reasons, the message will not state the exact nature of the problem. The following are some possible reasons for the error:

- CFD and/or COE number were entered incorrectly or match an inactive account.
- The COE holder hasn't created their account prior to an employee attempting to create their account.
- The COE holder entered a Personal ID number that does not match the ID number associated to their COE.

13) Enter your user information: **Note:** If you have a dealership, employee, or other non-dealership COE number, your DES User information **must match** your COE information ***exactly***.

- Enter your **Last Name** (may include alphas, hyphens, and spaces).
- Enter your **First Name** (may include alphas and spaces).
- Enter your **Middle Initial,** Optional.
- Select your **Identity Verification Questions** from the drop down list.
- Enter the responses associated with each of the questions. You will need to enter these responses should you forget your password or user name or should you get locked out of the DES application.
- Enter the **Password** that you want to use for the DES. **Note**: Click on the **Password Format** link to view the allowable password format.
- Re-enter your **Password**.
- Click on **Submit**. Once you have submitted the requested information, the system will present a confirmation page allowing you to review the information that you entered.
- If you discover an error, click on **Edit Request** to go back to the request page and edit the field where you discovered the error.
- If the information is correct, click on **Confirmed, Submit**. A confirmation message will be displayed to confirm submission of the account request.
- If you are the COE Holder and if your COE number is associated to multiple dealerships, the Manage Dealership screen will display (See Section 7, *Manage Dealerships*).
- The system displays the **User Name** that you will use to access the DES application. Please make note of your user name, as you will need to use it each time you access the DES application.

**Note:** If **you are** the COE Holder, you may immediately log on to the DES application using the user name assigned by DES and the password that you created as part of the enrollment process. If **you are not** the COE Holder, you cannot log on to the DES application until your account has been approved by the COE Holder or store manager (See Section 7, *Assigning permissions*).





# 4. LOGGING ON TO DES

**In order to Log On to the DES application:**

- You must first enroll in the application (See Section 3, *Enrolling in DES*).

If you are not a COE Holder, your store manager or COE Holder must approve your account request and setup your permissions before you can log on (See Section 7, *Administrator Links*).

**To Log On to the DES application:**

1) Navigate to the *DROS Entry System Log On page* (https://DES.doj.ca.gov).
2) Enter your User Name
3) Enter your Password
4) Click on the ***Log On*** button

If you enter either an invalid user name or password, the system will display a warning message. If you enter too many unsuccessful user name or password attempts, the system will lock your account, and you will need to contact your store manager to unlock it. (If you are the COE Holder and lock your account, you will need to contact the Customer Support Center (See Section 1, *Contacting the Bureau of Firearms Customer Support Center*).

**Forgot Password:**

If you have forgotten your password (prior to locking your account):

1) Select the ***Forgot Password*** option from the ***DROS Entry System Log On*** page. The *Forgot Password* page displays.




2) Enter the requested information:
   a) Any ***CFD Number*** associated to your account
   b) Your Personal ***ID Number***
   c) Your ***User Name***
   d) ***reCAPTCHA*** verification image
   e) Click on the ***Submit*** button
   f) If a match is found, the system displays two randomly selected identity verification questions that you submitted with your account request.





g) Enter the response to the security questions presented and click on the ***Submit*** button.

1) If the responses entered are correct, the system will display the ***Enter New Password*** screen. Enter and re-enter your new password and click on the ***Submit*** button.

2) If the responses entered are incorrect, the system will display a warning, and you may try again. **Note**: If the responses are entered incorrectly, your account will be locked, and you must contact your store manager to unlock your account. If you cannot remember the answers to your security questions, your manager will have to remove your account, and you will have to re-enroll in DES. If you are the COE Holder, you will need to contact the Customer Support Center for assistance.

**If you have forgotten your DES User Name:**

1) Select the ***Forgot User Name*** option from the ***DROS Entry System Log On*** page. The *Forgot User Name* page displays.

Forgot User Name

*CFD Number *ID Number *Password *Last Name *First Name

I'm not a robot

Please click buttons only once

Submit Cancel

2) Enter the requested information:

a) Any ***CFD* Number** associated to your account

b) Your Personal ***ID Number***

c) ***Password*** (If you cannot remember your password, see *Forgot User Name and Password* below.)

d) Your ***Last Name***

e) Your ***First Name***

f) ***reCAPTCHA*** verification image

g) Click on the ***Submit*** button

h) If a match is found, the system displays two randomly selected identity verification questions that you selected during your DES enrollment.

i) Enter the responses to the security questions presented and select the ***Submit*** button.

1) If the responses entered are correct, the system will display your ***User Name*** on the screen.

2) If either of the responses is incorrect, the system will display a warning, and you may try again. **Note**: If the responses are entered incorrectly, your account will be





locked, and you must contact your store manager to unlock your account. If you cannot remember the answers to your security questions, your manager will have to remove your account, and you will have to re-enroll in DES. If you are the COE Holder, you will need to contact the Customer Support Center for assistance.

**If you have forgotten both your DES User Name and Password:**

1) Select the ***Forgot User Name and Password*** option from the ***DROS Entry System*** *Log On* page. The *Forgot User Name and Password* page displays.

Forgot User Name and Password

*CFD Number *ID Number *Dealership COE Number FFL Number *Last Name

*First Name

I'm not a robot

Please click buttons only once

Submit Cancel

2) Enter the requested information:

   a) Any ***CFD* Number** associated to your account

   b) Your Personal ***ID Number***

   c) The ***Dealership COE Number*** associated with your account

   d) The ***FFL Number*** associated to the entered CFD number

   e) Your ***Last Name***

   *f)* Your ***First Name***

   *g)* ***reCAPTCHA*** verification image

   h) Click on the ***Submit*** button

   i) If a match is found, the system displays two randomly selected identity verification questions that you selected during your DES enrollment.

   j) Enter the response to the security question presented and click on the ***Submit*** button.

      (1) If the responses entered are correct, the system will display your ***User Name*** on the screen and allow you to enter a new ***Password***.

      (2) If either of the responses is incorrect, the system will display a warning, and you may try again. **Note**: If the responses are entered incorrectly, your account will be locked, and you must contact your store manager to unlock your account. If you cannot remember the answers to your security questions, your manager will have to remove your account, and you will have to re-enroll in DES. If you are the COE Holder, you will need to contact the Customer Support Center for assistance.

## 5. DES MAIN MENU PAGE

### OVERVIEW

When you log onto the DES application, the *Main Menu* page is displayed, which allows you to perform a variety of tasks within the DES application. Depending on your assigned permissions and other factors, you may perform some or all of the following from your *Main Menu* page:

- Read system generated messages
- Select the dealership that you'll be working for during this session (This feature is only available if your account is setup with multiple dealerships.)
- View Information Bulletins issued by the Department
- View Urgent or Non-Urgent Firearms Eligibility notices regarding previously submitted DROS transactions
- Submit, correct, or cancel a Firearm DROS transaction
- Deliver a gun or review DROS transactions
- View or submit an acquisition transaction
- View Forms
- Submit and Search Ammunition Eligibility Checks
- Submit Ammunition Purchase(s)
- Search and add to the Frequently Sold Ammunition List
- View or edit your DES Profile
- Change your Password
- View or respond to an issue that you had sent to the Customer Support Center
- Select Administrator tasks that you have been given permissions to perform. These tasks include:
    - Process new account requests
    - Manage employee accounts
    - View current and past DES invoices
    - Manage dealerships (This feature is only available if you are the COE Holder and you have multiple dealerships associated to your COE number.)
    - Pay your DES invoices
    - View your paid invoices





**MESSAGES**

The *Main Menu* page displays messages related to your account, typically giving you information regarding tasks that you need to perform. For example, this is where you will receive a reminder that it is time to change your password, that you have information bulletins to read, or that you have Urgent Firearms and Ammunition Eligibility Notices to read.

You have a new message in your 'My Issue Log'.
You have Information Bulletins that must be reviewed.
You have pending account requests.

## 6. MY ACCOUNT LINKS

All users have access to the **My Account** links, which include:

- Edit My Profile
- Change My Password
- My Issue Log

**EDIT MY PROFILE**

The information that you entered when you completed the account request process became part of your DES User Profile. You may edit your user profile once you are logged on to the system, including your name, your personal ID number (unless you are the COE Holder), and your identity verification questions and responses.

**To edit your profile:**

1) From the *Main Menu* page, click on the ***Edit My Profile*** link. The *Edit My Profile* page will display.
2) Modify any editable fields with the new information. (**Note**: If you need to restore the record back to its pre-edited values, click on the ***Refresh*** button).
3) Click on ***Submit***. The system will display a confirmation message when you successfully change your profile. Additionally, if you modified your name, the system will generate and display your new DES user name.

**CHANGE MY PASSWORD**

Passwords are valid for 90 days, but you may change your password at any time by clicking on the ***Change My Password*** option from the *DES Main Menu* page. Beginning 15 days prior to password expiration, you will be reminded of the pending password expiration each time that you log on to the system.

If your password expires, you will need to use the ***Forgot Password*** feature to create a new password (See Section 4, *Logging on to DES*).





**To change your password:**

1) From the *DES Main Menu* page, click on the ***Change My Password*** link. The *Change Password* page will display.




2) From the *Change Password* page, you may elect to view the password format rules by clicking on the ***Password Format*** link.
3) Enter your ***Current Password***.
4) Enter and confirm your ***New Password***.
5) Click on ***Submit***. The password entered will be verified to make sure that it complies with the password format rules. If any problems are found, an error message identifying the problem will be presented.
6) Once the password change has been accepted, a confirmation message will display on the *Main Menu* page.

## MY ISSUE LOG

The My Issue Log allows you to view any issues that you have reported to the Customer Support Center (See Section 2, *Reporting an Issue*).

1) To view a previously reported Issue, select the ***My Issue Log*** link from the Main Menu. The *My Issues* page will display.







2) To view the original issue that you reported, click on the *Issue Reported* that you would like to view, and the details of your issue will display.
3) Once the Customer Support Center replies to your issue, you will see a message on your Main Menu page, and the Issue Reported on your *My Issues* page will show a notation indicating *New*.




4) Click on the Issue Reported link to view the Customer Support Center response.
5) To delete any old Issues, select the box to the right of the *Date Reported* and click the ***Delete Selected*** button.

## 7. ADMINISTRATOR LINKS

### OVERVIEW

Depending on your permissions, you may have access to one or more Administrator Links. These links include:

- New Account Requests
- Manage Employees
- Manage Dealerships
- View Paid Invoices
- Pay Invoices

### NEW ACCOUNT REQUESTS

When an employee's DES enrollment request has been submitted, the request appears on the New Account Requests page. Before the employee can use the DES application, their account must be setup with the appropriate permissions, and, if applicable, setup with any additional dealerships for which they can perform work. Only the COE Holder or another employee who has been given the Manage Employees permission can setup (or reject) accounts.

Employees can be given one or more of the following DES permissions:

- Pay Invoices (Allows user to view and pay invoices)
- Manage Inventory (Allows user to manage ammo inventory)





- Manage Employees (Allows user to add or remove employees)
- Enter Gun Transactions (Allows user to enter DROS and acquisition transactions)
- Enter Ammo Transactions (Allows user to enter ammo transactions)
- Correct or Cancel DROS (Allows user to correct or cancel Firearm DROS transactions)

⊟ Permissions for this user
[you must select at least one Permission if Approving this request]
☐ Select All Permissions
☐ Pay Invoices [Allows user to view and pay invoices]
☐ Manage Inventory [Allows user to manage ammo inventory]
☐ Manage Employees [Allows user to add or remove employees]
☐ Enter Gun Transactions [Allows user to enter DROS and acquisition transactions]
☐ Enter Ammo Transactions [Allows user to enter ammo transactions]
☐ Correct or Cancel DROS [Allows user to correct or cancel DROS transactions]

**Note**: By default, the COE Holder has all permissions, and can in turn delegate these permissions to other users who enroll under their COE number. If you have the Manage Employees permission, and you have account requests that need to be approved, a message will appear on your *Main Menu* page.

⚠ You have pending account requests.

**To process account requests:**

1) Log on to the DES application.
2) Select the ***New Account Requests*** link from the *Main Menu*. The system will display the *Pending Account Requests* page.

Pending Account Requests




3) Click on the last name of the user's record that you would like to process. The system will display the account permissions. You must select at least one Permission in order to approve the request.
4) If you wish to reject the account request, click on the ***Reject*** button at the bottom of the page. The ***"Are you sure you want to reject this account request?"*** message displays, click **OK**.







If you wish to approve the account, then you must assign the user the appropriate permissions by checking the box next to each applicable permission.

**Note**: You can assign one or multiple permissions, but at least one permission must be assigned. If your account is associated with multiple dealerships, you can assign additional dealerships to the user by checking the box next to each applicable dealership.




Once the permissions (and optional dealerships) have been assigned, click on the ***Accept*** button. The system will display a confirmation message that the account was approved. At this point, the approved user can log on to DES.

## MANAGE EMPLOYEES

If you are the COE Holder or if you've been assigned the Manage Employee permission, you can carry out the following tasks:

- View a list of your employees with DES accounts
- Modify an employee's permissions
- Modify an employee's assigned dealership (if applicable)
- Unlock an employee's account
- Remove an Employee's account

**Note**: A COE Holder's account cannot be modified. The COE holder by default retains all permissions. If you have the Manage Employee permission, you cannot modify your own account.

## VIEW EMPLOYEES

To view a list of the employees who have DES accounts with your dealership:

1) Select the ***Manage Employees*** link from the *Main Menu*. A list of all of the dealership's employees will display. If your account is setup with multiple dealerships, each dealership will be displayed with the assigned employees listed under each dealership's CFD number. If an employee is assigned to multiple dealerships, you will see the employee's name listed under each assigned dealership. You can filter the results to see just the employees from a single dealership.
2) To view the details of an employee's record, click on the last name of the employee from the list.





**MODIFY AN EMPLOYEE'S ACCOUNT**

Change Permissions:

1) Click on the last name of an employee from the list (see View Employees above). The User Details will display.
2) You can modify the employee's DES permissions by checking or un-checking the boxes next to the applicable permissions. **Note**: At least one permission must be associated to the employee's account.

**ASSIGNING ADDITIONAL DEALERSHIPS**

If your DES account is associated with multiple dealerships, you can assign additional dealerships to an employee's account, allowing the employee to perform DES activities for any store to which they have been assigned.

1) Click on the last name of the applicable employee from your list of employees (see View Employees above). The User Details will display.
2) Check the box next to each applicable dealership in the *Add Dealership* section.
3) You can remove a dealership by checking the ***Remove*** box in the *Dealership* section. **Note**: At least one dealership must be associated to the employee's account.

**UNLOCKING AN EMPLOYEE'S ACCOUNT**

An employee can lock their DES account by entering an incorrect password, or by incorrectly answering their security questions. An employee with the ***Manage Employee*** permission can unlock the account as follows:

1) Click on the last name of the locked employee from your list of employees (see View Employees above.) The User Details will display.
2) Open the Permissions for the User section on the User Detail Page.
3) Click on the Unlock Account button. A message will display indicating that the account has been unlocked and that the employee will need to complete the Forgot Password process from the DES Log On page. **Note**: The Unlock Account button only displays if the users account is currently locked.







## UNLOCKING A COE HOLDER'S ACCOUNT

If you are a COE Holder and your account becomes locked, you must contact the Customer Support Center and request to have your account reset. Once your account has been reset, you must go to the *DROS Entry System Log On* page, select the ***Request a DES Account*** link and enter the requested account information. The DES application will then allow you to create a new password.

## REMOVING AN EMPLOYEE FROM THE DES APPLICATION

When an employee no longer has a need to access the DES application, the employee's account must be removed from the DES by the COE Holder. Prompt removal will protect the dealership from fraudulent DROS-related billing activities.

**To remove an Employee from the DES:**

1) Click on the last name of the applicable employee from your list of employees (see View Employees above). The User Details will display.
2) Check the ***Remove User*** box in the Permissions for this User section and click on the ***Submit Changes*** button.




The system will ask you to verify if you wish to remove the user's account. Click on **OK** if you wish to proceed with the removal of the account.

## MANAGE DEALERSHIPS

In order for employees to enroll in DES and submit DROS records for a particular dealership, the dealership's CFD number must first be associated to the COE Holder's account within the DES application. If the COE Holder has only a single dealership, that dealership is associated to the COE simply by the COE Holder enrolling in DES. If, however, the COE Holder has more than one dealership, the COE Holder must associate any additional dealerships from the *Manage Dealerships* page. The COE Holder may associate additional CFDs during the time of enrollment, or the COE Holder may also use the *Manage Dealerships* function to make the associations at a time other than the enrollment process (for example, when a new dealership is opened).

**Note**: Only the COE holder has the permission for *Managing Dealerships*, and this permission cannot be delegated. The Manage Dealerships page is only available when a user has multiple CFDs associated with their COE number.

## TO ASSOCIATE ADDITIONAL DEALERSHIPS

1) From the *Main Menu*, select the ***Manage Dealerships*** link (the *Manage Dealerships* page automatically displays as part of the enrollment process if your COE number is associated with multiple dealerships).








2) The DES displays those dealerships already associated to your account, as well as additional dealerships that are available to be associated to your account.

3) For each additional dealership that you wish to associate to your account, enter the FFL number that pertains to that dealership's CFD number, and then click the ***Submit*** button.

Once you are successful in associating a dealership to your account, you can begin assigning employees to that dealership (see *Managing Employees* above).

## 8. DES INVOICING

### DES FEES AND BILLING CYCLE

Upon submission of a firearm DROS or an Ammunition Eligibility Check one or more of the following fees will be billed to the dealers account. The Department will not provide refunds after submission and acceptance of a DROS or Ammunition Eligibility Checks.

**Firearm DROS Fee**

- The fee for a Firearm DROS is $25.00

**Ammunition DROS Fee(s)**

- The fee for a Basic Ammunition Eligibility Check is $19.00
- The fee for a Standard Ammunition Eligibility Check is $1.00
- The fee for a Certificate of Eligibility Check is $1.00

At the first of each month, the DOJ will generate DES invoices for each dealership that submitted DROS transactions during the previous month. The COE Holder, or a user who has been given the *Pay Invoices* permission, will have the ability to view and pay invoices. Payments for the DROS invoice must be made through the DES application, and must be made using one of the following credit/debit card types:

- American Express
- Discover Card
- Master Card
- Visa





The DES invoice must be paid within 30 days from the invoice date. Reference the below DES Billing Cycle Chart for billing period, invoicing and suspension details.

| Billing Period | Invoice Date | Due By Date | Suspension Date if not paid in full |
|---|---|---|---|
| 1/1 - 1/31 | 2/1 | 3/2 (3/1 if leap year) | 3/3 (3/2 if leap year) |
| 2/1-2/28 (2/29 if leap year) | 3/1 | 3/30 | 3/31 |
| 3/1-3/31 | 4/1 | 4/30 | 5/1 |
| 4/1-4/30 | 5/1 | 5/30 | 5/31 |
| 5/1-5/31 | 6/1 | 6/30 | 7/1 |
| 6/1-6/30 | 7/1 | 7/30 | 7/31 |
| 7/1-7/31 | 8/1 | 8/30 | 8/31 |
| 8/1-8/31 | 9/1 | 9/30 | 10/1 |
| 9/1-9/30 | 10/1 | 10/30 | 10/31 |
| 10/1-10/31 | 11/1 | 11/30 | 12/1 |
| 11/1-11/30 | 12/1 | 12/30 | 12/31 |
| 12/1-12/31 | 1/1 | 1/30 | 1/31 |

**IMPORTANT**: An invoice that goes unpaid for more than 30 days from the invoice date will result in the dealership being suspended from performing certain tasks on the DES application. This suspension extends to **all** dealerships that fall under the COE number for which the dealership was setup. Users from a suspended dealership will be prevented from conducting the following DES activities until all past due invoices associated to the COE have been paid in full:

- Review Firearms Eligibility Notices
- Submit a DROS
- Deliver a Gun
- Review a DROS
- Correct a DROS
- Cancel a DROS
- Submit an Acquisition
- View an Acquisition
- Submit Ammunition Eligibility Check
- Search Ammunition Eligibility Check
- Search Ammunition Purchase(s)





- Search Frequently Sold Ammunition
- Add Frequently Sold Ammunition

If your dealership is suspended because of a past due invoice, you will still be able to pay the invoice through DES. Once the past due invoice(s) have been paid in full, the dealership(s) DES activities will be restored back to normal.

### VIEWING YOUR CURRENT DES INVOICE

From the *Main Menu,* click on the ***Pay Invoices*** link located in the Administrator section. (You must have the Pay Invoices permission in order to see this link.)




The *Pay Invoices* page will display all billing periods, for each CFD associated to your account, which have a balance due.







1) To view a detailed report of each transaction that occurred for your dealership, click on the ***Invoice Date*** for the CFD number associated to the dealership that you wish to view. The *Monthly Firearms Dealer Invoice* report will display.
2) If you've already made one or more payments for the invoice and wish to view the details of those payments, click on the ***Amount Paid*** or the ***View Payment History*** link. The payment details for the past twelve months will display.
3) If your account is associated with multiple dealerships, click on the ***Invoice(s) Total*** amount to view a summary of all of your dealerships' invoices.

**PAYING YOUR DES INVOICE**

1) From the *Main Menu,* click on the ***Pay Invoices*** link located in the Administrator section. (You must have the Pay Invoices permission in order to see this link.) The *Pay Invoices* page will display all billing periods which have a balance due, and the full balance will appear in the Payment Amount field(s) for each dealership associated with your account. There are two types of invoices: Firearm and Ammunition.
   a. **Paying Your Total Balance Due** - If you are ready to pay the full balance, click on the ***Submit Payments*** button at the bottom of the screen. The *DROS Entry System Payment* screen will display.

Total Payments Entered: $ 2256

Please click buttons only once. Multiple clicks will delay processing

Submit Payments | Refresh | Main Menu

   b. **Making a Partial Payment** - If you wish to make a partial payment, select the ***Change Payment Amounts*** option. The ***Payment Amount*** fields can then be changed to different amounts (however, you can't enter an amount greater than the ***Balance due***). DES will allow you to make multiple partial payments for an invoice; however, the balance due must be paid in full within 30 days of the invoice date, or a suspension will occur. Once you have changed the payment amount, click on ***Submit Payments*** button at the bottom of the screen. The *DROS Entry System Payment* screen will display.

**PAYING YOUR PAST DUE INVOICE**

If you have a past due invoice that has resulted in the suspension of one or more dealerships, you can choose to pay the total balance due, pay just the past due balance, or make a partial payment.

1) ***Pay Total Payable Balance Due*** - Choose this option if you wish to pay the total balance for both past due and current invoices.

◉ Pay Total Payable Balance Due (combined total of all balances due)
○ Change Payment Amounts





2) ***Change Payment Amounts*** – Choose this option if you wish to make a partial payment; however, when you have a past due invoice, you may not pay on a current invoice until all past due invoices have been paid in full. You may make a partial payment on just a past due bill; however, the suspension will remain in place until the past due bill has been paid in full.

   a. To change payment amounts select ***Change Payment Amounts***. The Payment Amounts will become active.



○ Pay Total Payable Balance Due (combined total of all balances due)
◉ Change Payment Amounts [Clear Payment Amounts]

**May 2019 Billing Period, 05/01/2019 to 05/31/2019**
Invoice(s) Total: $ 2256 Amount Paid: $ 0 Balance Due: $2256 Suspension Date if not paid in full: 07/01/2019

| CFD/CAV | Type | Invoice Date | Amount Invoiced | Amount Paid | Balance Due | Payment Amount |
|---|---|---|---|---|---|---|
| | Firearm | 06/01/2019 | $900 | $0 | $900 | $ 900 |
| | Ammunition | 06/01/2019 | $312 | $0 | $312 | $ 312 |
| | Firearm | 06/01/2019 | $725 | $0 | $725 | $ 725 |
| | Ammunition | 06/01/2019 | $319 | $0 | $319 | $ 319 |

Total Payments Entered: $ 2256

   b. After you enter the desired payment amount, click ***Submit***. **Note**: Special characters are not accepted in the Payment Amount field. Payment amounts should be entered as a number value.

Invoice(s) Total: $ 2256 Amount Paid: $ 0 Balance Due: $2256 Suspension Date if not paid in full: 07/01/2019

| CFD/CAV | Type | Invoice Date | Amount Invoiced | Amount Paid | Balance Due | Payment Amount |
|---|---|---|---|---|---|---|
| | Firearm | 06/01/2019 | $900 | $0 | $900 | $ 900 |
| | Ammunition | 06/01/2019 | $312 | $0 | $312 | $ 0 |
| | Firearm | 06/01/2019 | $725 | $0 | $725 | $ 725 |
| | Ammunition | 06/01/2019 | $319 | $0 | $319 | $ 0 |

Total Payments Entered: $ 1625

3) ***Pay Past Due Balance*** – Choose this option if you wish to pay only the amount that is past due. Any invoices that are not past due will have zero in the payment amount field. Selecting this option will allow you to pay the minimum amount required to remove a suspension caused by a past due invoice. **Note**: ***Pay Past Due Balance*** will only appear if your account is delinquent.

4) Once you have made your selection and verified the amount you wish to pay, click on the ***Submit Payments*** button at the bottom of the screen. The *Billing Information* screen will display.








**ENTERING YOUR CREDIT/DEBIT CARD INFORMATION**

Once you have clicked on the ***Submit Payments*** button, the system will display the *Billing Information* screen with the ***Payment Amount*** automatically entered from the previous screen. If you would like to change the amount of the payment, click on the ***Back*** button, and you can make changes from the previous screen.

**To submit your credit/debit card payment information:**

1) Enter your credit/debit card information as follows:
   a. **Cardholder Full Name** – Enter the cardholder's name as it appears on the card.
   b. **Billing Address** – Enter the billing address associated to the card.
   c. **Billing City** – Enter the city associated to the card.
   d. **Billing State** – From the drop down list, select the state code associated to the card.
   e. **Billing Zip Code** – Enter the zip code associated to the card.
   f. **Credit/Debit Card Type** – From the drop down, select the type of credit/debit card you will be using.
   g. **Card Number** – Enter the card number from the card. Do not enter spaces.
   h. **Security Code** – Enter the 3 or 4 digit security code from the front or back of the card.
   i. **Card Expiration Date** – From the drop down lists, select the month and year of the card's expiration date.
2) Once you have entered the required billing information and are ready to submit payment click ***Submit***.

IMPORTANT: Once you submit payment a page loading message may display. **DO NOT** click the browser back button or log out of DES. This may result in a resubmission of information.





Billing Information



Page loading, please wait...

3) The credit/debit card transaction is submitted for verification and you will be redirected to the ***Pay Invoice*** Screen with a notification confirming the amount paid and authorization number.

Your payment of $1625 has been approved. Your authorization number is ET162088

Pay Invoices

   a. **Declined** – If the transaction is declined, a message describing the problem will be displayed. Either correct any invalid information and resubmit the transaction, or resubmit using a different credit/debit card.

   b. **Approved** – If the transaction is approved, the system will display a confirmation message along with your Authorization number.

**Note:** The DOJ does not retain credit/debit card information, with the exception of the last four characters of your card number which is used to display your payment history. Therefore, each time that you make a payment, you will need to re-enter your credit/debit card information.

**VIEW PAID INVOICES**

The COE Holder, or a user with the Pay Invoices permission, has the ability to view previously paid invoices.

**To view a previously paid DES Invoice:**

1) From the Main Menu, click on the ***View Paid Invoices*** link located in the Administrator section (you must have the Pay Invoices permission in order to see this link).




2) The *Paid Monthly Invoice Report* page displays the past twelve months of invoices that have been paid in full. If your account is setup with multiple dealerships, all applicable CFD/CAVs will display.





3) To view the invoice that shows a detailed breakdown of the transactions that you were billed for, click on the ***Invoice Date*** link for the CFD/CAV that you wish to view. There are two types of invoices: Firearm and Ammunition.

**Note:** It is highly recommended to print the paid invoices report for your records. The system will only allow you to view 12 months of paid invoices.




| CFD/CAV | Type | Billing Period | Invoice Date | Invoice Amount | Date Invoice Paid in Full |
|---|---|---|---|---|---|
| | Firearm | 05/01/2019 - 05/31/2019 | 06/01/2019 | $ 0 | N/A |
| | Ammunition | 03/01/2019 - 03/31/2019 | 04/01/2019 | $ 0 | N/A |

**CREDIT INVOICE HISTORY**

The COE Holder, or user with the Pay Invoices permission, has the ability to view credit history. If a credit is applied for a DROS transaction the credit will be reflected on the invoice generated the following month.

**To View Credit History:**

1) From the Main Menu, click on the ***View Paid Invoices*** link located in the Administrator section of the *Main Menu*.

2) Click Credit Invoice History.




| CFD/CAV | Type | Billing Period | Invoice Date | Invoice Amount | Date Invoice Paid in Full |
|---|---|---|---|---|---|
| | Firearm | 05/01/2019 - 05/31/2019 | 06/01/2019 | $ 0 | N/A |
| | Ammunition | 03/01/2019 - 03/31/2019 | 04/01/2019 | $ 0 | N/A |

3) If DROS Credits have been issued the Credit History will display as pictured below.




| Payment Date | CFD/CAV | Type | Billing Period | Invoice Date | Amount Invoiced | Credit Amount |
|---|---|---|---|---|---|---|
| 01/30/2019 01:05 PM | | Firearm | 01/01/2019 - 01/31/2019 | 01/30/2019 | 0.0 | 250.0 |





4) Clicking on the invoice credit will open a report with details on invoice transaction credits.

INVOICE TRANSACTION CREDIT DETAILS

| DEALER ID | SALE DATE/TIME | TRANSACTION # | CREDIT DATE | COST |
|---|---|---|---|---|
| | 03/21/2019 12:32 PM | 001005824 | 03/21/2019 | (25) |
| | 03/21/2019 12:30 PM | 001005992 | 03/21/2019 | (25) |
| | 03/21/2019 12:30 PM | 001005993 | 03/21/2019 | (25) |
| | 03/21/2019 12:29 PM | 001006021 | 03/21/2019 | (25) |
| | 03/21/2019 12:31 PM | 001006022 | 03/21/2019 | (25) |
| | 03/21/2019 12:31 PM | 001006023 | 03/21/2019 | (25) |

# 9. TRANSACTIONS, NOTICES, BULLETINS

## OVERVIEW

The Transactions, Notices, Bulletins section contains links that allow you to:

- Review Firearms Eligibility Notices (must have the Enter Transactions permission)
- Submit a DROS Transaction (must have the Enter Transactions permission)
- Deliver a Gun/Review a DROS (must have the Enter Transactions permission)
- Correct a DROS (must have the Correct or Cancel DROS permission)
- Cancel a DROS (must have the Correct or Cancel DROS permission)
- Review Information Bulletins issued by the Bureau of Firearms (any permission)
- Submit Acquisition Transactions (must have the Enter Transactions permission)
- View previously submitted Acquisition Transactions (must have the Enter Transactions permission)

Some of the above links may be hidden for the following reasons:

- **Dealership hasn't been selected** – If your account is associated to multiple dealerships, you must select the dealership that you wish to be associated with prior to viewing bulletins or notices, or conducting any type of DROS or Acquisition transaction.
- **Unviewed Information Bulletins** – When the BOF posts an Information Bulletin to DES, at least one user from each dealership must view and acknowledge the bulletin. Until the bulletin is viewed and acknowledged, users will be unable to view/submit DROS or Acquisition transactions or deliver a gun.
- **Unviewed Urgent Firearms/Ammunition Eligibility Notices** – When the BOF posts a Firearm or Ammunition Eligibility Notice for a DROS transaction, a user from the dealership must acknowledge the notice. Until the notice is acknowledged, users will be unable to view/submit DROS/Ammunition or Acquisition transactions or deliver a gun.

## SELECTING A DEALERSHIP

If your profile has been setup for working with multiple dealerships within a company, you must choose which dealership you are working with prior to submitting DROS or Acquisition transactions.





**To select a dealership:**

1) Click on the ***Select Dealership*** link from the *Main Menu* (this link only displays if your profile has been associated to more than one dealership within a company).
2) Select the name of the dealership that you wish to be associated with during your session.
3) Enter the CFD number associated to the dealership name that you selected above.
4) The system will then display the Transactions, Notices, Bulletins and Ammunition transactions section with additional links.
5) Once you have selected a dealership, you have the option to then select a different dealership by clicking on the ***Select a Different Dealership*** link.

**REVIEW FIREARMS AND AMMUNITION ELIGIBILITY NOTICES**

If you have any urgent notices, you must review them before you can conduct any other DROS or Acquisition activities. The DES allows you to view BOF notices for a DROS entered within the past 90 days. The following notices are considered urgent until they are reviewed and acknowledged by a User:

**Firearm Eligibility Notices**:

- Delay DROS Notice
- Deny Notice
- Approval After Deny Notice
- Approval After Delay Notice
- Undetermined Notice
- Deny After Delay Notice
- DMV Reject Notice
- 30-Day Reject Notice

**Ammunition Eligibility Notices:**

- Approval After Denial Notice
- DMV Reject Notice
- Purchaser Prohibited Notice

**Note**: Records with a Pending or Approved status do not require review before other DROS or Acquisition activities can be conducted.

⚠ If you have urgent notices to review, the system will display a message your *Main Menu* page.

**To Review your Firearms and Ammunition Eligibility Notices:**

1) Log on to the DES application.
2) Select your dealership (if applicable).





3) From the Main Menu, select the ***Review Firearms Eligibility Notices*** link. If you have urgent notices to review, the *Review Urgent Firearms Eligibility Notices* page will display.
4) Click on the status link of the eligibility notice that you wish to view. The Notice will display in PDF format.
5) You can print a copy of the notice by clicking on the printer icon from the Adobe Reader window.
6) Acknowledge that you reviewed the notice by clicking on the ***Acknowledge*** button




7) Once you have reviewed all of your urgent notices, clicking on the *Review Firearms Eligibility Notices* link will display any acknowledged notices as well as all of the approved records from the past 90 days.

## TYPES OF FIREARM AND AMMUNITION DROS NOTICES

### FIREARMS DROS NOTICES

**Delay DROS Notice**
A "Delayed" notice shall be generated when the Department is unable to determine the purchaser's eligibility within the 10-day waiting period. If you receive a *Delay* notice, you must place the sale on a "temporary hold," and wait for the final determination from the DOJ. DOJ has up to 30 days to come to a determination. An additional notice will be generated when the purchaser's eligibility has been determined.

**Denial Notice**
A "Denied" notice shall be generated when the Department reviews an application to purchase a firearm based on information provided by the applicant (e.g., name, date of birth, etc.) without fingerprint comparison and the applicant information is denied after the Department's review of matching state and/or federal records. **Do not** release the firearm to the purchaser.

**Approval After Denial Notice**
An Approval After Denial notice shall be generated as a follow up to a Deny notice, and indicates that the eligibility of the purchaser has been obtained and the firearm may be delivered to the purchaser.





**Approval After Delay Notice**
An Approval After Delay notice shall be generated as a follow up to a Delay notice, and indicates that the eligibility of the purchaser has been obtained and the firearm may be delivered to the purchaser.

**Undetermined Notice**
An "Undetermined Notice" shall be generated when 30 days have passed since the original transaction date and the Department is unable to determine a purchaser's eligibility to own or possess firearms or is unable to determine whether the firearm involved in the sale/transfer/loan is stolen. Delivery of a firearm (sale/transfer/loan) from an "Undetermined" status shall be made at the discretion of the Dealer COE Holder, authorized associate, or salesperson.

**Denial After Delay Notice**
A "Denial after Delay" notice shall be generated when the Department denies an application to purchase a firearm after identifying a "Delayed" status; **Do not** release the firearm to the purchaser.

**DMV Reject Notice**
A "DMV Reject" notice shall be generated when an application is submitted with an invalid, suspended, revoked, or expired California Driver License or California Identification card. **Do not** release the firearm to the purchaser. Consequently, the DROS transaction must be resubmitted as a new transaction with applicable fees and waiting period. The purchaser must contact the DMV to make sure your California Driver License or California Identification Card information is up-to-date and correct.

**30-Day Reject Notice**
A "30-Day Reject" notice shall be generated when an application is submitted to purchase more than one handgun in a 30-day period. The purchaser attempted to purchase more than one handgun in a 30 day period PC 27540 (f). **Do not** release the handgun to the purchaser.

AMMUNITION DROS NOTICES

**Approval after Denial Notice**
An "Approval after Denial" notice is generated when the Department has received additional information indicating the purchaser is eligible to purchase ammunition. If you receive this notice you may move forward with the transaction should the purchaser choose to do so. Please note, the approval is valid for 30 days from the date of the letter.

**DMV Reject Notice**
A "DMV Reject" notice is generated when a Basic Ammunition Eligibility Check (BAEC) DROS is being rejected and returned because the driver license/ID card status is not valid and/or the purchaser's name, driver license/ID card number, and/or date of birth information provided conflict with the files maintained by the Department of Motor Vehicles (DMV). The purchaser must correct their personal information on file with the DMV. Consequently, the BAEC DROS must be resubmitted as a new transaction with applicable fees.





**Purchaser Prohibited Notice**
A "Purchaser Prohibited" notice is generated when the purchaser is not eligible to own or possess ammunition, therefore, you cannot release the ammunition to the purchaser.

**REVIEW INFORMATION BULLETINS**

If your dealership has any un-reviewed Information Bulletins, you must review them before you can conduct any other DROS or Acquisition activities. If you have any unread bulletins to review, the system will display a message on your *Main Menu* page.

⚠ You have Information Bulletins that must be reviewed.

**To Review Information Bulletins:**

1) Log on to the DES application.
2) From the Main Menu, select the ***Review Bulletins*** link. The *DES Bulletins* page will display, showing a list of all available Information Bulletins issued by the BOF.
3) Clicking on the name of the un-reviewed bulletin will display the bulletin details as a PDF document. If you choose, you may print the bulletin by clicking on the Adobe Reader print icon.

DES Bulletins

Current DES Bulletins

| Bulletin Name | Date Posted | Reviewed Date | Reviewed By |
|---|---|---|---|
| IBtwo | 05/15/2013 | | |
| bulletin four | 04/19/2013 | 05/13/2013 | GEORGE SHAW |
| bulletin three | 04/19/2013 | 05/13/2013 | GEORGE SHAW |
| bulletin two | 04/19/2013 | 05/13/2013 | GEORGE SHAW |
| Test bulletin One | 04/09/2013 | 05/13/2013 | GEORGE SHAW |

**Note**: If the bulletin doesn't automatically display on your screen, you may have to click on the Download Bulletin to view in Adobe Reader link. Downloading the most current version of Adobe Reader should ensure that the bulletin automatically displays. To download the most current version of Adobe Reader, visit the following website: http://get.adobe.com/reader/.

Once you have reviewed the bulletin, your name and the date that you reviewed the bulletin will display on the ***DES Bulletins*** page.

**IMPORTANT:** The DES message, "You have Information Bulletins that must be reviewed" will only display until the first employee has reviewed and acknowledged the bulletin. Only the first employee must acknowledge the bulletin. Once reviewed, other employees will not be given a DES message to view the bulletin. Thus, it is highly recommended to print out the bulletins and share with other employees. You can reference back to past DES bulletins at any time.





## 10. DROS TRANSACTIONS TYPE(S)

### OVERVIEW

DROS Transactions are required on the following handgun and long gun transaction types:

**Handgun Transactions**

- Dealer Handgun Sale
- Private Party Handgun Transfer
- Peace Officer Non-Roster Handgun Sale
- Exempt Handgun Sale
- Pawn/Consignment Handgun Redemption
- Curio/Relic Handgun Sale
- Olympic Pistol Sale
- Handgun Loan

**Long Gun Transactions**

- Dealer Long Gun Sale
- Private Party Long Gun Transfer
- Pawn/Consignment Long Gun Redemption
- Curio/Relic Long Gun Sale
- Long Gun Loan

**To perform a DROS transaction:**

1) Your account must be setup with the ***Enter Transactions*** permission (See Section 7, *Administrator Links*).
2) If you are associated to more than one dealership, you must select the dealership that you want to be associated with for your DES session before you can submit a DROS.
3) You must review any unread bulletins prior to submitting a DROS.
4) You must acknowledge any Urgent Firearms Eligibility Notices prior to submitting a DROS.

### ENTERING PURCHASER AND SELLER INFORMATION

All DROS transaction types require the entry of purchaser information. Seller information is only required on the following transaction types:

- Private Party Handgun Transfer
- Handgun Loan
- Private Party Long Gun Transfer
- Long Gun Loan





Purchaser and seller information will be captured by swiping the California Driver License or Identification card through a magnetic card swipe reader. Any missing or incorrect information will be keyed directly into the appropriate fields.

**To Enter Purchaser or Seller Information:**

1) Swipe the driver license or identification card through the magnetic card swipe reader.
2) Click on the ***Submit*** button in the ***Swipe CA Driver License or ID Card*** area.




3) Verify that the data displays correctly. **Note**: If the information will not scan, you must manually enter the information.
4) Correct information as necessary.
5) Complete all applicable fields, including Firearms Eligibility Questions 1 - 4.

**Tips:**

- **Single Name** – If the purchaser or seller has a single name (example: Wasp, Sky, Rebel), enter the single name in the Last Name field and enter an asterisk (*) in the first name field (Suffix and Middle Name fields must be blank).
- **Purchaser's City** – The city will automatically appear based on the zip code; however, if the zip code has more than one city name or variation listed, you will need to select the correct city name from the City drop down list.
- **Citizenship** – If you select ***NO*** from the ***U.S. Citizen*** drop down list, the system will display additional fields that must be entered. Select the Country of Citizenship from the drop down list and enter either the Alien Registration number or the I-94 number. **Note**: These numbers can be found on the purchaser or seller's Permanent Resident card (Green Card) or I-94 Arrival/Departure card.
- **HSC Number** – The Handgun Safety Certificate number (HSC) or an HSC exemption code is required on all handgun transactions. These fields will only be present when the HSC is required prior to the purchase of a handgun.
- **FSC Number** – Effective January 1, 2015, HSC became the Firearm Safety Certificate (FSC). The FSC number will be required for purchase or delivery of firearms; handguns and/or long guns. However – purchasers with a valid HSC will be able to utilize the HSC number or an HSC exemption to purchase handguns until the HSC expiration date.

**DEALER HANDGUN SALE**

Select the ***Dealer Handgun Sale*** transaction type when a handgun listed on the DOJ's Roster of Certified Handguns is being purchased from a dealer (see http://certguns.doj.ca.gov).





**To submit a Dealer Handgun Sale transaction:**

1) From the Main Menu page, select the ***Submit DROS*** link. The *Select Transaction Type* page will display.
2) Select the ***Dealer Handgun Sale*** link. The *Submit Dealer Handgun Sale* form will display.
3) Enter the Purchaser Information (see Entering Purchaser and Seller Information above).
4) Enter the Transaction and Firearm Information as follows:
   a. **Gun Show Transaction** – Select ***Yes*** or ***No*** from the drop down list.
   b. **Waiting Period Exemption** – If applicable, select a waiting period exemption:
      - **CFD Number** – Select **CFD** from the drop down list if the purchaser is an active licensed firearm dealer. Selecting the CFD number waiting period exemption displays a ***Purchaser CFD Number*** field. Enter the purchaser's valid CFD number.
      - **Peace Officer** – This waiting period exemption requires a signed letter (wet signature) from the head of their law enforcement agency. You must keep a copy of the letter on file.
      - **Special Weapons Permit** – Select **Special Weapons Permit** from the drop down list if the purchaser has a valid Special Weapons permit. Selecting the Special Weapons permit exemption displays a **Special Weapons Permit Number field.** Enter the purchaser's Special Weapons permit number.

      **Note:** Selecting a waiting period exemption will automatically display the 30-Day Restriction Exemption.
   c. **30-Day Restriction Exemption -** Click on the **30-Day Restriction Exemption** check box if the purchaser has provided proof of having a valid exemption from the one handgun purchase per 30 days restriction.
   d. **Make** – Select the name of the firearm manufacturer from the ***Make*** drop down list. The **Model** field will display with a list of all available models for the selected make**. Tip:** Opening the ***Make*** drop down list and typing the first character of the make will take you to that section of the list.
   e. **Model** – Select the appropriate model from the **Model** drop down list. The **Caliber** field will display. If there are multiple calibers available for the selected make/model combination, select the appropriate caliber from the drop down list; otherwise, the system will default to the only caliber available. The system populates additional firearm information (barrel length, unit of measure, material, and category) once you have narrowed the firearm selection criteria to a single firearm.
   f. **Serial Number** – Enter and re-enter the serial number stamped on the firearm.





g. **Other Number** – If applicable, enter an additional number stamped on the firearm.

h. **Color** – Select the color of the firearm from the ***Color*** drop down list.

i. **New/Used Gun** – Select whether the firearm is new or used from the ***New/Used Gun*** drop down list.

j. **Firearm Safety Device (FSD)** – Select the method that the purchaser is using to comply with the FSD requirements. (For information regarding the Roster of Firearms Safety Devices Certified for Sale, see the Office of the Attorney General's website: http://oag.ca.gov/firearms/fsdcertlist.) **Note:** This field will not display when the waiting period exemption is for a peace officer.

- **Antique** – Select this type if the firearm is an antique pursuant to federal law.
- **Approved Lock Box** – Select this type if the FSD is a DOJ Certified Lock Box.
- **FSD Purchased** – Select this type if the purchaser is purchasing a DOJ Certified FSD that is not included with the purchase of the firearm.
- **OEM** – Select this type if the firearm being purchased comes with a Certified FSD from the manufacturer.
- **Safe Affidavit** – Select this type if the purchaser provides an affidavit that they own a Certified FSD Gun Safe.

k. **Comments** – Enter any additional pertinent information in the ***Comments*** field, if applicable.

### PRIVATE PARTY HANDGUN TRANSFER

Select the ***Private Party Handgun Transfer*** transaction type when the individual selling or transferring a handgun is not a firearm dealer.

**To submit a Private Party Handgun Transfer transaction:**

1) From the Main Menu page, select the ***Submit DROS*** link. The *Select Transaction Type* page will display.
2) Select the ***Private Party Handgun Transfer*** link. The *Submit Private Party Handgun Transfer* form will display.
3) Enter the Purchaser and Seller Information (see Entering Purchaser and Seller Information above).
4) Enter the Transaction and Firearm Information as follows:

   a. **Gun Show Transaction** – Select ***Yes*** or ***No*** from the drop down list.

   b. **Waiting Period Exemption** – If applicable, select a waiting period exemption:





- **CFD Number** –Select **CFD** from the drop down list if the purchaser is an active licensed firearm dealer. Selecting the CFD number waiting period exemption displays a ***Purchaser CFD Number*** field. Enter the purchaser's valid CFD number.
- **Collector** – This waiting period exemption requires a valid 03 FFL and COE. Enter the purchaser's valid COE. You must keep a copy of the 03 FFL and COE on file.
- **Peace Officer** – This waiting period exemption requires a signed letter (wet signature) from the head of their law enforcement agency. You must keep a copy of the letter on file.
- **Special Weapons Permit** – Select **Special Weapons Permit** from the drop down list if the purchaser has a valid Special Weapons permit. Selecting the Special Weapons permit exemption displays a **Special Weapons Permit Number field.** Enter the purchaser's Special Weapons permit number.

c. **Frame Only** – Select ***Yes*** or ***No*** whether the purchase is for a frame only; if ***Yes*** is selected then the firearm caliber, additional caliber, barrel length, or unit of measure will not be available for updating.

d. **Make** – Select the name of the firearm manufacturer from the ***Make*** drop down list. **Tip:** Opening the ***Make*** drop down list and typing the first character of the Make will take you to that section of the list.

e. **Model** – Enter the model of the handgun being purchased.

f. **Caliber** – Select the caliber of the handgun from the ***Caliber*** drop down list.

g. **Additional Caliber** – If appropriate, select any additional calibers from the ***Additional Caliber*** drop down list.

h. **Barrel Length** – Enter the length of the handgun's barrel. The barrel length can be from 1 – 4 numbers, and may contain a decimal point. The barrel length may be reported in inches or centimeters.

i. **Unit** – Select the barrel length unit of measure from the ***Unit*** drop down list.

j. **Category** – Select the appropriate handgun category from the ***Category*** drop down list.

k. **Serial Number** – Enter and then re-enter the serial number stamped on the firearm.

l. **Other Number** – If applicable, enter an additional number stamped on the firearm.

m. **Color** – Select the color of the firearm from the ***Color*** drop down list.

n. **Firearm Safety Device (FSD)** – Select the method that the purchaser is using to comply with the FSD requirements. (For information regarding Roster of





Firearms Safety Devices Certified for Sale, see the Office of the Attorney General's website: http://oag.ca.gov/firearms/fsdcertlist.) **Note:** This field will not display when the waiting period exemption is for a peace officer.

- **Antique** – Select this type if the firearm is an antique pursuant to federal law.
- **Approved Lock Box** – Select this type if the FSD is a DOJ Certified Lock Box.
- **FSD Purchased** – Select this type if the Purchaser is purchasing a DOJ Certified FSD that is not included with the purchase of the firearm.
- **OEM** – Select this type if the firearm being purchased comes with a Certified FSD from the manufacturer.
- **Safe Affidavit** – Select this type if the purchaser provides an affidavit that they own a Certified FSD Gun Safe.
- **Comments** – Enter any additional pertinent information in the ***Comments*** field, if applicable.

### PEACE OFFICER NON-ROSTER HANDGUN TRANSFER

Select the ***Peace Officer Non-Roster Handgun Sale*** transaction type when the peace officer provides a letter from the head of their agency (dated within 30 days) exempting the peace officer from the 10-day waiting period; the authorization letter shall be on agency letterhead with a wet signature.

**Note:** Peace officers are exempt from purchasing non-roster firearms.

**To submit a Peace Officer Non-Roster Handgun transaction:**

1) From the *Main Menu* page, select the ***Submit DROS*** link. The *Select Transaction Type* page will display.
2) Select the ***Peace Officer Non-Roster Handgun Sale*** link. The *Submit Peace Officer non-Roster Handgun Sale* form will display.
3) Enter the Purchaser Information (see Entering Purchaser and Seller Information above).
4) Enter the Transaction and Firearm Information as follows:
   a. **Gun Show Transaction** – Select ***Yes*** or ***No*** from the drop down list.
   b. **Frame Only** – Select ***Yes*** or ***No*** whether the purchase is for a frame only; if ***Yes*** is selected then the firearm caliber, additional caliber, barrel length, or unit of measure will not be available for updating.
   c. **Make** – Select the name of the firearm manufacturer from the ***Make*** drop down list. **Tip:** Opening the ***Make*** drop down list and typing the first character of the Make will take you to that section of the list.





d. **Model** – Enter the model of the handgun being purchased.

e. **Caliber** – Select the caliber of the handgun from the ***Caliber*** drop down list.

f. **Additional Caliber** – If appropriate, select any additional calibers from the ***Additional Caliber*** drop down list.

g. **Barrel Length** – Enter the length of the handgun's barrel. The barrel length can be from 1 – 4 numbers, and may contain a decimal point. The barrel length may be reported in inches or centimeters.

h. **Unit** – Select the barrel length unit of measure from the ***Unit*** drop down list.

i. **Category** – Select the appropriate handgun category from the ***Category*** drop down list.

j. **Serial Number** – Enter and then re-enter the serial number stamped on the firearm.

k. **Other Number** – If applicable, enter an additional number stamped on the firearm.

l. **Color** – Select the color of the firearm from the ***Color*** drop down list.

m. **New/Used Gun** – Select whether the firearm is new or used from the ***New/Used Gun*** drop down list.

n. **Comments** – Enter any additional pertinent information in the ***Comments*** field, if applicable.

**EXEMPT HANDGUN SALE**

Select the ***Exempt Handgun Sale*** transaction type when the handgun being purchased meets the Exempt Handgun definition; i.e. peace officer purchasing non-roster firearms without a waiting period exemption letter, returning a firearm to its owner, single shot/single action sale (per Penal Code section 32100), etc.

**To submit an Exempt Handgun Sale transaction:**

1) From the *Main Menu* page, select the ***Submit DROS*** link. The *Select Transaction Type* page will display.
2) Select the ***Exempt Handgun Sale*** link. The *Submit Exempt Handgun Sale* form will display.
3) Enter the Purchaser Information (see Entering Purchaser and Seller Information above).
4) Enter the Transaction and Firearm Information as follows:

   a. **Gun Show Transaction** – Select ***Yes*** or ***No*** from the drop down list.

   b. **Waiting Period Exemption** – If applicable, select a waiting period exemption:

      - **CFD Number** – Select **CFD** from the drop down list if the purchaser is an active licensed firearm dealer. Selecting the CFD number waiting Period





exemption displays a ***Purchaser CFD Number*** field. Enter the purchaser's valid CFD number.

- **Peace Officer** – This waiting period exemption requires a signed letter (wet signature) from the head of their law enforcement agency. You must keep a copy of the letter on file.
- **Special Weapons Permit** – Select **Special Weapons Permit** from the drop down list if the purchaser has a valid Special Weapons permit. Selecting the Special Weapons permit exemption displays a **Special Weapons Permit Number field.** Enter the purchaser's Special Weapons permit number.

**Note:** Selecting a waiting period exemption will automatically apply the 30-Day Restriction Exemption.

c. **30-Day Restriction Exemption -** Click on the **30-Day Restriction Exemption** check box if the purchaser has provided proof of having a valid exemption from the one handgun purchase per 30 days restriction.

d. **Frame Only** – Select ***Yes*** or ***No*** whether the purchase is for a frame only; if ***Yes*** is selected then the firearm caliber, additional caliber, barrel length, or unit of measure will not be available for updating.

e. **Make** – Select the name of the firearm manufacturer from the ***Make*** drop down list. **Tip:** Opening the ***Make*** drop down list and typing the first character of the make will take you to that section of the list.

f. **Model** – Enter the model of the handgun being purchased.

g. **Caliber** – Select the caliber of the handgun from the ***Caliber*** drop down list.

h. **Additional Caliber** – If appropriate, select any additional calibers from the ***Additional Caliber*** drop down list.

i. **Barrel Length** – Enter the length of the handgun's barrel. The barrel length can be from 1 - 4 numbers, and may contain a decimal point. The barrel length may be reported in inches or centimeters.

j. **Unit** – Select the barrel length unit of measure from the ***Unit*** drop down list.

k. **Category** – Select the appropriate handgun category from the ***Category*** drop down list.

l. **Serial Number** – Enter and then re-enter the serial number stamped on the firearm.

m. **Other Number** – If applicable, enter an additional number stamped on the firearm.

n. **Color** – Select the color of the firearm from the ***Color*** drop down list.





o. **New/Used Gun** – Select whether the firearm is new or used from the ***New/Used Gun*** drop down list.

p. **Firearm Safety Device (FSD)** – Select the method that the purchaser is using to comply with the FSD requirements. (For information regarding Roster of Firearms Safety Devices Certified for Sale, see the Office of the Attorney General's website: http://oag.ca.gov/firearms/fsdcertlist.) **Note:** This field will not display when the waiting period exemption is for a peace officer.

- **Antique** – Select this type if the firearm is an antique pursuant to federal law.
- **Approved Lock Box** – Select this type if the FSD is a DOJ Certified Lock Box.
- **FSD Purchased** – Select this type if the purchaser is purchasing a DOJ Certified FSD that is not included with the purchase of the firearm.
- **OEM** – Select this type if the firearm being purchased comes with a Certified FSD from the manufacturer.
- **Safe Affidavit** – Select this type if the purchaser provides an affidavit that they own a Certified FSD Gun Safe.

q. **Comments** – Enter any additional pertinent information in the ***Comments*** field, if applicable.

### PAWN/CONSIGNMENT HANDGUN REDEMPTION

Select the ***Pawn/Consignment Handgun Redemption*** transaction type when the purchaser is redeeming a handgun that had been pawned or consigned.

**To submit a Pawn/Consignment Handgun Redemption transaction:**

1) From the *Main Menu* page, select the ***Submit DROS*** link. The *Select Transaction Type* page will display.
2) Select the ***Pawn/Consignment Handgun Redemption*** link. The *Submit Pawn/Consignment Handgun Redemption* form will display.
3) Enter the Purchaser Information (see Entering Purchaser and Seller Information above).
4) Enter the Transaction and Firearm Information as follows:

a. **Gun Show Transaction** – Select ***Yes*** or ***No*** from the drop down list.

b. **Waiting Period Exemption** – If applicable, select a waiting period exemption:

- **CFD Number** – Select **CFD** from the drop down list if the purchaser is an active licensed firearm dealer. Selecting the CFD number waiting period exemption displays a ***Purchaser CFD Number*** field. Enter the purchaser's valid CFD number.





- **Peace Officer** – This waiting period exemption requires a signed letter (wet signature) from the head of their law enforcement agency. You must keep a copy of the letter on file.
- **Special Weapons Permit** – Select **Special Weapons Permit** from the drop down list if the purchaser has a valid Special Weapons permit. Selecting the Special Weapons permit exemption displays a **Special Weapons Permit Number field.** Enter the purchaser's Special Weapons permit number.

c. **Frame Only** – Select ***Yes*** or ***No*** whether the purchase is for a frame only; if ***Yes*** is selected then the firearm caliber, additional caliber, barrel length, or unit of measure will not be available for updating.

d. **Make** – Select the name of the firearm manufacturer from the ***Make*** drop down list. **Tip:** Opening the ***Make*** drop down list and typing the first character of the make will take you to that section of the list.

e. **Model** – Enter the model of the handgun being purchased.

f. **Caliber** – Select the caliber of the handgun from the ***Caliber*** drop down list.

g. **Additional Caliber** – If appropriate, select any additional calibers from the ***Additional Caliber*** drop down list.

h. **Barrel Length** – Enter the length of the handgun's barrel. The barrel length can be from 1 - 4 numbers, and may contain a decimal point. The barrel length may be reported in inches or centimeters.

i. **Unit** – Select the barrel length unit of measure from the ***Unit*** drop down list.

j. **Category** – Select the appropriate handgun category from the ***Category*** drop down list.

k. **Serial Number** – Enter and then re-enter the serial number stamped on the firearm.

l. **Other Number** – If applicable, enter an additional number stamped on the firearm.

m. **Color** – Select the color of the firearm from the ***Color*** drop down list

n. **Comments** – Enter any additional pertinent information in the ***Comments*** field, if applicable.

**CURIO/RELIC HANDGUN SALE**

Select the ***Curio/Relic Handgun Sale*** transaction type when the handgun being purchased meets the Curio/Relic handgun definition.

**To submit a Curio/Relic Handgun Sale Transaction:**





1) From the *Main Menu* page, select the ***Submit DROS*** link. The *Select Transaction Type* page will display.
2) Select the ***Curio/Relic Handgun Sale*** link. The *Submit Curio/Relic Handgun Sale* form will display.
3) Enter the Purchaser Information (see Entering Purchaser and Seller Information above).
4) Enter the Transaction and Firearm Information as follows:
    a. **Gun Show Transaction** – Select ***Yes*** or ***No*** from the drop down list.
    b. **Waiting Period Exemption** – If applicable, select a waiting period exemption:
        - **CFD Number** – Select **CFD** from the drop down list if the purchaser is an active licensed firearm dealer. Selecting the CFD number waiting period exemption displays a ***Purchaser CFD Number*** field. Enter the purchaser's valid CFD number.
        - **Collector** – This waiting period exemption requires a valid 03 FFL and COE. Enter the purchaser's valid COE. You must keep a copy of the 03 FFL and COE on file.
        - **Peace Officer** – This waiting period exemption requires a signed letter (wet signature) from the head of their law enforcement agency. You must keep a copy of the letter on file.
        - **Special Weapons Permit** – Select **Special Weapons Permit** from the drop down list if the purchaser has a valid Special Weapons permit. Selecting the Special Weapons permit exemption displays a **Special Weapons Permit Number field.** Enter the purchaser's Special Weapons permit number.

    **Note:** Selecting a waiting period exemption will automatically apply the 30-Day Restriction Exemption.

    c. **30-Day Restriction Exemption -** Click on the 30-Day Restriction Exemption check box if the purchaser has provided proof of having a valid exemption from the one handgun purchase per 30 days restriction.
    d. **Frame Only** – Select ***Yes*** or ***No*** whether the purchase is for a handgun frame only; if ***Yes*** is selected then the firearm caliber, additional caliber, barrel length, or unit of measure will not be available for updating.
    e. **Make** – Select the name of the firearm manufacturer from the ***Make*** drop down list. **Tip:** Opening the ***Make*** drop down list and typing the first character of the make will take you to that section of the list.
    f. **Model** – Enter the model of the handgun being purchased.
    g. **Caliber** – Select the caliber of the handgun from the ***Caliber*** drop down list.

h. **Additional Caliber** – If appropriate, select any additional calibers from the ***Additional Caliber*** drop down list.

i. **Barrel Length** – Enter the length of the handgun's barrel. The barrel length can be from 1 - 4 numbers, and may contain a decimal point. The barrel length may be reported in inches or centimeters.

j. **Unit** – Select the barrel length unit of measure from the ***Unit*** drop down list.

k. **Category** – Select the appropriate handgun category from the ***Category*** drop down list.

l. **Serial Number** – Enter and then re-enter the serial number stamped on the firearm.

m. **Other Number** – If applicable, enter an additional number stamped on the firearm.

n. **Color** – Select the color of the firearm from the ***Color*** drop down list.

o. **New/Used Gun** – Select whether the firearm is new or used from the ***New/Used Gun*** drop down list.

p. **Firearm Safety Device (FSD)** – Select the method that the purchaser is using to comply with the FSD requirements. (For information regarding Roster of Firearms Safety Devices Certified for Sale, see the Office of the Attorney General's website: http://oag.ca.gov/firearms/fsdcertlist.) **Note:** This field will not display when the waiting period exemption is for a peace officer.

- **Antique** – Select this type if the firearm is an antique pursuant to federal law.
- **Approved Lock Box** – Select this type if the FSD is a DOJ Certified Lock Box.
- **FSD Purchased** – Select this type if the purchaser is purchasing a DOJ Certified FSD that is not included with the purchase of the firearm.
- **OEM** – Select this type if the firearm being purchased comes with a Certified FSD from the manufacturer.
- **Safe Affidavit** – Select this type if the purchaser provides an affidavit that they own a Certified FSD Gun Safe.

q. **Comments** – Enter any additional pertinent information in the ***Comments*** field, if applicable.

**OLYMPIC PISTOL SALE**

Select the ***Olympic Pistol Sale*** transaction type when the handgun being purchased meets the Olympic Pistol handgun definition.

**To submit an Olympic Pistol Sale transaction:**

1) From the *Main Menu* page, select the ***Submit DROS*** link. The *Select Transaction Type* page will display.
2) Select the ***Olympic Pistol Sale*** link. The *Submit Olympic Pistol Sale* form will display.
3) Enter the Purchaser Information (see Entering Purchaser and Seller Information above).
4) Enter the Transaction and Firearm Information as follows:
    a. **Gun Show Transaction** – Select ***Yes*** or ***No*** from the drop down list.
    b. **Waiting Period Exemption** – If applicable, select a waiting period exemption:
        i. **CFD Number** – Select **CFD** from the drop down list if the purchaser is an active licensed firearm dealer. Selecting the CFD number waiting period exemption displays a ***Purchaser CFD Number*** field. Enter the purchaser's valid CFD number.
        ii. **Peace Officer** – This waiting period exemption requires a signed letter (wet signature) from the head of their law enforcement agency. You must keep a copy of the letter on file.
        iii. **Special Weapons Permit** – Select **Special Weapons Permit** from the drop down list if the purchaser has a valid Special Weapons permit. Selecting the Special Weapons permit exemption displays a **Special Weapons Permit Number field.** Enter the purchaser's Special Weapons permit number.
    c. **30-Day Restriction Exemption** - Click on the **30-Day Restriction Exemption** check box if the purchaser has provided proof of having a valid exemption from the one handgun purchase per 30 days restriction.
    d. **Frame Only** – Select ***Yes*** or ***No*** whether the purchase is for a frame only; if ***Yes*** is selected then the firearm caliber, additional caliber, barrel length, or unit of measure will not be available for updating.
    e. **Make** – Select the name of the firearm manufacturer from the ***Make*** drop down list. **Tip:** Opening the ***Make*** drop down list and typing the first character of the make will take you to that section of the list.
    f. **Model** – Enter the model of the handgun being purchased.
    g. **Caliber** – Select the caliber of the handgun from the ***Caliber*** drop down list.
    h. **Additional Caliber** – If appropriate, select any additional calibers from the ***Additional Caliber*** drop down list.

i. **Barrel Length** – Enter the length of the handgun's barrel. The barrel length can be from 1 - 4 numbers, and may contain a decimal point. The barrel length may be reported in inches or centimeters.

j. **Unit** – Select the barrel length unit of measure from the ***Unit*** drop down list.

k. **Category** – Select the appropriate handgun category from the ***Category*** drop down list.

l. **Serial Number** – Enter and then re-enter the serial number stamped on the firearm.

m. **Other Number** – If applicable, enter an additional number stamped on the firearm.

n. **Color** – Select the color of the firearm from the ***Color*** drop down list.

o. **New/Used Gun** – Select whether the firearm is new or used from the ***New/Used Gun*** drop down list.

p. **Firearm Safety Device (FSD)** – Select the method that the Purchaser is using to comply with the FSD requirements. (For information regarding Roster of Firearms Safety Devices Certified for Sale, see the Office of the Attorney General's website: http://oag.ca.gov/firearms/fsdcertlist.) **Note:** This field will not display when the waiting period exemption is for a peace officer.

  **i. Antique** – Select this type if the firearm is an antique pursuant to federal law.

  **ii. Approved Lock Box** – Select this type if the FSD is a DOJ Certified Lock Box.

  **iii. FSD Purchased** – Select this type if the purchaser is purchasing a DOJ Certified FSD that is not included with the purchase of the firearm.

  **iv. OEM** – Select this type if the firearm being purchased comes with a Certified FSD from the manufacturer.

  **v. Safe Affidavit** – Select this type if the purchaser provides an affidavit that they own a Certified FSD Gun Safe.

q. **Comments** – Enter any additional pertinent information in the ***Comments*** field, if applicable.

**HANDGUN LOAN**

Loan between two California residents with an anticipated return to owner date.

**To submit a Handgun Loan transaction:**

1) From the *Main Menu* page, select the ***Submit DROS*** link. The *Select Transaction Type* page will display.
2) Select the ***Handgun Loan*** link. The *Submit Handgun Loan* form will display.





3) Enter the Purchaser and Seller Information (see Entering Purchaser and Seller Information above).
4) Enter the Transaction and Firearm Information as follows:
   a. **Gun Show Transaction** – Select ***Yes*** or ***No*** from the drop down list.
   b. **Waiting Period Exemption** – If applicable, select a waiting period exemption:
      - **CFD Number** – Select **CFD** from the drop down list if the purchaser is an active licensed firearm dealer. Selecting the CFD number waiting Period exemption displays a ***Purchaser CFD Number*** field. Enter the purchaser's valid CFD number.
      - **Peace Officer** – This waiting period exemption requires a signed letter (wet signature) from the head of their law enforcement agency. You must keep a copy of the letter on file.
      - **Special Weapons Permit** – Select **Special Weapons Permit** from the drop down list if the purchaser has a valid Special Weapons permit. Selecting the Special Weapons permit exemption displays a **Special Weapons Permit Number field.** Enter the purchaser's Special Weapons permit number.
   c. **30-Day Restriction Exemption -** Click on the **30-Day Restriction Exemption** check box if the purchaser has provided proof of having a valid exemption from the one handgun purchase per 30 days restriction.
   d. **Frame Only** – Select ***Yes*** or ***No*** whether the purchase is for a frame only; if ***Yes*** is selected then the firearm caliber, additional caliber, barrel length, or unit of measure will not be available for updating.
   e. **Make** – Select the name of the firearm manufacturer from the ***Make*** drop down list. **Tip:** Opening the ***Make*** drop down list and typing the first character of the make will take you to that section of the list.
   f. **Model** – Enter the model of the handgun being purchased.
   g. **Caliber** – Select the caliber of the handgun from the ***Caliber*** drop down list.
   h. **Additional Caliber** – If appropriate, select any additional calibers from the ***Additional Caliber*** drop down list.
   i. **Barrel Length** – Enter the length of the handgun's barrel. The barrel length can be from 1 - 4 numbers, and may contain a decimal point. The barrel length may be reported in inches or centimeters.
   j. **Unit** – Select the barrel length unit of measure from the ***Unit*** drop down list.
   k. **Category** – Select the appropriate handgun category from the ***Category*** drop down list.





l. **Serial Number** – Enter and then re-enter the serial number stamped on the firearm.

m. **Other Number** – If applicable, enter an additional number stamped on the firearm.

n. **Color** – Select the color of the firearm from the ***Color*** drop down list.

o. **Comments** – Enter any additional pertinent information in the ***Comments*** field, if applicable.

**DEALER LONG GUN SALE**

Select the ***Dealer Long Gun Sale*** transaction type when a Long Gun is being purchased from a dealer.

**To submit a Dealer Long Gun Sale transaction:**

1) From the *Main Menu* page, select the ***Submit DROS*** link. The *Select Transaction Type* page will display.
2) Select the ***Dealer Long Gun Sale*** link. The *Submit Dealer Long Gun Sale* form will display.
3) Enter the Purchaser Information (see Entering Purchaser and Seller Information above).
4) Enter the Transaction and Firearm Information as follows:

   a. **Gun Show Transaction** – Select ***Yes*** or ***No*** from the drop down list.

   b. **Waiting Period Exemption** – If applicable, select a waiting period exemption:

      - **CFD Number** – Select **CFD** from the drop down list if the purchaser is an active licensed firearm dealer. Selecting the CFD number waiting period exemption displays a ***Purchaser CFD Number*** field. Enter the purchaser's valid CFD number.
      - **Peace Officer** – This waiting period exemption requires a signed letter (wet signature) from the head of their law enforcement agency. You must keep a copy of the letter on file.
      - **Special Weapons Permit** – Select **Special Weapons Permit** from the drop down list if the purchaser has a valid Special Weapons permit. Selecting the Special Weapons permit exemption displays a **Special Weapons Permit Number field.** Enter the purchaser's Special Weapons permit number.

   c. **Receiver Only** – Select ***Yes*** or ***No*** whether the purchase is for a receiver only; if ***Yes*** is selected then the firearm caliber, additional caliber, barrel length, or unit of measure will not be available for updating..





d. **Make** – Select the name of the firearm manufacturer from the ***Make*** drop down list. **Tip:** Opening the ***Make*** drop down list and typing the first character of the make will take you to that section of the list.

e. **Model** – Enter the model of the firearm being purchased.

f. **Caliber** – Select the caliber of the firearm from the ***Caliber*** drop down list.

g. **Additional Caliber** – If appropriate, select any additional calibers from the ***Additional Caliber*** drop down list.

h. **Barrel Length** – Enter the length of the firearm's barrel. The barrel length can be from 1 - 4 numbers, and may contain a decimal point. The barrel length may be reported in inches or centimeters.

i. **Unit** – Select the barrel length unit of measure from the ***Unit*** drop down list.

j. **Gun Type** – Select the type of long gun from the ***Gun Type*** drop down list.

k. **Category** – Select the appropriate long gun category from the ***Category*** drop down list.

l. **Serial Number** – Enter and then re-enter the serial number stamped on the firearm.

m. **Other Number** – If applicable, enter an additional number stamped on the firearm.

n. **Color** – Select the color of the firearm from the ***Color*** drop down list.

o. **New/Used Gun** – Select whether the firearm is new or used from the ***New/Used Gun*** drop down list.

p. **Firearm Safety Device (FSD)** – Select the method that the purchaser is using to comply with the FSD requirements. (For information regarding Roster of Firearms Safety Devices Certified for Sale, see the Office of the Attorney General's website: http://oag.ca.gov/firearms/fsdcertlist.) **Note:** This field will not display when the waiting period is for a peace officer.

- **Antique** – Select this type if the firearm is an antique pursuant to federal law.
- **Approved Lock Box** – Select this type if the FSD is a DOJ Certified Lock Box.
- **FSD Purchased** – Select this type if the Purchaser is purchasing a DOJ Certified FSD that is not included with the purchase of the firearm.
- **OEM** – Select this type if the firearm being purchased comes with a Certified FSD from the manufacturer.
- **Safe Affidavit** – Select this type if the purchaser provides an affidavit that they own a Certified FSD Gun Safe.





q. **Comments** – Enter any additional pertinent information in the ***Comments*** field, if applicable.

**PRIVATE PARTY LONG GUN TRANSFER**

Select the ***Private Party Long Gun Transfer*** transaction type when the individual selling or transferring a Long Gun is not a firearm dealer.

**To submit a Private Party Long Gun Transfer transaction:**

1) From the *Main Menu* page, select the ***Submit DROS*** link. The *Select Transaction Type* page will display.
2) Select the ***Private Party Long Gun Transfer*** link. The *Submit Private Party Long Gun Transfer* form will display.
3) Enter the Purchaser and Seller Information (see Entering Purchaser and Seller Information above).
4) Enter the Transaction and Firearm Information as follows:

    a. **Gun Show Transaction** – Select ***Yes*** or ***No*** from the drop down list.

    b. **Waiting Period Exemption** – If applicable, select a waiting period exemption:

    - **CFD Number** – Select **CFD** from the drop down list if the purchaser is an active licensed firearm dealer. Selecting the CFD number waiting period exemption displays a ***Purchaser CFD Number*** field. Enter the purchaser's valid CFD number
    - **Collector** – This waiting period exemption requires a valid 03 FFL and COE. Enter the purchaser's valid COE. You must keep a copy of the 03 FFL and COE on file.
    - **Peace Officer** – This waiting period exemption requires a signed letter (wet signature) from the head of their
    - law enforcement agency. You must keep a copy of the letter on file.
    - **Special Weapons Permit** – Select **Special Weapons Permit** from the drop down list if the purchaser has a valid Special Weapons permit. Selecting the Special Weapons permit exemption displays a **Special Weapons Permit Number field.** Enter the purchaser's Special Weapons permit number.

    c. **Receiver Only** – Select ***Yes*** or ***No*** whether the purchase is for a receiver only; if ***Yes*** is selected then the firearm caliber, additional caliber, barrel length, or unit of measure will not be available for updating.

    d. **Make** – Select the name of the firearm manufacturer from the ***Make*** drop down list. **Tip:** Opening the ***Make*** drop down list and typing the first character of the make will take you to that section of the list.





e. **Model** – Enter the model of the firearm being purchased.

f. **Caliber** – Select the caliber of the firearm from the ***Caliber*** drop down list.

g. **Additional Caliber** – If appropriate, select any additional calibers from the ***Additional Caliber*** drop down list.

h. **Barrel Length** – Enter the length of the firearm's barrel. The barrel length can be from 1 - 4 numbers, and may contain a decimal point. The barrel length may be reported in inches or centimeters.

i. **Unit** – Select the barrel length unit of measure from the ***Unit*** drop down list.

j. **Gun Type** – Select the type of firearm from the ***Gun Type*** drop down list.

k. **Category** – Select the appropriate long gun category from the ***Category*** drop down list. **Note:** The Category drop down list is blank until a ***Gun Type*** is selected.

l. **Serial Number** – Enter and then re-enter the serial number stamped on the firearm.

m. **Other Number** – If applicable, enter any additional number stamped on the firearm.

n. **Color** – Select the color of the firearm from the ***Color*** drop down list.

o. **Firearm Safety Device (FSD)** – Select the method that the Purchaser is using to comply with the FSD requirements. (For information regarding Roster of Firearms Safety Devices Certified for Sale, see the Office of the Attorney General's website: http://oag.ca.gov/firearms/fsdcertlist.) **Note:** This field will not display when the waiting period exemption is for a peace officer.

- **Antique** – Select this type if the firearm is an antique pursuant to federal law.
- **Approved Lock Box** – Select this type if the FSD is a DOJ Certified Lock Box.
- **FSD Purchased** – Select this type if the purchaser is purchasing a DOJ Certified FSD that is not included with the purchase of the firearm.
- **OEM** – Select this type if the firearm being purchased comes with a Certified FSD from the manufacturer.
- **Safe Affidavit** – Select this type if the purchaser provides an affidavit that they own a Certified FSD Gun Safe.

p. **Comments** – Enter any additional pertinent information in the ***Comments*** field, if applicable.