# EXHIBIT 7 cont.

**PAWN/CONSIGNMENT LONG GUN REDEMPTION**

Select the ***Pawn/Consignment Long Gun Redemption*** transaction type when a long gun is being redeemed that had been pawned or consigned.

To submit a Pawn/Consignment Long Gun Redemption transaction:

1) From the *Main Menu* page, select the ***Submit DROS*** link. The *Select Transaction Type* page will display.
2) Select the ***Pawn/Consignment Long Gun Redemption*** link. The *Submit Pawn/Consignment Long Gun Redemption* form will display.
3) Enter the Purchaser Information (see Entering Purchaser and Seller Information above).
4) Enter the Transaction and Firearm Information as follows:
    a. **Gun Show Transaction** – Select ***Yes*** or ***No*** from the drop down list.
    b. **Waiting Period Exemption** – If applicable, select a waiting period exemption:
        - **CFD Number** – Select **CFD** from the drop down list if the purchaser is an active licensed firearm dealer. Selecting the CFD number waiting period exemption displays a ***Purchaser CFD Number*** field. Enter the purchaser's valid CFD number.
        - **Peace Officer** – This waiting period exemption requires a signed letter (wet signature) from the head of their law enforcement agency. You must keep a copy of the letter on file.
        - **Special Weapons Permit** – Select **Special Weapons Permit** from the drop down list if the purchaser has a valid Special Weapons permit. Selecting the Special Weapons permit exemption displays a **Special Weapons Permit Number field.** Enter the purchaser's Special Weapons permit number.
    c. **Receiver Only** – Select ***Yes*** or ***No*** whether the purchase is for a receiver only; if ***Yes*** is selected then the firearm caliber, additional caliber, barrel length, or unit of measure will not be available for updating.
    d. **Make** – Select the name of the firearm manufacturer from the ***Make*** drop down list. **Tip:** Opening the ***Make*** drop down list and typing the first character of the make will take you to that section of the list.
    e. **Model** – Enter the model of the firearm being purchased.
    f. **Caliber** – Select the caliber of the firearm from the ***Caliber*** drop down list.
    g. **Additional Caliber** – If appropriate, select any additional calibers from the ***Additional Caliber*** drop down list.
    h. **Barrel Length** – Enter the length of the firearm's barrel. The barrel length can be from 1 - 4 numbers, and may contain a decimal point. The barrel length may be reported in inches or centimeters.

i. **Unit** – Select the barrel length unit of measure from the ***Unit*** drop down list.

j. **Gun Type** – Select the type of long gun from the ***Gun Type*** drop down list.

k. **Category** – Select the appropriate long gun category from the ***Category*** drop down list. **Note:** The Category drop down list is blank until a ***Gun Type*** is selected.

l. **Serial Number** – Enter and then re-enter the serial number stamped on the firearm.

m. **Other Number** – If applicable, enter an additional number stamped on the firearm.

n. **Color** – Select the color of the firearm from the ***Color*** drop down list.

**Comments** – Enter any additional pertinent information in the ***Comments*** field, if applicable.

**CURIO/RELIC LONG GUN SALE**

Select the ***Curio/Relic Long Gun Sale*** transaction type when the firearm being purchased meets the Curio / Relic long gun definition.

**To submit a Curio/Relic Long Gun Sale transaction:**

1) From the *Main Menu* page, select the ***Submit DROS*** link. The *Select Transaction Type* page will display.
2) Select the ***Curio/Relic Long Gun Sale*** link. The *Submit Curio / Relic Long Gun Sale* form will display.
3) Enter the Purchaser Information (see Entering Purchaser and Seller Information above).
4) Enter the Transaction and Firearm Information as follows:

   a. **Gun Show Transaction** – Select ***Yes*** or ***No*** from the drop down list.

   b. **Waiting Period Exemption** – If applicable, select a waiting period exemption:

      - **CFD Number** – Select **CFD** from the drop down list if the purchaser is an active licensed firearm dealer. Selecting the CFD number waiting period exemption displays a ***Purchaser CFD Number*** field. Enter the purchaser's valid CFD number.
      - **Collector** – This waiting period exemption requires a valid 03 FFL and COE. Enter the purchaser's valid COE. You must keep a copy of the 03 FFL and COE on file.
      - **Peace Officer** – This waiting period exemption requires a letter from a valid law enforcement agency. You must keep a copy of the letter on file.
      - **Special Weapons Permit** – Select **S Special Weapons Permit** from the drop down list if the purchaser has a valid Special Weapons permit.

Selecting the Special Weapons permit exemption displays a **Special Weapons Permit Number field.** Enter the purchaser's Special Weapons permit number.

c. **Receiver Only** – Select ***Yes*** or ***No*** whether the purchase is for a receiver only; if ***Yes*** is selected then the firearm caliber, additional caliber, barrel length, or unit of measure will not be available for updating.

d. **Make** – Select the name of the firearm manufacturer from the ***Make*** drop down list. **Tip:** Opening the ***Make*** drop down list and typing the first character of the make will take you to that section of the list.

e. **Model** – Enter the model of the firearm being purchased.

f. **Caliber** – Select the caliber of the firearm from the ***Caliber*** drop down list.

g. **Additional Caliber** – If appropriate, select any additional calibers from the ***Additional Caliber*** drop down list.

h. **Barrel Length** – Enter the length of the firearm's barrel. The barrel length can be from 1 - 4 numbers, and may contain a decimal point. The barrel length may be reported in inches or centimeters.

i. **Unit** – Select the barrel length unit of measure from the ***Unit*** drop down list.

j. **Gun Type** – Select the type of long gun from the ***Gun Type*** drop down list.

k. **Category** – Select the appropriate long gun category from the ***Category*** drop down list. **Note:** The Category drop down list is blank until a ***Gun Type*** is selected.

l. **Serial Number** – Enter and then re-enter the serial number stamped on the firearm.

m. **Other Number** – If applicable, enter an additional number stamped on the firearm.

n. **Color** – Select the color of the firearm from the ***Color*** drop down list.

o. **New/Used Gun** – Select whether the firearm is new or used from the ***New/Used Gun*** drop down list.

p. **Firearm Safety Device (FSD)** – Select the method that the Purchaser is using to comply with the FSD requirements. (For information regarding Roster of Firearms Safety Devices Certified for Sale, see the Office of the Attorney General's website: http://oag.ca.gov/firearms/fsdcertlist.) **Note:** This field will not display when the waiting period exemption is for a peace officer.

- **Antique** – Select this type if the firearm is an antique pursuant to federal law.
- **Approved Lock Box** – Select this type if the FSD is a DOJ Certified Lock Box.

- **FSD Purchased** – Select this type if the purchaser is purchasing a DOJ Certified FSD that is not included with the purchase of the firearm.
- **OEM** – Select this type if the firearm being purchased comes with a Certified FSD from the manufacturer.
- **Safe Affidavit** – Select this type if the purchaser provides an affidavit that they own a Certified FSD Gun Safe.

q. **Comments** – Enter any additional pertinent information in the ***Comments*** field, if applicable.

**LONG GUN LOAN**

Loan between two California residents with an anticipated return to owner date.

**To submit a Long Gun Loan transaction:**

1) From the *Main Menu* page, select the ***Submit DROS*** link. The *Select Transaction Type* page will display.
2) Select the ***Long Gun Loan*** link. The *Submit Long Gun Loan* form will display.
3) Enter the Purchaser and Seller Information (see Entering Purchaser and Seller Information above).
4) Enter the Transaction and Firearm Information as follows:

   a. **Gun Show Transaction** – Select ***Yes*** or ***No*** from the drop down list.

   b. **Waiting Period Exemption** – If applicable, select a waiting period exemption:

   - **CFD Number** – Select **CFD** from the drop down list if the purchaser is an active licensed firearm dealer. Selecting the CFD number waiting period exemption displays a ***Purchaser CFD Number*** field. Enter the purchaser's valid CFD number.
   - **Peace Officer** – This waiting period exemption requires a signed letter (wet signature) from the head of their law enforcement agency. You must keep a copy of the letter on file.
   - **Special Weapons Permit** – Select **Special Weapons Permit** from the drop down list if the purchaser has a valid Special Weapons permit. Selecting the Special Weapons permit exemption displays a **Special Weapons Permit Number field.** Enter the purchaser's Special Weapons permit number.

   c. **Receiver Only** – Select ***Yes*** or ***No*** whether the purchase is for a receiver only; if ***Yes*** is selected then the firearm caliber, additional caliber, barrel length, or unit of measure will not be available for updating.

d. **Make** – Select the name of the firearm manufacturer from the ***Make*** drop down list. **Tip:** Opening the ***Make*** drop down list and typing the first character of the make will take you to that section of the list.

e. **Model** – Enter the model of the firearm being purchased.

f. **Caliber** – Select the caliber of the firearm from the ***Caliber*** drop down list.

g. **Additional Caliber** – If appropriate, select any additional calibers from the ***Additional Caliber*** drop down list.

h. **Barrel Length** – Enter the length of the firearm's barrel. The barrel length can be from 1 - 4 numbers, and may contain a decimal point. The barrel length may be reported in inches or centimeters.

i. **Unit** – Select the barrel length unit of measure from the ***Unit*** drop down list.

j. **Gun Type** – Select the type of long gun from the ***Gun Type*** drop down list.

k. **Category** – Select the appropriate long gun category from the ***Category*** drop down list. **Note:** The Category drop down list is blank until a ***Gun Type*** is selected.

l. **Serial Number** – Enter and then re-enter the serial number stamped on the firearm.

m. **Other Number** – If applicable, enter an additional number stamped on the firearm.

n. **Color** – Select the color of the firearm from the ***Color*** drop down list.

o. **Comments** – Enter any additional pertinent information in the ***Comments*** field, if applicable.

## 11. PREVIEWING, PRINTING, AND SUBMITTING/DELIVERING FIREARM DROS TRANSACTIONS

### PREVIEWING FIREARM DROS TRANSACTIONS

Once all of the DROS information has been entered, you will preview the DROS report by clicking on the ***Preview*** button. If any information is missing or entered incorrectly, an error message will display. If the system doesn't detect any problems with the DROS, a preview of the DROS report will display. **Verify that the information entered is correct**. If you find a mistake, click on the ***Back*** button, and you will be returned to the form and may correct the transaction. If the DROS preview is correct, you must click on the DROS payment agreement before proceeding.



## SUBMITTING FIREARM DROS TRANSACTIONS

Upon checking the DROS payment agreement box, the ***Add to Pending Purchases*** button will display. Clicking on the ***Add to Pending Purchases*** button adds the transaction to the Pending Purchase(s) Cart.

You must check this box to add to Pending Purchase(s).

"I understand that upon final submission of my Pending Purchase(s), I will be billed and agree to pay a non-refundable transaction fee of $ 25.00 to the Department of Justice. ☑ (after checking the box to accept the fee associated with the transaction, you will be able to add this DROS to your pending purchase(s) or print this preview)

Back | Add to Pending Purchases | Print

Transaction has been successfully uploaded to your pending purchase(s). Click Submit Final to submit transaction.

Pending Purchase(s)

**Pending Purchase(s)** **Total items: 1**

Name: DOB: ID:

| Serial Number | Make | Model | Firearm Type | Transaction Type |
|---|---|---|---|---|
| 123 | ACCU-TEK | AT-380 II | PISTOL | Dealer Handgun |

Please click buttons only once. Multiple clicks will delay processing.

Submit Final | Empty Purchases | Add Firearm

From the Pending Purchase(s) Cart, you will have the option to review the submitted transaction, "***Submit Final***," "***Empty Purchases***," or "***Add Firearm***."

1) Clicking on the Serial Number of the firearm will take you back to the DROS transaction where you can preview the submitted transaction.

2) Clicking ***"Submit Final"*** will submit the DROS transaction(s).

3) Clicking ***"Empty Purchases"*** will empty your Pending Purchase(s) cart and take you back to the Main Menu.

4) Clicking "***Add Firearm***" will take you back to the Handgun and Long Gun Transaction page to add additional transactions.

### Submit Final

1) Clicking "***Submit Final"*** will submit the DROS transaction(s). The pop up message "Press 'OK' to continue, or Cancel to stay on this page" will display. If you wish to "***Submit Final"*** press 'OK.'

2) After clicking 'OK' the ***"Pending"*** DROS Report containing a DROS number, transaction date and time, and the earliest and latest delivery dates and times displays.

**IMPORTANT**: CFD's (or its sales personnel) shall sign and obtain the purchaser(s) signature on both the "Pending" DROS document and the approved "Delivered" DROS document.

## SUBMITTING FIREARM DROS TRANSACTIONS WITH WAITING PERIOD EXEMPTIONS

1) If the purchaser claiming a waiting period exemption intends to take immediate delivery of the firearm, Click ***"Go to Main Menu"*** on the top left corner.

2) From the *Main Menu* page, click on the ***Deliver Gun/Review DROS***. The *Search DROS* page will display.
3) Enter the purchasers first, last name or DROS number:
    a. Partial or complete Last Name
    b. Partial or complete First Name
    c. Complete DROS Number

   **Note**: For the most accurate result, search by DROS number.
4) Click on the ***Search*** button. The system will display a list of all matching records.

Search DROS

Last Name | First Name | DROS Number 0890200001 | Status Select

Please click buttons only once

Search | Clear Form | Main Menu

5) The DROS will display allowing you to select two options, "***Add Ammunition Transaction and Deliver Gun***" or "***Deliver Gun***."
6) If the firearm is eligible to be delivered and the purchaser would like to Add Ammunition to their firearm Transaction select "***Add Ammunition Transaction and Deliver Gun***."

## ADD AMMUNITION AND DELIVER GUN WITH AN APPROVED FIREARM DROS

1) You will be taken to the "***Ammunition Purchase Type***" page. Select ***"Ammunition Sale"*** to submit an Ammunition Transaction. **Note:** The purchaser's information will be auto populated from the firearm DROS Transaction.

California Department of Justice
Bureau of Firearms

DES Application – Firearms and Ammunition Dealer User Guide

Select Ammunition Purchase Type

Ammunition Purchase

Ammunition Sale

Private Party Ammunition Transfer

Pending Purchase(s)

You have no pending purchases.

Please click buttons only once. Multiple clicks will delay processing

Main Menu

2) Enter the Ammunition Information and select "***Preview.***"

Transaction and Ammunition Information
Inventory Code
Select
*Manufacturer
*Condition
Select
Bullet Type
Select
Bullet Weight
Usage Type
Select
Casing
Select
*Caliber
Select Caliber
*Quantity (Rounds)
Primer Type
Select
Muzzle Velocity
Unit
Select
Muzzle Energy
Unit
Select
Cost/Round
Please click buttons only once. Multiple clicks will delay processing
Back
Preview
Clear

3) A Dealer's Record of Sale of Ammunition will display. If the DROS preview is correct, you must click on the DROS payment agreement. Upon checking the DROS payment agreement box, the ***Add to Pending Purchases*** button will display. Clicking on the ***Add to Pending Purchases*** button adds the transaction to the Pending Purchase(s) Cart.

4) In the ***Pending Purchase(s)*** cart you can deliver the Firearm and Ammunition DROS by selecting "***Deliver***." If the purchaser would like to purchase additional ammunition select "***Add Ammunition***."

68

Transaction has been successfully uploaded to your pending purchase(s). Click Deliver to submit transaction

Pending Purchase(s)

**Pending Purchase(s)** **Total items: 1**

Name: DOB: ID:

| DROS # | Serial Number | Make | Firearm Type | Transaction Type |
|---|---|---|---|---|
| .......... | 41 | BERETTA | PISTOL | DEALER_HANDGUN |

| Manufacturer | Caliber | Condition | Quantity (Rounds) |
|---|---|---|---|
| MAIL | 400 COR-BON | NEW | 10 |

Please click buttons only once. Multiple clicks will delay processing.

Deliver | Empty Purchases | Add Ammunition

5) Click ***Deliver*** to deliver the firearm and ammunition transaction. The pop up message "Press 'OK' to continue, or Cancel to stay on this page" will display. If you wish to ***"Submit Final"*** press 'OK'.

6) The Dealer's Record of Sale of Firearm and Ammunition will display.

**IMPORTANT:** if you proceed with the submission of the transactions you must **"Print DROS"** on the next screen as that will be your only opportunity to generate a printed DROS Ammunition copy for customer signature.

Clicking 'Deliver' will submit the transaction
Press 'OK' to continue, or Cancel to stay on this page. ATTENTION: If you proceed with the submission of this transaction, please remember to select 'Print DROS' on the next screen (upper left hand corner) as that will be your only opportunity to generate a printed DROS Ammunition copy for customer signature.
OK
Cancel

7) If the firearm is eligible to be delivered and you wish to deliver the firearm and the purchaser **DOES NOT** want to add ammunition to their transaction, click ***Deliver Gun.*** The pop up message "If you press 'OK', then you will not be able to buy ammo using this background check" will display. If you select "OK", the transaction will be delivered.

8) The system will record the time and date that the firearm was delivered, as well as the DES user who delivered the firearm.

The DROS has been marked as Delivered successfully.
What would you like to do next?
Print this DROS (you will remain on this page and still be able to select from the options below)
Back to Search Result List
Dealer's Record of Sale of Firearm
DROS NUMBER:
STATUS: PENDING
TRANSACTION DATE/TIME: 06/19/2019 08:53:32 AM
EARLIEST DELIVERY DATE/TIME: 06/19/2019 08:53:32 AM
LATEST DELIVERY DATE/TIME: 07/19/2019 08:53:32 AM
DELIVERY DATE/TIME: 06/19/2019 08:54:13 AM

### PRINTING DROS TRANSACTIONS

Click on the ***Print this DROS*** in the upper left hand corner of the page. The DROS will print to your local printer.

**Completing the DROS:**

1) The purchaser, salesperson, and, if applicable, seller must sign the printed DROS.
2) The purchaser, transferee, loanee shall provide their right thumbprint in the *Purchaser's Right Thumb Print* box next to the *Purchaser's Signature* area on the ***Delivered DROS***.
3) Keep a copy of the DROS Report at your place of business.

### SUBMITTING ADDITIONAL DROS TRANSACTIONS

If applicable, more than one DROS transaction may be submitted under a single DROS submission. Additional DROS transactions will **not** incur any additional DROS fees.

**IMPORTANT:** If you are entering multiple firearm DROS transactions for a single purchaser you must click on the ***Add Firearm*** button in order to avoid additional DROS fees. If you leave the DROS page (for example, by clicking on the ***Empty Purchases*** button or by clicking on the ***Log Off DES*** link), you will not be able to go back to the submission, and will be required to start a new DROS submission, and will therefore be charged an additional DROS fee. You may enter a combination of any of the DROS transaction types (provided that the purchaser has the appropriate 30-day exemption, if required).

**To submit additional DROS transactions:**

1) Click on the ***Add Firearm*** button. The ***Select Transaction Type*** page displays.
2) Click on desired Transaction Type.
3) Complete the required fields as per the instructions above in this section, with the following exceptions:

**Exceptions:**

1) Purchaser information will be automatically loaded, and will not be editable.

2) Firearms eligibility questions must be answered for each transaction.
3) The system will prevent a purchaser from buying multiple handguns that fall under the 30-day restriction rule, unless the purchaser has a 30-day restriction exemption. The 30-day restriction exemption box must be checked for each applicable firearm.
4) The HSC/FSC number or HSC/FSC exemption code must be entered on the first handgun transaction for the submission, but once it has been entered it will be applied to any subsequent handgun transactions.
5) On the ***Preview Screen*** for subsequent transactions, the DROS payment agreement box must be checked in order to proceed with the submission; however, the DROS payment will be for a zero dollar amount.
6) Once the transaction has been successfully uploaded to your pending purchase(s). Click ***Submit Final*** to submit transaction.
7) Clicking ***Submit Final*** will submit the DROS transaction(s). Press 'OK' to continue, or Cancel to stay on this page.
8) Click on the ***Print the DROS*** link for each transaction and complete each printed DROS as instructed on the previous page.

**What would you like to do next?**
- Print this DROS (you will remain on this page and still be able to select from the options below)
- Go to the Main Menu

Dealer's Record of Sale of Firearm

9) Once the Final DROS transaction has been completed for the entire submission (i.e., all firearms purchased for a single purchaser), click on ***Go to the Main Menu*** or ***Log Off DES***.

**REVIEWING A PREVIOUSLY ENTERED DROS**

Once the DROS transaction has been submitted, you can view the DROS, re-print the firearm DROS, and review a delivered DROS after you release the firearm to the purchaser.

1) From the *Main Menu* page, click on the ***Deliver Gun/Review DROS*** link. The *Search DROS* page displays.
2) Enter the purchaser or DROS information that you want to search:
    a. Partial or complete Last Name
    b. Partial or complete First Name
    c. DROS Number
    d. DROS Status *(Approved, Canceled, Delayed, Denied, Pending, Rejected, and Undetermined)* **Note**: For the most accurate result, search by DROS number.

3) Click on the ***Search*** button to query your transaction. The system will display a list of all matching records.

4) Clicking on the DROS number from the *Search Result* will take you to the selected DROS.

**DELIVERING FIREARM TRANSACTIONS**

Only if the firearm DROS has been approved, or if the purchaser claimed a waiting period exemption will the ***Deliver Gun*** button appear. Follow the steps below to locate an approved DROS and Deliver Gun.

1) Search for the approved DROS on the **Search DROS** page.
2) After selecting the DROS transaction, the firearm DROS will display.
3) Click on "***Deliver Gun***."

**IMPORTANT**: If you click "***Deliver Gun***," the gun will be delivered and you will not be able to use the approved firearm background to purchase ammunition. Follow the steps outlined in Section 11, *Add Ammunition Transaction to an Approved Firearm DROS*, if you would like to add ammunition and deliver gun in the same transaction.

4) The pop up "Press ***OK*** to continue, or ***Cancel*** to stay on this page" will populate. If you press "OK" the firearm will be "***Delivered***."

5) Click ***Print the DROS***

6) To re-print the firearm DROS, click on the ***Print this DROS*** link towards the top of the page.

**IMPORTANT**: When the purchaser is ready to pick up their firearm, the ***Deliver Gun*** button must be clicked. The system will record the time and date that the firearm was delivered, as well as the DES user who delivered the firearm.

**Firearm DROS Documentation Reminders:**

- **Signature Requirements:** CFDs (or its sales personnel) shall sign and obtain the purchaser(s) signature on both the "Pending" DROS document and the approved "Delivered" DROS document. (Pen. Code, § 28160.)
- **Thumbprint Requirements:** CFDs shall obtain the purchaser's right thumbprint on the approved "Delivered" DROS document. The Dealer COE Holder, authorized associate, or salesperson will attempt to record the right thumbprint by using the pad on the last joint. (Pen. Code, § 28160, subd. (b).)
- **Age Requirement:** CFDs shall not sell, supply, deliver, or give possession or control of a firearm to any person under 21 years of age. (Pen. Code, § 27510, subd. (a).)
- **DROS Firearm documentation:** The DROS printout signed by the purchaser and dealer must be retained for three years. (Pen. Code, § 28215, subd. (c).)
- **DROS Ammunition documentation:** Collect the purchaser and salesperson's signature on the Dealer's Record of Sale of Ammunition printout. Records must be maintained and available for inspection for five years. (Pen. Code, § 30355.)

**CORRECTING A DROS**

Once a DROS transaction has been submitted to the DOJ, the system will allow a single correction to be made to the firearm information of the DROS, as long as the DROS is in one of the following statuses:

- Pending
- Delayed
- Approved
- Approved & Delivered

**To make a correction to the DROS:**

1) From the *Main Menu*, click on the ***Correct DROS*** link. The *Search DROS* page will display
2) Enter the information that you want to search:
    a. Partial or complete Last Name
    b. Partial or complete First Name
    c. DROS Number **Note**: For the most accurate result, search by DROS number.



3) Click on the ***Search*** button. The system will display a list of all matching records.

4) Click on the DROS number of the DROS you would like to correct. The details of the DROS will display.

   **Note**: Only those fields within the Firearm Information section where the information appears in a text box or drop down can be edited, and of those editable fields, only one item can be changed. If personal information must be corrected, the DROS must be cancelled and a new DROS transaction must be submitted.

   - **Exception:** If the serial number is modified, the re-entry of the new serial number is also required.
   - In the case of a Dealer Handgun DROS, the firearm description is considered one item and consists of: the make, model, caliber, barrel length, unit of measure, material, and category.

5) If no fields appear in text boxes, the DROS has already been corrected. If additional corrections must be made, the DROS must be cancelled and a new DROS transaction must be submitted.

6) Make the desired changes to the information.

7) Click on the ***Preview*** button. A preview of the modified DROS displays.

8) Click on the ***Submit Final*** button to submit the change to the DOJ. The DROS Report displays.

9) Print the corrected DROS by clicking on the ***Print This DROS*** link.

**CANCELING A DROS**

You may cancel a DROS that is any of the following statuses:

- Pending
- Delayed
- Approved
- Approved & Delivered

**To Cancel a DROS:**

1) From the *Main Menu* page, click on the ***Cancel DROS*** link.
2) The *Search DROS* page will display.
3) Enter the information that you want to search:
    a. Partial or complete Last Name
    b. Partial or complete First Name
    c. DROS Number **Note**: For the most accurate result, search by DROS number.
4) Click on the ***Search*** button. The system will display a list of all matching records.
5) Click on the DROS number of the DROS you would like to cancel. The details of the DROS will display.
6) Click on the ***Cancel DROS*** button at the bottom of the page.
7) You will be asked to confirm the cancellation.
8) The DROS is displayed with a canceled status.
9) You can print the canceled DROS by clicking on the ***Print this DROS*** link.

## 12. HOW TO ADD AMMUNITION AND DELIVER GUN WITH AN APPROVED FIREARM DROS

**OVERVIEW**

If a firearm DROS has an approved status and the purchaser would like to purchase ammunition, you can add ammunition to the DROS transaction and deliver the gun and ammunition at the same time by following the steps below.

**SEARCH DROS AND ADD AMMUNITION TRANSACTION TYPE**

1) Search for the approved DROS on the **Search DROS** page. **Note**: Only if the firearm DROS has been approved, or if the purchaser claimed a waiting period exemption, the DROS will display the ***Add Ammuntion Transacation and Deliver Gun*** button.

2) After selecting the DROS transaction, the firearm DROS will display. Click on ***Add Ammuntion Transacation and Deliver Gun.***

**IMPORTANT**: If you click "***Deliver Gun***" the gun will be delivered and you will not be able to use the approved firearm background to purchase ammunition.

3) The **Select Ammunition Purchase Type** page will display.

4) Click on the desired **Ammunition Transaction Type**.

5) The purchaser information will be automatically loaded, and will not be editable.

6) Enter the Transaction and Ammunition Information. **Note**: * indicates required field.

    a. **Inventory Code-** Title of Frequently sold ammunition
    b. ***Manufacturer-** Type the name of the person or company that made the ammunition.
    c. ***Condition-** Select whether the ammunition is new, reloaded, or used from the ***Condition*** drop down list.
    d. **Bullet Type-** Select from the ***Bullet Type*** drop down list.
    e. **Bullet Weight-** If applicable, typically measured in units of mass called grains.
    f. **Usage Type-** Select from the ***Usage Type*** drop down list.
    g. **Casing-** Select from the ***Casing*** drop down list.
    h. ***Caliber-** Select the caliber of the ammunition from the ***Caliber*** drop down list.
    i. ***Quantity (Rounds) -** Enter the Quantity amount
    j. **Primer Type-** Select from the ***Primer Type*** drop down list.
    k. **Muzzle Velocity-** If applicable, the speed of the projectile when fired.
    l. **Unit-** Select 'Feet per Second' or 'Meter per Second' from the ***Unit*** drop down list.
    m. **Muzzle Energy-** If applicable, kinetic energy of the projectile when fired.
    n. **Unit-** Select 'Foot Pound Force' or 'Joule' from the ***Unit*** drop down list.
    o. **Cost/Round-** If applicable, cost of each round in USD.

7) Once all of the Ammunition information has been entered, you will preview the DROS report by clicking on the ***Preview*** button.

8) On the **Preview Screen**, the DROS payment agreement box must be checked in order to proceed with the submission. The DROS payment will be for a zero dollar amount as you are using an approved firearm DROS to "*Add an Ammunition Transaction and Deliver a Gun*" in the same transaction.

### ADD AMMUNITION TO PENDING PURCHASE(S) CART

1) Upon checking the DROS fee agreement box, the ***Add to Pending Purchases*** button displays. Clicking on the ***Add to Pending Purchases*** button sends the transaction to the Pending Purchase(s) Cart.

"I understand that upon submission of this DROS transaction I will be billed and agree to pay a non-refundable fee of $0 to the Department of Justice. ☑ (after checking the box to accept the fee you will be able to submit this DROS or print this preview)

Back | Cancel | Add to Pending Purchases | Print

2) If the purchaser would like to add additional ammunition types to the transaction, click ***Add Ammunition*** and repeat steps 6 through 9 outlined on the previous page until all ammunition types have been added to the **Pending Purchase(s) Cart.**

### DELIVERING AMMUNITION AND GUN FROM PENDING PURCHASE(S) CART

1) Once you have confirmed the purchaser would not like to add any additional ammunition to the transaction, click **Deliver**.

2) The pop up "Press **'OK'** to continue, or **Cancel** to stay on this page" will populate. If you press "**OK**" the firearm and ammunition will be "**Delivered**" and the firearm and ammunition transaction(s) will be recorded in the purchaser's name.

Transaction has been successfully uploaded to your pending purchase(s). Click Deliver to submit transaction.
Pending Purchase(s)
Pending Purchase(s)
Total items: 1
Name:
DOB:
ID:
DROS #
Serial Number
Make
Firearm Type
Transaction Type
ABC
BERSA
PISTOL
DEALER_HANDGUN
Manufacturer
Caliber
Condition
Quantity (Rounds)
DOJ
250-3000 SAVAGE
NEW
200
Please click buttons only once. Multiple clicks will delay processing
Deliver
Empty Purchases
Add Ammunition

**IMPORTANT:** If you proceed with the submission of this transaction, please remember to select **Print DROS** on the next screen (upper left hand corner) as that will be your only opportunity to generate a printed DROS Ammunition copy for customer signature.

Clicking 'Deliver' will submit the transaction.
Press 'OK' to continue, or Cancel to stay on this page. ATTENTION: If you proceed with the submission of this transaction, please remember to select 'Print DROS' on the next screen (upper left hand corner) as that will be your only opportunity to generate a printed DROS Ammunition copy for customer signature.

OK Cancel

3) Click ***Print the DROS***

4) To re-print the firearm DROS, click on the ***Print this DROS*** link towards the top of the page.

## 13. ACQUISITION TRANSACTIONS

### OVERVIEW

Acquisition transactions are required for firearm dealers, secondhand dealers, or pawnbrokers to report information regarding the acquisition of a firearm to the DOJ. When you log into the DES application, the system checks for an active firearms dealer, secondhand dealer, and/or pawnbroker license through the Centralized List database and will display the appropriate acquisition types for selection:

- All firearm dealers have access to the Buy transaction type.
- Secondhand dealers have access to the Buy and Consignment transaction types.
- Pawnbrokers have access to the Buy, Consignment, and Pawn transaction types.

### ASSAULT WEAPONS

By law, assault weapons are not allowed for Pawn or Consignment transactions at any time.

Assault weapons are permissible on a Buy transaction only if you have an Assault Weapon permit. If you do not have an Assault Weapon permit, you will not be allowed to submit an Assault Weapon Buy transaction.

### Before you can perform an Acquisition transaction

1) Your DES account must be setup with the ***Enter Transaction*** permission.

2) If you are associated to more than one dealership, you must select the dealership that you want to be associated with for your DES session before you can submit an Acquisition transaction.

3) You must review any unread DOJ Information Bulletins prior to submitting an Acquisition transaction.

4) You must acknowledge any Urgent DROS Firearms Eligibility Notices prior to submitting an Acquisition transaction.

## ENTERING ACQUISITION TRANSACTIONS

1) From the *Main Menu* page, select the ***Submit Acquisition*** link. If you have a valid Secondhand Dealer or Pawnbroker license, the system will display the *Select Acquisition Transaction Type* page for all other users, the system will display the *Enter Buy Transaction Details* page with the Transaction Type of *Buy* pre-selected.

2) From the *Select Acquisition Transaction Type* page, select the type of transaction that you wish to perform; the entry form will display.
3) Swipe the seller's driver license or identification card through the magnetic card swipe reader.
4) Click on the ***Submit*** button in the ***Swipe CA Driver License or ID Card*** area.
5) Verify that the data displays correctly. **Note**: If the information will not scan, you must manually enter the information.
6) Correct information as necessary.
7) Complete all applicable fields.

**Tips for entering Seller/Transferor Information:**

- **Single Name** – If the seller/transferor has a single name (example: Wasp, Sky, Rebel), enter the single name in the Last Name field and enter an asterisk (*) in the First Name field; Suffix and Middle Name fields must remain blank.
- **Seller's/Transferor's City** – The city will automatically appear based on the zip code. However, if the zip code has more than one city name or variation listed, you will need to select the correct city name from the City drop down list.
- **Date of Birth** – The seller/transferor must be 21 years or older.
- **ID Information** – There are eight forms of valid identification for seller/transferor to verify their identity. The following are the requirements for each type of ID:
    - **CA Driver License** – Must be 1 alpha in the first position, followed by 7 numbers.

- **CA ID Card** – Must be 1 alpha in the first position, followed by 7 numbers.
- **Canadian Driver License** – Maximum 11 characters and the system will automatically display Canada as the Issuing Country.
- **Foreign Passport** – Maximum 11 characters and you must pick the country that issued the passport from the Issuing Country drop down list.
- **DOD ID** – Must be 9 to 10 numbers (no alphas allowed).
- **Out of State Driver License** – Maximum 11 characters and you must pick the issuing state from the Issuing State drop down list.
- **Out of State ID Card** – Maximum 11 characters and you must pick the issuing state from the Issuing State drop down list.
- **Passport Number** – Maximum 11 characters and the system will automatically display USA as the Issuing Country.

**Note:** Although Non-CA identifications are allowed, a firearm can only be delivered to a person who provides clear evidence of the person's identity and age: a valid CA driver license or a valid CA ID.

8) Enter all required and any optional information in the *Firearm Transaction Information* Section.

**Tips for entering Firearm Transaction Information:**

- **Transaction Type** – The transaction type that you selected from the Select *Acquisition Transaction Type* page will display as read only in this field. Verify that you entered the correct type, and, if not, click on the ***Back*** button to return to your selection options. **Note**: If you don't have a Pawn or Secondhand Dealer's license, the system will automatically select the Buy transaction type.
- **Loan/Buy Number** – This is the number that your business uses to track transactions (or the number in the Acquisition and Disposition book). Enter alphas, numbers, or common punctuation characters in this field.

9) Once all of the Acquisition information has been entered, preview the Firearm Acquisition Report by clicking on the ***Preview*** button. If any information is missing or entered incorrectly, an error message will display. If the system doesn't detect any problems with the page, a preview of the Firearm Acquisition Report will display. Click the ***Print*** button located at the bottom of the preview screen. The seller/transferor must verify that the information is correct. If they find a mistake, click on the ***Edit Details*** button, and you will be returned to the entry page and may correct the transaction. If the Firearm Acquisition Report Preview is correct, the seller/transferor must initial the printed preview report.

Must initial here.

SELLER/TRANSFEROR'S INITIALS *I have reviewed the SELLER/TRANSFEROR INFORMATION and the FIREARM DETAILS shown on this form and understand that once this information is submitted by the dealer, I must go through the DROS process and pay associated fees to redeem my firearm.*

10) Once you have previewed and printed the Firearm Acquisition Report, the ***Submit*** button will display.

11) To submit the transaction to the DOJ, click ***Submit***.

**IMPORTANT:** Once the transaction has been submitted, no further changes can be made. The seller/transferor would now be required to go through the DROS process to get the firearm back.

**Note:** Although Non-CA identifications are allowed, a firearm can only be delivered if clear evidence of the person's identity and age is established: a valid CA driver license or a valid CA ID.

12) The Final Firearm Acquisition Report will be displayed, and will have the unique FDAS transaction number in the top, right corner.

13) Print the Final Firearm Acquisition Report and obtain the seller/transferor's signature and right thumb print.

X SELLER/TRANSFEROR'S SIGNATURE *I certify under penalty of perjury that to my knowledge and belief the information above is true and complete and I am the owner, or have the authority of the owner, to sell or pledge the property.*

X DEALER/EMPLOYEE'S SIGNATURE *I certify under penalty of perjury under the laws of the State of California that I am a Firearms Dealer licensed pursuant to Penal Code section 26700, and that my license is valid.*

*Seller/Transferor's Right Thumb Print*

14) You must sign the final report.

15) Keep copies of all final Firearm Acquisition Reports at your place of business.

**Note:** Per Business and Professions Code section 21636, subdivision (a), all tangible personal property acquired is subject to a 30-day holding period; a DROS transaction may be submitted on the 21st day to allow for the 10-day waiting period.

**ENTERING ADDITIONAL ACQUISITIONS TRANSITIONS FOR THE SAME SELLER/TRANSFEROR**

Once you have printed the final Acquisition Transaction Report, you will have the option to enter another firearm for the same seller/transferor. You can only use this function if you are doing the same type of transaction for the seller/transferor. If the seller/transferor wants to pawn one firearm and consign another firearm, you must return to the Main Menu and choose the different transaction type.

**To enter additional Acquisition transactions for the same seller/transferor:**

1) Once you have printed the final Acquisition Transaction Report, click on the ***New Transaction, Same Seller*** button. The system will display a new acquisition entry screen with the seller/transferor information auto populated.
2) Enter the Firearm Transaction Information section with the information for the additional firearm.
3) Repeat and follow the direction in Section 10 as needed.

**VIEWING AND PRINTING ACQUISITION TRANSACTIONS.**

Once the Acquisition transaction has been submitted to the DOJ, you can use the DES application to view and re-print the Firearms Acquisition Report. The record will be available for 90 days after submission to the DOJ.

**To search for a previously submitted Acquisition:**

1) From the *Main Menu* page, click on the ***View Acquisition*** link. The *Search Acquisition* page displays.
2) Enter the information that you want to search:
   a. Partial or complete Last Name
   b. Partial or complete First Name
   c. Loan/Buy Number

      Or

   d. Acquisition Number **Note**: For the most specific result, search by Acquisition number.
3) Click on the ***Search*** button. The system will display a list of all matching records.
4) Clicking on the loan/buy number from the search result will take you to the selected Firearm Acquisition Report.

To re-print the Firearm Acquisition Report, click on the ***Reprint*** link towards the bottom of the page.

## 14. AMMUNITION TRANSACTIONS

The Ammunition Transactions section contains links that allow you to:

- **Submit Eligibility Check** (must have the Enter Ammo Transactions permission)
- **Search Eligibility Check** (must have the Enter Ammo Transactions permission)
- **Review Eligibility Notices** (must have the Enter Ammo Transactions permission)
- **Submit Ammunition Purchase(s)** (must have the Enter Ammo Transactions permission)

- **Search Frequently Sold Ammunition List** (must have the Manage Inventory permission)
- **Add Frequently Sold Ammunition** (must have the Manage Inventory permission)

Some of the above links may be hidden for the following reasons:

- **Dealership hasn't been selected** – If your account is associated to multiple dealerships, you must select the dealership that you wish to be associated with prior to viewing bulletins or notices, or conducting any type of DROS or Acquisition transaction.
- **Unviewed Information Bulletins** – When the BOF posts an Information Bulletin to DES, at least one user from each dealership must view and acknowledge the bulletin. Until the bulletin is viewed and acknowledged, users will be unable to view/submit DROS or Acquisition transactions or deliver a gun.
- **Unviewed Urgent Firearms Eligibility Notices** – When the BOF posts a Firearms or Ammunition Eligibility Notice for a DROS transaction, a user from the dealership must acknowledge the notice. Until the notice is acknowledged, users will be unable to view/submit DROS or Acquisition transactions or deliver a gun.

## 15. SUBMIT AMMUNITION ELIGIBILITY CHECKS

### OVERVIEW

All ammunition eligibility checks require the entry of purchaser information. Purchaser information will be captured by swiping the California Driver License or Identification Card through a magnetic card swipe reader. Any missing or incorrect information will be keyed directly into the appropriate fields.

**Entering Purchaser Information:**

1) Swipe the driver license or identification card through the magnetic card swipe reader.
2) Click on the **Populate Fields** button in the ***Swipe CA Driver License or ID Card*** area.

3) Verify that the data displays correctly. **Note**: If the information will not scan, you must manually enter the information.
4) Correct information as necessary.
5) Complete all applicable fields.

**Tips:**

- **Single Name** – If the purchaser or seller has a single name (example: Wasp, Sky, Rebel), enter the single name in the Last Name field and enter an asterisk (*) in the first name field (Suffix and Middle Name fields must be blank).

- **Purchaser's City** – The city will automatically appear based on the zip code; however, if the zip code has more than one city name or variation listed, you will need to select the correct city name from the City drop down list.
- **Citizenship** – If you select ***NO*** from the ***U.S. Citizen*** drop down list, the system will display additional fields that must be entered. Select the Country of Citizenship from the drop down list and enter either the Alien Registration number or the I-94 number. **Note**: These numbers can be found on the purchaser or seller's Permanent Resident card (Green Card) or I-94 Arrival/Departure card.
- **Telephone Number** – Is a required field for an ammunition eligibility check.

## 16. TYPES OF AMMUNITION ELIGIBILITY

### OVERVIEW

An ammunition purchaser or transferee may request, through an ammunition vendor, the department to conduct a Standard Ammunition Eligibility, Basic Ammunition Eligibility or Certificate of Eligibility Check.

### STANDARD AMMUNITION ELIGIBILITY CHECK

A purchaser or transferee is authorized to purchase ammunition if their information matches an entry in the Automated Firearm System and does not match an entry in the Prohibited Armed Person File. Follow the steps below to submit a *Standard Ammunition Eligibility Check.*

1) From the *Main Menu* page, select the ***Submit Eligibility Check*** link.

2) Under *Purchaser Eligibility Check* select ***Standard Ammunition Eligibility Check*** link.
3) Enter the Purchaser Information (see **Entering Purchaser Information** on the previous page).
4) Once all of the DROS information has been entered, you will preview the DROS report by clicking on the ***Preview*** button. If any information is missing or entered incorrectly, an

error message will display. If the system doesn't detect any problems with the DROS, a preview of the DROS report will display. Verify that the information entered is correct. If you find a mistake, click on the ***Back*** button, and you will be returned to the form and may correct the transaction. If the DROS preview is correct, you must click on the DROS payment agreement box before proceeding.

You must check this box to see the Submit Final button.

*I understand that upon submission of this DROS transaction I will be billed and agree to pay a non-refundable fee of $ 1.00 to the Department of Justice. ☐

5) Upon checking the DROS payment agreement box, the ***Submit Final*** button displays. Clicking on the **Submit Final** button sends the transaction to the DOJ and generates a DROS number.

**IMPORTANT: Once the Submit Final button has been clicked, your dealership will be charged for the transaction, and the transaction can no longer be edited.** The DROS Report containing a DROS number and transaction date and time displays.

## BASIC AMMUNITION ELIGIBILITY CHECK

A purchaser or transferee is authorized to purchase ammunition if they are not prohibited from purchasing or possessing ammunition, subsequent to affirmation by the Department. Follow the steps below to submit a Basic Ammunition Eligibility Check.

1) From the *Main Menu* page, select the ***Submit Eligibility Check*** link.

2) Under *Purchaser Eligibility Check* select ***Basic Ammunition Eligibility Check*** link.

3) Enter the Purchaser Information (see **Entering Purchaser Information** on the previous page).



4) Once all of the DROS information has been entered, you will preview the DROS report by clicking on the ***Preview*** button. If any information is missing or entered incorrectly, an error message will display. If the system doesn't detect any problems with the DROS, a preview of the DROS report will display. Verify that the information entered is correct. If you find a mistake, click on the ***Back*** button, and you will be returned to the form and may correct the transaction. If the DROS preview is correct, you must click on the DROS payment agreement box before proceeding.

You must check this box to see the Submit Final button.

*I understand that upon submission of this DROS transaction I will be billed and agree to pay a non-refundable fee of $ 19.00 to the Department of Justice. ☐

5) Upon checking the DROS payment agreement box, the ***Submit Final*** button displays. Clicking on the **Submit Final** button sends the transaction to the DOJ and generates a DROS number.

**IMPORTANT: Once the Submit Final button has been clicked, your dealership will be charged for the transaction, and the transaction can no longer be edited.** The DROS Report containing a DROS number and transaction date and time displays.

**CERTIFICATE OF ELIGIBILITY CHECK**

A Purchaser or transferee is authorized to purchase ammunition if they hold a current Certificate of Eligibility, subsequent to verification by the department. Follow the steps below to submit a Certificate of Eligibility Check.

1) From the *Main Menu* page, select the ***Submit Eligibility Check*** link.

2) Under *Purchaser Eligibility Check* select ***Certificate Eligibility Check*** link.

3) Enter the Purchaser's Certificate of Eligibility (COE) Number.

4) Enter the Purchaser Information (see **Entering Purchaser Information** on the previous page).

5) Once all of the DROS information has been entered, you will preview the DROS report by clicking on the ***Preview*** button. If any information is missing or entered incorrectly, an error message will display. If the system doesn't detect any problems with the DROS, a preview of the DROS report will display. Verify that the information entered is correct. If you find a mistake, click on the ***Back*** button, and you will be returned to the form and may correct the transaction. If the DROS preview is correct, you must click on the DROS payment agreement box before proceeding.

You must check this box to see the Submit Final

*I understand that upon submission of this DROS transaction I will be billed and agree to pay a non-refundable fee of $ 1.00 to the Department of Justice. ☐

6) Upon checking the DROS payment agreement box, the ***Submit Final*** button displays. Clicking on the ***Submit Final*** button sends the transaction to the DOJ and generates a DROS number.

**IMPORTANT: Once the Submit Final button has been clicked, your dealership will be charged for the transaction, and the transaction can no longer be edited.** The DROS Report containing a DROS number and transaction date and time displays.

## 17. SEARCH AMMUNITION ELIGIBILITY CHECK

### OVERVIEW

Once the Ammunition Eligibility Check has been submitted to the Department, you can use the DES application to view the eligibility check, re-print the eligibility check, and submit delivered ammunition to the purchaser.

**To search for a previously submitted ammunition eligibility check:**

1) From the *Main Menu* page, click on the ***Search Eligibility Check*** link. The *Ammunition Eligibility Check Results* page displays.

2) Enter the information that you want to search:
    a. Partial or complete Last Name
    b. Partial or complete First Name
    c. DROS Number
    d. ID Number
    e. Decision status **Note**: For the most accurate result, search by DROS number.
3) Click on the ***Search*** button. The system will display a list of all matching records.

Ammunition Eligibility Check Results

Last Name | First Name | DROS Number | ID Number

Decision: Select

Please click buttons only once

Search | Clear Form | Main Menu

Search Results

| DROS Number | Name of Purchaser (First Middle Last) | ID Number | Decision | Type | Expiration Date |
|---|---|---|---|---|---|
| | TEST PURCHASER | | DENY/REJECT | Standard Ammunition Eligibility Check | |

Displaying records 1 to 1 of 1 total records.

4) Clicking on the DROS Number from the *Ammunition Eligibility Check Results* will display the selected DROS.
5) The DROS will display with a current status indicating whether or not ammunition can be delivered. The ammunition eligibility check status' are:
    a. **APPROVED** – The Department has determined the individual is eligible to purchase or possess ammunition.
    b. **DENY/REJECT** – The Department has determined the individual is not eligible to purchase or possess ammunition. The person cannot continue with an ammunition purchase.
    c. **IN PROGRESS** – Ammunition eligibility check is currently being processed by the Department.
    d. **USED** – Individual has purchased and received ammunition in association with the eligibility check.
    e. **EXPIRED** – The eligibility check was approved, but can no longer be used to complete a purchase of ammunition.
6) When the eligibility check has an APPROVED status, the ***Purchase Ammunition*** link will be available at the top of the screen. Clicking the link will allow the purchase of ammunition starting on the *Select Ammunition Purchase Type* page (See Section 18, *Submit Ammunition Purchase(s)).*

## 18. SUBMIT AMMUNITION PURCHASE(S)

### OVERVIEW

All Ammunition Eligibility checks require an APPROVED status to submit an ammunition purchase. There is no limit to the amount of ammunition that can be delivered using one eligibility check. Once the final delivery of ammunition purchase(s) is made, the eligibility check will change to the USED status.

**To submit ammunition purchase:**

1) From the *Main Menu* page, click on the ***Submit Ammunition Purchase(s)*** link. The *Select Ammunition Purchase Type* page displays.

Select Ammunition Purchase Type

Ammunition Purchase

Ammunition Sale

Private Party Ammunition Transfer

Pending Purchase(s)

You have no pending purchases

Please click buttons only once. Multiple clicks will delay processing

Main Menu

2) Select either:
   a. **Ammunition Sale** – Ammunition from the vendor inventory. Ammunition Sale will also cover any ammunition transferred from another California Ammunition Vendor or out of state ammunition retailer.
   b. **Private Party Ammunition Transfer** – Ammunition transferred from one non-vendor to another non-vendor.

3) Verify the purchaser information.
   a. Enter the fifteen digit Eligibility Check DROS Number. Click the ***Verify*** button.
   **OR**
   b. Verify the pre-populated purchaser information from the ***Search Eligibility Check*** link.

4) Enter the Transaction and Ammunition Information. **Note:** * indicates required field.

a. **Inventory Code-** Title of frequently sold ammunition
b. ***Manufacturer-** Type the name of the person or company that made the ammunition.
c. ***Condition-** Select whether the ammunition is new, reloaded, or used from the ***Condition*** drop down list.
d. **Bullet Type-** Select from the ***Bullet Type*** drop down list.
e. **Bullet Weight-** If applicable, typically measured in units of mass called grains.
f. **Usage Type-** Select from the ***Usage Type*** drop down list.
g. **Casing-** Select from the ***Casing*** drop down list.
h. ***Caliber-** Select the caliber of the ammunition from the ***Caliber*** drop down list.
i. ***Quantity (Rounds) -** Enter the quantity amount
j. **Primer Type-** Select from the ***Primer Type*** drop down list.
k. **Muzzle Velocity-** If applicable, the speed of the projectile when fired.
l. **Unit-** Select 'Feet per Second' or 'Meter per Second' from the ***Unit*** drop down list.
m. **Muzzle Energy-** If applicable, kinetic energy of the projectile when fired.
n. **Unit-** Select 'Foot Pound Force' or 'Joule' from the ***Unit*** drop down list.
o. **Cost/Round-** If applicable, cost of each round in USD.

California Department of Justice
Bureau of Firearms

DES Application – Firearms and Ammunition Dealer User Guide

5) Once all of the DROS information has been entered, you will preview the DROS report by clicking on the ***Preview*** button. If any information is missing or entered incorrectly, an error message will display. If the system doesn't detect any problems with the DROS, a preview of the DROS report will display. Verify that the information entered is correct. If you find a mistake, click on the ***Back*** button, and you will be returned to the form and may correct the transaction. If the DROS preview is correct, you must click on the DROS payment agreement box before proceeding.

You must check this box to see the Submit Final button.
*I understand that upon submission of this DROS transaction I will be billed and agree to pay a non-refundable fee of $0 to the Department of Justice.

6) After clicking on the DROS payment agreement box, the ***Add to Pending Purchases*** button and the ***Print*** button appear. Click the ***Add to Pending Purchases*** button to continue.

7) The Pending Purchase(s) page will display. Click the ***Deliver*** button to complete the ammunition purchase. Click the ***Add Ammunition*** button to select another ammunition purchase. Click the ***Empty Purchases*** button to clear the cart and return to the Main Menu page.

Transaction has been successfully uploaded to your pending purchase(s). Click Deliver to submit transaction

Pending Purchase(s)

**Pending Purchase(s)** **Total items: 1**

Name: DOB: ID:

| Manufacturer | Caliber | Condition | Quantity (Rounds) |
| --- | --- | --- | --- |
| TESTER | 12-GAUGE SHOTGUN | NEW | 100 |

Please click buttons only once. Multiple clicks will delay processing.

Deliver | Empty Purchases | Add Ammunition

8) Confirm the decision to deliver the pending purchase(s).

**IMPORTANT**: If you proceed with the submission of the transaction, please remember to select the ***Print DROS*** link on the next screen (upper left hand corner) as that will be the only opportunity to generate a printed DROS Ammunition copy for customer signature. Click the ***OK*** button.

Clicking 'Deliver' will submit the transaction.
Press 'OK' to continue, or Cancel to stay on this page. ATTENTION: If you proceed with the submission of this transaction, please remember to select 'Print DROS' on the next screen (upper left hand corner) as that will be your only opportunity to generate a printed DROS Ammunition copy for customer signature.
OK
Cancel

9) Click the ***Print this DROS*** link in the upper left hand corner of the page.

91

Dealer's Record of Sale of Ammunition

**IMPORTANT**: Please remember to select the ***Print DROS*** link on the upper left hand corner of the DROS screen. This will be the only opportunity to generate a printed DROS Ammunition copy for customer signature. Records must be maintained and available for inspection for five (5) years. (Pen. Code, § 30355.)

AMMUNITION INFORMATION

| MANUFACTURER | CONDITION | BULLET TYPE | BULLET WEIGHT | USAGE TYPE |
|---|---|---|---|---|
| TESTER | NEW | BUCKSHOT | | HUNTING |
| **CASING** | **CALIBER** | | **QUANTITY (ROUNDS)** | **PRIMER TYPE** |
| BRASS/PLASTIC | 12 GAUGE SHOTGUN | | 100 | CENTERFIRE |
| **MUZZLE VELOCITY** | **MUZZLE ENERGY** | **COST/ROUND** | | |

TRANSACTION INFORMATION

| | | |
|---|---|---|
| **TRANSACTION TYPE**<br>AMMUNITION SALE | | |
| I have read the list of prohibited offenses, and nothing would preclude me from possessing a firearm. By signing this document, I hereby certify under penalty of perjury that the information provided is true and correct. | **Purchaser's Signature** | |
| **DEALER:** END TO END GUN<br>**ADDRESS:** 123 MAIN STREET ROHNERT PARK, CA 94928 | | |
| **DROS ENTERED BY**<br>ENDTOEND, BOSS | **Salesperson's Signature** | **DEALERSHIP TELEPHONE**<br>(707) 555-1111 |
| By signing this document, I hereby certify under penalty of perjury that the information provided is true and correct. | | **COE#**<br>0900019734 |

FALSIFICATION OF INFORMATION ON THIS FORM IS A CRIME, PUNISHABLE BY UP TO 18 MONTHS IN STATE PRISON (PENAL CODE 28250)

Firearms purchasers/transferees may request a copy of his/her firearm ownership record(s) from the Department of Justice by completing and submitting an Automated Firearms System Request for Firearm Records form (BOF 053). Additionally, purchasers/transferees are entitled to report the acquisition, disposition, or ownership of firearms to the department pursuant to Penal Code section 28000. For more information on California firearms laws or to obtain firearms reporting forms, please visit the Attorney General's website at oag.ca.gov/firearms.

## 19. ADD TO FREQUENTLY SOLD

### OVERVIEW

The Frequently Sold Ammunition List is a tool for processing ammunition purchases. It allows for different ammunitions to be saved to an **Inventory Code** drop down that will be available on all ammunition purchases for the licensed location.

### Add Item to Frequently Sold Ammunition List:

1) From the *Main Menu* page, click on the ***Add Frequently Sold Ammunition*** link. The *Ammunition Item Detail* page displays.

2) Enter the information to be saved to the CFD/CAV. The following fields are required:

a. **Inventory Code** – Type a name to identify saved ammunition. The ***Inventory Code*** drop down will be available on all ammunition purchases for the CFD/CAV.

b. **Manufacturer** – Type the name of the person or company that made the ammunition.

c. **Condition** – Select whether the ammunition is new, reloaded, or used from the ***Condition*** drop down list.

d. **Caliber -** Select the caliber of the ammunition from the ***Caliber*** drop down list.

3) Click the ***Submit*** button. A confirmation banner will display at the top of the *Main Menu* page.

## 20. SEARCH FREQUENTLY SOLD AMMUNITION LIST

### OVERVIEW

The Search Frequently Sold Ammunition List is a tool to review the ammunition that you added to your Frequently Sold Ammunition List. You will be able to review and maintain frequently sold ammunition from this page.

### Search Item on Frequently Sold Ammunition List:

1) From the *Main Menu* page, click on the ***Search Frequently Sold Ammunition*** link. The *Search Ammunition Item List* page displays.

California Department of Justice
Bureau of Firearms

DES Application – Firearms and Ammunition Dealer User Guide

2) Enter the information to search.
    a. Partial or complete Inventory Code
    b. Partial or complete Manufacturer

3) Click ***Search***. The system will display a list of all matching records.

4) Clicking on the inventory code name from the *Search Ammunition Item List* will display the selected *Ammunition Item Details* page. Clicking on the ***Delete*** button next to a record will remove the record entirely.

Ammunition Item Detail
*Inventory Code
AMMO
*Manufacturer
TEST MAKER
*Condition
NEW
Bullet Type
FULL METAL JACKET
Bullet Weight
Usage Type
JOB
Casing
ALUMINUM
*Caliber
9mm L/Para/9x18,9x21,9x23/Largo 9x19, 9mm rimfire shotgun
Primer Type
CENTERFIRE
Muzzle Velocity
Unit
Select
Muzzle Energy
Unit
Select
Cost/Round
Back
Submit
Delete
Clear Form

5) Make the desired changes to the ammunition item information.

6) Click on the ***Submit*** button to save the changes. Click on the ***Delete*** button to remove the record entirely. A confirmation banner will display at the top of the *Search Ammunition Item List* page.

Inventory entry has been updated
Search Ammunition Item List
Inventory Code
Manufacturer
Please click buttons only once
Search
Clear Form
Main Menu

94

California Department of Justice
Bureau of Firearms

DES Application – Firearms and Ammunition Dealer User Guide

## 21. USE OF reCAPTCHA

The reCAPTCHA program helps prevent a computer application from being accessed by another computer. reCAPTCHAs are used by many websites to prevent abuse from "bots," or automated programs usually written to generate spam. No computer program can read distorted text as well as humans can, so bots cannot navigate sites protected by reCAPTCHAs. We present a reCAPTCHA challenge on all data submission pages that are available to a user prior to being logged on to the application.

Select all images with
cars
VERIFY
I'm not a robot
I'm not a robot

95

