| | |
|---|---|
| 1 | Hannah Shearer (State Bar No. 292710) |
|   | hshearer@giffords.org |
| 2 | Hannah Friedman (State Bar No. 324771) |
|   | hfriedman@giffords.org |
| 3 | Giffords Law Center to Prevent Gun Violence |
|   | 268 Bush Street #555 |
| 4 | San Francisco, CA 94104 |
|   | Telephone: (415) 433-2062 |
| 5 | Facsimile: (415) 433-3357 |
| 6 | Thomas R. Burke (State Bar No. 141930) |
|   |    thomasburke@dwt.com |
| 7 | Rebecca J. Francis (*pro hac vice* submission forthcoming) |
|   |    rebeccafrancis@dwt.com |
| 8 | Max B. Hensley (*pro hac vice* submission forthcoming) |
|   |    maxhensley@dwt.com |
| 9 | DAVIS WRIGHT TREMAINE LLP |
|   | 865 South Figueroa Street, 24th Floor |
| 10 | Los Angeles, California 90017-2566 |
|   | Telephone: (213) 633-6800 |
| 11 | Facsimile: (213) 633-6899 |
| 12 | Attorneys for *Amici Curiae* Giffords Law Center to Prevent Gun Violence & Brady |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM RHODE, *et al.*, | Case No. 3:18-cv-00802-BEN-JLB |
| Plaintiffs, | **NOTICE OF MOTION AND MOTION FOR LEAVE TO PARTICIPATE AS *AMICI CURIAE*** |
| vs. | |
| XAVIER BECERRA, in his official capacity as Attorney General of the State of California, | Date: August 19, 2019 |
| | Time: 10:30 am |
| | Dept.: 5A |
| Defendant. | Judge: Hon. Roger T. Benitez |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on August 19, 2019, at 10:30 a.m. in the above-titled court, movants Giffords Law Center to Prevent Gun Violence ("Giffords Law Center") and Brady will, and hereby do, move for an order permitting them to participate as *amici curiae* in the above-captioned matter. In this matter, the Plaintiff's Motion for Preliminary Injunction is currently scheduled to be heard at the above-referenced date, time, and location.

This motion is made on the grounds that the Court has inherent authority to allow the participation of an *amicus curiae*. Giffords Law Center and Brady's participation as *amici curiae* would be helpful and desirable as it would facilitate a more complete understanding of the issues before the Court. This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities and all attachments thereto, all papers and pleadings on file in this action, and upon such further evidence and argument as may be presented to the Court in connection with the motion.

DATED: August 9, 2019

DAVIS WRIGHT TREMAINE LLP
THOMAS R. BURKE

By: */s/ Thomas R. Burke*
　　Thomas R. Burke
　　Attorneys for *Amici Curiae*
　　The Giffords Law Center to Prevent
　　Gun Violence and Brady

1
MOTION FOR LEAVE TO PARTICIPATE AS AMICUS CURIAE
4816-6544-2719v.2 0201334-000005

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899