MATTHEW E. SLOAN (SBN 165165)
matthew.sloan@probonolaw.com
MATTHEW J. TAKO (SBN 307013)
matthew.tako@probonolaw.com
EVAN G. SLOVAK (SBN 319409)
evan.slovak@probonolaw.com
AGNES N. ANIOL (SBN 324467)
agnes.aniol@probonolaw.com
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

Attorneys for *Amicus Curiae*
Everytown for Gun Safety Support Fund

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM RHODE, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>　　　　　Defendant. | CASE NO.: 3:18-cv-00802-BEN-JLB<br><br>MOTION BY EVERYTOWN FOR GUN SAFETY SUPPORT FUND FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION<br><br>Hearing Date:　August 19, 2019<br>Hearing Time:　10:30 a.m.<br>Courtroom:　　5A<br>Judge:　　　　Hon. Roger T. Benitez |

Everytown for Gun Safety Support Fund ("Everytown") respectfully moves for leave to file an *amicus curiae* brief in the above-captioned matter. Plaintiffs and Defendant have been notified of Everytown's request to file an *amicus curiae* brief, and all parties consent to Everytown's request, which is being filed prior to the Plaintiffs' August 12, 2019 filing deadline for their Reply Brief to Defendant's Opposition. (ECF No. 32-1).

Amicus curiae Everytown for Gun Safety Support Fund is the education, research, and litigation arm of Everytown for Gun Safety, the nation's largest gun-violence-prevention organization. Everytown has over five million supporters across all fifty states, including tens of thousands in California. It was founded in 2014 as the combined effort of Mayors Against Illegal Guns, a national, bipartisan coalition of mayors combating illegal guns and gun trafficking, and Moms Demand Action for Gun Sense in America, an organization formed after twenty children and six adults were murdered by a gunman with an AR-15 rifle in an elementary school in Newtown, Connecticut. The mayors of more than fifty California cities are members of Mayors Against Illegal Guns. Everytown also includes a large network of gun-violence survivors who are empowered to share their stories and advocate for responsible gun laws.

The Ninth Circuit and California District Courts have "broad discretion to appoint amici curiae." *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982) *abrogated on other grounds by Rainwater v. McGinness*, 559 F. App'x 635, 635 (9th Cir. 2014); *see also Duronslet v. Cty. of Los Angeles*, No. 2:16-cv-08933-ODW(PLAx), 2017 WL 5643144, *1 (C.D. Cal. Jan. 23, 2017). Courts "frequently welcome amicus briefs from nonparties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Safari Club Int'l v. Harris*, No. 2:14-cv-01856-GEB-AC, 2015 WL 1255491, at *1 (E.D. Cal. Jan. 14, 2015) (citation omitted).

"Even when a party is very well represented, an amicus may provide important assistance to the court." *Duronslet*, at *1 (quoting *Neonatology Assocs., P.A. v. C.I.R.*, 293 F.3d 128, 132 (3d Cir. 2002)).

Over the past several years, Everytown has devoted substantial resources to researching historical firearms legislation that can provide this Court with important context directly relevant to the California statute at issue. Indeed, Everytown has drawn on its expertise to file briefs in numerous Second Amendment cases, offering historical and doctrinal analysis that might otherwise be overlooked. *See, e.g.*, *Libertarian Party of Erie Cty. v. Cuomo*, No. 18-0386-cv (2d Cir.); *Colo. Outfitters Ass'n v. Hickenlooper*, No. 14-1290 (10th Cir.); *Silvester v. Harris*, No. 14-16840 (9th Cir.).

The proposed amicus brief provides an account of the American tradition of regulating the commercial sales of firearms, as well as a tradition of record-keeping requirements for firearm sellers. This includes approximately a century of restrictions enacted shortly after semi-automatic weapons capable of firing a large number of rounds without reloading became widely available in the commercial market. The brief documents the extensive historical support for firearms regulations and thus provides foundational support for the long-held view that such laws pass constitutional muster. The historical information in this brief bears on the Court's first step in its analysis of the Second Amendment claim on Plaintiffs' Motion for Preliminary Injunction.

//
//
//
//
//
//
//

Given the relevance of this history and research to the question before the Court, Everytown respectfully requests that the Court grant leave to file the accompanying *amicus curiae* brief in support of Defendant's Opposition to Plaintiffs' Motion for Preliminary Injunction.

Dated: August 9, 2019            Respectfully submitted,

By: /s/ Matthew J. Tako
Matthew E. Sloan
Matthew J. Tako
Evan G. Slovak
Agnes N. Aniol

Attorneys for *Amicus Curiae*
Everytown for Gun Safety Support Fund