1  XAVIER BECERRA
   Attorney General of California
2  TAMAR PACHTER
   Supervising Deputy Attorney General
3  NOREEN P. SKELLY
   Deputy Attorney General
4  NELSON R. RICHARDS
   Deputy Attorney General
5  State Bar No. 246996
    1300 I Street, Suite 125
6   P.O. Box 944255
    Sacramento, CA 94244-2550
7   Telephone: (916) 210-7867
    Fax: (916) 324-8835
8   E-mail: Nelson.Richards@doj.ca.gov
   *Attorneys for Defendant Attorney General*
9  *Xavier Becerra*

10            IN THE UNITED STATES DISTRICT COURT

11            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Kim Rhode et al.,** | 3:18-cv-00802-BEN-JLB |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | Dept:       5A |
|  | Judge:     Hon. Roger T. Benitez |
| **Xavier Becerra, in his official capacity as Attorney General of the State of California, et al.,** | Action Filed:   4/27/2018 |
| Defendants. | |

   PLEASE TAKE NOTICE that Deputy Attorney General Noreen P. Skelly hereby enters her appearance as counsel for Defendant Xavier Becerra, in his official capacity as the Attorney General for the State of California.

   Ms. Skelly is a member of the State Bar of California (SBN 186135) and is admitted to practice in the Southern District of California.  Her contact information is as follows:

1

Noreen P. Skelly, Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-6057
E-mail: Noreen.Skelly@doj.ca.gov

Dated: September 25, 2019              Respectfully submitted,

                                       XAVIER BECERRA
                                       Attorney General of California
                                       TAMAR PACHTER
                                       Supervising Deputy Attorney General
                                       NELSON R. RICHARDS
                                       Deputy Attorney General


                                       */s/ Noreen P. Skelly*
                                       NOREEN P. SKELLY
                                       Deputy Attorney General
                                       *Attorneys for Defendant Attorney General Xavier Becerra*

SA2018101286
14142898.docx

# CERTIFICATE OF SERVICE

Case Name:  **Rhode v. Becerra**               No.    3:18-cv-00802-BEN-JLB

I hereby certify that on <u>September 25, 2019</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF APPEARANCE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>September 25, 2019</u>, at Sacramento, California.

|  |  |
| :---: | :---: |
| Tracie L. Campbell | */s/  Tracie Campbell* |
| Declarant | Signature |

SA2018101286
14143316.docx