

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Rhode, et al.,

Plaintiff,

v.

Becerra, et al.

Defendant.

Case No. 18-cv-00802-BEN-JLP

**PRO HAC VICE APPLICATION**

Giffords Law Center to Prevent Gun Violence & Brady

Party Represented

I, Rebecca J. Francis (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: Davis Wright Tremaine LLP
Street address: 920 Fifth Avenue, Suite 3300
City, State, ZIP: Seattle, WA 98104-1610
Phone number: 206-622-3150
Email: rebeccafrancis@dwt.com

That on 3/30/2009 (Date) I was admitted to practice before Washington State Supreme Court (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I [x] have) [ ] have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

(If previous application made, complete the following)

Title of case: Schertzer v. Bank of America, N.A., et al.
Case Number: 19-cv-00264-JM-MSB      Date of Application: 04/15/19
Application: [x] Granted   [ ] Denied

I declare under penalty of perjury that the foregoing is true and correct.

(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Thomas R. Burke                          415-276-6500
(Name)                                   (Telephone)

Davis Wright Tremaine LLP
(Firm)

505 Montgomery Street, Suite 800, San Francisco, CA 94111
(Street)                    (City)                    (Zip code)

(Signature of Applicant)

I hereby consent to the above designation.

(Signature of Designee Attorney)