C.D. Michel – SBN 144258
Sean A. Brady – SBN 262007
Matthew D. Cubeiro – SBN 291519
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM RHODE, et al.,<br><br>      Plaintiffs,<br><br>    v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>      Defendant. | Case No.: 3:18-cv-00802-BEN-JLB<br><br>**DECLARATION OF WILLIAM D. SHEPARD IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge:  Hon. Roger T. Benitez<br>Courtroom: 5A |

# DECLARATION OF WILLIAM D. SHEPARD

1. I, William D. Shepard, make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. I am a resident of Contra Costa County, California. I am a citizen of the United States who is not prohibited from owning or possessing firearms or ammunition under state or federal law. I am also a member of the California Rifle & Pistol Association, Incorporated.

3. On September 11, 2019, I submitted a Firearm Ownership Report for a shotgun to the California Department of Justice ("DOJ") using the CFARS website for the purpose of creating a record in the Automated Firearms System ("AFS") so that I would qualify for an AFS background check to purchase ammunition.

4. On September 13, 2019, I received an email from DOJ in response to my submission stating that DOJ had received my Firearm Ownership Report form, but it could not be processed because, as stated in this email:

> *Please provide the model of the firearm. Provide the requested information within 30 days. Failure to do so will result in your transaction being rejected and your firearm(s) not being recorded in your name. Please note: Your fee will not be refunded if your application is rejected.*

5. That same day, I responded to DOJ's email by stating that I had indeed provided the model of the firearm on my Firearm Ownership Report form. In fact, the "model" field of the Firearm Ownership Report form was comprised of a drop-down list provided by DOJ's CFARS website. One of the options in this drop-down list included "SHOTGUN," which is what I had selected. I also stated in my response to DOJ that I did not understand their question and asked for more information. DOJ later responded by stating:

> *Please log into your CFARS account and provide the model name (or model number) of your . . . shotgun on your existing INCOMPLETE transaction. If your firearm does not have a model name or number stamped on the lower*

> *receiver or barrel, please leave a comment in the transaction that indicates that. Thank you.*

6. In addition to the above, I received a second email from DOJ on September 13, 2019. This email also stated that my submission could not be processed for the following reasons:

> *Please verify and provide the model of the firearm. Effective 07/01/2019, a copy of your CA driver license or ID is required. In addition, if "FEDERAL LIMITS APPLY" appears on your CA DL/ID, you need to submit additional documentation (Cal. Code Reg., tit. 11, sec. 4045.1 subd. (b-c)). For more info, refer to the Bureau's website at https://oag.ca.gov/firearms. Please provide the requested information within 30 days. Failure to do so will result in your transaction being rejected.*

7. In response to this email, I again stated that I had provided the make and model of my shotgun. I also asked how to provide a copy of my driver's license (which does not state "FEDERAL LIMITS APPLY") to DOJ. I did not receive a response to this request for additional information.

8. Receiving no response, I submitted a second Firearm Ownership Report for a different shotgun to the California Department of Justice ("DOJ") using the CFARS website for the purpose of creating a record in the Automated Firearms System ("AFS") so that I would qualify for an AFS background check to purchase ammunition.

9. On September 17, 2019, I received an email from DOJ stating that one of my Firearm Ownership Report submissions had been received and that DOJ would begin processing my submission. The email also stated that I would be notified of the results via U.S. Mail, and instructed me to use the "Report an Issue" feature on the CFARS website if I had any questions.

10. On September 19, 2019, I received another email from DOJ stating that my other Firearm Ownership Report submission had been received and that DOJ would begin processing my submission. This email was identical to the previous email on September 17, 2019, in all respects.

///

3
DECLARATION OF WILLIAM D. SHEPARD

18cv802

11. On September 22, 2019, I tried to buy ammunition and got rejected. I sent an email to DOJ requesting a status update regarding my Firearm Ownership Report submissions. DOJ responded the following day and stated:

> *The Department of Justice makes every effort to process applications within a timely manner. If applications are not submitted with all the required information, they will be returned to request the missing information which will cause delays in the process. The associated background check may also be delayed by circumstances beyond the control of the department. Due to the high volume of calls, status checks for applications that are not older than 90 days cannot be provided. If you submitted your application, and it is over the 90 day period, please reply with your name, address, date of birth, driver's license number, type of application(s), and the date of the application(s) so that we can review the information and provide you with an update.*

A true and correct copy of this email, with redactions of my personal information, is attached to this declaration.

12. The following week, I received a letter in the mail, dated September 25, 2019, stating that one of my Firearm Ownership Report submissions had been received and processed. Following the receipt of this letter, I attempted to purchase ammunition on September 27, 2019, using the Standard Ammunition Eligibility Check (AFS Match) process and was approved.

13. On October 1, 2019, I logged into DOJ's CFARS website to review my transaction history. According to DOJ's CFARS website, my Firearm Ownership Report submissions are still listed as "In Progress." Despite that indicated status, I have been able to successfully pass an AFS Check and purchase ammunition.

14. On October 24, 2019, I checked my transaction history and it still has my registration application as "In Progress."

/ / /

/ / /

/ / /

/ / /

1  I declare under penalty of perjury that the foregoing is true and correct. Executed
2  within the United States on October 24, 2019.

*[Signature]*
William D. Shepard
Declarant

# ATTACHMENT

From: Firearms Bureau <Firearms.Bureau@doj.ca.gov>
Sent: Monday, September 23, 2019 11:08 AM
To: Shepard, William D
Subject: RE:

Thank you for your recent inquiry regarding your submitted application(s) for processing.  The Department of Justice makes every effort to process applications within a timely manner.  If applications are not submitted with all the required information, they will be returned to request the missing information which will cause delays in the process.  The associated background check may also be delayed by circumstances beyond the control of the department.  Due to the high volume of calls, status checks for applications that are not older than 90 days cannot be provided.  If you submitted your application, and it is over the 90 day period, please reply with your name, address, date of birth, driver's license number, type of application(s), and the date of the application(s) so that we can review the information and provide you with an update.

-----Original Message-----
From: Shepard, William D
Sent: Sunday, September 22, 2019 12:35 PM
To: Firearms Bureau <Firearms.Bureau@doj.ca.gov>
Subject:

To whom it may concern -

How can I find out if my application to register my shotgun has been approved?  The CRIS number is [redacted].  Is the system impacted now from so many attempts to register a firearm?  I teach hunter education classes.  What should I tell my students about how the system works?  Please respond to my email.

Sincerely yours,

Bill

Bill Shepard

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**CERTIFICATE OF SERVICE**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Case Name: *Rhode, et al. v. Becerra*
Case No.: 3:18-cv-00802-JM-JMA

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 180 East Ocean Boulevard, Suite 200 Long Beach, CA 90802. I am not a party to the above-entitled action.

I have caused service of the following documents, described as:

**DECLARATION OF WILLIAM D. SHEPARD IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

on the following parties by electronically filing the foregoing on October 29, 2019, with the Clerk of the District Court using its ECF System, which electronically notifies them.

| | |
|---|---|
| Nelson R. Richards<br>Deputy Attorney General<br>nelson.richards@doj.ca.gov<br>2550 Mariposa Mall, Room 5090<br>Fresno, CA 93721 | *Attorneys for Defendant Attorney General Xavier Becerra* |

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 29, 2019, at Long Beach, CA.

*s/ Laura Palmerin*
Laura Palmerin