XAVIER BECERRA
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General
NOREEN P. SKELLY
Deputy Attorney General
NELSON R. RICHARDS
Deputy Attorney General
State Bar No. 246996
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-7867
  Fax:  (916) 324-8835
  E-mail:  Nelson.Richards@doj.ca.gov
*Attorneys for Defendant Attorney General
Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Kim Rhode et al.,**<br><br>                            Plaintiffs,<br><br>v.<br><br>**Xavier Becerra, in his official capacity as Attorney General of the State of California, et al.,**<br><br>                            Defendants. | 3:18-cv-00802-BEN-JLB<br><br>**SECOND SUPPLEMENTAL DECLARATION OF MAYRA G. MORALES IN SUPPORT OF DEFENDANT XAVIER BECERRA'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Dept:           5A<br>Judge:        Hon. Roger T. Benitez<br>Action Filed:    4/27/2018 |

**SECOND SUPPLEMENTAL DECLARATION OF MAYRA G. MORALES**

I, MAYRA G. MORALES, declare:

1. I am a Staff Services Manager III for the California Department of Justice, Bureau of Firearms (hereafter generally referred to together as the "Department"). I make this declaration of my own personal knowledge and experience and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. I understand that at an October 1, 2019 status conference relating to Plaintiffs' motion for preliminary injunction, the Court requested additional information from the Attorney General. I have reviewed pages 41 through 43 of the transcript of the status conference. Based on that review, I see that the Court requested the same information provided in my September 27 Supplemental Declaration (Supp. Decl.), ECF No. 42, updated through the end of October of 2019.

3. As part of my job duties, I can request data from the Department's Application Development Bureau regarding ammunition eligibility transactions. I have obtained the data that the Court requested.

4. This declaration updates the tables in my September 27 Supplemental Declaration for July and August and adds information for September and October. To aid in readability, the tables are presented following my signature.

5. Section I of this declaration provides a narrative summary of the information on Basic Ammunition Eligibility Check (which I will refer to as "Basic Checks") from July 1, 2019, through October 31, 2019. The data underlying this summary appears in Tables 1.1 through 1.3.

6. Section II provides a narrative summary of information on AFS Checks for July 1, 2019, through October 31, 2019. The data underlying this summary appears in Tables 2.1 through 2.3.

1

7. Section III of this declaration updates information about purchasers who had been denied as prohibited, but who, upon additional review, were determined to be not prohibited. The Department has now reviewed a majority of the 504 transactions where a purchaser was denied as prohibited, and it has determined that 13 of those purchasers were in fact eligible.

I. **BASIC AMMUNITION ELIGIBILITY CHECK INFORMATION FOR JULY THROUGH OCTOBER 2019**

8. The Basic Check is described in California Code of Regulations, title 11, section 4303. This check can be used irrespective of whether a purchaser or transferee (I will generally refer to these together as "purchaser") can take advantage of one of the other eligibility checks.

9. Under section 4303(b), a Basic Check costs $19 and entails submitting identifying information, including the purchaser's name, date of birth, current address, and ID number, to the Department's Dealer Record of Sale (DROS) Entry System (DES). The process proceeds in two steps. First, the Department automatically checks the person's ID or driver license number (I will generally refer to IDs and driver licenses as "IDs"), name, and date of birth, against DMV records to confirm the information submitted matches a DMV record and that the ID is valid. If the information matches, then the submitted information is automatically run through four state databases: (1) Automated Criminal History Record System (ACHS); (2) Mental Health Firearms Prohibition System (MHFPS); (3) California Restraining and Protective Order System (CARPOS); and (4) Wanted Persons System (WPS).

10. If a purchaser's information results in no hits in the system, the Basic Check is processed automatically, meaning that Department employees are not directly involved in the process. If the purchaser's information results in a hit in one of the four systems, the eligibility check will require manual review by a Department analyst. A manual review can take anywhere from a few minutes to

2

Second Supp. Morales Decl. in Supp. of Def.'s Opp'n to
Pls.' Mot. for Prelim. Inj. (3:18-cv-00802-BEN-JLB)

days or weeks depending on the nature of the hit in the database.  For instance, if the ACHS shows the purchaser was charged with a felony, but does not have a disposition of that felony, the manual check would entail tracking down the disposition, which can take at least several business days.

11. Table 1.1 lists the Basic Check approvals, rejections, and denials for July 1, 2019, through October 31, 2019.

12. From July 1, 2019, through October 31, 2019, the Department has processed 14,331 Basic Checks.  Of those, 95% have been approved and about 1.65% have been rejected because the purchaser's information does not match Department of Motor Vehicle records or the records used to make a determination were incomplete, thereby preventing Department analysts from ascertaining whether the purchaser was prohibited.

13. Almost 400 people, or 2.8% of the total processed, have been denied because the Department's records show them to be prohibited persons.

14. Table 1.2 sets forth the average processing times for Basic Checks that were submitted in July through October that had eligibility determinations made on or before October 31, 2019.  The average processing times for July and August have increased since my September 27 Supplemental Declaration because a small number of transactions—6.9% of the total—were still pending on August 31, but had been resolved by October 31.  These longer transaction times affected the averages for those months. A Basic Check can be delayed for many reasons, most often it is because a Department analyst must conduct additional research on an arrest cycle for a prohibiting event with missing disposition.  The Department will do its due diligence to obtain the necessary information.  However, if the Department is unable to obtain the information, it will ultimately reject the transaction because an eligibility determination could not be made.

15. For the typical purchaser, the Basic Check processing time takes an average of one to two days.  In July, it took 1 day and 17.5 hours for the typical

3

Second Supp. Morales Decl. in Supp. of Def.'s Opp'n to
Pls.' Mot. for Prelim. Inj. (3:18-cv-00802-BEN-JLB)

purchaser (though, as discussed in the footnotes to Tables 1.2 and 1.3, the average time is higher). By October, the processing time had decreased to 1 day and 4 hours.

16. Table 1.3 lists the average processing times for Basic Checks that were manually and automatically approved for the months of July through October. These numbers are a subset of the Basic Checks that were submitted during those months and that had eligibility determinations made on or before October 31, 2019.

17. Just under one-quarter of the approved Basic Checks were processed automatically. The average processing time across all four months was roughly 2 hours.

18. Just over three-quarters of the approved Basic Checks were processed manually. Subject to the observation above that some outliers affected the average, the typical approved Basic Check that is manually processed takes about two business days.

## II. AFS CHECK (STANDARD AMMUNITION ELIGIBILITY CHECK) INFORMATION FOR JULY THROUGH OCTOBER 2019

19. This section of my declaration provides the information that the Department has collected as of October 31, 2019, regarding AFS Check rejections. The AFS Check is described in more detail in my September 27 Supplemental Declaration. Suppl. Decl. ¶¶ 19-25, 28-31, ECF No. 42. The regulation outlining the AFS Check is located in California Code of Regulations, title 11, section 4302.

20. Section II.A of this declaration provides the data on AFS Checks for July 1, 2019, through October 31, 2019. Section II.B sets forth the reasons for AFS Check rejections in those months. Section II.C provides information on purchasers who were rejected in an AFS Check, but who later purchased ammunition on or before October 31, 2019.

4

Second Supp. Morales Decl. in Supp. of Def.'s Opp'n to
Pls.' Mot. for Prelim. Inj. (3:18-cv-00802-BEN-JLB)

### A. AFS Check Approvals, Denials, and Rejections for July Through October 2019

21. Table 2.1 sets forth the AFS Check approvals, denials, and rejections for July 1, 2019 through October 31, 2019. As noted in September 27 Supplemental Declaration, Suppl. Decl. ¶ 27, ECF No. 42, denials occur when official records identify the purchaser as a prohibited person who cannot lawfully possess a firearm or ammunition. Rejections occur when the purchaser's information does not match an AFS record.

22. Since July 1, 2019, the Department has processed 345,547 AFS Checks. It has approved 283,411 (82%), rejected 62,035 (18%) because the information submitted by the purchaser does not match an AFS entry, and denied 101 (0.03%) because the Department's information shows the purchaser to be on the Armed Prohibited Persons System (APPS) list.

23. The monthly rate of AFS Check rejections was 18.8% in July, increased to 20% in August, and has since decreased to 17% in September and 15.6% in October. The Department expects this downward trend to continue as familiarity with the system among ammunition vendors and consumers increases. The reasons for the rejections in July through October 2019 are set forth in more detail in the following section.

### B. Information on AFS Check Rejections for July Through October 2019

24. To recap from my September 27 Supplemental Declaration, AFS Checks are a streamlined eligibility check that rely on the purchaser already having undergone a firearms background check and being subject to inclusion in APPS, in the event they later become prohibited. By definition, an AFS Check will work only for those who have an AFS record, and whose record is up to date. A purchaser without an AFS record, or with an AFS record that is not current, will not

5

Second Supp. Morales Decl. in Supp. of Def.'s Opp'n to
Pls.' Mot. for Prelim. Inj. (3:18-cv-00802-BEN-JLB)

be able to obtain an eligibility determination; the system will reject that submission. Suppl. Decl. ¶¶ 28, ECF No. 42.

25. At the outset, it bears noting that an AFS Check rejection, due to the purchaser's information not matching a record in AFS, is not a determination that the purchaser is ineligible to purchase ammunition. It means that the purchaser cannot avail themselves of that streamlined eligibility check. They may still use a Basic Check, or, in certain situations, a Certificate of Eligibility Verification (California Code of Regulations, title 11, section 4305) or Firearms Eligibility Check (California Code of Regulations, title 11, section 4304). *See also* Suppl. Decl. ¶¶ 21-25, ECF No. 42.

26. An AFS Check will be rejected if the purchaser's name, address, date of birth, or ID number, or some combination of that information, does not match an AFS record. Suppl. Decl. ¶ 30, ECF No. 42.

27. Table 2.2 summarizes the reasons for the AFS Check rejections for July 1, 2019 through October 31, 2019.

28. Across all four months, the most common reason AFS Checks were rejected was that the purchaser's address did not match the address in an AFS record. These purchasers' name, ID number, and date of birth matched an entry, but their address did not match an entry. This accounted for about 36% of the rejections over the four-month period.

29. The next most common reason AFS Checks were rejected was that the purchaser could not be associated with an AFS entry at all. In most cases, this likely occurred because either the purchaser or the ammunition vendor mistakenly chose to run an AFS Check where the purchaser did not have an AFS record. This accounted for roughly one-third of all AFS Check rejections. For instance, in October, the Department rejected 4,288 AFS Checks, about 32% of all 13,498 rejections, for this reason.

6

Second Supp. Morales Decl. in Supp. of Def.'s Opp'n to
Pls.' Mot. for Prelim. Inj. (3:18-cv-00802-BEN-JLB)

30. Name mismatches were another significant source of rejections. Across the four months, about 13% of AFS Checks were rejected for this reason.

31. These three reasons for rejections—address mismatches, no apparent AFS entry, and name mismatches—accounted for about 80% of all rejections. The remaining 20% or so of rejections occurred for various other reasons listed in Table 2.2.

### C. Information on Purchasers Rejected in an AFS Check Who Later Purchased Ammunition on or before October 31, 2019

32. At the Court's request, my September 27 Supplemental Declaration included information on whether purchasers who were rejected in an AFS Check had subsequently purchased ammunition. Suppl. Decl. ¶¶ 36-39, ECF No. 42.

33. Table 2.3 lists information on purchasers who were rejected who later purchased ammunition by month.

34. As explained in my September 27 Supplemental Declaration, there is a difference between the total number of rejections each month and the unique individuals rejected. Suppl. Decl. ¶ 38, ECF No. 42. I understand that the primary difference between rejections and denials and unique ID numbers is largely because some individual purchasers attempted to use the AFS Check procedure more than once and were rejected or denied on more than one occasion.

35. In my September 27 Supplemental Declaration, I reported that of the 9,027 unique purchasers rejected in July, 3,468 (38.41%) had purchased ammunition as of August 31, 2019. Suppl. Decl. ¶ 39, Table 2.3, ECF No. 42. By October 31, 2019, 3,950 (43.75%) unique purchasers in July had purchased ammunition as of October 31, 2019. That means that 482 additional people who had an AFS Check rejected in July purchased ammunition between August 31, 2019, and October 31, 2019.

36. A similar trend occurred for the August numbers. In my September 27 Supplemental Declaration, I reported that of the 16,037 unique purchasers rejected

7

in August, 4,923 (30.69%) had purchased ammunition as of August 31, 2019. Suppl. Decl. ¶ 39, Table 2.3, ECF No. 42. By October 31, 2019, that number had increased to 6,563 (40.92%), meaning an additional 1,640 people who had an AFS Check rejected in August purchased ammunition between August 31, 2019, and October 31, 2019.

37. Of the 14,008 individuals who had an AFS Check rejected in September, 5,371 (38.34%) had purchased ammunition by October 31, 2019.

38. And of the 10,896 individuals who had an AFS Check rejected in October, 3,580 (32.86%) had purchased ammunition by October 31, 2019.

### III. PERSONS PREVENTED FROM PURCHASING AMMUNITION AND SUBSEQUENTLY DEEMED ELIGIBLE.

39. In my September 27 Supplemental Declaration, I provided information in response to the Court's inquiry about purchasers who had been denied approval to purchase ammunition because they were prohibited, but who were later determined to not be prohibited. Suppl. Decl. ¶ 40, ECF No. 42.

40. I reported that four purchasers were denied on the grounds of a prohibiting offense, mental health commitment, or restraining order, but were subsequently determined to have been eligible to purchase ammunition at the time of purchase, and that an additional five purchasers were ineligible to purchase ammunition on the face of their official records, but were later determined to be eligible after Department staff investigated the matter. Suppl. Decl. ¶ 45, ECF No. 42.

41. The Department has now reviewed over 400 of the transactions where the purchaser was denied as prohibited. Based on that review, one additional purchaser, for a total of five purchasers, was denied on the grounds of a prohibiting offense, mental health commitment, or restraining order, but was, based on the face of the official records, subsequently determined to have been eligible to purchase ammunition at the time of purchase. Three new transactions were uncovered where

8

Case 3:18-cv-00802-BEN-JLB Document 48 Filed 11/18/19 PageID.2029 Page 10 of 20


1 the purchaser was ineligible to purchase ammunition on the face of their official records, but were later determined to be eligible after Department staff investigated the matter. The number of those transactions stands at eight.

42. To summarize, with over three-quarters of the denials from July 1, 2019, through October 31, 2019, reviewed, 13 purchasers who were denied as prohibited persons have since been determined to be eligible.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 18, 2019

_____
MAYRA G. MORALES

9

**TABLE 1 – Basic Ammunition Eligibility Checks**

**TABLE 1 – BASIC AMMUNITION ELIGIBILITY CHECKS**

8

Second Supp. Morales Decl. in Supp. of Def.'s Opp'n to
Pls.' Mot. for Prelim. Inj. (3:18-cv-00802-BEN-JLB)

**TABLE 1 – Basic Ammunition Eligibility Checks**

Table 1.1: Basic Checks — Approvals, Denials, & Rejections

|  | July 2019 | August 2019 | September 2019 | October 2019 | Total |
|---|---|---|---|---|---|
| Basic Checks Received | 3,798 | 5,066 | 3,213 | 2,400[1] | 14,477 |
| Basic Checks Processed | 3,798 | 5,066 | 3,201 | 2,266 | 14,331 |
| Approved[2] | 3,607 (94.97%) | 4,852 (95.78%) | 3050 (95.28%) | 2,189 (96.60%) | 13,698 (95.58%) |
| Denied (Prohibited Persons) | 119 (3.13%) | 130 (2.57%) | 87 (2.72%) | 60 (2.65%) | 396 (2.76%) |
| Rejected (no match with DMV records) | 22 (0.58%) | 17 (0.34%) | 24 (0.75%) | 10 (0.44%) | 73 (0.51%) |
| Rejected (incomplete history) | 50 (1.32%) | 67 (1.32%) | 40 (1.25%) | 7 (0.31%) | 164 (1.14%) |

---

[1] As of November 1, 2019, 12 (0.37%) Basic Checks received in September and 65 (2.71%) Basic Checks received in October, had been delayed. In addition, 69 (2.88%) Basic Checks received in October had not yet been processed as of November 1, 2019. For example, requests received on October 31, 2019, likely would not have been processed by the time I collected data for this declaration.

[2] Transactions that were initially denied, but later approved, are treated as approved for purposes of this table.

9

Second Supp. Morales Decl. in Supp. of Def.'s Opp'n to
Pls.' Mot. for Prelim. Inj. (3:18-cv-00802-BEN-JLB)

**TABLE 1 – Basic Ammunition Eligibility Checks**

Table 1.2: Basic Checks — Processing Times

| | July 2019 | August 2019 | September 2019 | October 2019 |
|---|---|---|---|---|
| Average Time[3] | 3 days, 1 hr., 30 mins. | 2 days, 7 hrs., 59 mins. | 1 day, 10 hrs., 2 mins. | 1 day, 4 hrs., 45 mins. |

Table 1.3: Approved Basic Checks — Processing Times

| | July 2019 | August 2019 | September 2019 | October 2019 |
|---|---|---|---|---|
| Automatically Processed | 811 (22.48%) | 1,092 (22.51%) | 713 (23.38%) | 558 (25.49%) |
| Average Time | 2 hrs., 5 mins. | 1 hr., 40 mins. | 2 hrs., 36 mins | 1 hr., 59 mins. |
| Manually Processed | 2,796 (77.52%) | 3,760 (77.49%) | 2,337 (76.62%) | 1,631 (74.51%) |
| Average Time[4] | 2 days, 12 hrs. 29 mins. | 2 days, 4 hrs., 3 mins. | 1 day, 4 hrs., 25 mins. | 1 day, 12 hrs., 2 mins. |

---

[3] My September 27 Supplemental Declaration used August 31, 2019, as a cut-off for calculating transaction times. *See* Suppl. Decl. ¶ 16, ECF No. 42. Not all July and August 2019 Basic Checks had determinations made by that date. When I had the calculation re-run as of October 31, 2019, all July and August Basic Checks were considered, as they all had determinations made. The longer total processing times for July and August reported in this declaration are a result of a relatively small number of transactions significantly increasing the average. Based on the times reported in my September 27 Supplemental Declaration, the typical Basic Check that required manual processing took 1 day, 17 hours, and 31 minutes, in August, and 1 day, 4 hours, and 50 minutes, in July. *See* Suppl. Decl. at p. 4, Table 1.2, ECF No. 42.

[4] For the reasons discussed in footnote 3, the average times for July and August have increased compared with the numbers reported in my September 27 Supplemental Declaration. *See* Suppl. Decl. at p. 4, Table 1.3, ECF No. 42.

10

**TABLE 2 – AFS Checks (Standard Ammunition Eligibility Checks)**

TABLE 2 – AFS CHECKS (STANDARD AMMUNITION ELIGIBILITY CHECKS)

14

Second Supp. Morales Decl. in Supp. of Def.'s Opp'n to
Pls.' Mot. for Prelim. Inj. (3:18-cv-00802-BEN-JLB)

**TABLE 2 – AFS Checks (Standard Ammunition Eligibility Checks)**

**Table 2.1: AFS Checks — Approvals, Denials, & Rejections**

| | July 2019 | August 2019 | September 2019 | October 2019 | Total |
|---|---|---|---|---|---|
| AFS Checks Processed | 57,553 | 101,058 | 100,560 | 86,376 | 345,547 |
| Approved | 46,702 | 80,811 | 83,051 | 72,847 | 283,411 |
| Denied (Prohibited Persons) | 14 | 28 | 28 | 31 | 101 |
| Rejected (no match with AFS records) | 10,837 | 20,247 | 17,481 | 13,498 | 62,063 |

**TABLE 2 – AFS Checks (Standard Ammunition Eligibility Checks)**

Table 2.2: AFS Checks — Reasons for Rejections

| | July 2019 | | August 2019 | | September 2019 | | October 2019 | |
|---|---|---|---|---|---|---|---|---|
| **Total Rejected** | 10,837 | | 20,219 | | 17,481 | | 13,498 | |
| **Address Mismatch (name, date of birth, and ID number match)** | 4,077 | 37.62% | 7,160 | 35.41% | 6,420 | 36.73% | 4,925 | 36.49% |
| **No Identifiable AFS Entry (purchaser not eligible for AFS Check)** | 3,303 | 30.48% | 6,563 | 32.46% | 5,609 | 32.09% | 4,288 | 31.77% |
| **Name Mismatch (date of birth, address, and ID number match)** | 1,452 | 13.40% | 2,563 | 12.68% | 2,197 | 12.57% | 1,744 | 12.92% |
| **Name and ID Number Mismatch (date of birth and address match)** | 423 | 3.90% | 774 | 3.83% | 689 | 3.94% | 510 | 3.78% |
| **AFS Entry No Longer Valid (Name, Date of Birth, ID Number, and Address Match)** | 322 | 3% | 576 | 2.85% | 443 | 2.53% | 361 | 2.67% |
| **Name and Address Mismatch (date of** | 301 | 2.78% | 671 | 3.32% | 666 | 3.81% | 524 | 3.88% |

16

Second Supp. Morales Decl. in Supp. of Def.'s Opp'n to Pls.' Mot. for Prelim. Inj. (3:18-cv-00802-BEN-JLB)

**TABLE 2 – AFS Checks (Standard Ammunition Eligibility Checks)**

Table 2.2: AFS Checks — Reasons for Rejections

| | July 2019 | | August 2019 | | September 2019 | | October 2019 | |
|---|---|---|---|---|---|---|---|---|
| birth and ID number match) | | | | | | | | |
| AFS Entry No Longer Valid (Partially Matched on a combination of Name, Date of Birth, ID, Address) | 258 | 2.38% | 522 | 2.58% | 425 | 2.43% | 333 | 2.47% |
| ID Number and Address Mismatch (name and date of birth match) | 248 | 2.29% | 497 | 2.46% | 392 | 2.24% | 298 | 2.21% |
| ID Number Mismatch (name, date of birth, and address match) | 209 | 1.93% | 383 | 1.89% | 290 | 1.66% | 226 | 1.67% |
| Date of Birth Mismatch (name, address, and ID number match) | 148 | 1.37% | 259 | 1.28% | 188 | 1.08% | 154 | 1.14% |
| Date of Birth and ID Number Mismatch | 41 | 0.38% | 124 | 0.61% | 66 | 0.38% | 65 | 0.48% |

17

Second Supp. Morales Decl. in Supp. of Def.'s Opp'n to Pls.' Mot. for Prelim. Inj. (3:18-cv-00802-BEN-JLB)

**TABLE 2 – AFS Checks (Standard Ammunition Eligibility Checks)**

**Table 2.2: AFS Checks — Reasons for Rejections**

| | July 2019 | | August 2019 | | September 2019 | | October 2019 | |
|---|---|---|---|---|---|---|---|---|
| Date of Birth and Address Mismatch (name and ID number match) | 34 | 0.31% | 72 | 0.36% | 49 | 0.28% | 45 | 0.33% |
| Name and Date of Birth Mismatch (address and ID number match) | 16 | 0.15% | 28 | 0.14% | 19 | 0.11% | 18 | 0.13% |
| Name, Date of Birth, and Address Mismatch (ID number match) | 5 | 0.05% | 27 | 0.13% | 28 | 0.16% | 7 | 0.05% |

(name and address match)

18

Second Supp. Morales Decl. in Supp. of Def.'s Opp'n to
Pls.' Mot. for Prelim. Inj. (3:18-cv-00802-BEN-JLB)

**TABLE 2 – AFS Checks (Standard Ammunition Eligibility Checks)**

**Table 2.3: Purchasers Who were Rejected on an AFS Check and Subsequently Purchased Ammunition on or before August 31, 2019**

|  | July 2019 | August 2019 | September 2019 | October 2019 |
|---|---|---|---|---|
| Individuals Rejected in AFS Checks | 9,027 | 16,037 | 14,008 | 10,896 |
| Number Who Purchased Ammunition on or before October 31, 2019, after an AFS Check Rejection | 3,950[5] | 6,563[6] | 5,371 | 3,580 |

---

[5] As of August 31, 2019, this number was 3,468. *See* Supp. Decl. at p. 11, Table 2.3, ECF No. 42. The difference between that number and the number in this table means that 482 additional people who received an AFS Check rejection in the month of July were able to purchase ammunition using some form of eligibility check between August 31 and October 31, 2019.

[6] As of August 31, 2019, this number was 4,923. *See* Supp. Decl. at p. 11, Table 2.3, ECF No. 42. The difference between that number and the number in this table means that 1,640 additional people who received an AFS Check rejection in the month of August were able to purchase ammunition using some form of eligibility check between August 31 and October 31, 2019.

19

Second Supp. Morales Decl. in Supp. of Def.'s Opp'n to Pls.' Mot. for Prelim. Inj. (3:18-cv-00802-BEN-JLB)

# CERTIFICATE OF SERVICE

Case Name:  **Rhode v. Becerra**  No.  3:18-cv-00802-BEN-JLB

I hereby certify that on November 18, 2019, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**SECOND SUPPLEMENTAL DECLARATION OF MAYRA G. MORALES IN SUPPORT OF DEFENDANT XAVIER BECERRA'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 18, 2019, at Sacramento, California.

| Nelson Richards | */s/ Nelson Richards* |
|---|---|
| Declarant | Signature |

SA2018101286
14143316.docx