UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM RHODE, et al., | Case No.: 18-cv-802-BEN (JLB) |
| Plaintiffs, | |
| v. | |
| XAVIER BECERRA, in his official capacity as Attorney General of the State of California, | ORDER |
| Defendant. | |

Defendant Attorney General Xavier Becerra is ordered to update the Court and parties on the statewide results of ammunition sales background checks for the months of November 2019, December 2019, and January 2020. The updated information shall be filed **on or before March 13, 2020** and shall be produced in a format similar to the report previously filed as the Second Supplemental Declaration of Mayra G. Morales in Support of Defendant Xavier Becerra's Opposition to Plaintiffs' Motion for Preliminary Injunction (filed Nov. 18, 2019).

**IT IS SO ORDERED.**

Date: February 14, 2020

HON. ROGER T. BENITEZ
United States District Judge