UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM RHODE, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>　　　　　　　　Defendant. | Case No.: 18-cv-802-BEN<br><br>ORDER<br>DENYING LEAVE TO PARTICIPATE AS AMICI CURIAE<br>[Dkt. Nos. 35 and 36] |

Movants Giffords Law Center to Prevent Gun Violence and Brady and Movant Everytown for Gun Safety Fund seek leave to participate in the action as amici curiae. Courts have broad discretion to consider amicus briefs and appoint amicus curiae. In this case the movants seek to assist in the defense of Proposition 63. However, the Defendant Xavier Becerra, in his official capacity as Attorney General of the State of California, is well-equipped to defend the statutes at issue. Therefore, the Court denies the motions of Movants.

**IT IS SO ORDERED.**

Dated: April 1, 2020

　　　　　　　　　　　　_____
　　　　　　　　　　　　HON. ROGER T. BENITEZ
　　　　　　　　　　　　United States District Judge