XAVIER BECERRA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
NELSON R. RICHARDS
Deputy Attorney General
State Bar No. 246996
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-7867
  Fax:  (916) 324-8835
  E-mail:  Nelson.Richards@doj.ca.gov
*Attorneys for Defendant Xavier Becerra, in his official capacity as California Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KIM RHODE et al.,** | 3:18-cv-00802-BEN-JLB |
| Plaintiffs, | |
| v. | **DEFENDANT'S MOTION TO STAY ORDER GRANTING PRELIMINARY INJUNCTION TO ALLOW FOR INTERLOCUTORY APPEAL (Fed. R. App. P. 8(a))** |
| **XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, et al.,** | |
| Defendants. | Dept:  5A<br>Judge:  Hon. Roger T. Benitez<br>Action Filed:  4/27/2018 |

Defendant Xavier Becerra, in his official capacity as the California Attorney General, requests that this Court stay its order granting Plaintiffs' motion for preliminary injunction pending appeal of that decision. *See* Fed. R. App. P. 8(a). The Attorney General requests an immediate ruling on this motion. Immediate action on this motion is necessary because the Attorney General is informed and believes that ammunition vendors have already started selling ammunition without background checks, creating the near certainty that prohibited persons—convicted felons, violent misdemeanants, and others prohibited by law from possessing firearms and ammunition—will have easy access to ammunition. If the Court has not issued a ruling by 3:00 p.m. this afternoon, the Attorney General will consider the motion as having been denied and will consider seeking a stay from the Ninth Circuit shortly thereafter.

A request for a stay pending appeal is governed by four factors: (1) whether the movant is likely to succeed on the merits, (2) whether the movant will be irreparably injured absent a stay, (3) whether a stay will substantially harm the other parties, and (4) whether a stay serves the public interest. *Leiva-Perez v. Holder*, 640 F.3d 962, 963 (9th Cir. 2011). And where the balance of the equities tilts strongly in favor of a stay, the moving party need only show a "substantial case on the merits." *Id.* at 970.

As to the merits, the Attorney General need not show that it is "more likely than not that" he will win on the merits. *Levia*-Perez, 640 F.3d at 967. Instead, he need only show a "reasonable probability" of prevailing; or that he has raised "serious legal questions." *Id.* at 967-968 (quotation marks omitted). And the Court may grant a stay "even though its own approach may be contrary to movant's view of the merits." *Washington Area Transit Comm'n v. Holiday Tours, Inc.*, 559 F.2d 841, 843 (D.C. Cir. 1977). For the reasons explained in his opposition to the motion for a preliminary injunction, the Attorney General has (at a minimum) made

both a "substantial case on the merits" and raised "serious legal questions" about the legal issues addressed in the order. *Leiva-Perez*, 640 F.3d at 966-67.

In any event, the balance of the equities tips overwhelmingly in favor of a stay. The preliminarily enjoined background check provisions, Cal. Pen. Code §§ 30352, 30370(a)-(d), have been in effect for almost 10 months, and have resulted in over 750 prohibited people from purchasing ammunition from licensed ammunition vendors. The preliminarily enjoined restrictions on direct shipping and importation of ammunition, Cal. Pen. Code §§ 30313(a)-(b), 30314(a), have been in effect over two years.

In addition, the order will almost certainly result in prohibited persons purchasing ammunition. By contrast, no plaintiff has said he or she is unable to purchase ammunition. The Court had plaintiffs' motion for preliminary injunction under consideration for eight months. Temporarily staying the order for a short time longer will cause no significant harm to plaintiffs, who have been living with the status quo for 10 months (or over two years in the case of the restrictions on importation and direct shipping). And a stay will promote public safety by preventing prohibited persons from easily purchasing ammunition over the internet or from their local vendor.

Dated: April 24, 2020

Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General

*/s/ Nelson Richards*
NELSON R. RICHARDS
Deputy Attorney General
*Attorneys for Defendant Xavier Becerra, in his official capacity as California Attorney General*

# CERTIFICATE OF SERVICE

Case Name:   **Rhode v. Becerra**          No.    **3:18-cv-00802 BEN JLB**

I hereby certify that on <u>April 24, 2020</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT'S MOTION TO STAY ORDER GRANTING PRELIMINARY INJUNCTION TO ALLOW FOR INTERLOCUTORY APPEAL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>April 24, 2020</u>, at Sacramento, California.

|  |  |
|---|---|
| Tracie L. Campbell | */s/ Tracie Campbell* |
| Declarant | Signature |

SA2018101286
34023291.docx