# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Southern District of California

U.S. District Court case number: 18-cv-00802-BEN-JLB

Date case was first filed in U.S. District Court: 04/27/2018

Date of judgment or order you are appealing: 04/23/2020

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes   ◯ No   ◯ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Xavier Becerra, in his official capacity as Attorney General of the State of California

Is this a cross-appeal? ◯ Yes   ⦿ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ◯ Yes   ⦿ No

If Yes, what is the prior appeal case number?

Your mailing address:

1300 I Street, Suite 125

P.O. Box 944255

City: Sacramento   State: CA   Zip Code: 94244-2550

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Nelson Richards   **Date** 04/24/2020

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**                                          *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Xavier Becerra, in his official capacity as Attorney General of the State of California

Name(s) of counsel (if any):

Nelson Richards

Address: 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550

Telephone number(s): 916-210-7867

Email(s): nelson.richards@doj.ca.gov

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Kim Rhode; Gary Brennan; Cory Henry; Edward Johnson; Scott Lindemuth; Richard Ricks; Denise Welvang; Able's Sporting, Inc.; AMDEP Holdings, LLC, d/b/a Ammunition Depot; [continued on next page]

Name(s) of counsel (if any):

C.D. Michel
Sean A. Brady

Address: 180 E. Ocean Blvd., Suite 200, Long Beach, CA 90802

Telephone number(s): 562-216-4444

Email(s): cmichel@michellawyers.com; sbrady@michellawyers.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                     *1*                          *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

## **Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

## **Appellees**

Name(s) of party/parties:

R & S Firearms, Inc., d/b/a/ Sam's Shooters Emporium; and California Rifle & Pistol Association, Incorporated, a California corporation

Name(s) of counsel (if any):

C.D. Michel
Sean A. Brady

Address: 180 E. Ocean Blvd., Suite 200, Long Beach, CA 90802

Telephone number(s): 562-216-4444

Email(s): cmichel@michellawyers.com; sbrady@michellawyers.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                    2                    *New 12/01/2018*

# CERTIFICATE OF SERVICE

Case Name:   **Rhode v. Becerra**                     No.   **3:18-cv-00802 BEN JLB**

I hereby certify that on <u>April 24, 2020</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF APPEAL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>April 24, 2020</u>, at Sacramento, California.


| Tracie L. Campbell | */s/ Tracie Campbell* |
|:---:|:---:|
| Declarant | Signature |

SA2018101286
34025089.docx