# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: **Southern District of California**

U.S. District Court case number: **18-cv-00802-BEN-JLB**

Date case was first filed in U.S. District Court: **04/27/2018**

Date of judgment or order you are appealing: **04/23/2020**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☒ Yes   ☐ No   ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Xavier Becerra, in his official capacity as Attorney General of the State of California

Is this a cross-appeal? ☐ Yes ☒ No

If Yes, what is the first appeal case number? 

Was there a previous appeal in this case? ☐ Yes ☒ No

If Yes, what is the prior appeal case number? 

Your mailing address:

1300 I Street, Suite 125

P.O. Box 944255

City: Sacramento   State: CA   Zip Code: 94244-2550

Prisoner Inmate or A Number (if applicable): 

Signature: /s/ Nelson Richards   Date: 04/24/2020

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                                     *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Xavier Becerra, in his official capacity as Attorney General of the State of California

Name(s) of counsel (if any):

> Nelson Richards

Address: 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550

Telephone number(s): 916-210-7867

Email(s): nelson.richards@doj.ca.gov

Is counsel registered for Electronic Filing in the 9th Circuit?  ● Yes  ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Kim Rhode; Gary Brennan; Cory Henry; Edward Johnson; Scott Lindemuth; Richard Ricks; Denise Welvang; Able's Sporting, Inc.; AMDEP Holdings, LLC, d/b/a Ammunition Depot; [continued on next page]

Name(s) of counsel (if any):

> C.D. Michel
> Sean A. Brady

Address: 180 E. Ocean Blvd., Suite 200, Long Beach, CA 90802

Telephone number(s): 562-216-4444

Email(s): cmichel@michellawyers.com; sbrady@michellawyers.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 6                                    1                            New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

R & S Firearms, Inc., d/b/a/ Sam's Shooters Emporium; and California Rifle & Pistol Association, Incorporated, a California corporation

Name(s) of counsel (if any):

C.D. Michel
Sean A. Brady

Address: 180 E. Ocean Blvd., Suite 200, Long Beach, CA 90802

Telephone number(s): 562-216-4444

Email(s): cmichel@michellawyers.com; sbrady@michellawyers.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6         2         *New 12/01/2018*

# CERTIFICATE OF SERVICE

Case Name:  **Rhode v. Becerra**            No.   **3:18-cv-00802 BEN JLB**

I hereby certify that on April 24, 2020, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF APPEAL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 24, 2020, at Sacramento, California.

|  |  |
|---|---|
| Tracie L. Campbell | */s/ Tracie Campbell* |
| Declarant | Signature |

SA2018101286
34025089.docx