| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | APR 24 2020 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

KIM RHODE; et al.,

        Plaintiffs-Appellees,

 v.

XAVIER BECERRA, in his official capacity as Attorney General of the State of California,

        Defendant-Appellant.

No.   20-55437

D.C. No. 3:18-cv-00802-BEN-JLB
Southern District of California, San Diego

ORDER

Before: MURGUIA and BENNETT, Circuit Judges.

The court has received appellant's emergency motion for a stay. The request for an immediate administrative stay is granted. The district court's April 23, 2020 preliminary injunction order is temporarily stayed pending further court order.

The court will address the emergency stay motion by separate order.

AC/MOATT