| UNITED STATES COURT OF APPEALS | **FILED** |
|---|---|
| FOR THE NINTH CIRCUIT | MAY 13 2020 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

KIM RHODE; et al.,

    Plaintiffs-Appellees,

 v.

XAVIER BECERRA, in his official capacity as Attorney General of the State of California,

    Defendant-Appellant.

No.   20-55437

D.C. No. 3:18-cv-00802-BEN-JLB
Southern District of California, San Diego

ORDER

Before: SILVERMAN, NGUYEN, and COLLINS, Circuit Judges.

The opposed motion for an extension of time to file the opening brief and excerpts of record (Docket Entry No. 9) is granted. The opening brief and excerpts of record are due June 12, 2020. The answering brief is due within 28 days after service of the opening brief. The optional reply brief is due within 21 days after service of the answering brief. *See* 9th Cir. R. 3-3(b).

AC/MOATT