|  | **FILED** |
|---|---|
| UNITED STATES COURT OF APPEALS | NOV 16 2020 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

KIM RHODE; et al.,

        Plaintiffs-Appellees,

 v.

XAVIER BECERRA, in his official capacity as Attorney General of the State of California,

        Defendant-Appellant.

No. 20-55437

D.C. No. 3:18-cv-00802-BEN-JLB
Southern District of California, San Diego

ORDER

Before: PARKER,[*] WATFORD, and BUMATAY, Circuit Judges.

The parties are directed to file supplemental briefs addressing the constitutionality of the Basic Check in its own right. Defendant-Appellant's supplemental brief shall be filed no later than 30 days after entry of this order. Plaintiffs-Appellees' supplemental brief shall be filed no later than 30 days after Defendant-Appellant's supplemental brief is filed. The briefs shall not exceed 7,000 words.

---

     [*]    The Honorable Barrington D. Parker, Jr., United States Circuit Judge for the U.S. Court of Appeals for the Second Circuit, sitting by designation.