UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 19 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KIM RHODE; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> MATTHEW RODRIQUEZ, in his official capacity as Acting Attorney General of the State of California, <br><br> Defendant-Appellant.* | No. 20-55437 <br><br> D.C. No. 3:18-cv-00802-BEN-JLB <br> Southern District of California, San Diego <br><br> ORDER |

Before: PARKER,** WATFORD, and BUMATAY, Circuit Judges.

Resolution of this appeal may be impacted by the en banc proceedings in *Duncan v. Becerra*, No. 19-55376. Accordingly, submission is vacated and this appeal shall be held in abeyance pending issuance of the mandate in *Duncan*.

---

\* The Clerk shall amend the docket to reflect the above caption. *See* Fed. R. App. P. 43(c).

\*\* The Honorable Barrington D. Parker, Jr., United States Circuit Judge for the U.S. Court of Appeals for the Second Circuit, sitting by designation.