FILED

JUN 24 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KIM RHODE; et al., | No.   20-55437 |
| Plaintiffs-Appellees, | D.C. No. 3:18-cv-00802-BEN-JLB |
| v. | Southern District of California, San Diego |
| ROB BONTA,* in his official capacity as Attorney General of the State of California, | ORDER |
| Defendant-Appellant. | |

Before:  PARKER,** WATFORD, and BUMATAY, Circuit Judges.

The panel's previous order, issued March 19, 2021, holding this appeal in abeyance pending issuance of the mandate in *Duncan v. Becerra*, No. 19-55376, is vacated.  The parties are directed to file supplemental briefing in light of the Supreme Court's decision in *New York State Rifle & Pistol Association, Inc. v. Bruen*, No. 20-843.  Defendant-Appellant's supplemental brief shall be filed no later than 30 days after entry of this order and shall not exceed 10,000 words. Plaintiffs-Appellees' supplemental brief shall be filed no later than 30 days after Defendant-Appellant's supplemental brief is filed and shall not exceed 10,000

---

\*     Pursuant to Federal Rule of Appellate Procedure 43(c)(2), Rob Bonta is substituted for his predecessor, Xavier Becerra, as Attorney General.

\*\*     The Honorable Barrington D. Parker, Jr., United States Circuit Judge for the U.S. Court of Appeals for the Second Circuit, sitting by designation.

words. Defendant-Appellant may file an optional supplemental reply brief, which shall not exceed 5,000 words, no later than 21 days after Plaintiffs-Appellees' supplemental brief is filed.