ROB BONTA
Attorney General of California
P. PATTY LI
Supervising Deputy Attorney General
JOHN D. ECHEVERRIA
Deputy Attorney General
ANTHONY P. O'BRIEN
Deputy Attorney General
State Bar No. 232650
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6002
  Fax: (916) 324-8835
  E-mail: Anthony.OBrien@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as California Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KIM RHODE, et al.,** | 3:18-cv-00802-BEN-JLB |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | |
| **ROB BONTA, in his official capacity as Attorney General of the State of California,** | |
| Defendants. | |

/ / /

/ / /

1

Defendant, Rob Bonta, in his official capacity as Attorney General of the State of California, hereby files this Notice of Appearance to inform the Court of assigned counsel as follows:

> Anthony P. O'Brien, Deputy Attorney General
> 1300 I Street, Suite 125
> P.O. Box 944255
> Sacramento, CA 94244-2550
> Telephone: (916) 210-6002
> E-mail: Anthony.OBrien@doj.ca.gov

Dated: December 5, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California
P. PATTY LI
Supervising Deputy Attorney General
JOHN D. ECHEVERRIA
Deputy Attorney General

*/s/ Anthony P. O'Brien*
ANTHONY P. O'BRIEN
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as California Attorney General*

SA2018101286
Notice of Appearance O'BRIEN 12.5.22.docx

## CERTIFICATE OF SERVICE

Case Name:  **Rhode v. Bonta**              No.   **3:18-cv-00802-BEN-JLB**

I hereby certify that on December 5, 2022, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### NOTICE OF APPEARANCE

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on December 5, 2022, at Sacramento, California.

| Eileen A. Ennis | *Eileen A. Ennis* |
|---|---|
| Declarant | Signature |

SA2018101286
36757844.docx