
ROB BONTA
Attorney General of California
P. PATTY LI
Supervising Deputy Attorney General
ANTHONY P. O'BRIEN
Deputy Attorney General
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3479
  Fax:  (415) 703-1234
  E-mail:  John.Echeverria@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as California Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KIM RHODE, et al.,**<br><br>                        Plaintiffs,<br><br>    v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California,**<br><br>                        Defendants. | Case No. 3:18-cv-00802-BEN-JLB<br><br>**NOTICE OF APPEARANCE** |

/ / /

/ / /

Defendant Rob Bonta, in his official capacity as Attorney General of the State of California, hereby files this Notice of Appearance to inform the Court of additional assigned counsel for Defendant as follows:

> John D. Echeverria, Deputy Attorney General
> 455 Golden Gate Avenue, Suite 11000
> San Francisco, CA 94102-7004
> Telephone: (415) 510-3479
> E-mail: John.Echeverria@doj.ca.gov

Dated: December 5, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California
P. PATTY LI
Supervising Deputy Attorney General
ANTHONY P. O'BRIEN
Deputy Attorney General

*s/ John D. Echeverria*
JOHN D. ECHEVERRIA
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as California Attorney General*

## CERTIFICATE OF SERVICE

Case Name:  *Rhode, et al vs. Rob Bonta*     Case No.  **3:18-cv-00802-BEN-JLB**

I hereby certify that on December 5, 2022, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF APPEARANCE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be electronically accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct.

Executed on December 5, 2022, at San Francisco, California.

|  Vanessa Jordan  |  *Vanessa Jordan*  |
|:---:|:---:|
|  Declarant  |  Signature  |