*Rhode v. Bonta*, No. 3:18-cv-00802-BEN-JLB
**Defendant's Survey of Relevant Statutes (Pre-Founding–1888)[1, 2]**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Repeal Status | Judicial Review |
|---|---|---|---|---|---|---|---|
| 1 | 1403 | England | 4 Hen 4, c.29 | Prohibited the use of armor or arms in sensitive places by people not allowed by the King. | Arms; Armor | | |
| 2 | 1619 | Virginia | 1619: Laws enacted by the First General Assembly of Virginia 70, reprinted in H. R. McIlwaine and John P. Kennedy, eds., Journals of the House of Burgesses of Virginia, vol. 1 (Richmond, 1905), 9-14 | Prohibited selling or giving "Indians" arms or ammunition. Punishable by hanging. | Piece; Shot; Powder; Arms | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 3 | 1633 | Massachusetts | The Charters and General Laws of the Colony and Province of Massachusetts 133 (1814) | Prohibited the possession, trade, sale, and repair of guns, ammunition, armor, and weapons generally for "any Indian" enforced by fine. | Gun; Powder; Bullets; Shot; Lead; Armour; Weapons | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 4 | 1633 | Virginia | 1633 Va. Acts 219, Acts Made by the Grand Assembly, Holden at James City, August | Prohibited the sale of firearms, powder, shot, or | Gun; Powder; Shot; | Unconstitutional under the Thirteenth and/or Fourteenth | |

[1] In compliance with the Court's Order dated December 15, 2022 (Dkt. 77), Defendant created this survey of statutes, laws, and regulations that Defendant has determined are relevant to this action. Plaintiffs disagree that nearly all of those statutes, laws, and regulations are relevant to the historical analysis required in this case, and in compliance with the Court's December 15 Order, the chart reflects Plaintiffs' position regarding the relevance of each law.

[2] The surveys have been filed in compliance with the Court's Order directing the parties to identify all relevant laws, statutes, and regulations from the time of the Second Amendment to twenty years after adoption of the Fourteenth Amendment. In compliance with that Order and in recognition of the historical inquiry mandated by *Bruen*, the spreadsheets identify hundreds of relevant firearms laws, some of which were drafted well before the Thirteenth Amendment's abolition of slavery and the Fourteenth Amendment's Equal Protection Clause. While our subsequent briefing, as ordered by the Court, will explain in more detail the historical context and relevance of such laws, the Attorney General emphasizes his strong disagreement with racial and other improper discrimination that existed in some such laws, and which stand in stark contrast to California's commonsense firearm laws, which are designed to justly and equitably protect all Californians. The listing of such racist and discriminatory statutes should in no way be construed as an endorsement of such laws by the Attorney General or his counsel in this matter.

*Rhode v. Bonta*, No. 3:18-cv-00802-BEN-JLB
**Defendant's Survey of Relevant Statutes (Pre-Founding–1888)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Repeal Status | Judicial Review |
|---|---|---|---|---|---|---|---|
| | | | 21st, 1633, An Act that No Arms or Ammunition Be Sold to the Indians, Act X | ammunition to "any Indians." | Arms; Ammunition | Amendments to the U.S. Constitution | |
| 5 | 1639 | New Jersey | 1639 N.J. Laws 18, Ordinance of the Director and Council of New Netherland, Prohibiting the Sale of Firearms . . . to Indians | Prohibited the sale of firearms, and ammunition to "Indians" punishable by death.  Informants of violations eligible for monetary reward. | Gun; Powder; Lead | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 6 | 1639 | Virginia | 1639 Va. Acts 226, Acts of January 6th, 1639, Act X | Prohibited "negroes" from being provided with arms and ammunition, punishible by fine. | Arms; Ammunition | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 7 | 1639 | Virginia | 1639 Va. Acts 224, Acts of January 6th, 1639, Act XVII | Prohibited bartering with "the Indians" for arms and ammunition. | Firearms; Arms; Ammunition | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 8 | 1642 | Virginia | 1642 Va. Acts 255, Acts of March 2nd, 1642, Act XXII | Prohibited the sale of piece, powder and shot to "any Indian" punishable by imprisonment or fine. | Piece; Powder; Shot | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 9 | 1645 | New York | 1645 N.Y. Laws 47, By the Director and Council of New Netherland Further Prohibiting the Sale of Firearms, etc., to Indians | Prohibited the selling and bartering of firearms and ammunition with "the Indians." | Gun; Powder; Lead; Ammunition | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 10 | 1647 | Massachusetts | 1647: Laws and Liberties of Massachusetts, reprinted in *The Laws and Liberties of* | Prohibited the repairing, selling, and giving of "any Indian" a gun, ammunition, | Firearms; | Unconstitutional under the Thirteenth and/or Fourteenth | |

*Rhode v. Bonta*, No. 3:18-cv-00802-BEN-JLB
Defendant's Survey of Relevant Statutes (Pre-Founding–1888)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Repeal Status | Judicial Review |
|---|---|---|---|---|---|---|---|
| | | | *Massachusetts* 28 (Harvard Univ. Press 1929) | or armour, punishable by fine. | Guns; Ammunition; Armour | Amendments to the U.S. Constitution | |
| 11 | 1647 | Rhode Island | 1647 Acts & Orders 39 | Prohibited the giving, selling, repairing guns, ammunition, or weapons to or for "the Indians." | Powder; Shot; Lead; Gun; Pistol; Sword; Dagger; Halberd; Pike | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 12 | 1656 | New York | Laws and Ordinances of New Netherland, 1638–74, 234–35 (1868) | Prohibited "any Indians" with guns from entering houses. | Gun | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 13 | 1657 | Virginia | William Waller Hening, 1 The Statutes at Large; Being a Collection of All the Laws of Virginia 441 (1808) | Prohibited the giving or selling piece, powder, or shot to "any Indian," subject to imprisonment and seizure of property. | Piece; Powder; Shot | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 14 | 1662 | England | 1662 Militia Act, 8 Danby Pickering, The Statutes at Large, from the Twelfth Year of King Charles II, to the Last Year of King James II 40 (1763) | Ordered the king's agents to search for and seize all arms in the custody or possession of any person "judge[d] dangerous to the peace of the kingdom." | Arms | | |
| 15 | 1662 | England | 14 Car. II c.3 (1662) | Ordered deputy lieutenants to seize arms from any person "judge[d] dangerous | Arms | | |

*Rhode v. Bonta*, No. 3:18-cv-00802-BEN-JLB
Defendant's Survey of Relevant Statutes (Pre-Founding–1888)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Repeal Status | Judicial Review |
|-----|-------------------|--------------|----------|--------------------------|-----------------------|---------------|-----------------|
| | | | | to the Peace of the Kingdom." | | | |
| 16 | 1663 | Massachusetts | Ch. 58, § 2 (1633), Charters and General Laws of the Colony and Province of Massachusetts Bay 132, 133 (1814) | Prohibited the sale or barter of guns and ammunition to "any Indian." | Gun; Powder; Bullets; Shot; Lead; Ammunition | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 17 | 1664 | New York | 2 The Colonial Laws of New York from the Year 1664 to the Revolution 687 (James B. Lyon ed., 1894) | Prohibited "any slave" from possessing or using any gun, pistol, sword, club, or any other kind of dangerous weapon not in the presence of their master. | Gun; Pistol; Sword; Club; Weapon | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 18 | 1665 | Connecticut | The Public Records of the Colony of Connecticut, Prior to the Union with New Haven Colony, May, 1665 (1850) | Prohibited the repairing, selling, and giving "any Indian" a gun or ammunition, punishable by fine. | Gun; Gunpowder; Shot; Lead; Mold; Military Weapons; Armor; Ammunition | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 19 | 1665 | Connecticut | The Public Records of the Colony of Connecticut, Prior to the Union with New Haven Colony, May, 1665 (1850) | Prohibited the selling of a gun, pistol, or any instrument of war to any "Dutch or French men." | Guns; Pistols; Instrument of war | | |
| 20 | 1671 | England | 22 & 23 Car. 2, ch. 25 (1671) | Prohibited any person "not having Lands and Tenements of the clear yearly value of One | Gun | | |

*Rhode v. Bonta*, No. 3:18-cv-00802-BEN-JLB
Defendant's Survey of Relevant Statutes (Pre-Founding–1888)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Repeal Status | Judicial Review |
|---|---|---|---|---|---|---|---|
| | | | | hundred pounds" from firearm possession. | | | |
| 21 | 1676 | Massachusetts | Records of The Colony of New Plymouth in New England 173 (1856) | Prohibited the selling, bartering, and giving of arms or ammunition to "any Indian," punishable by death. | Gun; Ammunition | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 22 | 1676 | Pennsylvania | Charter to William Penn, And Laws of the Province of Pennsylvania, Passed Between the Years 1682 and 1700 32 (1879) | Prohibited the giving, selling, or bartering guns, ammunition, armour, or boats and the repair of guns to "any Indian," punishable by fine. | Gun; Powder; Bullet; Shot; Lead; Armor; Weapons | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 23 | 1677 | Rhode Island | Records of the Colony of Rhode Island and Providence Plantations, in New England 561 (1857) | Required seizure of guns and ammunition from "any Indian." | Gun; Ammunition | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 24 | 1680 | New York | The Colonial Laws of New York from the Year 1664 to the Revolution . . ., at 40-41 (1896) | Prohibited the giving or selling to, or bartering with, "any Indian," or repairing guns and ammunition of "any Indian," punishable by fine. | Gun; Powder; Bullet; Shot; Lead; Armor; Weapons | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 25 | 1689 | England | English Bill of Rights of 1689, 1 Wm. & Mary ch. 2, § 7 | Provided a right for Protestants to have "Arms for their Defence suitable to their conditions and as allowed by law." | N/A | | |

5

*Rhode v. Bonta*, No. 3:18-cv-00802-BEN-JLB
Defendant's Survey of Relevant Statutes (Pre-Founding–1888)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Repeal Status | Judicial Review |
|---|---|---|---|---|---|---|---|
| 26 | 1689 | England | An Act for the Better Securing the Government by Disarming Papists and Reputed Papists, 1 W. & M., Sess. 1, ch. 15 (Eng. 1688) | Prohibition on Catholics from possessing firearms and ammunition unless an oath renouncing their faith was taken. | Firearms; Arms; Weapons; Gunpowder; Ammunition | | |
| 27 | 1694 | New Jersey | The Grants, Concessions, and Original Constitutions of the Province of New Jersey 341 (1881) | Prohibition on "slaves" from carrying a firearm into the woods, punishable by fine. | Gun; Pistol; Dog | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 28 | 1700 | Delaware | "Chapter XLIII An Act for the trial of Negroes, Section 6," Laws of the State of Delaware 104 | Prohibited "any Negro or Mulatto slave" from carrying weapons without the master's license. | Gun; Sword; Pistol; Fowling-piece; Club; Arms; Weapons | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 29 | 1712 | New York | "An Act for Preventing, Suppressing, and Punishing the Conspiracy and Insurrection of Negroes, and other Slaves," Acts of Assembly, Passed in the Province of New York, From 1691, to 1718, at 144 (London, 1719) | Prohibition on "any Negro, Indian, Mulatto Slave" from having or using any gun or pistol outside of their master's presence. | Gun; Pistol | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 30 | 1713 | Maryland | "Laws of Maryland, 1713; Ch. 44, Sect. 32," The Black Code of the District of Columbia in Force September 1st, 1848, at 11 (New York, 1848) | Prohibition on "Negro or other slave" from carrying a gun or offensive weapon of their master's land. | Gun; Weapons | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |

*Rhode v. Bonta*, No. 3:18-cv-00802-BEN-JLB
**Defendant's Survey of Relevant Statutes (Pre-Founding–1888)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Repeal Status | Judicial Review |
|---|---|---|---|---|---|---|---|
| 31 | 1715 | Maryland | 1715 Md. Laws 117, An Act for the Speedy Trial of Criminals, and Ascertaining Their Punishment in the County Courts When Prosecuted There, and For Payment of Fees Due From Criminal Persons, ch. 26, § 32 | Prohibited "any negro or other slave" from carrying any gun or offensive weapon off their master's land without a ticket. | Gun; Weapons | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 32 | 1723 | Connecticut | Acts and Laws Passed by the General Court or Assembly of His Majesties Colony of Connecticut in New-England 292 | Prohibited the prosecution of "any Indian" for gun or ammunition except by a particular Court, requiring the guns be forfeited. | Firearms; Guns; Ammunition | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 33 | 1723 | Connecticut | 1723 Conn. Acts 292, An Act for Preventing Lending Guns, Ammunition etc. to the Indians | Prohibited giving or selling "any Indian" guns and ammunition. | Gun; Ammunition | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 34 | 1729 | North Carolina | 1715-55 N.C. Sess. Laws 36, An Additional Act to an Act for Appointing Toll-Books, and for Preventing People from Driving Horses, Cattle, or Hogs to Other Persons' Lands, ch. 5, § 7 | Prohibited "slaves" to hunt on any person's land besides their master's with any weapon. | Gun; Dog; Weapons | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 35 | 1739 | South Carolina | Acts Passed by the General Assembly of South Carolina, An Act for the better Ordering and Governing Negroes and Other Slaves in this Province 11-12 | Required any "Negro of Slave" to have a ticket to use a firearm that must be renewed every month. | Firearms; Weapon | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |

*Rhode v. Bonta*, No. 3:18-cv-00802-BEN-JLB
**Defendant's Survey of Relevant Statutes (Pre-Founding–1888)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Repeal Status | Judicial Review |
|---|---|---|---|---|---|---|---|
| 36 | 1740 | South Carolina | 1731-43 S.C. Acts 168, § 23 | Prohibited any "negro or slave" from possessing or using firearms or weapons without a ticket or license from their master, punishable by seizure of weapons. | Firearms; Gun; Weapons; Cutlass; Pistol | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 37 | 1750 | New Jersey | 1750-1756 N.J. Laws 444, An Act Regulating Taverns, Ordinaries, Inn Keepers and Retailers of Strong Liquors, ch. 112, § 4 | Prohibited "any Negro or Mulatto Slave" from being off their master's property with a gun on the Lord's Day after nine in the evening. | Gun | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 38 | 1755 | Georgia | The Colonial Records of the State of Georgia Vol. XVIII, Statutes Enacted by the Royal Legislature of Georgia from its First Session in 1754 to 1768 117-18 (Allen D. Candler eds., 1910) | Requirement that "any Slave" have a ticket to use a firearm that must be renewed every month, subject to seizure. | Firearms; Arms; Weapons | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 39 | 1756 | South Carolina | Statutes at Large of South Carolina 31 | Prohibited "Acadians" from using a firearm or other offensive weapon and allowed people to seize such weapons. | Firearms; Weapons | Unconstitutional under the Fourteenth Amendment to the U.S. Constitution | |
| 40 | 1756 | Virginia | 7 William Waller Hening, The Statutes at Large; a Collection of all the Laws of Virginia 35 (1820) | Prohibited Catholics from being armed and requiring oaths of allegiance and supremacy in front of justices of the peace. | Arms | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 41 | 1763 | Maryland | 1757-68 Md. Acts 53, An Act for Prohibiting All Trade with | Prohibited the selling and giving to "any Indian | Gunpowder; Shot; | Unconstitutional under the Thirteenth | |

*Rhode v. Bonta*, No. 3:18-cv-00802-BEN-JLB
Defendant's Survey of Relevant Statutes (Pre-Founding–1888)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Repeal Status | Judicial Review |
|---|---|---|---|---|---|---|---|
| | | | the Indians, for the Time Therein Mentioned, ch. 4, § 3 | Woman" any gunpowder or to "any Indian Man" more than one pound of gunpowder, punishable by fine. | Lead | and/or Fourteenth Amendments to the U.S. Constitution | |
| 42 | 1763 | Pennsylvania | Ch. 506, § 1, 1763 Pa. Laws at 319–20 | Prohibited the giving, selling, bartering guns, ammunition, or warlike equipment to "any Indian," punishable by fine or imprisonment. | Gun; Gunpowder; Shot; Bullets; Lead; War-like stores | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 43 | 1765 | Georgia | The Colonial Records of the State of Georgia Vol. XVIII, Statutes Enacted by the Royal Legislature of Georgia from its First Session in 1754 to 1768, An Act for the Better Ordering and Governing Negroes 668. (Allen D. Candler eds., 1910) | Required that "any Slave" have a ticket to use a firearm that must be renewed every month. | Firearms; Arms; Weapons | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 44 | 1768 | Georgia | A Digest of the Laws of the State of Georgia. From Its First Establishment as a British Province Down to the Year 1798 . . ., at 153-54 (1800) | Prohibited "any slave" from possessing firearms, ammunition, or weapons without a ticket from their master or a white person over the age of sixteen present and any time after sunset on Saturday but before sunrise Monday morning. | Firearms; Gun; Cutlass; Pistol; Ammunition; Weapons | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 45 | 1769 | England | 1 Blackstone ch. 1 (1769) | Recognized the "fifth and last auxiliary right," which provided that Protestant | N/A | | |

**Rhode v. Bonta**, No. 3:18-cv-00802-BEN-JLB
**Defendant's Survey of Relevant Statutes (Pre-Founding–1888)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Repeal Status | Judicial Review |
|---|---|---|---|---|---|---|---|
| | | | | subjects had the right to "arms for their defence, suitable to their condition and degree, and such as are allowed by law." | | | |
| 46 | 1769 | Massachusetts | A Collection of Original Papers Relative to The History of the Colony of Massachusetts-Bay 492 (1769) | Prohibited the selling or bartering guns, ammunition, and swords to "any Indian," punishable by fine. | Firearms; Gun; Ammunition; Sword; Powder; Shot | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 47 | 1776 | Massachusetts | Act of Mar. 14, 1776, ch. VII, 1775-76 Mass. Act 31–32, 35 | Recommended the disarming of persons who are "notoriously disaffected to the cause of America, or who refuse to associate to defend by arms the United American Colonies." | Firearms; Arms; Ammunition | | |
| 48 | 1776 | Pennsylvania | 1776 Pa. Laws 11, An Ordinance Respecting the Arms of Non-Associators, § 1 | Authorized officers to collect all arms in the hands of "non-associators". | Firearms; Arms | | |
| 49 | 1776 | South Carolina | An Act to Prevent Sedition, and Punish Insurgents and Disturbers of the Public Peace, 4 Statutes at Large of South Carolina 343-44 (Columbia 1838) | Prohibited any person to "take up arms with a hostile intent." | Arms | | |
| 50 | 1777 | Pennsylvania | 1777 Pa. Laws 61 An Act, obliging the male white inhabitants of this state to give assurances of allegiance to the same, and for other purposes | Required an oath of allegiance; refusal of which punishable by disarming. | Firearms; Arms; Ammunition | | |

**Rhode v. Bonta**, No. 3:18-cv-00802-BEN-JLB
**Defendant's Survey of Relevant Statutes (Pre-Founding–1888)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Repeal Status | Judicial Review |
|---|---|---|---|---|---|---|---|
| | | | therein mentioned, ch. XXI, §§ 2, 4 | | | | |
| 51 | 1777 | Virginia | Act of May 5, 1777, ch. 3, in 9 Hening's Statute at Large 281, 281-82 (1821) | Required any "free male inhabitants of this state above a certain age" to take an oath of allegiance to the state. | Firearms; Arms; Ammunition | | |
| 52 | 1778 | Pennsylvania | 1778 Pa. Laws 123, An act for the further security of the government, ch. LXI, §§ 1–3, 5, 10 | Required an oath of allegiance; refusal of which punishable by disarming. | Firearms; Arms; Ammunition | | |
| 53 | 1779 | Pennsylvania | The Acts of the General Assembly of the Commonwealth of Pennsylvania 193 (1782); 1779 Pa. Laws 193, An Act. . . for Disarming Persons Who Shall Not Have Given Attestations of Allegiance and Fidelity to this State, §§ 4-5 | Prohibited firearm possession for people "disaffected to the liberty and independence" of the state, empowered officers to disarm any person who did not take an oath. | Firearms; Ammunition | | |
| 54 | 1787 | Massachusetts | Act of Feb. 16, 1787, ch. VI, 1787 Mass. Acts 555 | Required persons against the Government to deliver their arms to a justice of the peace and "subscribe the oath of allegiance to this Commonwealth." | Arms | | |
| 55 | 1792 | Virginia | Collection of All Such Acts of the General Assembly of Virginia, of a Public and Permanent Nature, as Are Now in Force . . ., at 187 (1803) | Prohibited any "negro or mulatto" from possessing any gun, ammunition. | Firearms; Guns; Ammunition; Weapons | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |

*Rhode v. Bonta*, No. 3:18-cv-00802-BEN-JLB
**Defendant's Survey of Relevant Statutes (Pre-Founding–1888)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Repeal Status | Judicial Review |
|---|---|---|---|---|---|---|---|
| 56 | 1797 | Delaware | 1797 Del. Laws 104, An Act for the Trial of Negroes, ch. 43, § 6 | Prohibited "any Negro or Mulatto slave" from possessing any gun, ammunition, or weapon without their master's license. | Firearms; Guns; Swords; Clubs; Weapons; Ammunition | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 57 | 1798 | Kentucky | 1798 Ky. Acts 106, § 5 | Prohibited any "Negro, mulatto, or Indian" from possessing any gun, ammunition. | Firearms; Guns; Clubs; Ammunition; Weapons | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 58 | 1798 | New Jersey | Charles Nettleton, Laws of the State of New-Jersey, at 370-71 (1821) | Prohibited "any negro or other slave" from hunting or carrying a gun on the first day of the week, or Sunday subject to imprisonment. | Firearms; Guns | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 59 | 1799 | Mississippi [Territory] | 1799 Miss. Laws 113, A Law for the Regulation of Slaves | Prohibited any "negro or mulatto" from possessing or carrying firearms, guns, ammunition or weapons. | Firearms; Guns; Ammunition; Weapon | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 60 | 1801 | District of Columbia | "Ordinances of the Corporation of Georgetown, 1801, October 24th, Sect. 2", The Black Code of the District of Columbia in Force September 1st, 1848 50 (New York, 1848) | Prohibited "any servant or slave" from shooting any gun or other firearms. | Firearms; Gun | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 61 | 1804 | Indiana [Territory] | 1804 Ind. Acts 108, A Law Entitled a Law Respecting Slaves, § 4 | Prohibited "any slave or mulatto" from keeping or carrying any gun, powder, | Gun; Powder; Shot; | Unconstitutional under the Thirteenth and/or Fourteenth | |

*Rhode v. Bonta*, No. 3:18-cv-00802-BEN-JLB
**Defendant's Survey of Relevant Statutes (Pre-Founding–1888)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Repeal Status | Judicial Review |
|---|---|---|---|---|---|---|---|
| | | | | shot, club, or any other weapon or ammunition. | Club; Weapons; Ammunition | Amendments to the U.S. Constitution | |
| 62 | 1804 | Mississippi [Territory] | 1804 Miss. Laws 90-91, An Act Respecting Slaves, § 4 | Prohibited any "Slave" from keeping or carrying any gun, powder, shot, club, weapon, or ammunition. | Gun; Powder; Shot; Club; Weapons; Ammunition | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 63 | 1805 | Alabama [Territory] | Harry Toulmin, A Digest of the Laws of the State of Alabama . . . 627 (1823) | Prohibited any "slave" from keeping or carrying any gun, powder, shot, club, weapon, or ammunition. | Gun; Powder; Shot; Club; Weapons; Ammunition | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 64 | 1805 | Virginia | 1805 Va. Acts 51, An Act Concerning Free Negroes and Mulatoes | Prohibited any "free negro or mulato" from carrying a firelock of any kind without a license from the court. | Firelock | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 65 | 1806 | Louisiana [Territory] | An Act prescribing the rules and conduct to be observed with respect to Negroes and other Slaves of this territory, in A General Digest of the Acts of the Legislature of Louisiana, Passed from the Year 1804 to 1827, . . . (1828) | Prohibited any person who keeps "slaves for the purpose of hunting" from delivering to any "slaves" any firearm for the purpose of hunting without permission. | Firearms | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 66 | 1806 | Maryland | 1806 Md. Laws 44, An Act to Restrain the Evil Practices Arising From Negroes Keeping Dogs, and to Prohibit | Prohibited "any negro or mulatto" from keeping a dog or gun, except any "free negro or mulatto" | Gun; Dog; Weapons | Unconstitutional under the Thirteenth and/or Fourteenth | |

13

*Rhode v. Bonta*, No. 3:18-cv-00802-BEN-JLB
Defendant's Survey of Relevant Statutes (Pre-Founding–1888)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Repeal Status | Judicial Review |
|---|---|---|---|---|---|---|---|
| | | | Them From Carrying Guns or Offensive Weapons, ch. 81 | who has a license for such purpose. | | Amendments to the U.S. Constitution | |
| 67 | 1806 | Virginia | 1806 Va. Acts 51, ch. 94 | Required any "free negro or mulatto" to obtain a license to keep or carry any kind of firelock, military weapon, powder, or lead. | Firelock; Military weapons; Powder; Lead | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 68 | 1807 | Mississippi [Territory] | Harry Toulmin, The Statutes of Mississippi Territory, Revised and Digested by the Authority of the General Assembly 593 (Natchez, 1807) | Prohibition for people to purchase and trade guns and hunting articles with "any Indian." | Gun; Article commonly used in hunting; Any instrument of husbandry; Cooking utensil | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 69 | 1818 | Missouri [Territory] | Henry S. Geyer, A Digest of the Laws of Missouri Territory. Comprising: An Elucidation of the Title of the United States to Louisiana 374 (1818) | Prohibition on any "slave or mulatto" from owning or carrying a gun, powder, shot, club, or other weapons. | Gun; Powder; Shot; Club; Weapons; Ammunition | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 70 | 1819 | Iowa – Borough of Vincennes [Territory] | Ordinances of the Borough of Vincennes, with the Act of Incorporation and Supplement Thereto Prefixed 54-55 (1820) | Prohibited "any negro or mulatto" from possessing "deadly weapons." | Weapons; Belt; Butcher-knife; Dirk; Sword; Pistol | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 71 | 1819 | Virginia | Ch. 111 §§ 7 & 8, 1 Va. Code 423 (1819) | Prohibited "free negro or mulatto" from keeping or carrying any kind of firelock, military weapon, powder, or lead without a license from a court. | Firelock; Military weapons; Powder; Lead | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |

*Rhode v. Bonta*, No. 3:18-cv-00802-BEN-JLB
**Defendant's Survey of Relevant Statutes (Pre-Founding–1888)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Repeal Status | Judicial Review |
|---|---|---|---|---|---|---|---|
| 72 | 1827 | Delaware | 1827 Del. Laws 153, An Act Concerning Crimes and Offenses Committed by Slaves, And For, The Security of Slaves Properly Demeaning Themselves, ch. 6, § 8 | Prohibited "any negro or mulatto slave" from carrying any gun, pistol, sword, dirk, or unusual or dangerous weapons or arms without special permission. | Gun; Pistol; Sword; Dirk; Unusual or dangerous weapons; Arms; | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 73 | 1828 | Florida [Territory] | An Act relating to Crimes and Misdemeanors Committed by Slaves, Free Negroes, and Mulattoes, in Compilation of the Public Acts of the Legislative Council of the Territory of Florida, Passed Prior to 1840, at 227 (John P. Duval ed., 1839) | Prohibited "any slave" from willfully or maliciously shooting any free white person with a gun. | Gun; Instrument | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 74 | 1831 | Tennessee | Acts 1741, c. 24, in 1 Statute Laws of the State of Tennessee of a Public & General Nature, 314 (1831) | Prohibited any "slave" from being armed with a gun, sword, club, or other weapon without a certificate from a court. | Gun; Sword; Club; Weapons | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 75 | 1831 | Tennessee | Tenn. Const., Art. I, § 26 (1834) | Establishes the right to keep and bear arms for the "free white men of this State." | Arms | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 76 | 1832 | Delaware | 1832 Del. Laws 208, A Supplement to an Act to Prevent the Use of Firearms by Free Negroes and Free | Prohibited "free negroes and free mulattoes" from having, owning, keeping, or possessing any gun, pistol, sword, or warlike | Gun; Pistol; Sword; Warlike instruments | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |

*Rhode v. Bonta*, No. 3:18-cv-00802-BEN-JLB
**Defendant's Survey of Relevant Statutes (Pre-Founding–1888)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Repeal Status | Judicial Review |
|---|---|---|---|---|---|---|---|
| | | | Mulattoes, and for Other Purposes, ch. 176, § 1 | instrument without permission of five or more citizens of the neighborhood. | | | |
| 77 | 1833 | Alabama | Digest of the Laws of the State of Ala. 391-92 (1833) | Prohibited any "slave" from keeping or carrying any gun or ammunition without permission from a justice of the peace. | Gun; Ammunition | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 78 | 1833 | Florida [Territory] | An Act concerning patrols, in Compilation of the Public Acts of the Legislative Council of the Territory of Florida, Passed Prior to 1840, at 65 (John P. Duval ed., 1839) | Prohibited "any slave, free negro, or mulatto" from keeping any firearm in the home. | Firearms; Weapons | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 79 | 1833 | Georgia | 1833 Ga. Laws 226, 228, § 7 | Prohibition for "any free person of colour" to own, use, or carry any firearms. | Firearms | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 80 | 1835 | Arkansas [Territory] | Slaves, in Laws of the Arkansas Territory 521 (J. Steele & J. M'Campbell, Eds., 1835) | Prohibited any "slave or mulatto" from possessing or carrying a gun, ammunition, or weapon. | Firearms; Guns; Ammunition; Weapons | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 81 | 1835 | South Carolina | William Rice, *A Digested Index of the Statute Law of South Carolina From the Earliest Period to the Year 1836, Inclusive* 356 (Charleston 1838) | Prohibited any "free negro or other free person of color" from carry firearms without a ticket. | Firearms | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |

**Rhode v. Bonta**, No. 3:18-cv-00802-BEN-JLB
**Defendant's Survey of Relevant Statutes (Pre-Founding–1888)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Repeal Status | Judicial Review |
|---|---|---|---|---|---|---|---|
| 82 | 1835 | Tennessee | 1835-36 Tenn. Pub. Acts 168, An Act to Amend the Penal Laws of the State, ch. 58, § 1 | Prohibited any "free person" from selling, loaning, or giving any gun, pistol, sword, or dirk to "any slave." | Firearms; Weapons | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 83 | 1836 | Arkansas | Ark. Const., Art. II, § 21 (1836) | Establishes the right to keep and bear arms for "the free white men of this State." | Arms | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 84 | 1837 | Arkansas | Revised Statutes of the State of Arkansas, Adopted at the October Session of the General Assembly of Said State 733-34 (1838) | Prohibited "any slave" from possessing any gun or weapon without written permission from their master. | Firearms; Guns; Weapons | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 85 | 1838 | Arkansas | Revised Statutes of the State of Arkansas, Adopted at the October Session of the General Assembly of Said State, A.D. 1837, at 733-34 (1838) | Prohibited any "free negro" from possessing or carrying a gun, ammunition, or weapon of any kind without a license. | Firearms; Guns; Weapons | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 86 | 1838 | Florida [Territory] | Fla. Const., Art. I, § 21 (1838) | Provided a right to keep and bear arms for "the free white men of this State." | Arms | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 87 | 1839 | Texas [Republic of Texas] | 1839 Tex. Gen. Laws 172, An Act Concerning Slaves, § 6 | Prohibited any "slave" from carrying firearms or weapons without the consent of his master. | Firearms; Guns; Weapons | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 88 | 1840 | North Carolina | James Iredell, A Digested Manual of the Acts of the | Prohibited "any free negro, mulatto, or free person of | Shotgun; Musket; | Unconstitutional under the Thirteenth | *State v. Newsom* |

**Rhode v. Bonta**, No. 3:18-cv-00802-BEN-JLB
**Defendant's Survey of Relevant Statutes (Pre-Founding–1888)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Repeal Status | Judicial Review |
|---|---|---|---|---|---|---|---|
| | | | General Assembly of North Carolina, from the Year 1838 to the Year 1846 . . . 73 (1847) | color" from carrying or possessing any shotgun, musket, rifle, pistol, sword, dagger, or bowie knife without a license from the Court of Pleas and Quarter Sessions of his or her country. | Rifle; Pistol; Sword; Dagger; Bowie knife | and/or Fourteenth Amendments to the U.S. Constitution | (N.C. 1844) (upheld) |
| 89 | 1840 | Texas [Republic of Texas] | 2 The Laws of Texas 1822-1897 . . . 172 (1898) | Prohibition on any "slave" from carrying a gun or other deadly weapon without the permission of their master. | Gun; Weapons | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 90 | 1841 | Delaware | 1841 Del. Laws 430, An Act Concerning Fees, ch. 368, § 1 | Set payment for Justices of the Peace to receive 25 cents for each license issued to "negroes" to keep a firearm. | Gun | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 91 | 1843 | Delaware | A Further Supplement to an Act Entitled "An Act to Prevent the Use of Fire-arms by Free Negroes and Free Mulattoes and for Other Purposes, § 1, 9 Del. Laws 552 (1843) | Repealed laws allowing the Justice of the Peace to license or permit a "free negro or free mulatto" to have, use, or possess a gun or fowling piece. | Gun; Fowling piece | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 92 | 1846 | North Carolina | James Iredell, A Digested Manual of the Acts of the General Assembly of North Carolina, from the Year 1838 to the Year 1846 . . . 75 (1847) | Prohibited selling or delivering firearms and weapons to "any slave, or slaves, any gun cotton, fire arms, swords, dirks or other side arms." | Gun; Firearms; Sword; Dirk; Sidearms | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |

*Rhode v. Bonta*, No. 3:18-cv-00802-BEN-JLB
**Defendant's Survey of Relevant Statutes (Pre-Founding–1888)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Repeal Status | Judicial Review |
|---|---|---|---|---|---|---|---|
| 93 | 1848 | Louisiana – Parish of East Feliciana | John C. White, Digest of the Laws and Ordinances of the Parish of East Feliciana, Adopted by the Police Jury of the Parish 68 (1848) | Prohibited any "slave" from carrying a gun off the plantation without the permission. | Gun | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 94 | 1850 | Kentucky | 1851 Ky. Acts 296, Of Dealing With Slaves and Suffering Them to go at Large, § 12 | Prohibited "any negro" from keeping or carrying a gun, weapon, powder, or shot. | Gun; Weapons; Powder; Shot | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 95 | 1853 | Kentucky – City of Louisville | Oliver H. Strattan, City Clerk A Collection of the State and Municipal Laws, in Force, and Applicable to the City of Louisville, Ky. . . . 175 (1857) | Prohibited the sale of gunpowder to minors under 15 years of age, "free colored persons," or "slaves" without permission from a parent, guardian, or master. | Gunpowder | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 96 | 1853 | Oregon [Territory] | Act of Jan. 16, 1854, § 1, 1854 Or. Laws 257 | Prohibited any "white citizen" to sell, barter, or give any kind of firearm or ammunition to "an Indian." | Firearms; Gun; Rifle; Pistol; Powder; Lead; Percussion caps; Ammunition | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 97 | 1854 | Missouri | 1854 Mo. Laws 1094, An Act Concerning Free Negros and Mulattoes, ch. 114, §§ 2-3 | Prohibited any "free negro or mulatto" from possessing or carrying any firelock, or weapon of any kind, or any ammunition without license from a Justice of the Peace. | Gun; Firelock; Weapons; Ammunition | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |

**Rhode v. Bonta**, No. 3:18-cv-00802-BEN-JLB
**Defendant's Survey of Relevant Statutes (Pre-Founding–1888)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Repeal Status | Judicial Review |
|-----|-------------------|--------------|----------|---------------------------|------------------------|----------------|-----------------|
| 98 | 1858 | New Mexico [Territory] | 1858-1859 N.M. Laws 68, An Act to Provide for the Protection of Property in Slaves in this Territory, ch. 26, § 7 | Prohibited any person to transfer to "any slave any sword, dirk, bowie-knife, gun, pistol or other fire arms, or any other kind of deadly weapon of offence, or any ammunition of any kind suitable for fire arms." | Firearms; Sword; Dirk; Bowie knife; Gun; Pistol | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 99 | 1859 | Kentucky | 1859 Ky. Acts 245, An Act to Amend an Act Entitled "An Act to Reduce to One of the Several Acts in Relation to the Town of Harrodsburg," § 23 | Prohibited "any slave or free person of color, any gun, pistol, bowie knife, slung shot, sword cane, or other weapon used for the purpose of offence or defence." | Pistol; Dirk; Bowie knife; Brass knuckles; Slungshot; Colt; Cane-gun; Weapons; Concealed weapons | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 100 | 1860 | Georgia | 1860 Ga. Laws 56, An Act to add an additional Section to the 13th Division of the Penal Code, making it Penal to Sell to or Furnish Slaves or Free Persons of Color, with Weapons of Offence and Defence; and for other Purposes therein mentioned, § 1 | Prohibited any person from selling or furnishing to any "minor, or slave, or free negro" "any pistol, dirk, bowie-knife, brass-knucks, slungshot, colt, cane-gun, or other deadly weapon, which is carried concealed." | Gun; Pistol; Bowie knife; Slungshot; Sword; Cane; Weapons | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 101 | 1860 | Kentucky | 1860 Ky. Acts 245, An Act to amend an act, entitled "An act to reduce into one the several | Prohibited any person from selling or furnishing to any "minor, or slave, or free negro" "any pistol, dirk, | Firearms; Weapons; Concealable Weapons | Unconstitutional under the Thirteenth and/or Fourteenth | |

*Rhode v. Bonta*, No. 3:18-cv-00802-BEN-JLB
**Defendant's Survey of Relevant Statutes (Pre-Founding–1888)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Repeal Status | Judicial Review |
|---|---|---|---|---|---|---|---|
| | | | acts in relation to the town of Harrodsburg, ch. 33, § 23 | bowie-knife, brass-knucks, slungshot, colt, cane-gun, or other deadly weapon, which is carried concealed." | | Amendments to the U.S. Constitution | |
| 102 | 1860 | North Carolina | 1860-1861 N.C. Sess. Laws 68, Pub. Laws, An Act to Amend Chapter 107, Section 66, of the Revised Code, Relating to Free Negroes Having Arms, ch. 34, § 1 | Prohibited "any free negro" from wearing or carrying or keeping in his house any "any shot gun, musket, rifle, pistol, sword, sword cane, dagger, bowie knife, powder or shot." | Shotgun; Musket; Rifle; Pistol; Sword; Cane; Dagger; Bowie knife; Powder; Shot | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 103 | 1863 | Delaware | 1863 Del. Laws 332, An Act in Relation to Free Negroes and Mulattoes, ch. 305, § 7 | Prohibited any "free negroes and free mulattoes" from possessing a gun, pistol, sword, or any other warlike instrument, punishable by fine or imprisonment. | Firearms; Guns; Weapons | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 104 | 1865 | Mississippi | *Laws of the State of Mississippi* (Jackson, Miss: J.J. Shannon & Sons, 1866), at 82-86, 91, 165 | Prohibited any "freedman, free negro or mulatto" from keeping or carrying any firearms, ammunition, dirk, or bowie knife. | Firearms; Ammunition; Dirk; Bowie knife | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |
| 105 | 1865 | South Carolina | Acts of the General Assembly of the State of South Carolina (Columbia, SC: Julian A. Selby, 1866), at 14-15, 34-44 | Prohibited any "[p]ersons of color" from being a part of the militia and from keeping a firearm, sword, | Firearm; Sword; Military weapon | Unconstitutional under the Thirteenth and/or Fourteenth Amendments to the U.S. Constitution | |

*Rhode v. Bonta*, No. 3:18-cv-00802-BEN-JLB
**Defendant's Survey of Relevant Statutes (Pre-Founding–1888)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Repeal Status | Judicial Review |
|-----|------------------|--------------|----------|--------------------------|----------------------|---------------|-----------------|
|  |  |  |  | or other military weapon without permission. |  |  |  |
| 106 | 1868 | Kansas | 1 General Statutes of the State of Kansas 329 (1876) | Prohibited possession of any firearm by "[a]ny person who is not engaged in any legitimate business, any person under the influence of intoxicating drink, and any person who has ever borne arms against the government of the United States." | Deadly weapons |  |  |
| 107 | 1881 | Florida | 1881 Fla. Laws 87, An Act to Prevent the Selling, Hiring, Bartering, Lending or Giving to Minors Under Sixteen Years of Age, or to any Person of Unsound Mind, Certain Fire-arms or other Dangerous Weapons, ch.. 3285, § 1-2 | Prohibition for persons to sell or give a pistol or firearm to a minor under 16 years of age or persons of unsound mind. | Pistol; Dirk; Arms; Weapons |  |  |