*Rhode v. Bonta*, No. 3:18-cv-00802-BEN-JLB
**Defendant's Survey of Relevant Statutes (1889–1930s)**[1,2]

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Repeal Status | Judicial Review |
|---|---|---|---|---|---|---|---|
| 108 | 1899 | Wyoming | 1899 Wyo. Sess. Laws 32-33, An Act for the Better Protection of the Game and Fish of this State . . ., ch. 19, § 14 | Allowed residents to receive hunting license for $1, non-residents to receive hunting license for $40. | Firearms | | |
| 109 | 1902 | New Jersey | 1902 N.J. Laws 780, An Act to Require Non-residents to Secure Licenses before Hunting or Gunning within the State of New Jersey and Providing Penalties for Violation of Its Provisions, ch. 263, § 1 | Imposed licensing requirement for non-residents of the state "to hunt and gun." | Firearms | | |
| 110 | 1903 | Pennsylvania | 1903 Pa. Laws 178, An Act Requiring non-resident hunters, and unnaturalized, foreign born, resident-hunters, to procure a license before hunting in the Commonwealth … §§ 1 and 2 | Imposed licensing requirement for non-residents and unnaturalized foreign-born resident to possess a gun in the fields, forests, or waters of the State. Punishable by fine. | Firearms | | |
| 111 | 1905 | Utah | 1905 Utah Laws 197, An Act for the Protection of Fish, Game, and Birds . . . , ch. 118, § 30 | Imposed licensing requirement for non-residents and unnaturalized foreign-born resident to kill any game, | Firearms | | |

[1] In compliance with the Court's Order dated December 15, 2022 (Dkt. 77), Defendant created this survey of statutes, laws, and regulations that Defendant has determined are relevant to this action. Plaintiffs disagree that nearly all of those statutes, laws, and regulations are relevant to the historical analysis required in this case, and in compliance with the Court's December 15 Order, the chart reflects Plaintiffs' position regarding the relevance of each law.

[2] The surveys have been filed in compliance with the Court's Order directing the parties to identify all relevant laws, statutes, and regulations from the time of the Second Amendment to twenty years after adoption of the Fourteenth Amendment. In compliance with that Order and in recognition of the historical inquiry mandated by *Bruen*, the spreadsheets identify hundreds of relevant firearms laws, some of which were drafted well before the Thirteenth Amendment's abolition of slavery and the Fourteenth Amendment's Equal Protection Clause. While our subsequent briefing, as ordered by the Court, will explain in more detail the historical context and relevance of such laws, the Attorney General emphasizes his strong disagreement with racial and other improper discrimination that existed in some such laws, and which stand in stark contrast to California's commonsense firearm laws, which are designed to justly and equitably protect all Californians. The listing of such racist and discriminatory statutes should in no way be construed as an endorsement of such laws by the Attorney General or his counsel in this matter.

*Rhode v. Bonta*, No. 3:18-cv-00802-BEN-JLB
**Defendant's Survey of Relevant Statutes (1889–1930s)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Repeal Status | Judicial Review |
|---|---|---|---|---|---|---|---|
| | | | | animals, birds, or fish in the State. | | | |
| 112 | 1909 | Delaware | 1909 Del. Laws 577, House Joint Resolution Providing for Increase in Non-Resident Gunners License Fee, ch. 271 | Imposed licensing requirement for non-residents who "make it a practice to gun" in the state. | Firearms | | |
| 113 | 1909 | Pennsylvania | 1909 Pa. Laws 466, An Act to give additional protection to wild birds and animals. . . .prohibiting the hunting for or capture or killing of, such wild birds or animals or game by unnaturalized foreign-born residents; forbidding the ownership or possession of shotgun or rifle by any unnaturalized foreign-born resident, § 1 | Prohibited unnaturalized foreign born residents from hunting in the Commonwealth, or to possess a shotgun or rifle. | Shotgun; Rifle | | |
| 114 | 1911 | Washington | 1911 Wash. Sess. Laws 303, An Act Relating to the Carrying of Firearms, Requiring Licenses of Certain Persons, and Fixing a Penalty for the Violation Thereof, ch. 52, § 1 | Required noncitizens to receive a license from the state auditor, upon a certificate from the consul of the individual's country of origin and payment of a fee, before noncitizen can possess a firearm. | Firearms | | |
| 115 | 1911 | New York | 1911 N.Y. Laws 443, An Act to Amend the Penal Law, in Relation to the Sale and Carrying of Dangerous Weapons. ch. 195, § 1 | Prohibited noncitizens from carrying or possessing firearms or dangerous weapons in a public place are guilty of a felony; law does not apply to regular and ordinary transportation of firearms as merchandise, or for | Firearms; Dangerous weapons | | |

*Rhode v. Bonta*, No. 3:18-cv-00802-BEN-JLB
**Defendant's Survey of Relevant Statutes (1889–1930s)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Repeal Status | Judicial Review |
|---|---|---|---|---|---|---|---|
| | | | | peace officers or military or civil organizations when parading or going to a meeting of their respective organizations. | | | |
| 116 | 1913 | Montana | 1913 Mont. Laws 53, An Act to Provide that Aliens Shall Pay a Gun License, and Providing a Penalty for Failure to Obtain License; to Provide for and Regulate the Duties of the Game and Fish Warden and His Deputies, and to Provide for the Disposition of the Fines so Collected, ch. 38, § 1 | Required noncitizens to obtain a license (costing $25) from the Game and Fish Warden before possessing a firearm; license valid for one year; provision does not apply to: (1) individuals who have purchased hunting license; (2) state residents owning at least 160 acres of land; (3) settlers on public land beginning to acquire land under federal law; or (4) persons engaged in tending or herding sheep or other animals. | Firearms | | |
| 117 | 1913 | Wyoming | 1913 Wyo. Sess. Laws 165, An Act . . . Relating to the Duties of the State Game Warden, Assistant and Deputy Game Wardens, and the Preservation of the Game Animals and Game Birds and Fish of the State of Wyoming . . . , ch. 121, § 38 | Required nonresidents obtain a license for $5 from the Justice of the Peace in order to hunt game birds in the state. | Firearms | | |
| 118 | 1914 | Illinois – City of Chicago | Ordinance of May 25, 1914, §§4a-6. (Samuel A. Ettelson, Opinions of the Corporation Counsel and Assistants from | Required weapon sales through licensed dealers only; required purchasers of such weapons to first receive a permit from the General | Pistol; Revolver; Derringer; Bowie knife; Dirk; | | |

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Repeal Status | Judicial Review |
|---|---|---|---|---|---|---|---|
| | | | May 1, 1915, to June 30, 1916, at 458-59 (Vol. 7, 1916) | Superintendent of Police. Required purchasers provide proof of good moral character to receive permit; gives Superintendent discretion on issuance of permits. Prohibited the issuance of permits to anyone who was convicted of any crime and minors. Punishable by a fine. | Weapon of like character | | |
| 119 | 1915 | Wyoming | 1915 Wyo. Sess. Laws 91, An Act Relating to the Preservation of the Game Animals, Game Birds, and Fish of the State of Wyoming . . . , ch. 91, § 13 | Required noncitizens to purchase a specified license before owning or possessing any firearm or fishing tackle. | Firearms; Fishing tackle | | |
| 120 | 1915 | New Jersey | 1915 N.J. Laws 662-63, . . . Forbidding the Ownership or Possession of Shotgun or Rifle by Any Unnaturalized, Foreign-Born Person within the State of New Jersey and Prescribing Penalties for Violation of its Provisions, ch. 355, § 1 | Prohibited noncitizens from owning or possessing a shotgun or rifle. Punishable by fine and confiscation and resale of firearm. Not applicable to noncitizens owning at least $2,000 worth of property in the state. | Shotgun; Rifle | | |
| 121 | 1915 | North Dakota | 1915 N.D. Laws 225, An Act Relating to Game and Fish . . . , ch. 161, § 67 | Prohibited noncitizens from owning or possessing any shotgun or rifle; violators subject to fine, imprisonment, confiscation of weapon. | Shotgun; Rifle | | |
| 122 | 1916 | New Jersey | 1916 N.J. Laws 275-76, An Act to Prohibit Any Person from Going into the Woods or Fields with a Gun or Other Firearm when Intoxicated, or under the | Prohibited any individuals from going into the woods or fields with a firearm while intoxicated or under influence of drugs or alcohol. | Firearms | | |

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Repeal Status | Judicial Review |
|---|---|---|---|---|---|---|---|
| | | | Influence of any Drug or Intoxicating Liquor, ch. 130, §§ 1-2 | Punishable by revocation of hunting and fishing license. | | | |
| 123 | 1917 | New Hampshire | 1917 N.H. Laws 728-29, An Act for the Regulation of the Sale and Use of Explosives and Firearms, ch. 185, § 6 | Required noncitizens obtain a permit before possessing firearm. Permitted obtained by submitting application to police chief or selectmen; permit must state purposes for possession of firearm and description of firearm to be obtained. Permit-holder must keep permit on them at all times. | Firearms | | |
| 124 | 1917 | Oregon | 1917 Or. Sess. Laws 804-08, An Act Prohibiting the manufacture, sale, possession, carrying, or use of any blackjack, slungshot, billy, sandclub, sandbag, metal knuckles, dirk, dagger or stiletto, and regulating the carrying and sale of certain firearms, and defining the duties of certain executive officers, and providing penalties for violation of the provisions of this Act, § 11 | Provided that noncitizens convicted of carrying a deadly weapon are guilty of a felony and subject to up to 5 years' imprisonment. | Deadly weapons (blackjack, slungshot, billy, sandclub, sandbag, metal knuckles, dirk, dagger or stiletto, and certain firearms) | | |
| 125 | 1917 | Minnesota | 1917 Minn. Laws 839-40, An Act . . . Making It Unlawful for Any Such Foreign Born Resident to Either Own or Be Possessed of a Shot-gun or | Prohibited noncitizens from possessing firearms "of any make." | Firearms | | |

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Repeal Status | Judicial Review |
|---|---|---|---|---|---|---|---|
|  |  |  | Rifle or Other Firearms of Any Make, ch. 500, § 1 |  |  |  |  |
| 126 | 1917 | Utah | 1917 Utah Laws 278, An Act . . . Forbidding the Ownership or Possession of Fire Arms or Other Deadly Weapon by an Unnaturalized Foreign Born Person within the State of Utah, ch. 95, § 1 | Prohibited noncitizens from owning, possessing, or having under their control and shot gun, rifle or firearm "of any make." | Firearms |  |  |
| 127 | 1919 | Colorado | 1919 Colo. Sess. Laws 416–17, Foreign-Born Unnaturalized Citizens, § 1 | Prohibited noncitizens from owning or possessing any shotgun, rifle, pistol or firearm of any kind; violators subject to fine, imprisonment, confiscation of weapon. | Firearms |  |  |
| 128 | 1921 | New Mexico | 1921 N.M. Laws 201-02, An Act to Provide Additional Protection to Wild Birds and Game; Prohibiting the Hunting, Capturing or Killing of Wild Birds and Game Animals by Unauthorized (Unnaturalized) Foreign Born Residents of New Mexico and Adjoining States; Prohibiting the Possession or Use by Such Residents of Shotguns or Rifles within the State of New Mexico; Prescribing Penalties for Violation of this Act, ch. 113, §§ 1-4 | Prohibited the use, possession, or control of any shotgun or rifle by noncitizen; violators subject to fine, imprisonment, and confiscation and resale of shotgun or rifle | Shotgun; Rifle |  |  |
| 129 | 1921 | Michigan | 1921 Mich. Pub. Acts 21, An Act to Give Additional | Prohibited ownership or possession of firearms by | Firearms; Shotgun; |  |  |

*Rhode v. Bonta*, No. 3:18-cv-00802-BEN-JLB
**Defendant's Survey of Relevant Statutes (1889–1930s)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Repeal Status | Judicial Review |
|---|---|---|---|---|---|---|---|
| | | | Protection to Wild Birds and Animals and Game within the State of Michigan, Prohibiting the Hunting for or Capture or Killing of Such Wild Birds, or Animals, or Game, by Unnaturalized Foreign-born Residents, Forbidding the Ownership or Possession of Shotgun, or Rifle, or Pistol, or Firearms of Any Kind, by Any Unnaturalized Foreign-born Resident, within the State, and Prescribing Penalties for Violation of its Provisions, § 1 | noncitizens; violators subject to fine, imprisonment, and confiscation and resale of weapon by state. | Pistol; Rifle | | |
| 130 | 1922 | Massachusetts | 1922 Mass. Acts 563, ch. 485, An Act Relative to the Sale and Carrying of Firearms, ch. 485, § 8 (amending § 130) | Prohibited the sale or furnishing of firearms, air guns, or dangerous weapons to minors under age 15 or noncitizens without a permit to carry firearms; violators subject to fine. Law does not apply to instructors furnishing military weapons to pupils for instruction or drill. | Firearms; Air guns; Weapons | | |
| 131 | 1923 | North Dakota | Act of Mar. 17, 1923, ch. 266, § 5, 1923 N.D. Laws 379, 380; 1923 N.D. Laws 380, Pistols and Revolvers, ch. 266, § 5 | Prohibition on firearms for those convicted of a felony and "unnaturalized foreign born person[s]." | Arms; Pistol; Revolver | | |
| 132 | 1923 | California | Act of June 13, 1923, ch. 339, § 2, 1923 Cal. Stat. 696 | Prohibited firearm possession and any "other firearm capable of being concealed upon the person" for those convicted of | Concealable firearms; Pistol; | | |

7

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Repeal Status | Judicial Review |
|---|---|---|---|---|---|---|---|
| | | | | a felony or unnaturalized foreign-born. | Revolver; Firearms with a barrel less than 12 inches in length | | |
| 133 | 1923 | New York | 1923 N.Y. Laws 140–41, An Act to Amend the Conservation Law in Relation to Aliens, ch. 110, § 2 | Prohibited noncitizens from owning or possessing any shotgun or rifle without a special license. | Shotgun; Rifle | | |
| 134 | 1923 | Connecticut | 1923 Conn. Pub. Acts 3708, An Act Concerning the Possession, Sale and Use of Pistols and Revolvers, ch. 252, § 7 | Prohibited the sale, delivery, or transfer of any pistol or revolver to any noncitizen. | Pistols; Revolvers | | |
| 135 | 1923 | Connecticut | 1923 Conn. Acts 3732, Unnaturalized Persons, ch. 259, § 17 | Prohibited noncitizens from owning or possessing any shotgun or rifle; violators subject to confiscation and resale of gun by state upon conviction. | Shotguns; Rifles | | |
| 136 | 1923 | California | 1923 Cal. Stat. 695 An Act to Control and Regulate the Possession, Sale and Use of Pistols, Revolvers, and Other Firearms Capable of Being Concealed Upon the Person | Prohibited ownership, possession, or control of any pistol, revolver or concealable firearm by any noncitizen or felony convicts. | Pistol; Revolver; Concealable firearm; | | |
| 137 | 1925 | Wyoming | 1925 Wyo. Sess. Laws 110, An Act Prohibiting Persons not Citizens of the United States, from Possessing, Wearing or Carrying any Dangerous or Deadly Weapon. . . , ch. 106, § 1 | Prohibited noncitizens from owning, possessing, or carrying dangerous or deadly weapons; violators subject to misdemeanor conviction, fine or imprisonment | Firearms; Dirk; Bowie knife; Dagger; Dangerous or deadly weapon | | |

*Rhode v. Bonta*, No. 3:18-cv-00802-BEN-JLB
**Defendant's Survey of Relevant Statutes (1889–1930s)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Repeal Status | Judicial Review |
|---|---|---|---|---|---|---|---|
| 138 | 1925 | Nevada | 1925 Nev. Stat. 54, An Act to Control and Regulate the Manufacture, Sale, Possession, Use, and Carrying of Firearms and Weapons, and other Matters Properly Relating Thereto, ch. 47, § 2 | Prohibited noncitizens and convicts from owning, possessing, or having under their custody or control any pistol, revolver, or concealable firearms; violators subject to felony conviction and imprisonment of 1-5 yrs. | Concealable Firearms | | |
| 139 | 1925 | West Virginia | 1925 W.Va. Acts 31, 1st Extraordinary Sess., An Act to Amend and Re-Enact Section Seven . . . Relating to Offenses Against the Peace . . . , ch. 3, § 7, pt. b | Prohibited noncitizens from owning, keeping, or possessing firearms | Firearms; | | |
| 140 | 1925 | Indiana | 1925 Ind. Acts 496, ch. 207, An Act to Regulate and Control the Possession, Sale, and Use of Pistols and Revolvers in the State of Indiana | Prohibited felony convicts from possessing or having under their control a pistol or revolver; violates subject to felony conviction and imprisonment of 1-5 yrs. | Pistol; Revolver | | |
| 141 | 1927 | Rhode Island | 1927 R.I. Pub. Laws 256, An Act to Regulate the Possession of Firearms, §§ 1, 3 | Prohibited individuals convicted of violent crimes from purchasing, owning, carrying, possessing, or having under their control any firearm. | Firearms | | |
| 142 | 1927 | Hawaii Territory | 1927 Haw. Sess. Laws 209-217, An Act Regulating the Sale, Transfer and Possession of Certain Firearms and Ammunitions, and Amending Sections 2136, 2137, 2138, 2139, 2140, 2141, 2142, 2143, | Prohibited individuals convicted of violent crimes from owning, possessing, or having under their control any pistol or revolver. | Pistol; Revolver | | |

9

*Rhode v. Bonta*, No. 3:18-cv-00802-BEN-JLB
**Defendant's Survey of Relevant Statutes (1889–1930s)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Repeal Status | Judicial Review |
|---|---|---|---|---|---|---|---|
| | | | 2146 and 2147 of the Revised Laws of Hawaii 1925, §§ 1, 4 | | | | |
| 143 | 1931 | California | 1931 Cal. Stat. 2316–17, An Act to Control and Regulate the Possession, Sale and use of Pistols, Revolvers, and other Firearms Capable of Being Concealed Upn the Person, ch. 1098, § 1 | Prohibited noncitizens, felony convicts, or drug addicts from owning, possessing, or having under their custody or control any pistol, revolver, or concealable firearm; violators subject to fine or imprisonment. | Pistol; Revolver; Concealable firearm | | |
| 144 | 1931 | Pennsylvania | 1931 PA. Laws 498, No. 158 | Prohibited individuals convicted of violent crimes from owning, possessing or having a firearm under their control. | Firearms | | |
| 145 | 1933 | Hawaii Territory | 1933 Haw. Sess. Laws 38, An Act Regulating the Sale, Transfer, and Possession of Firearms and Ammunition, § 6 | Prohibited individuals convicted of violent crimes from owning, possessing, or having under their control a pistol, revolver, or ammunition. | Pistols; Revolvers; Ammunition | | |
| 146 | 1933 | Hawaii Territory | 1933 Haw. Sess. Laws 39, An Act Regulating the Sale, Transfer, and Possession of Firearms and Ammunition, § 8 | Required license for concealed carry of pistol, firearm, or ammunition; prohibits issuance of license to felony convicts or mentally ill; violators subject to fine or imprisonment. | Pistol; Revolver; Concealable weapons; Ammunition | | |
| 147 | 1933 | Oregon | 1933 Or. Laws 488, An Act to Amend Sections 72-201, 72-202, 72-207, Oregon Code 1930, § 2 | Prohibited noncitizens and felony convicts from owning, possessing, or having under their custody or control and pistol, revolver, concealable | Pistols; Revolvers; Concealable firearms; | | |

*Rhode v. Bonta*, No. 3:18-cv-00802-BEN-JLB
**Defendant's Survey of Relevant Statutes (1889–1930s)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Repeal Status | Judicial Review |
|---|---|---|---|---|---|---|---|
| | | | | firearm, or machine gun; violators subject to felony conviction and imprisonment of 1-5 yrs. | Machine Guns; | | |
| 148 | 1938 | United States | Federal Firearms Act, 52 Stat. 1250-51 (1938) | Prohibited any person who has been convicted of a "crime of violence or is a fug[a]tive from justice" from receiving "any firearm or ammunition" which has been shipped in interstate commerce. | Any Firearm; Ammunition | | |

11