ROB BONTA
Attorney General of California
P. PATTY LI
Supervising Deputy Attorney General
CHRISTINA R.B. LÓPEZ
Deputy Attorney General
State Bar No. 312610
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone: (213) 269-6106
  Fax: (916) 324-8835
  E-mail: Christina.Lopez@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as California Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **KIM RHODE et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California, et al.,**<br><br>Defendant. | Case No. 3:18-cv-00802-BEN-JLB<br><br>**NOTICE OF APPEARANCE** |

1  Defendant Rob Bonta, in his official capacity as Attorney General of the State
2  of California, hereby files this Notice of Appearance to inform the Court of
3  additional assigned counsel for Defendant as follows:

    Christina R.B. López, Deputy Attorney General
    300 South Spring Street, Suite 1702
    Los Angeles, CA  90013-1230
    Telephone:  (213) 269-6106
    E-mail:  Christina.Lopez@doj.ca.gov

Dated:  February 15, 2023      Respectfully submitted,

    ROB BONTA
    Attorney General of California
    P. PATTY LI
    Supervising Deputy Attorney General

    *s/ Christina R.B. López*
    CHRISTINA R.B. LÓPEZ
    Deputy Attorney General
    *Attorneys for Defendant Rob Bonta,*
    *in his official capacity as California*
    *Attorney General*

SA2018101286
CRBL Notice of Appearance

# CERTIFICATE OF SERVICE

Case Name: **Rhode v. Becerra**     No. **3:18-cv-00802-BEN-JLB**

I hereby certify that on <u>February 16, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### NOTICE OF APPEARANCE

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>February 16, 2023</u>, at Los Angeles, California.

| Cecilia Apodaca | *Cecilia Apodaca* |
|---|---|
| Declarant | Signature |

SA2018101286
36937663