UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM RHODE, et al., <br><br> Plaintiffs, <br><br> v. <br> ROB BONTA, in his official capacity as Attorney General of the State of California, <br><br> Defendant. | Case No.: 18-cv-802-BEN <br><br> ORDER SETTING HEARING |

A hearing on Plaintiffs' Motion for Preliminary Injunction (Dkt #32, filed 7/22/2019) will take place on **Monday, July 17, 2023 at 2:00 p.m**. **in Courtroom 5A.**

Pursuant to F.R.C.P. 65(a)(2), the Court intends to consolidate the hearing on the motion for preliminary injunction with a trial on the merits. At or prior to the hearing, the parties should be prepared to address, among other things:

   a. The Plaintiffs' continuing Article III standing;

   b. Whether Plaintiffs' conduct is covered by the text of the Second

      Amendment;

    c. Relevant historical analogues;

    d. Applicability of footnote 9 in *New York State Rifle and Pistol Association v. Bruen*, 142 S. Ct. 2111 (2022);

    e. The Dormant Commerce Clause (First Claim for Relief);

    f. Preemption by 18 U.S.C. § 926A (Ninth Claim for Relief);

    g. Whether judicial deference is owed to laws produced by ballot measure Proposition 63;

Whether additional discovery is necessary, and if so, the specific discovery needed.

IT IS SO ORDERED.

DATED: June 30, 2023

*[signature]*
**HON. ROGER T. BENITEZ**
United States District Judge