ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
JOHN D. ECHEVERRIA
Deputy Attorney General
CHRISTINA R.B. LÓPEZ
Deputy Attorney General
State Bar No. 312610
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone:  (213) 269-6106
 Fax:  (916) 324-8835
 E-mail:  Christina.Lopez@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as California Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **KIM RHODE et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California, et al.,**<br><br>Defendant. | Case No. 3:18-cv-00802-BEN-JLB<br><br>**DEFENDANT'S RESPONSE TO ORDER SETTING HEARING**<br><br>Dept:         5A<br>Judge:        Hon. Roger T. Benitez<br>Date:         July 17, 2023<br>Action Filed: May 17, 2017 |

    Defendant Rob Bonta, in his official capacity as Attorney General of the State of California (Defendant), hereby responds to the Court's Order Setting Hearing (Order), entered on June 30, 2023.  Dkt. No. 88.  The Order requires the parties to be prepared to address certain issues "[a]t or prior to the hearing," including "[w]hether additional discovery is necessary, and if so, the specific discovery needed."  Order at 1–2.  Without waiving his ability to address any and all issues

listed in the Order at the hearing, Defendant wishes to inform the Court of two matters prior to the hearing.

First, Defendant intends to request at the hearing an opportunity to engage in discovery, which has not yet occurred in this case. *See* Dkt. No. 81 at 9. Defendant will request an opportunity to depose Plaintiffs and declarants, particularly with respect to Article III standing. Defendant will also propose that the parties be afforded an opportunity to engage in expert discovery concerning relevant history to inform the Court's evaluation of Plaintiffs' Second Amendment claim under *New York State Rifle & Pistol Ass'n v. Bruen*, 142 S. Ct. 2111 (2022).[1]

Second, Defendant may submit additional documentary evidence at the hearing in support of his arguments that the challenged Ammunition Laws, enacted by Proposition 63, as amended by Senate Bill 1235, are constitutional. Defendant intends to mark and introduce any such exhibits at the hearing.

Dated: July 13, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
JOHN D. ECHEVERRIA
Deputy Attorney General

*s/ Christina R.B. López*

CHRISTINA R.B. LÓPEZ
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as California Attorney General*

---

[1] Entering judgment against Defendant following a trial conducted pursuant to Federal Rule of Civil Procedure 65(a)(2), without sufficient notice, any discovery, and an opportunity for Defendant to "present material evidence"—including with respect to Plaintiffs' standing—would subject Defendant to substantial prejudice. *Edmo v. Corizon, Inc.*, 935 F.3d 757, 801 (9th Cir. 2019) (quoting *Michenfelder v. Sumner*, 860 F.2d 328, 337 (9th Cir. 1998)).