# EXHIBIT B

# TABLE OF WEAPONS LICENSING LAWS

# EXHIBIT B

# TABLE OF WEAPONS LICENSING LAWS*

| STATE | CARRY OR HAVE | FIRE OR DISCHARGE PERMIT | HUNT SPORT | COMMERCIAL WEAPON SALE FIRE TRANSPORT | GUNPOWDER EXPLOSIVES LICENSING | SELLER REGISTERS BUYER | NAMED GROUPS# | PRE-CIVIL WAR BLACKS | REG TAX† |
|---|---|---|---|---|---|---|---|---|---|
| Alabama | | 1879 | | 1892, 1898 | | | | 1805 | 1867 |
| Alaska | | | | | | | | | |
| Arizona | | | | | | | | | |
| Arkansas | | 1871 | | 1882 | | | | 1838 | |
| California | 1890, 1891, 1896, 1917, 1923 | 1869 | | 1854 | 1883, 1889 | 1917, 1923, 1931 | | | |
| Colorado | | 1875 | | | | 1911 | | | |
| Connecticut | 1890, 1923 | 1835, 1845, 1869, 1877 | | 1923 | 1775, 1827, 1874, 1901, 1909 | | 1665 | | |
| Delaware | | | | 1911 | 1911 | 1911 | 1909 | 1797, 1832, 1841, 1843 | |
| District of Columbia | 1892, 1932 | | | | | | | | |
| Florida | 1893, 1931 | | | 1887, 1895 | | | 1847 | | |
| Georgia | 1910 | | | 1902 | | | | 1768 | |
| Hawaii | 1925, 1927, 1933 | | 1870, 1933 | 1927, 1933 | | 1927, 1933, 1933 | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Idaho | | | | | | | | | |
| Illinois | 1876, 1893, 1914, 1917, 1931 | 1841, 1869 | | 1814, 1914 | 1851, 1869 | 1885 | | | |
| Indiana | 1925 | 1855 | | 1895, 1925 | 1847 | | 1925 | | |
| Iowa | | 1853, 1880 | | 1887 | 1873 | | | | |
| Kansas | | | | | | | | | |
| Kentucky | | | | | 1864, 1874 | | | | |
| Louisiana | | 1870 | | 1857 | | | | 1848 | |
| Maine | | | | | 1848, 1873, 1874 | | | | |
| Maryland | | | 1876, 1882 | | | | | 1882 | 1806 |
| Massachusetts | 1906, 1927 | | | | 1651, 1895, 1898 | | 1769,1884 1922 | | |
| Michigan | 1925, 1927 | 1848, 1895 | | | | 1913,1925, 1927 | | | |
| Minnesota | 1882 | 1858 | | | 1858, 1889 | | | | |
| Mississippi | | | | 1906 | | | | 1804 | 1867 |
| Missouri | 1871, 1880, 1892, 1921 | 1843, 1894 | | 1888, 1921 | 1899 | 1921 | 1844 | 1818, 1854 | |
| Montana | 1895 | | | | | 1918 | 1913 | | |
| Nebraska | 1895 | | | | 1869 | | | | |
| Nevada | | | | | | | | | |
| New Hampshire | 1917, 1923 | 1823, 1870 | | | 1820 | | 1917, 1923 | | |
| New Jersey | 1873, 1905, | 1871 | 1902 | | | | 1914, 1916 | | |

|  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|
|  | 1927, 1934 |  |  |  |  |  |  |  |  |
| New Mexico |  |  | 1915 |  |  |  |  |  |  |
| New York | 1881, 1885, 1891 | 1824, 1881, 1898 | 1923 |  | 1885, 1890, 1903 | 1911 | 1680,1884 1885,1911, 1923 |  |  |
| North Carolina | 1919 |  |  | 1919 |  | 1919 |  | 1840 | 1909 |
| North Dakota | 1915, 1923, 1925, 1931 |  |  |  |  | 1923 |  |  |  |
| Ohio | 1933 | 1823, 1855, 1856 |  |  | 1835,1878, 1884,1889, 1900,1902 |  |  |  |  |
| Oklahoma |  |  |  | 1890 |  |  |  |  |  |
| Oregon | 1898, 1913, 1917, 1925 | 1868, 1879 |  |  | 1872 | 1913,1917 |  |  |  |
| Pennsylvania | 1929, 1931 | 1713,1721, 1721,1750, 1750,1824 |  |  |  |  | 1763,1903 |  |  |
| Rhode Island | 1927 |  | 1907 |  | 1821, 1902 |  |  |  |  |
| South Carolina | 1934 | 1802 |  | 1890, 1893 |  |  |  | 1740 | 1923 |
| South Dakota |  |  | 1899 |  |  |  |  |  |  |
| Tennessee |  |  |  | 1863, 1879 |  |  |  |  |  |
| Texas |  | 1898 | 1919 | 1872,1880, 1899 |  |  |  |  |  |
| Utah | 1888 |  | 1905 |  | 1875 |  | 1850,1905 |  |  |
| Vermont |  | 1890, 1895 | 1908 |  | 1891,1894 |  |  |  |  |
| Virginia | 1908, | 1859 |  |  |  | 1926 |  | 1792, | 1926 |

|  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|
|  | 1926 |  |  |  |  |  |  | 1805, 1806 |  |
| Washington State | 1895 | 1890 |  | 1892 | 1881,1881, 1883 |  | 1911 |  |  |
| West Virginia | 1881, 1925 | 1875 | 1909 | 1876 |  | 1925 |  |  |  |
| Wisconsin | 1896 | 1888 |  |  | 1888 |  |  |  |  |
| Wyoming |  | 1893 | 1899, 1913 |  |  | 1933 | 1915 |  |  |
| TOTAL STATES | 29 | 26 | 12 | 21 | 21 | 15 | 14 | 11 | 5 |
| TOTAL LAWS | 62 | 45 | 15 | 31 | 44 | 22 | 24 | 17 | 5 |

\* Source: https://firearmslaw.duke.edu/repository/search-the-repository/

# Includes non-state residents, non-citizens, minors, felons, the intoxicated (who stood to lose their licenses), and Native Americans/Indigenous people.

† "Reg Tax" refers to "regulatory taxes.