# EXHIBIT D

## TABLE OF WEAPONS FORFEIT/CONFISCATION LAWS

# EXHIBIT D

# TABLE OF WEAPONS FORFEIT/CONFISCATION LAWS[*]

| STATE | HUNTING | CARRY/ POSSESSION | OTHER |
|---|---|---|---|
| Alabama | | 1805[#] | |
| Alaska | | | |
| Arizona | 1936 | 1889,1901 | |
| Arkansas | | 1835[#], 1931, 1935 | |
| California | | 1917 | |
| Colorado | | | |
| Connecticut | | | |
| Delaware | 1863, 1893 | | |
| District of Columbia | | 1859,1892 | |
| Florida | | 1827[†],1847[†] 1865[#] | |
| Georgia | | 1768[#] | |
| Hawaii | | | |
| Idaho | | | |
| Illinois | | 1883,1912 | |
| Indiana | | 1804[#], 1905, 1925 | |
| Iowa | | 1819[#],1847[†] | |
| Kansas | | | |
| Kentucky | 1834,1904 | 1798[#] | |
| Louisiana | | 1806[#] | |
| Maine | | 1909 | |
| Maryland | 1882, 1890 | 1806[#],1869, 1884 | 1756 (CATHOLICS) |
| Massachusetts | 1717 | 1637,1719[†], 1746,1776, 1783[†],1787, 1801[†],1919 | |
| Michigan | | | |
| Minnesota | | 1882, 1888 | |
| Mississippi | | 1867 | |
| Missouri | | 1818[#] | |
| Montana | | 1905 | |
| Nebraska | | 1899 | |
| Nevada | | | |
| New Hampshire | 1905 | 1708,1786[†], | |

| | | 1793[†],1854[†], 1923 | |
|---|---|---|---|
| New Jersey | 1771 | | |
| New Mexico | | | |
| New York | | 1656[#] | |
| North Carolina | 1768, 1768 | 1792 | |
| North Dakota | | 1923 | |
| Ohio | | 1788 | |
| Oklahoma | | | |
| Oregon | | 1925,1933 | |
| Pennsylvania | | 1776,1778, 1779, 1795[†] | 1810 (DUELING) |
| Rhode Island | | 1821[†], 1893, 1896 | |
| South Carolina | | 1740[#],1817, 1880 | |
| South Dakota | | | |
| Tennessee | | 1867[†],1893 | |
| Texas | | 1839[#],1840#, 1871,1871, 1879 | |
| Utah | | | |
| Vermont | | | |
| Virginia | 1839,1852, 1865,1875 | 1633,1642, 1651,1777, 1786,1792[#], 1867,1884, 1887 | |
| Washington State | | 1878,1933 | |
| West Virginia | | 1925 | |
| Wisconsin | | 1883,1883, 1888 | |
| Wyoming | | | |
| TOTAL STATES | 9 | 35 | |
| TOTAL LAWS | 16 | 83 | |

* Source: https://firearmslaw.duke.edu/repository/search-the-repository/

[#] Laws pertaining to enslaved/persons of color, Indians.

[†] Gunpowder laws.