# EXHIBIT A

# JENNIFER MONROE McCUTCHEN

JRC 432 ⬥ 2115 Summit Ave ⬥ St. Paul, MN 55105 ⬥ j.mccutchen@stthomas.edu

**EDUCATION**

Ph.D., History (United States to 1877), Texas Christian University, Fort Worth, Texas, August 2019.

> **Doctoral Dissertation:** *Gunpowder and the Creek-British Struggle for Power in the Southeast, 1763-1776.*

> **Dissertation Committee:** Alan Gallay (chair), Steven C. Hahn, Susan Ramirez, Alex Hidalgo.

M.A., History, Texas Christian University, Fort Worth, Texas, May 2014.

B.A., History (with honors), John Carroll University, University Heights, Ohio, May 2012.

**PROFESSIONAL EXPERIENCE**

**University of St. Thomas**
Assistant Professor of History                                          September 2022 - Present

**University of Southern Maine**
Assistant Professor of History
Coordinator – History Undergraduate Internship Program      September 2019 - August 2022

**Minnesota State University, Mankato**
Adjunct Professor of History                                            August 2018 - May 2019

**Texas Christian University**
Graduate Assistant                                                       August 2012 - May 2017

**ACADEMIC RESEARCH AREAS and FIELDS OF STUDY**

Native American History, Ethnohistory, United States History to 1877, Atlantic World, Colonial and Revolutionary America, Gender and Women's History.

**PEER-REVIEWED PUBLICATIONS**

*Journal Articles*
"'They Will Know in the End that We are Men': Gunpowder and Gendered Discourse in Creek-British Diplomacy, 1763 - 1776." *Ethnohistory* Vol. 70:3 pp. 259 - 278 (July 2023).

"Gunpowder and Creek Diplomacy in the Pre-Revolutionary Native South." *Studies in Eighteenth-Century Culture* Vol. 52, pp. 163-174 (March 2023).

"'More Advantageous to be With Spaniards': Gunpowder and Creek-Spanish Encounters in Cuba, 1763-1783." *Terrae Incognitae: The Journal for the Society of the History of Discoveries and Exploration* 52:3, pp. 1-16 (December 2020).

**WORKS CURRENTLY UNDER PEER-REVIEW**

*Book Chapter*
"'Playing the Old Game of Double': Creek and Spanish Conceptualizations of Sovereignty in the Post-Revolutionary Gulf Region." (Co-Authored with Chad McCutchen, Ph.D.) Submitted to the edited volume *Claiming Land, Claiming Water: Borders and the People Who Crossed Them in the Early Modern Atlantic.* Rachel Herrmann and Jessica Choppin Roney, eds.

1

# JENNIFER MONROE McCUTCHEN

JRC 432 ⬥ 2115 Summit Ave ⬥ St. Paul, MN 55105 ⬥ j.mccutchen@stthomas.edu

**WORKS IN PROGRESS**

*Book Manuscript*
*Gunpowder Diplomacy: Commodities, Culture, and Power in the Eighteenth-Century Creek Confederacy.* (Proposal under peer-review with the University of Oklahoma Press, submitted March 2023).

*Edited Collection*
*Gender in the Native South: A Reinterpretation of Women, Men, and Two-Spirit Peoples Before 1850.* Co-Edited with Jamie Myers-Mize, Ph.D. (Proposal under peer-review with the University of Nebraska Press, submitted June 2023).

*Chapter Contribution*
"Horns, Beads, and Brass Tacks:  A Gendered Investigation of Gunpowder Accessories in the Post-Revolutionary Native South." For submission to the edited volume *Gender in the Native South: A Reinterpretation of Women, Men, and Two-Spirit Peoples Before 1850* Jamie Myers-Mize and Jennifer Monroe McCutchen, eds.

*Journal Article*
"AI Meets AI: ChatGPT as a Pedagogical Tool to Teach American Indian History." (Co-Authored with Jeff Washburn, Ph.D.) Proposal accepted by *Critical Humanities* (peer-reviewed journal).

**OTHER PUBLICATIONS**

*Online Journal*
"What a Historical Analysis of Gunpowder can Teach us About Gun Culture in the United States." *The Panorama: The Digital Extension of the Journal of the Early Republic.* (Accepted, forthcoming Fall 2023).

*Book Reviews*
Samantha Seeley, *Race, Removal and the Right to Remain: Migration and the Making of the United States.* Chapel Hill: University of North Carolina Press, with the Omohundro Institute of Early American History and Culture, 2021. *American Nineteenth Century History* (2022).

Richard W. Edwards, *Indigenous Life Around the Great Lakes: War, Climate, and Culture.* South Bend: University of Notre Dame Press, 2020. *H-War* (September 2021).

Claudio Saunt, *Unworthy Republic: The Dispossession of Native Americans and the Road to Indian Territory.* New York: W.W. Norton and Company, 2020. *H-AmIndian* (February 2021).

Strother E. Roberts, *Colonial Ecology, Atlantic Economy: Transforming Nature in Early New England.* Philadelphia: University of Pennsylvania Press, 2019. *American Indian Quarterly,* 44:4 (Fall 2020).

Mikaëla M. Adams, *Who Belongs? Race, Resources, and Tribal Citizenship in the Native South.* New York: Oxford University Press, 2016. *H-Atlantic.* (April 2020).

*Reference Works and Encyclopedia Entries*
"The Life of Mary Musgrove." *Women Who Changed The World: Their Lives, Challenges, and Accomplishments Through History,* ed. Candice Goucher. Santa Barbara, CA: ABC-CLIO Publications (February 2022).

"Hunting (American Indian)."  *World of Antebellum America: A Daily Life Encyclopedia,* ed. Alexandra Kindell. Santa Barbara, CA: ABC-CLIO Publications (2018).

# JENNIFER MONROE McCUTCHEN

JRC 432 ⬥ 2115 Summit Ave ⬥ St. Paul, MN 55105 ⬥ j.mccutchen@stthomas.edu

"Gender Relations (American Indian)." *World of Antebellum America: A Daily Life Encyclopedia,* ed. Alexandra Kindell. Santa Barbara, CA: ABC-CLIO Publications (2018).

"The French and Indian War." *The Digital Encyclopedia of George Washington,* ed. Joseph F. Stoltz III. Mount Vernon, VA: The Fred W. Smith National Library for the Study of George Washington and George Washington's Mount Vernon Association (2017).

"The Proclamation Line of 1763." *The Digital Encyclopedia of George Washington,* ed. Joseph F. Stoltz III. Mount Vernon, VA: The Fred W. Smith National Library for the Study of George Washington and George Washington's Mount Vernon Association (2017).

**FELLOWSHIPS, GRANTS, and AWARDS**

*Fellowships (External)*
The William L. Clements Library at the University of Michigan, Howard H. Peckham Short-Term Research Fellowship on Revolutionary America (2020-2021 academic year).

The David Library of the American Revolution, Residential Research Fellowship (2018-2019 academic year).

*Fellowships (Internal)*
Osher Map Library and Smith Center for Cartographic Education at the University of Southern Maine, Teaching With Maps Faculty Fellowship (2019-2020 academic year; 2021-2022 academic year).

Texas Christian University Department of History, Departmental Dissertation Fellowship (2017-2018 academic year).

*Grants (External)*
Samuel and Marion Merrill Graduate Student Grant, The Organization of American Historians (2019).

American Society for Ethnohistory Graduate Student Grant (2017 and 2016).

Culturally Relevant Pedagogy Curriculum Development Grant. The Minnesota Historical Society and the Inquiry in the Upper Midwest Grant Program (2018).

Federal Pell Grant (2008-2012).

*Grants (Internal)*
Faculty Research Grant, University of St. Thomas (2023-2024 academic year).

Open Educational Resources Curriculum Development Mini Grant, University of Southern Maine (2020).

Adjunct Faculty Improvement Grant, College of Social and Behavioral Sciences, Minnesota State University, Mankato (2019).

Game-Based Learning Professional Development Mini Grant, The Center for Excellence in Teaching and Learning, Minnesota State University, Mankato (2019).

Boller-Worcester Graduate Student Travel and Research Grant, Texas Christian University (2019, 2018, 2017, 2016, 2015, and 2013).

Graduate Student Senate Travel and Research Grant, Texas Christian University (2017 and 2015).

# JENNIFER MONROE McCUTCHEN

JRC 432 ⬥ 2115 Summit Ave ⬥ St. Paul, MN 55105 ⬥ j.mccutchen@stthomas.edu

*Awards*

Provost's Recognition of Doctoral Candidate Research, "Gunpowder Diplomacy: Trade, Alliance Formation, and Creek Indian Policymaking in the Atlantic World." Selected by Dr. Bonnie Melhart, Associate Provost for Research and Dean of Graduate Studies and University Programs, Texas Christian University (November 2017).

Best Paper of the Fifth Annual Texas Tech University History Graduate Student Conference, "Speaking With Two Tongues: Navigating Native American Power and Colonial Alliances in the Revolutionary Atlantic World, 1775-1776." Awarded by the Department of History and the History Graduate Student Organization, Texas Tech University (February 2016).

## TEACHING EXPERIENCE

### University of St. Thomas
Early America in a Global Perspective (HIST 113)
History of the American Revolution (HIST 353)
Native American History (HIST 292)

### University of Southern Maine
United States History to 1800 (HTY 121)
United States History to 1877 (HTY 131)
Native American History, 1450 - 2000 (HTY 143/HON 103)
Indigenous Peoples in the Atlantic World (HTY 144)
History Internship (HTY 300)
Colonial and Revolutionary America (HTY 350)
Gender in Native North America, 1450-1850 (HTY 353/WGS 355)
From Jefferson to Jackson (HTY 354)

### Minnesota State University, Mankato
United States History Since 1877 (HIST 191)

### Texas Christian University
United States History Since 1877 (HIST 10613)

### Concurrent Enrollment and Secondary Education Experience
University of Southern Maine, History Graduate Certificate Development Committee (September 2019 – May 2022).

Online History Content Grader, United States History from 1492 to 1865 and United States History from 1865 to the Present. OnRamps Dual-Enrollment Program, The University of Texas at Austin (September 2018 - May 2019).

"We the People" Educational Outreach Program, program coordinator and classroom instructor, Cleveland and East Cleveland Public School Systems. Grades 11 and 12, Shaw High School (2010-2012).

"Project Citizen" Government and Citizenship Educational Program, program coordinator and classroom instructor, Cleveland and East Cleveland Public School Systems. Grades 7 and 8, Heritage Middle School (2011-2012).

## SCHOLARLY CONFERENCE PRESENTATIONS

"Gunpowder Accessories and Firearm Furnishings in the Late Eighteenth-Century Creek World – A Gendered Reinterpretation." The American Society for Ethnohistory Annual Conference, Tallahassee, Florida (November 2023).

4

# JENNIFER MONROE McCUTCHEN

JRC 432 ⬥ 2115 Summit Ave ⬥ St. Paul, MN 55105 ⬥ j.mccutchen@stthomas.edu

"An Environmental Study of the Gunpowder Trade in the Eighteenth-Century Native South." The Northern Great Plains History Conference, Sioux Falls, South Dakota (September 2023).

"Horns, Beads, and Brass Tacks: A Gendered Investigation of Gunpowder Accessories in the Post-Revolutionary Native South." Native American and Indigenous Studies Association Conference, Toronto, Canada (May 2023).

"Native Peoples, American Colonialism, and the U.S. Constitution: A Roundtable Discussion." Native American and Indigenous Studies Association Conference, Toronto, Canada (May 2023).

"Sovereignty, Commodities, and Indigenous Autonomy in the Revolutionary Native South." Consortium on the Revolutionary Era Annual Meeting, Ft. Worth, Texas (February 2023).

"'Almost like two distinct people': Creek Women and Men as Economic Policymakers in the Colonial Native South." The Northern Great Plains History Conference, Fargo, North Dakota (September 2022).

"Mapping Commodity Encounters: Ethnohistory in the Undergraduate Classroom" The Northern Great Plains History Conference, Fargo, North Dakota (September 2022).

"Gunpowder Diplomacy: Commodities and Power in the Eighteenth-Century Native South." The American Society for Ethnohistory Annual Conference, Lawrence, Kansas (September 2022).

"To Enjoy the Advantages of a Neutrality": Gunpowder and the Creek Play-Off Strategy in the American Revolution, 1774-1776." The Society for Historians of the Early American Republic Annual Conference, New Orleans, Louisiana (July 2022).

"Beads, Baldrics, and Bandolier Bags: The Impact of European Commodities on Clothing and Culture in the Eighteenth and Nineteenth-Century Native South." The American Society for Ethnohistory Annual Conference, via Zoom (November 2021).

"Exploring Native Women's Roles in the Late Eighteenth and Early Nineteenth-Century Gunpowder Trade." New England Historical Association Fall Conference, via Zoom (October 2021).

"Creeks, Guns, and Citizenship in the Early American Republic." The Society for Historians of the Early American Republic Annual Conference, via Zoom (Organizer) (July 2021).

"Rethinking Commodities, Culture, and Power in the Eighteenth-Century Creek Confederacy." The Southeastern American Society for Eighteenth-Century Studies Annual Conference, via Zoom (February 2021).

"Gendered Commodities and Projections of Masculinity in Creek-British Diplomacy, 1763 - 1776." The Allen Morris Forum on the Native South. Hosted by the Florida State University Department of History, via Zoom (October 2020).

"Gunpowder and the Gendering of British Indian Policy in the Southeast." New England Historical Association Fall Conference, via Zoom (October 2020).

"They Will Know in the End That We Are Men." Gunpowder, Power, and Masculinity in the Creek Confederacy, 1763-1776." The American Society for Ethnohistory Annual Conference, State College, Pennsylvania (September 2019).

"'Deprive Them of Ammunition and They Will Become Easy Prey': Commodities, Southeastern Indian Policy, and Creek-British Power Dynamics Following the Seven Years' War." The Organization of American Historians Annual Meeting, Philadelphia, Pennsylvania (Organizer) (April 2019).

5

# JENNIFER MONROE McCUTCHEN

JRC 432 ⬥ 2115 Summit Ave ⬥ St. Paul, MN 55105 ⬥ j.mccutchen@stthomas.edu

"'For They Have Their Politicks Like Other Men': Gendered Aspects of the Gunpowder Trade in the Spanish Borderlands, 1763-1773." New and Emerging Studies of the Spanish Colonial Borderlands Workshop, The Huntington Library, San Marino, California (March 2019).

"Gunpowder and Its Impact on Creek-British Diplomacy in the Revolutionary Southeast, 1763-1783." The Southern Historical Association Annual Meeting, Birmingham, Alabama (November 2018).

"Competing Narratives of North American Native History in World History Textbooks." The Northern Great Plains History Conference, Mankato, Minnesota (September 2018).

"Gendered Neutrality: Rethinking Social Relations and Cross-Cultural Politics in the Eighteenth-Century Creek Confederacy." The American Society for Ethnohistory Annual Conference, Winnipeg, Manitoba (October 2017).

"A Tool of Negotiation and Persuasion: Gunpowder as a Source of Power Among Male Creeks in the Eighteenth-Century Southeast." Gulf South History and Humanities Conference, Pensacola, Florida (October 2017).

"Seeking Supplementary Trade Relationships: Gunpowder and its Influence on Native Diplomacy." The Rocky Mountain Council for Latin American Studies Annual Conference, Salt Lake City, Utah (April 2017).

"The Expansion of Creek Influence in the Atlantic World: The Gunpowder Trade in the Revolutionary Era." American Society for Ethnohistory Annual Conference, Nashville, Tennessee (November 2016).

"Lowlands of Colonial Conflict: Indians, Spaniards, Colonists, and the Florida-Georgia Borderlands, 1700-1763." North Central Texas Phi Alpha Theta Conference, Texas Wesleyan University, Ft. Worth, Texas (April 2016).

"Speaking With Two Tongues: Navigating Native American Power and Colonial Alliances in the Revolutionary Atlantic World, 1775-1776." Texas Tech University History Graduate Student Organization Annual Conference, Texas Tech University, Lubbock, Texas (February 2016).

"Corporeal Conversions: Gender, Catholicism, and the Amerindian Christian Experience." The Rocky Mountain Council for Latin American Studies Annual Conference, Tucson, Arizona (Organizer) (April 2015).

**INVITED PUBLIC TALKS**

Guest, "Historians on Housewives" Podcast. Recorded November 19, 2022.

"'My Son's Behavior Has Covered Me With Shame': Gunpowder's Impact on Generational Notions of Masculinity in the Creek Confederacy." Fall History Symposium, University of Maine, Orono, Maine, via Zoom (September 2021).

"Rethinking Wabanaki History in Maine and New England." History Lecture Series, Biddeford Historical Society, Biddeford, Maine, via Zoom (October 2020.)

"Indians of the Southeastern United States." Senior Citizens Lunch and Learn Program, Lake Crystal Area Recreation Center, Lake Crystal, Minnesota (February 2018).

"Kinship, Alliance, and Violence Among Indian Tribes in the Texas and New Mexico Borderlands." History Guest Lecture Series, Tarrant County Community College, Ft. Worth, Texas (April 2014).

# JENNIFER MONROE McCUTCHEN

JRC 432 ⬥ 2115 Summit Ave ⬥ St. Paul, MN 55105 ⬥ j.mccutchen@stthomas.edu

## SCHOLARLY CONFERENCE PANEL PARTICIPATION AS A CHAIR OR COMMENTATOR

Chair/Commentator, *Indigenous Cultural Influence, Resistance, and Revival.* The Northern Great Plains History Conference, Sioux Falls, South Dakota (September 2023).

Commentator, *The Civil War Era and Historical Memory in the Late 19th and Early 20th Centuries.* The Northern Great Plains History Conference, Sioux Falls, South Dakota (September 2023).

Commentator, *South Carolina: Right-Sized for Revolution,* Consortium on the Revolutionary Era Annual Meeting, Ft. Worth, Texas (February 2023).

Chair, *Teaching Early America in Turbulent Times,* The Southeastern American Society for Eighteenth-Century Studies Annual Conference, via Zoom (February 2021).

Chair and Commentator, *Pop Culture in American History.* New England Historical Association Fall Conference, via Zoom (October 2020).

Commentator, *Topics in Native American History: From Canada to the Southwest.* The American Society for Ethnohistory Annual Conference, Oaxaca, Mexico (October 2018).

Chair, *Ongoing Problems in Teaching World History.* The Northern Great Plains History Conference, Mankato, Minnesota (September 2018).

## SERVICE to the COMMUNITY, PROFESSION, and INSTITUTION

### *Community*
Guest Speaker in Angela Jill Cooley's "History in Black and White" course, Minnesota State University, Mankato (January 2022).

Judge, Maine History Day, Regional Contest, via Zoom (2022, 2021, and 2020).

Judge, Maine History Day, State Contest, via Zoom (2020).

Guest speaker in Todd Little-Siebold's Wabanaki History Research Seminar, College of the Atlantic, Bar Harbor, Maine, via Zoom (April 2020).

Judge, Minnesota History Day, South Central Region. Minnesota State University, Mankato (2019 and 2018).

### *Profession*
Women's History Interest Group Coordinator, Northern Great Plains History Conference Executive Council (April 2023 – Present).

Member (elected position), Executive Council, H-Net: Humanities and Social Sciences Online (January 2023 - Present).

Senior Editor, H-AmIndian. H-Net: Humanities and Social Sciences Online (August 2022 - Present).

Network Editor, H-AmIndian. H-Net: Humanities and Social Sciences Online (May 2021 – August 2022).

Reviewer, Oxford Bibliographies (2022).

# JENNIFER MONROE McCUTCHEN

JRC 432 ⬥ 2115 Summit Ave ⬥ St. Paul, MN 55105 ⬥ j.mccutchen@stthomas.edu

*Institution*

Co-leader, "Tools of Engagement" Lunch and Learn Seminar. STELAR University of St. Thomas (January 2023).

Faculty Representative, The Gloria S. Duclos Convocation Committee, University of Southern Maine (October 2020 – May 2022).

Member, "Decolonizing USM" (a committee to develop a Native American Studies minor and a more inclusive campus environment for Native students) (October 2020 – May 2022).

Member, Social Justice Minor Development Committee, University of Southern Maine (September 2020 – May 2022).

History Department Faculty Liaison, Teacher Education Pathways Program, University of Southern Maine (September 2020 – May 2022).

Member, Women and Gender Studies Faculty Council – University of Southern Maine (November 2019 – May 2022).

**SPECIAL PROJECTS**

Second Amendment Expert-Witness Services, California Department of Justice (April 2023 – Present).

United States History Subject Matter Expert and Content Reviewer, MindTap Digital Learning Tool, Cengage Learning (July 2020 – March 2021).

**SELECTED PROFESSIONAL DEVELOPMENT**

Queering St. Thomas Faculty Learning Community (2022-2023 Academic Year).

Institute for Constitutional Studies Summer Seminar: Native Peoples, American Colonialism, and the U.S. Constitution. Sponsored by the NYU - Yale American Indian Sovereignty Project, New Haven, Connecticut (June 2022).

Supporting Students in Distress. Counseling Services, University of Southern Maine (November 2021).

Supporting the Success of Remote Learners. Center for Technology Enhanced Learning, University of Southern Maine (July 2020).

Advising Students on the Autism Spectrum. The Center for Collaboration and Development, University of Southern Maine (November 2019).

Writing Across the Curriculum Writing Fellows Program. Minnesota State University, Mankato (August - December 2018).

Game Based Learning Professional Development Program. Minnesota State University, Mankato (August - December 2018).

Culturally Relevant Pedagogy Curriculum Development Program. The Minnesota Historical Society and the Inquiry in the Upper Midwest Grant Program, Beloit College (August 2018).

Certificate in Teaching Fully Online for Faculty and Graduate Students. Koehler Center for Teaching Excellence, Texas Christian University (April 2017).

# JENNIFER MONROE McCUTCHEN

JRC 432 ⬥ 2115 Summit Ave ⬥ St. Paul, MN 55105 ⬥ j.mccutchen@stthomas.edu

**INSTITUTIONAL RESEARCH and PUBLIC HISTORY EXPERIENCE**

The Office of Institutional Research at Texas Christian University. Internship in Special Collections (2014).

The Cleveland Memory Project, in affiliation with Cleveland State University. Internship in Digital History, Preservation, and Public History (2011-2012).

The South Euclid Historical Society, South Euclid, Ohio. Researcher and presenter for the History of South Euclid Community Symposium (2011).

The Western Reserve Historical Society, Cleveland, Ohio. Internship in Research Studies, Public History, and Museum Programming (2011).

**PROFESSIONAL AFFILIATIONS and MEMBERSHIPS**

Native American and Indigenous Studies Association
The Society for Historians of the Early American Republic
The American Society for Ethnohistory
The Northern Great Plains History Conference - Executive Council Member
H-Net – Executive Council Member