1  C.D. Michel – SBN 144258
   Sean A. Brady – SBN 262007
2  Matthew D. Cubeiro – SBN 291519
   MICHEL & ASSOCIATES, P.C.
3  180 E. Ocean Boulevard, Suite 200
4  Long Beach, CA 90802
   Telephone: (562) 216-4444
5  Facsimile: (562) 216-4445
   Email: cmichel@michellawyers.com
6
7  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| KIM RHODE, et al., | Case No.: 3:18-cv-00802-BEN-JLB |
|---|---|
| Plaintiffs, | |
| v. | **PLAINTIFFS' RESPONSE TO ORDER ENTERED ON JULY 18, 2023** |
| ROB BONTA, in his official capacity as Attorney General of the State of California, | |
| Defendant. | |

1  Plaintiffs Kim Rhode, Gary Brennan, Cory Henry, Edward Johnson, Scott
2  Lindemuth, Richard Ricks, Denise Welvang, Able's Sporting, Inc., AMDEP Holdings,
3  LLC, R&S Firearms, Inc., and California Rifle & Pistol Association, Incorporated, a
4  California corporation, through their counsel, submit the concurrently filed Declarations
5  in response to the Court's Order entered on July 18, 2023 (Dkt. 90).

7  Dated: August 17, 2023   **MICHEL & ASSOCIATES, P.C.**

   *s/Sean A. Brady*
   Sean A. Brady
   Email: sbrady@michellawyers.com
   Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE
### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

Case Name: *Rhode, et al. v. Bonta*
Case No.: 3:18-cv-00802-JM-JMA

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 180 East Ocean Boulevard, Suite 200 Long Beach, CA 90802. I am not a party to the above-entitled action.

    I have caused service of the following documents, described as:

**PLAINTIFFS' RESPONSE TO ORDER ENTERED ON JULY 18, 2023**

on the following parties by electronically filing the foregoing on August 17, 2023, with the Clerk of the District Court using its ECF System, which electronically notifies them.

  John D. Echeverria
  Deputy Attorney General
  john.echeverria@doj.ca.gov
  Anthony P. O'Brien
  Deputy Attorney General
  anthony.obrien@doj.ca.gov
  Christina R.B. Lopez
  Deputy Attorney General
  christina.lopez@doj.ca.gov
  455 Golden Gate Ave., Suite 11000
  San Francisco, CA 94102-7004
    *Attorneys for Defendant Attorney*
    *General Rob Bonta*

    I declare under penalty of perjury that the foregoing is true and correct. Executed on August 17, 2023, at Long Beach, CA.

*/s/ Laura Palmerin*
Laura Palmerin