C.D. Michel – SBN 144258
Sean A. Brady – SBN 262007
Matthew D. Cubeiro – SBN 291519
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| KIM RHODE, et al., | Case No.: 3:18-cv-00802-BEN-JLB |
|---|---|
| Plaintiffs, | **DECLARATION OF PLAINTIFF KIM RHODE** |
| v. | |
| ROB BONTA, in his official capacity as Attorney General of the State of California, | |
| Defendant. | |

## DECLARATION OF PLAINTIFF KIM RHODE

1. I, Kim Rhode, make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. I am a resident of California and a plaintiff in this action. I am a law-abiding citizen of the United States who is not prohibited from owning or possessing firearms or ammunition under state or federal law.

3. I am a competitive double trap and skeet shooter. I have been a competitive shooter for over 30 years. I am a six-time Olympic medal winner in those disciplines for the United States of America. As such, I shoot thousands of rounds training to represent the United States.

4. Prior to the Challenged Laws taking effect, I would acquire thousands of rounds of specialized ammunition required for training and competitions that I participate in via direct shipment from the manufacturer in bulk quantities, as well as from the National Governing Body of the Olympic Committee, USA shooting. I would receive those shipments either at my home or at a range where I was competing and training. Oftentimes I received the ammunition at a range in Arizona when one of my competitions would take place there and then transport the ammunition remaining after that competition into California via a pick-up truck. Sometimes I would receive my allotment from USA Shooting in Arizona for being on the U.S. Team and transport it home after the match.

5. Because the Challenged Laws now prevent me from acquiring this ammunition directly from the manufacturer or USA Shooting in either fashion, I have had to leave a substantial amount of ammunition stored in Arizona and in Texas because I could not bring it back into California on my person.

6. I have also had to make arrangements with various shooting range locations in California to store my ammunition that is shipped to the ranges, but I cannot remove that ammunition from any range's premises. I am constantly at the mercy of each range

as to whether I even have that option, because a range could refuse receipt. Dealing with this is time away from my training and imposes burdens other Olympic athletes do not have to face. There are also financial burdens, as I had to spend $2,500 to $3,200 for several containers to store ammunition at various shooting ranges in California. Exacerbating the problem is that the ammunition I use for Olympic competition is not readily available for purchase at any California ammunition vendor or range and is difficult to acquire. The ammunition that I use for training and competition is specialized for exclusive use in International and Olympic matches, so it is not readily available. It has a lower amount of shot and moves faster which makes it illegal to use in other shooting competitions.  If the range does not sell the ammunition that I need to train and I do not have any ammunition shipped to them, then I cannot train at that range. This limits where I can train to only a few ranges.

7. Prior to the Challenged Laws taking effect, I would also have self-defense ammunition delivered directly to my home from out-of-state vendors.

8. But for the Challenged Laws, I would have my training and self-defense ammunition shipped directly to my residence.

9. But for the Challenged Laws, I would have brought and would continue to bring ammunition that I acquired in other states back to California on my person to use for lawful purposes, including training, competition, and self-defense.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on August 17, 2023.

_____
Kim Rhode
Declarant

# CERTIFICATE OF SERVICE
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case Name: *Rhode, et al. v. Bonta*
Case No.: 3:18-cv-00802-JM-JMA

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 180 East Ocean Boulevard, Suite 200 Long Beach, CA 90802. I am not a party to the above-entitled action.

    I have caused service of the following documents, described as:

**DECLARATION OF PLAINTIFF KIM RHODE**

on the following parties by electronically filing the foregoing on August 17, 2023, with the Clerk of the District Court using its ECF System, which electronically notifies them.

John D. Echeverria
Deputy Attorney General
john.echeverria@doj.ca.gov
Anthony P. O'Brien
Deputy Attorney General
anthony.obrien@doj.ca.gov
Christina R.B. Lopez
Deputy Attorney General
christina.lopez@doj.ca.gov
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
   *Attorneys for Defendant Attorney General Rob Bonta*

    I declare under penalty of perjury that the foregoing is true and correct. Executed on August 17, 2023, at Long Beach, CA.

*Laura Palmerin*