C.D. Michel – SBN 144258
Sean A. Brady – SBN 262007
Matthew D. Cubeiro – SBN 291519
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIM RHODE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>    Defendant. | Case No.: 3:18-cv-00802-BEN-JLB<br><br>**DECLARATION OF PLAINTIFF GARY BRENNAN** |

## DECLARATION OF PLAINTIFF GARY BRENNAN

1. I, Gary Brennan, make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. I am a resident of San Diego County, California, and a Plaintiff in this action. I am a law-abiding citizen of the United States who is not prohibited from owning or possessing firearms or ammunition under state or federal law.

3. Prior to the Challenged Laws taking effect, I would acquire the majority of my ammunition from online vendors that would send it directly to my residence. Doing so saved time and money and offered access to a wider selection of ammunition options. Since the Challenged Laws have taken effect, I have noticed an increase in the price of ammunition at stores.

4. But for the Challenged Laws, I would purchase ammunition from online vendors to have shipped directly to my residence.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on August 16, 2023.

*/s/ Gary Brennan*
Gary Brennan

# CERTIFICATE OF SERVICE
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case Name: *Rhode, et al. v. Bonta*
Case No.: 3:18-cv-00802-JM-JMA

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 180 East Ocean Boulevard, Suite 200 Long Beach, CA 90802. I am not a party to the above-entitled action.

    I have caused service of the following documents, described as:

**DECLARATION OF PLAINTIFF GARY BRENNAN**

on the following parties by electronically filing the foregoing on August 17, 2023, with the Clerk of the District Court using its ECF System, which electronically notifies them.

  John D. Echeverria
  Deputy Attorney General
  john.echeverria@doj.ca.gov
  Anthony P. O'Brien
  Deputy Attorney General
  anthony.obrien@doj.ca.gov
  Christina R.B. Lopez
  Deputy Attorney General
  christina.lopez@doj.ca.gov
  455 Golden Gate Ave., Suite 11000
  San Francisco, CA 94102-7004
    *Attorneys for Defendant Attorney*
    *General Rob Bonta*

    I declare under penalty of perjury that the foregoing is true and correct. Executed on August 17, 2023, at Long Beach, CA.

                                                Laura Palmerin