1 | C.D. Michel – SBN 144258
2 | Sean A. Brady – SBN 262007
  | Matthew D. Cubeiro – SBN 291519
3 | MICHEL & ASSOCIATES, P.C.
  | 180 E. Ocean Boulevard, Suite 200
4 | Long Beach, CA 90802
  | Telephone: (562) 216-4444
5 | Facsimile: (562) 216-4445
  | Email: cmichel@michellawyers.com
6 |
7 | Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| KIM RHODE, et al., | Case No.: 3:18-cv-00802-BEN-JLB |
|---|---|
| Plaintiffs, | **DECLARATION OF EDWARD ALLEN JOHNSON** |
| v. | |
| XAVIER BONTA, in his official capacity as Attorney General of the State of California, | |
| Defendant. | |

**DECLARATION OF EDWARD ALLEN JOHNSON**

1. I, Edward Allen Johnson, make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. I am a resident of San Diego County, California, and a plaintiff in this action. I am a law-abiding citizen of the United States who is not prohibited from owning or possessing firearms or ammunition under state or federal law.

3. On June 27, 2019, I submitted an "Automated Firearms System Request for Firearm Records" form to the California Department of Justice ("DOJ") for purposes of obtaining my AFS records on file with DOJ.

4. On October 15, 2019, approximately 110 days after submission, DOJ responded to my request by providing my records via U.S. mail.

5. Between June 27, 2019 and October 15, 2019, I contacted DOJ via phone/email at least three times to request the status of my AFS records request. Each time I never received a response; the only response was when my records appeared in the mail.

6. I regularly travel to Oregon to visit my daughter who lives there. Prior to the Challenged Laws taking effect, I would purchase a significant amount of my ammunition supply while in Oregon to bring home to California because ammunition costs are generally lower there than in California. California's requirement that any ammunition acquired out-of-state be shipped to a licensed vendor in California for processing adds time and expense that make obtaining ammunition out-of-state generally impractical. But for the Challenged Laws, I would resume purchasing ammunition in Oregon, and other states I visit, to bring back to California on my person to use for lawful purposes, including self-defense.

7. Prior to the Challenged Laws taking effect, I would acquire a significant amount of my ammunition from online vendors that would send it directly to my residence. Doing so saved time and money and offered access to a wider selection of

ammunition options. Since the Challenged Laws have taken effect, I have noticed an increase in the price of ammunition at stores.

8. But for the Challenged Laws, I would acquire ammunition from online vendors to have shipped directly to my residence.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on August 17, 2023.

*[signature]*

Edward Allen Johnson
Declarant

# CERTIFICATE OF SERVICE
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case Name: *Rhode, et al. v. Bonta*
Case No.: 3:18-cv-00802-JM-JMA

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 180 East Ocean Boulevard, Suite 200 Long Beach, CA 90802. I am not a party to the above-entitled action.

    I have caused service of the following documents, described as:

**DECLARATION OF EDWARD ALLEN JOHNSON**

on the following parties by electronically filing the foregoing on August 17, 2023, with the Clerk of the District Court using its ECF System, which electronically notifies them.

John D. Echeverria
Deputy Attorney General
john.echeverria@doj.ca.gov
Anthony P. O'Brien
Deputy Attorney General
anthony.obrien@doj.ca.gov
Christina R.B. Lopez
Deputy Attorney General
christina.lopez@doj.ca.gov
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
   *Attorneys for Defendant Attorney*
   *General Rob Bonta*

    I declare under penalty of perjury that the foregoing is true and correct. Executed on August 17, 2023, at Long Beach, CA.

*Laura Palmerin*