C.D. Michel – SBN 144258
Sean A. Brady – SBN 262007
Matthew D. Cubeiro – SBN 291519
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| KIM RHODE, et al., | Case No.: 3:18-cv-00802-BEN-JLB |
|---|---|
| Plaintiffs, | |
| v. | **DECLARATION OF JAMES GILHOUSEN ON BEHALF OF PLAINTIFF ABLE'S SPORTING, INC.** |
| ROB BONTA, in his official capacity as Attorney General of the State of California, | |
| Defendant. | |

# DECLARATION OF JAMES GILHOUSEN

1. I, James Gilhousen, make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. I am General Manager of Able's Sporting, Inc. ("Able's"), a business engaged in the retail sale of ammunition located in Huntsville, Texas, and Plaintiff in this action.

3. Following the implementation of California's licensed ammunition vendor processing requirements on January 1, 2018, nearly 75% of California based ammunition vendors Able's had previously done business with informed Able's that they no longer wished for Able's to ship ammunition to them for purposes of processing private party ammunition sales. As a result, Able's sales (of which ammunition is a subset) to California dropped approximately 95% compared to all of 2017.

4. It costs Able's on average $25 to ship ammunition to a customer in California. Following the implementation of California's licensed ammunition vendor processing requirements on January 1, 2018, dozens of customer orders were returned to Able's because the customer was unable to process the transaction at a California licensed ammunition vendor. The shipping fee incurred by Able's was doubled as a result of such returns.

5. While Able's maintains a restocking fee policy that would normally cover Able's shipping and handling costs for returned orders, customers routinely contact their credit card companies to process a full refund of their purchase. Doing so automatically returns the customer's payment from Able's. While Able's could challenge the full refund, doing so costs $500 for each challenged transaction. The only other alternative available to Able's is to attempt collection of the restocking fee from the customer directly. To date, Able's has been unable to collect this restocking fee from a single customer.

6. In Q1 2017, California amounted to approximately 13% of all retail sales (of which ammunition is a subset) made by Able's. Following the implementation of California's licensed ammunition vendor processing requirements on January 1, 2018, California amounted to less than 0.5% of Able's overall retail sales (of which ammunition is a subset) in Q1 2018.

7. Overall, California amounted to 14.2% of Able's retail sales (of which ammunition is a subset) in 2017. Following the implementation of California's licensed ammunition vendor processing requirements on January 1, 2018, California sales only amounted to approximately 0.7% of Able's retail sales in 2018.

8. For a period following the implementation of California's ammunition background check requirements on July 1, 2019, not a single California customer ordered ammunition from Able's. That has changed only slightly since, with Able's making on average a few sales a month to California consumers.

9. In my experience, most California vendors that Able's has engaged with refuse to process orders for Able's would-be California customers. This sometimes results in would-be California customers canceling ammunition orders from Able's. I have also heard from California consumers who say they would have purchased ammunition from Able's but their local shop charges too high of a fee to process the transaction and, as a result, they do not purchase from Able's.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on August 16, 2023.

James Gilhousen
Declarant

# CERTIFICATE OF SERVICE
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case Name: *Rhode, et al. v. Bonta*
Case No.: 3:18-cv-00802-JM-JMA

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 180 East Ocean Boulevard, Suite 200 Long Beach, CA 90802. I am not a party to the above-entitled action.

    I have caused service of the following documents, described as:

**DECLARATION OF JAMES GILHOUSEN ON BEHALF OF PLAINTIFF ABLE'S SPORTING, INC.**

on the following parties by electronically filing the foregoing on August 17, 2023, with the Clerk of the District Court using its ECF System, which electronically notifies them.

John D. Echeverria
Deputy Attorney General
john.echeverria@doj.ca.gov
Anthony P. O'Brien
Deputy Attorney General
anthony.obrien@doj.ca.gov
Christina R.B. Lopez
Deputy Attorney General
christina.lopez@doj.ca.gov
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
    *Attorneys for Defendant Attorney*
    *General Rob Bonta*

    I declare under penalty of perjury that the foregoing is true and correct. Executed on August 17, 2023, at Long Beach, CA.

*[signature]*
Laura Palmerin