C.D. Michel – SBN 144258
Sean A. Brady – SBN 262007
Matthew D. Cubeiro – SBN 291519
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM RHODE, et al.,<br>　　　　　Plaintiffs,<br>　　v.<br>ROB BONTA, in his official capacity as Attorney General of the State of California,<br>　　　　　Defendant. | Case No.: 3:18-cv-00802-BEN-JLB<br><br>**DECLARATION OF DAN WOLGIN ON BEHALF OF PLAINTIFF AMDEP HOLDINGS, LLC** |

# DECLARATION OF DAN WOLGIN

1. I, Dan Wolgin, make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. I am the Chief Executive Officer of AMDEP Holdings, LLC ("Ammunition Depot"), a business engaged in the retail sale of ammunition located in Boca Raton, Florida, and Plaintiff in this action.

3. Following the implementation of California's licensed ammunition vendor processing requirements on January 1, 2018, Ammunition Depot's sales (of which ammunition is a subset) to California dropped approximately 90% compared to all of 2017.

4. In Q1 2017, California amounted to approximately 12.7% of all retail sales (of which ammunition is a subset) made by Ammunition Depot. Following the implementation of California's licensed ammunition vendor processing requirements on January 1, 2018, California amounted to less than 1.8% of Ammunition Depot's overall retail sales (of which ammunition is a subset) in Q1 2018.

5. Overall, California amounted to 22.2% of Ammunition Depot's retail sales (of which ammunition is a subset) in 2017. Following the implementation of California's licensed ammunition vendor processing requirements on January 1, 2018, California sales only amounted to approximately 2.8% of Ammunition Depot's retail sales in 2018.

6. Following the implementation of California's new ammunition background check requirements on July 1, 2019, sales to California amount to approximately 1.9% of Ammunition Depot's business.

7. Between January and June 2019, California ammunition sales accounted for approximately 3.91% of all Ammunition Depot's ammunition sales. Following the implementation of California's ammunition background check requirements on July 1, 2019, ammunition sales to California dropped to an average of around 1% per annum of

all Ammunition Depot's ammunition sales, a drop of around 75%. So far in 2023, ammunition sales to California are 1.36% of all Ammunition Depot's ammunition sales.

8. Following the implementation of California's new ammunition background check requirements on July 1, 2019, Ammunition Depot attempted to contact the California Department of Justice ("DOJ") to inquire if a business could legally sell ammunition direct to California customers who possess a valid Certificate of Eligibility ("COE") issued by DOJ and a Curio & Relic Type 03 FFL ("C&R License") issued by the Bureau of Alcohol, Tobacco, Firearms and Explosives. Ammunition Depot attempted to communicate with DOJ by contacting the listed "Customer Support Center" at (855) 365-3767. On at least eight different occasions, Ammunition Depot attempted to call DOJ to speak with a DOJ representative. Six of those attempts resulted in no answer. Ammunition Depot later attempted to contact DOJ using a different phone, but this time received an automated message stating "This number is not available from your calling area." To date, Ammunition Depot has been unable to reach DOJ for clarification, despite trying to contact DOJ at the phone number currently listed as the number for DOJ's "Customer Support Center" on DOJ's website: https://oag.ca.gov/firearms/dlrfaqs. Ammunition Depot has received hundreds of inquiries about this issue from California consumers but has been unable to definitively answer whether the practice is lawful, due to DOJ's silence. Ammunition Depot has refrained from processing any sales directly to California consumers who possess a valid COE and C&R License because of DOJ's refusal to clarify the law.

9. Following implementation of California's new ammunition background check requirements on July 1, 2019, several California ammunition retailers contacted Ammunition Depot and instructed it to cease shipments of private customer orders of ammunition to their store, as they did not wish to process such transactions. Some California ammunition retailers have agreed to process transfers from Ammunition Depot to California consumers, but many still refuse to. My employees have heard directly from California consumers who say they would have purchased ammunition from Ammunition

Depot but their local shop charges too high of a fee to process the transaction and, as a result, they do not purchase from Ammunition Depot.

     I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on August, 17 2023.

_____
Dan Wolgin
Declarant

**CERTIFICATE OF SERVICE**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Case Name: *Rhode, et al. v. Bonta*
Case No.: 3:18-cv-00802-JM-JMA

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 180 East Ocean Boulevard, Suite 200 Long Beach, CA 90802. I am not a party to the above-entitled action.

I have caused service of the following documents, described as:

**DECLARATION OF DAN WOLGIN ON BEHALF OF PLAINTIFF AMDEP HOLDINGS, LLC**

on the following parties by electronically filing the foregoing on August 17, 2023, with the Clerk of the District Court using its ECF System, which electronically notifies them.

John D. Echeverria
Deputy Attorney General
john.echeverria@doj.ca.gov
Anthony P. O'Brien
Deputy Attorney General
anthony.obrien@doj.ca.gov
Christina R.B. Lopez
Deputy Attorney General
christina.lopez@doj.ca.gov
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
  *Attorneys for Defendant Attorney General Rob Bonta*

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 17, 2023, at Long Beach, CA.

_____
Laura Palmerin