C.D. Michel – SBN 144258
Sean A. Brady – SBN 262007
Matthew D. Cubeiro – SBN 291519
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIM RHODE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of the State of California, <br><br> Defendant. | Case No.: 3:18-cv-00802-BEN-JLB <br><br> **DECLARATION OF RICHARD MINNICH ON BEHALF OF PLAINTIFF CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED** |

# DECLARATION OF RICHARD MINNICH

1. I, Richard Minnich, am the Treasurer of the California Rifle & Pistol Association, Incorporated (CRPA), a plaintiff in this action. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. CRPA is a non-profit membership organization classified under section 501(c)(4) of the Internal Revenue Code and incorporated under the laws of California, with its headquarters in Fullerton, California.

3. Founded in 1875, CRPA seeks to defend the Second Amendment and advance laws that protect the rights of individual citizens. CRPA works to preserve the constitutional and statutory rights of gun ownership, including the rights to self-defense, the right to hunt, and the right to keep and bear arms. CRPA is also dedicated to promoting the shooting sports, providing education, training, and organized competition for adult and junior shooters. CRPA's members include law enforcement officers, prosecutors, professionals, firearm experts, and members of the public.

4. In this suit, CRPA represents the interest of the tens of thousands of its members who reside in or visit the state of California, including in San Diego County, and who are too numerous to conveniently bring in this action individually. Those members' interests include their intent to exercise their constitutionally protected right to acquire and otherwise transact in ammunition.

5. I am aware of many CRPA members who have been harmed by California's ammunition sales restrictions being challenged in this action ("the Challenged Laws").

6. I am aware of CRPA members who have been refused an ammunition sale because their driver's license or identification card has a "FEDERAL LIMITS APPLY" notation and they lacked the required supplemental documentation.

7. I am aware of CRPA members who have been rejected an ammunition transaction, even though they were not prohibited from acquiring ammunition or firearms under any state or federal laws, and do not know that the CFARS website exists.

8. I am aware of CRPA members who have been rejected an ammunition transaction, even though they were not prohibited from acquiring ammunition or firearms under any state or federal laws, and because they were either unaware of the steps that they could take to overcome their rejection or alternative options to qualify for an ammunition purchase, or could not figure out how to update their records in the CFARS website, they gave up on trying to lawfully purchase ammunition in California.

9. I am aware of CRPA members who have been rejected an ammunition transaction, even though they were not prohibited from acquiring ammunition or firearms under any state or federal laws, and decided to purchase a firearm that they would not have otherwise purchased because they either believed it was their only option to get into DOJ's system to be able to buy ammunition or to avoid having to pay the $19 Basic Check every time they purchased ammunition.

10. I am aware of CRPA members who have been rejected an ammunition transaction, even though they were not prohibited from acquiring ammunition or firearms under any state or federal laws, and because they could not determine how to correct issues with their AFS records on the CFARS website, have had to request a copy of their AFS records from DOJ and have reported waiting months for DOJ to respond with a copy of their AFS records.

11. I am aware of CRPA members who acquire ammunition outside of California, particularly on hunting trips, competitions, or training events, and leave it behind because it is impractical and costly to have it shipped to a licensed vendor in California to process.

12. I am aware of CRPA members who are not California residents and because they are not, have been unable to purchase ammunition from a licensed vendor while visiting California.

13. I am aware of CRPA members who must pay significant fees to a licensed California ammunition vendor to process ammunition transfers from out-of-state vendors

for ammunition that the members could not locate in-state, which costs they would not have incurred if the Challenged Laws did not prohibit direct shipping to their homes.

14. I am aware of CRPA members who have had licensed California ammunition vendors refuse to process their ammunition transfers from out-of-state vendors, as required under the Challenged Laws for a California resident to receive ammunition from an out-of-state vendor.

I declare under penalty of perjury that the foregoing is true and correct. Executed within in the United States on August 17, 2023.

_____, TREASURER
Richard Minnich
Declarant

# CERTIFICATE OF SERVICE
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case Name: *Rhode, et al. v. Bonta*
Case No.: 3:18-cv-00802-JM-JMA

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 180 East Ocean Boulevard, Suite 200 Long Beach, CA 90802. I am not a party to the above-entitled action.

    I have caused service of the following documents, described as:

**DECLARATION OF RICHARD MINNICH ON BEHALF OF PLAINTIFF CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED**

on the following parties by electronically filing the foregoing on August 17, 2023, with the Clerk of the District Court using its ECF System, which electronically notifies them.

John D. Echeverria
Deputy Attorney General
john.echeverria@doj.ca.gov
Anthony P. O'Brien
Deputy Attorney General
anthony.obrien@doj.ca.gov
Christina R.B. Lopez
Deputy Attorney General
christina.lopez@doj.ca.gov
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
    *Attorneys for Defendant Attorney*
    *General Rob Bonta*

    I declare under penalty of perjury that the foregoing is true and correct. Executed on August 17, 2023, at Long Beach, CA.

*[signature]*
Laura Palmerin