C.D. Michel – SBN 144258
Sean A. Brady – SBN 262007
Matthew D. Cubeiro – SBN 291519
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM RHODE, et al.,<br>     Plaintiffs,<br>  v.<br>ROB BONTA, in his official capacity as Attorney General of the State of California,<br>     Defendant. | Case No.: 3:18-cv-00802-BEN-JLB<br><br>**DECLARATION OF KIRK WEIR IN SUPPORT OF PLAINTIFFS** |

# DECLARATION OF KIRK WEIR

1. I, Kirk Weir, make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. I am a resident of Nevada County, California. I am a citizen of the United States who is not prohibited from owning or possessing firearms or ammunition under state or federal law. I am a permanently disabled veteran, small arms instructor, and CCW permit holder. I am a member of the California Rifle & Pistol Association, Incorporated, which is a plaintiff in this action.

3. I acquire ammunition for use in self-defense training and hunting. I also acquire it to keep for home-defense and self defense. California requires that hunters use non-lead ammunition, which is not as plentiful as lead ammunition.

4. Because local ammunition vendors regularly lack inventory of the common ammunition types that I need, especially the non-lead ammunition required for hunting in this state, and because it is a 30-minute round trip to the nearest ammunition vendor, prior to the challenged laws taking effect, I regularly acquired my ammunition from internet vendors that shipped directly to my residence. I could virtually always find the ammunition that I needed online, and often at a better price.

5. I have noticed marked price increases and scarcity of inventory of the ammunition I use at my local ammunition vendors since the challenged laws went into effect.

6. Because of the challenged laws, I cannot order online for direct shipment to my home. This has resulted in me having to spend more time and money trying to acquire the ammunition that I use from local vendors. And, on some occasions, I have been unable to find the ammunition that I need from local vendors, while it is regularly available from online vendors. But for the challenged laws, I would purchase ammunition from online vendors to have shipped directly to my residence.

///

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on August 15, 2023.

*[signature]*
Kirk Weir
Declarant

# CERTIFICATE OF SERVICE
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case Name: *Rhode, et al. v. Bonta*
Case No.: 3:18-cv-00802-JM-JMA

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 180 East Ocean Boulevard, Suite 200 Long Beach, CA 90802. I am not a party to the above-entitled action.

    I have caused service of the following documents, described as:

**DECLARATION OF KIRK WEIR IN SUPPORT OF PLAINTIFFS**

on the following parties by electronically filing the foregoing on August 17, 2023, with the Clerk of the District Court using its ECF System, which electronically notifies them.

John D. Echeverria
Deputy Attorney General
john.echeverria@doj.ca.gov
Anthony P. O'Brien
Deputy Attorney General
anthony.obrien@doj.ca.gov
Christina R.B. Lopez
Deputy Attorney General
christina.lopez@doj.ca.gov
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
   *Attorneys for Defendant Attorney*
   *General Rob Bonta*

    I declare under penalty of perjury that the foregoing is true and correct. Executed on August 17, 2023, at Long Beach, CA.

*/s/ Laura Palmerin*
Laura Palmerin