C.D. Michel – SBN 144258
Sean A. Brady – SBN 262007
Matthew D. Cubeiro – SBN 291519
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| KIM RHODE, et al., | Case No.: 3:18-cv-00802-BEN-JLB |
|---|---|
| Plaintiffs, | **DECLARATION OF SCOTT PARKER IN SUPPORT OF PLAINTIFFS** |
| v. | |
| ROB BONTA, in his official capacity as Attorney General of the State of California, | |
| Defendant. | |

## DECLARATION OF SCOTT PARKER

1. I, Scott Parker, make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. I am a resident of California and a citizen of the United States who is not prohibited from owning or possessing firearms or ammunition under state or federal law. I am a member of the California Rifle & Pistol Association, Incorporated, who is a plaintiff in this action.

3. On several occasions, I have been unable to acquire the ammunition I sought because I could not find it in stock locally or find an online vendor that would ship to California due to Challenged Laws. One time I found an online vendor that would ship to a local shop to process for me but the ammunition would not have arrived in time for the training class for which I was purchasing the ammunition. Even finding an ammunition vendor close to where I live that would process a transfer from an online vendor has proven difficult, especially for a reasonable fee. But for the Challenged Laws, I would purchase ammunition from online vendors to have shipped directly to my residence.

4. On several occasions, I have been in another state for a training class where I purchased ammunition and had to leave unused ammunition behind because I am not allowed to bring it back into California without shipping it to an ammunition vendor in California first, which is impractical and unduly burdensome. But for the Challenged Laws, I would have brought and would continue to bring ammunition that I purchased in other states to bring back to California on my person to use for lawful purposes, including self-defense.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on August 16, 2023.

Scott Parker
Declarant

# CERTIFICATE OF SERVICE
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case Name: *Rhode, et al. v. Bonta*
Case No.: 3:18-cv-00802-JM-JMA

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 180 East Ocean Boulevard, Suite 200 Long Beach, CA 90802. I am not a party to the above-entitled action.

    I have caused service of the following documents, described as:

**DECLARATION OF SCOTT PARKER IN SUPPORT OF PLAINTIFFS**

on the following parties by electronically filing the foregoing on August 17, 2023, with the Clerk of the District Court using its ECF System, which electronically notifies them.

John D. Echeverria
Deputy Attorney General
john.echeverria@doj.ca.gov
Anthony P. O'Brien
Deputy Attorney General
anthony.obrien@doj.ca.gov
Christina R.B. Lopez
Deputy Attorney General
christina.lopez@doj.ca.gov
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
   *Attorneys for Defendant Attorney*
   *General Rob Bonta*

    I declare under penalty of perjury that the foregoing is true and correct. Executed on August 17, 2023, at Long Beach, CA.

*/s/ Laura Palmerin*
Laura Palmerin