```
 1  C.D. Michel – SBN 144258
    Sean A. Brady – SBN 262007
 2  Matthew D. Cubeiro – SBN 291519
    MICHEL & ASSOCIATES, P.C.
 3  180 E. Ocean Boulevard, Suite 200
    Long Beach, CA 90802
 4  Telephone: (562) 216-4444
 5  Facsimile: (562) 216-4445
    Email: cmichel@michellawyers.com
 6
 7  Attorneys for Plaintiffs
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| KIM RHODE, et al., | Case No.: 3:18-cv-00802-BEN-JLB |
|---|---|
| Plaintiffs, | |
| v. | **DECLARATION OF STEPHEN HOOVER IN SUPPORT OF PLAINTIFFS** |
| ROB BONTA, in his official capacity as Attorney General of the State of California, | |
| Defendant. | |

## DECLARATION OF STEPHEN HOOVER

1. I, Stephen Hoover, make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. I am a resident of the State of Florida. I am a PhD candidate at the Center for Complex Systems and Brain Sciences in the Charles E. Schmidt College of Science at Florida Atlantic University. I am a citizen of the United States who is not prohibited from owning or possessing firearms or ammunition under state or federal law. I own firearms and have a Florida-issued CCW permit. I am a member of the California Rifle & Pistol Association, Incorporated, which is a plaintiff in this action.

3. I spent a significant amount of time in California in the Summer of 2023, and I plan to return for work and/or leisure purposes. Because I am not a resident of California, I cannot lawfully purchase ammunition in the state, with the limited exception of using it exclusively on-site at a licensed shooting range. There is thus no avenue for me to acquire ammunition for defense of myself and dwelling, or other lawful purposes, while staying in California.

4. On Wednesday, July 19th, 2023, I attempted to purchase ammunition at a sporting goods store located in Monterey, California. I asked two employees to check if they could sell me ammunition. One of the two employees called someone, I assume a supervisor, over the in-store telephone. I waited while the person on the other end of the phone conferred with the employee I was speaking with. The employee then informed me that I would not be allowed to purchase ammunition because I was not a California resident.

5. But for the challenged laws, which preclude non-residents of California like me, from purchasing ammunition outside of use at a licensed shooting range, I would buy ammunition while in California during my visits in the state for defense of my person and dwelling and other lawful purposes.

/ / /

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on August 16, 2023.

*Stephen Hoover*
Stephen Hoover
Declarant

# CERTIFICATE OF SERVICE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Case Name: *Rhode, et al. v. Bonta*
Case No.: 3:18-cv-00802-JM-JMA

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 180 East Ocean Boulevard, Suite 200 Long Beach, CA 90802. I am not a party to the above-entitled action.

I have caused service of the following documents, described as:

**DECLARATION OF STEPHEN HOOVER IN SUPPORT OF PLAINTIFFS**

on the following parties by electronically filing the foregoing on August 17, 2023, with the Clerk of the District Court using its ECF System, which electronically notifies them.

John D. Echeverria
Deputy Attorney General
john.echeverria@doj.ca.gov
Anthony P. O'Brien
Deputy Attorney General
anthony.obrien@doj.ca.gov
Christina R.B. Lopez
Deputy Attorney General
christina.lopez@doj.ca.gov
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
  *Attorneys for Defendant Attorney*
  *General Rob Bonta*

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 17, 2023, at Long Beach, CA.

Laura Palmerin