C.D. Michel – SBN 144258
Sean A. Brady – SBN 262007
Matthew D. Cubeiro – SBN 291519
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM RHODE, et al., <br>     Plaintiffs, <br> v. <br> ROB BONTA, in his official capacity as Attorney General of the State of California, <br>     Defendant. | Case No.: 3:18-cv-00802-BEN-JLB <br><br> **DECLARATION OF STEVEN BAYRD IN SUPPORT OF PLAINTIFFS** |

# DECLARATION OF STEVEN BAYRD

1. I, Steven Bayrd, make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. I am a resident of California and a citizen of the United States who is not prohibited from owning or possessing firearms or ammunition under state or federal law. I am a retired Los Angeles Sheriff's Department Reserve Deputy Sheriff. I am a member of the California Rifle & Pistol Association, Incorporated, who is a plaintiff in this action.

3. My residence is located in a rural area of Riverside County. Because the postal service will not deliver directly to my house, I use a Post Office Box to receive mail. For that reason, my driver's license lists my P.O. Box and not my physical address.

4. Because I do not have my residential address on my driver's license, both ammunition vendors I have attempted to purchase ammunition from have refused to process my purchase through the State's system because they said I lacked sufficient proof of residency to qualify to purchase ammunition under the challenged laws.

5. The local postmaster issued me a letter linking my P.O. box to my physical address. Despite providing that letter and other documentation of my physical address (bills) to them, no ammunition vendor has accepted such documentation as sufficient proof of residency to qualify for purchasing ammunition under the challenged laws.

6. As a result, I have been unable to acquire ammunition from a licensed vendor since the challenged laws took effect. But for the challenged laws, I would purchase ammunition for home defense or other lawful purposes but I am unaware of any lawful way for me to do so with my current ID under the challenged laws.

/ / /
/ / /
/ / /
/ / /

1  I declare under penalty of perjury that the foregoing is true and correct. Executed
2  within the United States on August 16, 2023.

_____
Steven Bayrd
Declarant

# CERTIFICATE OF SERVICE
### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

Case Name: *Rhode, et al. v. Bonta*
Case No.: 3:18-cv-00802-JM-JMA

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 180 East Ocean Boulevard, Suite 200 Long Beach, CA 90802. I am not a party to the above-entitled action.

    I have caused service of the following documents, described as:

**DECLARATION OF STEVEN BAYRD IN SUPPORT OF PLAINTIFFS**

on the following parties by electronically filing the foregoing on August 17, 2023, with the Clerk of the District Court using its ECF System, which electronically notifies them.

John D. Echeverria
Deputy Attorney General
john.echeverria@doj.ca.gov
Anthony P. O'Brien
Deputy Attorney General
anthony.obrien@doj.ca.gov
Christina R.B. Lopez
Deputy Attorney General
christina.lopez@doj.ca.gov
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
    *Attorneys for Defendant Attorney*
    *General Rob Bonta*

    I declare under penalty of perjury that the foregoing is true and correct. Executed on August 17, 2023, at Long Beach, CA.

*[signature]*
Laura Palmerin