1  Thomas R. Burke (State Bar No. 141930)
      thomasburke@dwt.com
2  DAVIS WRIGHT TREMAINE LLP
   50 California Street, 23rd Floor
3  Los Angeles, California  90017-2566
   Telephone:  (213) 633-6800
4  Facsimile:  (213) 633-6899

5  Attorneys for *Amici Curiae*
   Giffords Law Center to Prevent Gun Violence & Brady

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| KIM RHODE, *et al.*, | Case No. 3:18-cv-00802-BEN-JLB |
|---|---|
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF THIRD PARTY AND COUNSEL** |
| vs. | |
| XAVIER BECERRA, in his official capacity as Attorney General of the State of California, | |
| Defendant. | |

NOTICE OF WITHDRAWAL OF THIRD PARTY AND COUNSEL

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that third party Giffords Law Center to Prevent Gun Violence & Brady, and the undersigned, Thomas R. Burke, hereby withdraw from the above-captioned action and respectfully request to be removed from all applicable service lists, including Notices of Electronic Filing.

DATED: August 24, 2023

DAVIS WRIGHT TREMAINE LLP
THOMAS R. BURKE

By: */s/ Thomas R. Burke*
         Thomas R. Burke

Attorneys for *Amici Curiae*
The Giffords Law Center to Prevent Gun Violence & Brady

1
NOTICE OF WITHDRAWAL OF THIRD PARTY AND COUNSEL