ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
CHRISTINA R.B. LOPEZ
Deputy Attorney General
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3479
 Fax:  (415) 703-1234
 E-mail:  John.Echeverria@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as California Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **KIM RHODE et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California, et al.,**<br><br>Defendant. | Case No. 3:18-cv-00802-BEN-JLB<br><br>**DEFENDANT'S OBJECTION TO PLAINTIFFS' RESPONSE TO DEFENDANT'S EXPERT DECLARATIONS**<br><br>Dept:  5A<br>Judge:  Hon. Roger T. Benitez<br>Action Filed:  April 26, 2018 |

Defendant Rob Bonta, in his official capacity as Attorney General of the State of California ("Defendant"), hereby objects to Plaintiffs' Response to Defendant's Expert Declarations.  Dkt. 95, 95-1.

On July 17, 2023, the Court held a hearing in this matter, during which the Court ordered the parties to file supplemental declarations.  *See* July 17, 2023 Hearing Tr. at 28, 41, 47.  On July 18, 2023, the Court issued a Minute Entry for the hearing (the "Order"), requiring Plaintiffs to file declarations regarding

1

Article III standing within 30 days of the hearing. Dkt. 90. The Order also required Defendant, within 30 days of the hearing, to (1) "name and file an expert report(s) or declaration(s) regarding the American history and tradition of background checks"; (2) "file an updated declaration regarding ammunition purchaser background check acceptance/rejection rates and processing times, as performed previously"; and (3) file a report, "to the extent ascertainable, on persons described in previous declarations as persons who underwent background checks and were identified as prohibited persons and indicate whether such persons were prosecuted and whether firearms were located and seized from such persons." *Id.* Finally, the Order provided that, within 15 days of the filing of Defendant's expert declarations, Plaintiffs must decide whether to depose Defendant's experts and, within 30 days of deciding, "file a brief or expert declaration(s) in response." *Id.*

Thirty days after the July 17 hearing, on August 16, 2023, Defendant timely filed his response to the Court's Order, including expert declarations of Dr. Robert Spitzer, Dr. Michael Vorenberg, and Dr. Jennifer M. McCutchen and declarations of Mayra G. Morales and Sydney Jones. Dkt. 92. One day later, on August 17, 2023, Plaintiffs filed their response to the Order, including fourteen declarations. Dkt. 93. Thereafter, Plaintiffs did not request to depose Defendant's experts, and on October 2, 2023, Plaintiffs filed their response to Defendants' experts, including a declaration of Clayton Cramer. Dkt. 95, 95-1.

Defendant objects to Plaintiffs' response to Defendant's experts.[1] The Court's Order allowed Plaintiffs to file either "a brief *or* expert declarations(s) in response" to Defendant's experts. Dkt. 90 (emphasis added). Plaintiffs, however, filed both a declaration responding to Defendant's experts *and* a legal brief urging the Court to invalidate the challenged Ammunition Laws.[2] Because Defendant was not given a

---

[1] Defendant has objected to the post-remand proceedings in this action. *See* Dkt. 81 at 8-10; Dkt. 89 at 2 n.1.

[2] Plaintiffs' brief asks the Court to grant summary judgment in their favor,

2

similar opportunity to file a legal brief in addition to expert declarations, Plaintiffs' latest submission prejudices Defendant. Moreover, if the plain text of the Second Amendment covers Plaintiffs' proposed course of conduct, Defendant bears the burden of demonstrating that the Ammunition Laws are consistent with the Nation's tradition of firearm regulation. *See New York State Rifle & Pistol Ass'n v. Bruen*, 142 S. Ct. 2111, 2129-30 (2022). Because Defendant bears the burden of proof at the historical stage of the *Bruen* inquiry, Defendant should be afforded an opportunity to respond to Plaintiffs' submission.

Accordingly, Defendant objects to Plaintiffs' Response to Defendant's Expert Declarations, Dkt. 95, 95-1, and respectfully requests that the Court afford Defendant an opportunity to file, within fourteen (14) days, a response to Plaintiffs' brief and the declaration of Clayton Cramer, including supplemental declarations from Defendant's experts.

Dated: October 5, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
CHRISTINA R.B. LÓPEZ
Deputy Attorney General

*s/ John D. Echeverria*

JOHN D. ECHEVERRIA
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as California Attorney General*

---

even though no motion for summary judgment (or any other motion) is currently pending before the Court. *See* Dkt. 81 at 8.