C.D. Michel – SBN 144258
Sean A. Brady – SBN 262007
Matthew D. Cubeiro – SBN 291519
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM RHODE, et al.,<br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>　　　　　　Defendant. | Case No.: 3:18-cv-00802-BEN-JLB<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANT'S OBJECTION TO PLAINTIFFS' RESPONSE TO DEFENDANT'S EXPERT DECLARATIONS** |

The State has filed an Objection to the short brief that Plaintiffs filed responding to the State's recently filed historical declarations on the grounds that Plaintiffs were only supposed to file a brief in the case they did not file rebuttal declarations, but could not file both, as they did. Dkt. No. 96. This Court's July 28, 2023, Minute Entry stated that following the State's expert reports or declarations on the American history and tradition of background checks, "Plaintiffs shall decide whether to depose said expert(s), and within 30 days after deciding, Plaintiffs **shall file a brief or expert declaration(s) in response**." Dkt. No. 90 (bold added.) Plaintiffs interpreted that "or" conjunctively, i.e., that Plaintiffs may file a brief, or an expert declaration, or both. A single rebuttal declaration paired with a short brief seemed a proportional and fair response to three new expert declarations from the State, as well as the declarations the State submitted with updated data that Plaintiffs would otherwise have had no chance to address had they not submitted a responsive brief.

If Plaintiffs' interpretation of this Court's order was incorrect, they apologize for the misunderstanding and do not object to this Court choosing whether to strike Plaintiffs' latest brief, Dkt. No. 95, or granting the State's request to file a reply brief within 14 days. That said, Plaintiffs strongly object to the State's request to submit more supplemental expert declarations. The State has had plenty of opportunity to compile all the historical evidence that it wanted in the record. The Court can evaluate the respective parties' declarations in light of Plaintiffs' expert's information and determine whose analysis is correct or whether any additional information is needed. The State can also consult with its experts to point out any issues they have with Professor Cramer's characterization of their work and include that in a reply brief, should the Court allow one. But the State should not be automatically entitled to file more expert declarations; especially when it is Plaintiffs' primary position that the declarations provide no useful information under the *Bruen* analysis.

In sum, this Court should: (1) accept the Declaration of Clayton Cramer as properly filed, Dkt. No. 95-1; (2) reject the State's request to file additional expert

declarations; and (3) either (a) strike Plaintiffs' latest brief, Dkt. No. 95, or (b) grant the State's request to file a reply brief thereto within 14 days.

Dated: October 10, 2023                     **MICHEL & ASSOCIATES, P.C.**

*s/ Sean A. Brady*
Sean A. Brady
Email: sbrady@michellawyers.com
Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Case Name: *Rhode, et al. v. Bonta*
Case No.: 3:18-cv-00802-JM-JMA

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 180 East Ocean Boulevard, Suite 200 Long Beach, CA 90802. I am not a party to the above-entitled action.

    I have caused service of the following documents, described as:

**PLAINTIFFS' RESPONSE TO DEFENDANT'S OBJECTION TO PLAINTIFFS' RESPONSE TO DEFENDANT'S EXPERT DECLARATIONS**

on the following parties by electronically filing the foregoing on October 10, 2023, with the Clerk of the District Court using its ECF System, which electronically notifies them.

    John D. Echeverria
    Deputy Attorney General
    john.echeverria@doj.ca.gov
    Anthony P. O'Brien
    Deputy Attorney General
    anthony.obrien@doj.ca.gov
    Christina R.B. Lopez
    Deputy Attorney General
    christina.lopez@doj.ca.gov
    455 Golden Gate Ave., Suite 11000
    San Francisco, CA 94102-7004
        *Attorneys for Defendant Attorney*
        *General Rob Bonta*

    I declare under penalty of perjury that the foregoing is true and correct. Executed on October 10, 2023, at Long Beach, CA.

*Laura Palmerin*