UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM RHODE, et al.,<br><br>            Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>            Defendant. | Case No.: 3:18-cv-00802-BEN-JLB<br><br>**ORDER GRANTING LEAVE TO FILE BRIEF AND SETTING STATUS CONFERENCE** |

Defendant filed a request for leave to file a responsive brief. *See* Defendant's Objection to Plaintiffs' Response to Defendant's Expert Declarations, Dkt. 96, at 3. Defendant's request for leave is granted. Defendant shall file a brief no longer than 15 pages, and shall do so within 14 days.

Furthermore, a status conference is hereby set for Monday, November 13, 2023, at 2:00 p.m. in Courtroom 5A, before the undersigned.

**IT IS SO ORDERED.**

Dated: October 19, 2023

_____

HON. ROGER T. BENITEZ

United States District Judge