1  ROB BONTA
   Attorney General of California
2  R. MATTHEW WISE
   Supervising Deputy Attorney General
3  SEBASTIAN BRADY
   Deputy Attorney General
4  State Bar No. 330904
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 510-3592
6    Fax:  (415) 703-5480
     E-mail:  Sebastian.Brady@doj.ca.gov
7  *Attorneys for Defendant Rob Bonta, in his*
   *official capacity as Attorney General of*
8  *California*

9

10             IN THE UNITED STATES DISTRICT COURT

11            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

12                        CIVIL DIVISION

13

| | |
|---|---|
| **KIM RHODE et al.,** | 3:18-cv-00802-BEN-JLB |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | |
| **ROB BONTA, in his official capacity as Attorney General of the State of California, et al.,** | |
| Defendant. | |

1  Defendant Rob Bonta, in his official capacity as Attorney General of the State
2  of California, hereby files this Notice of Appearance to inform the Court of
3  additional assigned counsel for Defendant as follows:

4  Sebastian Brady, Deputy Attorney General
   455 Golden Gate Avenue, Suite 11000
5  San Francisco, CA  94102-7004
   Telephone:  (415) 510-3592
6  E-mail:  Sebastian.Brady@doj.ca.gov

8  Dated:  November 2, 2023            Respectfully submitted,

                                       ROB BONTA
                                       Attorney General of California
                                       R. MATTHEW WISE
                                       Supervising Deputy Attorney General


                                       */s Sebastian Brady*
                                       SEBASTIAN BRADY
                                       Deputy Attorney General
                                       *Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California*

17  SA2018101286
    43946347.docx

# CERTIFICATE OF SERVICE

Case Name: **_Rhode v. Becerra_**     Case No. **3:18-cv-00802-BEN-JLB**

I hereby certify that on November 2, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **NOTICE OF APPEARANCE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on November 2, 2023, at San Francisco, California.

M. Mendiola
Declarant

_M. Mendiola_
Signature

SA2018101286
43947057.docx