ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
JOHN D. ECHEVERRIA
Deputy Attorney General
MEGHAN H. STRONG
Deputy Attorney General
State Bar No. 324503
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3877
  Fax:  (415) 703-1234
  E-mail:  Meghan.Strong@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as California Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **KIM RHODE et al.,** | Case No. 3:18-cv-00802-BEN-JLB |
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE** |
| **ROB BONTA, in his official capacity as Attorney General of the State of California, et al.,** | |
| Defendant. | |

1    Defendant Rob Bonta, in his official as Attorney General of the State of

2    California, hereby files this Notice of Appearance to inform the Court of additional

3    assigned counsel for Defendant as follows:

4        Meghan H. Strong, Deputy Attorney General

5        455 Golden Gate Avenue, Suite 11000
         San Francisco, CA 94102-7004

6        Telephone:      (415) 510-3877

7        E-mail:    Meghan.Strong@doj.ca.gov

8    Dated:  December 13, 2023                    Respectfully submitted,

9                                                 ROB BONTA
                                                  Attorney General of California
10                                                R. MATTHEW WISE
                                                  Supervising Deputy Attorney General
11                                                JOHN D. ECHEVERRIA
                                                  Deputy Attorney General

12

13                                               *s/ Meghan H. Strong*

14
                                                  MEGHAN H. STRONG
15                                                Deputy Attorney General
                                                  *Attorneys for Defendant Rob Bonta,*
16                                                *in his official capacity as California*
                                                  *Attorney General*

17

18

19

20

21

22

23

24

25

26

27

28