

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Kim Rhode;  Gary Brennan;  Cory Henry;  Edward Johnson;  Scott Lindemuth;  Richard Ricks;  Denise Welvang;  Able's Sporting, Inc., a Texas corporation; AMDEP Holdings, LLC, a Florida limited liability company doing business as, Ammunition Depot; R&S Firearms, Inc., an Arizona corporation doing business as Sam's Shooters Emporium; California Rifle & Pistol Association, Incorporated a California corporation

**Plaintiff,**

V.

Xavier Becerra, in his official capacity as Attorney General of the State of California

**Defendant.**

Civil Action No.  18-cv-00802-BEN-JLB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendant Attorney General Rob Bonta, and his officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with him, and those duly sworn state peace officers and federal law enforcement officers who gain knowledge of this injunction order or know of the existence of this injunction order, are enjoined from implementing or enforcing the ammunition sales background check provisions found in California Penal Code §§ 30352 and 30370(a) through (e), and the ammunition anti-importation provisions found in §§ 30312(a) and (b) and 30314(a), as well as the criminal enforcement of California Penal Code §§ 30312(d), 30314(c), and 30365(a). Defendant Attorney General Rob Bonta shall provide forthwith, by personal service or otherwise, actual notice of this order to all law enforcement personnel who are responsible for implementing or enforcing the enjoined statutes. Case is closed.

**Date:** _____1/30/24_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  D.Frank _____

D.Frank, Deputy