ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
JOHN D. ECHEVERRIA
Deputy Attorney General
MEGHAN H. STRONG
Deputy Attorney General
CHRISTINA R.B. LÓPEZ
Deputy Attorney General
State Bar No. 312610
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6106
  Fax:  (916) 324-8835
  E-mail:  Christina.Lopez@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as California Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **KIM RHODE et al.,** | Case No. 3:18-cv-00802-BEN-JLB |
| Plaintiffs, | **NOTICE OF APPEAL** |
| v. | Judge:  Hon. Roger T. Benitez<br>Action Filed:  April 26, 2018 |
| **ROB BONTA, in his official capacity as Attorney General of the State of California,** | |
| Defendant. | |

1  **PLEASE TAKE NOTICE** that Defendant-Appellant Rob Bonta, in his official capacity as Attorney General of the State of California, hereby appeals to the United States Court of Appeals for the Ninth Circuit from this Court's Decision and Judgment, dated January 30, 2024, and entered January 31, 2024 (ECF Nos. 105, 106).

Dated: January 31, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
JOHN D. ECHEVERRIA
Deputy Attorney General
MEGHAN H. STRONG
Deputy Attorney General


*s/ Christina R.B. López*

CHRISTINA R.B. LÓPEZ
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as California Attorney General*