ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
JOHN D. ECHEVERRIA
Deputy Attorney General
MEGHAN H. STRONG
Deputy Attorney General
CHRISTINA R.B. LÓPEZ
Deputy Attorney General
State Bar No. 312610
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone:  (213) 269-6106
 Fax:  (916) 324-8835
 E-mail:  Christina.Lopez@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as California Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **KIM RHODE et al.,**<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California,**<br><br>　　　　　　　　　　Defendant. | Case No. 3:18-cv-00802-BEN-JLB<br><br>**REPRESENTATION STATEMENT**<br><br>**[Fed. R. App. P. 12(b)]**<br><br>Judge:　　　Hon. Roger T. Benitez<br>Action Filed:　April 26, 2018 |

1

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b), Defendant-Appellant Rob Bonta, in his official capacity as Attorney General of the State of California, hereby submits the following Representation Statement identifying all parties to the action along with the names, addresses, and telephone numbers of their respective counsel:

*Defendant-Appellant:*

R. Matthew Wise (matthew.wise@doj.ca.gov)
John D. Echeverria (john.echeverria@doj.ca.gov)
Meghan H. Strong (meghan.strong@doj.ca.gov)
Christina R.B. López (christina.lopez@doj.ca.gov)
300 South Spring Street, Suite 1702
Los Angeles, CA  90013-1230
Telephone:  (213) 269-6106
Fax:  (916) 324-8835

*Plaintiffs-Appellees:*

C.D. Michel (cmichel@michellawyers.com)
Sean A. Brady (sbrady@michellawyers.com)
Michel & Associates, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone:  (562) 216-4444
Fax:  (562) 216-4445

| | | |
|---|---|---|
| 1 | Dated: January 31, 2024 | Respectfully submitted, |

ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
JOHN D. ECHEVERRIA
Deputy Attorney General
MEGHAN H. STRONG
Deputy Attorney General

*s/ Christina R.B. López*

CHRISTINA R.B. LÓPEZ
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as California Attorney General*