

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

Docket Number:            24-542
Originating Case Number:  3:18-cv-00802-BEN-JLB

Case Title:               Rhode, et al. v. Bonta

**Monday, February 5, 2024**
Rob Bonta                              Mediation Questionnaire due

**Wednesday, February 14, 2024**
Rob Bonta                              Appeal Transcript Order Due

**Friday, March 15, 2024**
Rob Bonta                              Appeal Transcript Due

**Wednesday, April 24, 2024**
Rob Bonta                              Appeal Opening Brief Due

**Friday, May 24, 2024**
Kim Rhode                              Appeal Answering Brief Due
Gary Brennan                           Appeal Answering Brief Due
Cory Henry                             Appeal Answering Brief Due
Edward Johnson                         Appeal Answering Brief Due
Scott Lindemuth                        Appeal Answering Brief Due
Richard Ricks                          Appeal Answering Brief Due
Denise Welvang                         Appeal Answering Brief Due
Able's Sporting, Inc.                  Appeal Answering Brief Due

| | |
|---|---|
| AMDEP Holdings, LLC | Appeal Answering Brief Due |
| R&S Firearms, Inc. | Appeal Answering Brief Due |
| California Rifle & Pistol Association | Appeal Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.2. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief.  See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal.  See 9th Cir. R. 42-1.**