|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | FEB 5 2024 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

KIM RHODE, et al.;

      Plaintiffs - Appellees,

 v.

ROB BONTA, in his official capacity as Attorney General of the State of California,

      Defendant - Appellant.

No. 24-542

D.C. No. 3:18-cv-00802-BEN-JLB
Southern District of California,
San Diego

ORDER

Before: CLIFTON, CALLAHAN, and H.A. THOMAS, Circuit Judges.
Order by Judges CLIFTON and H.A. THOMAS; Dissent by Judge CALLAHAN.

    The motion to stay the district court's January 30, 2024 permanent injunction and judgment (Docket Entry No. 4) is granted. *See Nken v. Holder*, 556 U.S. 418, 434 (2009) (defining standard for stay pending appeal).

    The existing briefing schedule remains in effect.

CALLAHAN, Circuit Judge, dissenting:

    I would deny the motion for a stay pending appeal. I do not believe appellant has met his burden of showing a likelihood of success on the merits or that irreparable injury will occur absent a stay.