# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## TRANSCRIPT DESIGNATION AND ORDERING FORM

| U.S. COURT OF APPEALS CASE NUMBER | U.S. DISTRICT COURT CASE NUMBER |
|---|---|
| 24-542 | 3:18-cv-00802-BEN-JLB |

| SHORT CASE TITLE | DATE NOTICE OF APPEAL FILED BY CLERK OF DISTRICT COURT |
|---|---|
| Rhode et al. v. Bonta | January 31, 2024 |

**SECTION A** - TO BE COMPLETED BY PARTY ORDERING TRANSCRIPT

| HEARING DATE | COURT REPORTER/ MAGISTRATE JUDGE | PROCEEDINGS |
|---|---|---|
| 9/20/18 | Dana Peabody | ☐ Voir Dire ☐ Opening Statements ☐ Settlement Instructions ☐ Closing Arguments ☐ Jury Instructions ☒ Pre-Trial Proceedings ☐ Other (Please Specify) |
| 8/19/19 | James C. Pence-Aviles | ☐ Voir Dire ☐ Opening Statements ☐ Settlement Instructions ☐ Closing Arguments ☐ Jury Instructions ☒ Pre-Trial Proceedings ☐ Other (Please Specify) |
| 10/1/19 | Cynthia R. Ott | ☐ Voir Dire ☐ Opening Statements ☐ Settlement Instructions ☐ Closing Arguments ☐ Jury Instructions ☒ Pre-Trial Proceedings ☐ Other (Please Specify) |
| 4/1/20 | Ellen L. Simone | ☐ Voir Dire ☐ Opening Statements ☐ Settlement Instructions ☐ Closing Arguments ☐ Jury Instructions ☒ Pre-Trial Proceedings ☐ Other (Please Specify) |
| 12/12/22 | Abigail R. Torres | ☐ Voir Dire ☐ Opening Statements ☐ Settlement Instructions ☐ Closing Arguments ☐ Jury Instructions ☒ Pre-Trial Proceedings ☐ Other (Please Specify) |
| | See additional page | ☐ Voir Dire ☐ Opening Statements ☐ Settlement Instructions ☐ Closing Arguments ☐ Jury Instructions ☐ Pre-Trial Proceedings ☐ Other (Please Specify) |

**ATTACH ADDITIONAL PAGE FOR DESIGNATIONS, IF NECESSARY**

☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

☒ As retained counsel (or litigant in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

☐ As appointed counsel, I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within five (5) days hereof, will be obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

NAME, ADDRESS AND TELEPHONE NUMBER:

Meghan Strong (SBN 324503)
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3877

DATE TRANSCRIPT ORDERED: 2/13/2024

/s/ Meghan H. Strong
**SIGNATURE**
ATTORNEY/PRO PER LITIGANT

**THIS FORM IS DIVIDED INTO FIVE (5) PARTS. IT SHOULD BE USED TO COMPLY WITH THE FEDERAL RULES OF APPELLATE PROCEDURE AND THE LOCAL RULES OF THE U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT REGARDING THE DESIGNATION AND ORDERING OF COURT REPORTERS' TRANSCRIPTS.**

**PLEASE NOTE THE SPECIFIC INSTRUCTIONS BELOW. IF THERE ARE FURTHER QUESTIONS, CONTACT THE CLERK'S OFFICE, U.S. DISTRICT COURT AT (619) 557-6368**

## SPECIFIC INSTRUCTIONS FOR ATTORNEYS/PRO PER LITIGANTS

1. Pick up form from District Court Clerk's Office when filing the notice of appeal.
2. Complete **Section A**. Place additional designations on blank paper, if needed.
3. Send **Copy One** to District Court.
4. Send **Copy Four** to opposing counsel. Make additional photocopies, if necessary.
5. Send **Copy Two** and **Copy Three** to court reporter. Contact court reporter to make further arrangements for payment.
6. Continue to monitor progress of transcript preparation.

**TRANSCRIPT DESIGNATION AND ORDERING FORM**

*Rhode et al. v. Bonta*
Court of Appeals No. 24-542
District Court No. 18-cv-802-BEN (JLB)

**Transcript Designation and Ordering Form – Additional Page**

Please see the following additional designated transcripts:

| Hearing Date | Court Reporter | Proceedings |
|---|---|---|
| 7/17/23 | Juliet Y. Eichenlaub | Pre-Trial Proceedings |
| 11/13/23 | Juliet Y. Eichenlaub | Pre-Trial Proceedings |

# CERTIFICATE OF SERVICE

Case Name:  *Rhode, et al. v. Becerra, et al.*          Case No.  **3:18-cv-00802-BEN-JLB**

I hereby certify that on February 13, 2024, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**TRANSCRIPT DESIGNATION AND ORDERING FORM**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on February 13, 2024, at San Francisco, California.

G. Pang
Declarant

Signature

SA2018101286/44061281.docx