```
14:05:18   1                    UNITED STATES DISTRICT COURT

           2                FOR THE SOUTHERN DISTRICT OF CALIFORNIA

           3

           4   KIM RHODE, ET AL.,                  .
                                                   .
           5        PLAINTIFFS,                    . NO.18-CV-0802-BEN-JLB
                                                   .
           6             VS.                       . NOVEMBER 13, 2023
                                                   .
           7   ROB BONTA, IN HIS OFFICIAL CAPACITY. SAN DIEGO, CALIFORNIA
               AS ATTORNEY GENERAL OF THE STATE OF.
           8   CALIFORNIA,                         .
                                                   .
           9        DEFENDANT.                     .
14:05:18       . . . . . . . . . . . . . . . . . ..
          10

          11                  TRANSCRIPT OF STATUS CONFERENCE
                         BEFORE THE HONORABLE ROGER T. BENITEZ
          12                   UNITED STATES DISTRICT JUDGE

          13   APPEARANCES:

          14   FOR THE PLAINTIFFS:      MICHEL & ASSOCIATES, PC
                                        BY: SEAN A. BRADY, ESQ.
          15                            180 EAST OCEAN BOULEVARD, SUITE 200
                                        LONG BEACH, CALIFORNIA  90802
          16
               FOR THE DEFENDANT:       DEPARTMENT OF JUSTICE
          17                            OFFICE OF ATTORNEY GENERAL
                                        BY: JOHN D. ECHEVERRIA
          18                            300 SOUTH SPRING STREET, SUITE 1702
                                        LOS ANGELES, CALIFORNIA  90013
          19

          20
               COURT REPORTER:          JULIET Y. EICHENLAUB, RPR, CSR
          21                            USDC CLERK'S OFFICE
                                        333 WEST BROADWAY, ROOM 420
          22                            SAN DIEGO, CALIFORNIA  92101
                                        JULIET_EICHENLAUB@CASD.USCOURTS.GOV
          23

          24

          25   REPORTED BY STENOTYPE, TRANSCRIBED BY COMPUTER
```

```
14:05:18   1                SAN DIEGO, CALIFORNIA; NOVEMBER 13, 2023; 2:05 P.M.
           2                THE CLERK:  THREE ON CALENDAR, 18CV0802, RHODE, ET
           3    AL. VERSUS BECERRA, ET AL., STATUS CONFERENCE.
           4                THE COURT:  COUNSEL, PLEASE REGISTER YOUR APPEARANCES
           5    FOR THE RECORD.
           6                MR. BRADY:  GOOD AFTERNOON, YOUR HONOR.  SEAN BRADY
           7    ON BEHALF OF PLAINTIFF.
           8                MR. ECHEVERRIA:  GOOD AFTERNOON, YOUR HONOR.  JOHN
           9    ECHEVERRIA, E-C-H-E-V-E-R-R-I-A, FOR THE DEFENDANT.
          10                THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH FOR BEING
          11    HERE THIS AFTERNOON.  I APOLOGIZE.  AND ALSO, LET ME APOLOGIZE
          12    IF AT ANY TIME DURING THIS HEARING I SOUND LIKE I'M A LITTLE
          13    CONFUSED.  IT'S NOT BECAUSE I'VE BEEN DRINKING; BUT IT'S
          14    BECAUSE I HAVE FOUR SECOND AMENDMENT CASES I'VE BEEN WORKING ON
14:06:10  15    ALL SIMULTANEOUSLY AND TRYING TO KEEP THEM APART IS NOT EASY.
          16    SO PLEASE, IF I SAY SOMETHING ERRONEOUS, DON'T HESITATE TO
          17    POINT IT OUT TO ME; OKAY?
          18                ALL RIGHT.  NOW, AS I RECALL, I HAVE INDICATED THAT I
          19    WOULD LIKE TO CONSOLIDATE THE PRELIMINARY HEARING WITH THE
          20    TRIAL ON THE MERITS IN THIS CASE.  NOW, I DO NOT RECALL WHETHER
          21    IF WE HAD DISCUSSIONS IN THIS CASE AS TO HOW WE WOULD PROCEED
          22    ABOUT EITHER THE PRELIMINARY HEARING OR THE TRIAL ON THE
          23    MERITS. MAYBE WE DID.  IF WE DID, I HAVE FORGOTTEN.  SO IF ONE
          24    OF YOU WOULD LIKE TO TELL ME WHETHER WE'VE REACHED THAT KIND OF
          25    AGREEMENT.
```

14:06:56  1            MR. BRADY: YOUR HONOR, MY RECOLLECTION IS THAT WE
       2   DID NOT REACH A FINAL DECISION ON HOW WE WERE TO PROCEED
       3   PROCEDURALLY.  I DO RECALL THAT YOUR HONOR RAISED THIS ISSUE
       4   WITH BOTH PARTIES AND ASKED IF THERE WOULD BE ANY OBJECTION TO
       5   DOING IT THAT WAY.
       6            AND AGAIN, MY RECOLLECTION IS THAT NEITHER PARTY
       7   RAISED ANY OBJECTION AT THAT TIME BUT WAS WILLING TO SEE WHAT
       8   THE COURT HAD IN MIND AS FAR AS PROCEDURALLY TEEING THE CASE UP
       9   IF IT CAN BE DONE WITH THE CURRENT STATUS IT'S IN RIGHT NOW
      10   HOW -- WHAT WOULD BE GOING UP TO THE NINTH CIRCUIT AT THIS
      11   POINT?  WOULD WE ACTUALLY HAVE TO HOLD A HEARING AND CALL IT A
      12   TRIAL OR IF THAT COULD JUST BE DONE ON THE PAPERS?  I BELIEVE
      13   MR. ECHEVERRIA AND MYSELF ARE IN AGREEMENT THAT THERE ARE NO
      14   MATERIAL FACTS IN DISPUTE; SO THESE ARE QUESTIONS OF LAW,
14:08:01 15   GENERALLY.
      16            SO I THINK WE DO NOT -- TO ANSWER YOUR HONOR'S
      17   QUESTION, WE DID NOT DECIDE LAST TIME EXACTLY HOW WE WERE GOING
      18   TO PROCEED PROCEDURALLY, BUT WE DID AGREE THAT IT COULD BE DONE
      19   BY COMBINING THE PRELIMINARY INJUNCTION AND THE FINAL DECISION.
      20   IN OTHER WORDS, WE AGREE THAT WE DO NOT NEED TO STICK IN THE
      21   PRELIMINARY INJUNCTION STATUS OF THE CASE.
      22            THE COURT: OKAY.  MR. ECHEVERRIA?
      23            MR. ECHEVERRIA: YES, YOUR HONOR.  THAT GENERALLY
      24   ALIGNS WITH MY RECOLLECTION AS WELL.  AT THE CONCLUSION OF THE
      25   LAST HEARING IN THIS CASE, THE COURT GRANTED THE DEFENDANT AN

```
14:08:44   1   OPPORTUNITY TO SUBMIT ADDITIONAL EVIDENCE, AND WE SUBMITTED
           2   THREE EXPERT DECLARATIONS.  AND THEN THE PLAINTIFFS HAD AN
           3   OPPORTUNITY TO FILE A RESPONSE TO THOSE DECLARATIONS, WHICH
           4   THEY DID.  AND THEN WE FILED A RESPONSE WITH LEAVE OF COURT.
           5   AND THAT IS WHERE THE CURRENT BRIEFING HAS SETTLED.
           6              THE COURT:  OKAY.  SO THEN THE QUESTION BASICALLY FOR
           7   ME IS THIS:  SO NORMALLY, WHEN WE HAVE A TRIAL OR HEARING LIKE
           8   WE DID IN THE MILLER CASE -- REMEMBER? -- WHERE WE HAD MS.
           9   ALLEN TESTIFY, AND WHO IS IS THE FELLOW FROM STANFORD?
          10              MR. ECHEVERRIA:  PROFESSOR DONOHUE.
          11              THE COURT:  RIGHT.  SO WE SORT OF DID A HYBRID WHERE
          12   I TOOK SOME DECLARATIONS IN AS EVIDENCE AND THEN I DID ASK
          13   QUESTIONS OF SOME OF THE WITNESSES AND SO ON AND SO FORTH.  SO
          14   MY QUESTION TO YOU TWO IS THIS:  NO WITNESSES, I MAKE A
14:09:52  15   DECISION BASED ON WHAT HAS BEEN PRESENTED TO ME PRIOR TO NOW,
          16   OR DOES EITHER PARTY RESERVE THE RIGHT TO CALL WITNESSES?
          17   WHAT'S YOUR CHOICE?
          18              MR. BRADY:  I THINK I'LL DEFER TO HEAR MR. ECHEVERRIA
          19   BECAUSE THE GOVERNMENT I BELIEVE HAS THE BURDEN IN THIS CASE IN
          20   WHAT THEY WOULD PUT ON TO MAKE THEIR CASE.  I THINK PLAINTIFFS'
          21   DECISION ON WHETHER TO PRODUCE WITNESSES OR NOT AT THIS POINT
          22   WOULD DEPEND ON THE STATE'S POSITION.  SO I'LL DEFER TO MR.
          23   ECHEVERRIA.
          24              MR. ECHEVERRIA:  YES, YOUR HONOR.  SO I WOULD PUSH
          25   BACK ON THE PROPOSITION THAT WE BEAR THE ENTIRE BURDEN
```

4

14:10:33  1  POST-*BRUEN*. BUT CABINING THAT ISSUE, WHICH YOUR HONOR IS VERY
2  FAMILIAR WITH, I DON'T THINK THERE WOULD BE NEED TO CALL LIVE
3  WITNESS TESTIMONY.  THE HISTORY THAT WE HAVE PROVIDED TO THE
4  COURT IS THE HISTORY, AND I BELIEVE THE ISSUES CAN BE RESOLVED
5  AS A MATTER OF LAW.
6           I THINK IT MIGHT BE HELPFUL FOR THE COURT, BECAUSE OF
7  THE PATCHWORK FASHION IN WHICH THIS CASE HAS BEEN BRIEFED, IT
8  MIGHT HELP THE COURT TO HAVE CONSOLIDATED BRIEFING, BRINGING
9  TOGETHER ALL OF THE HISTORY AND ALL OF THE ISSUES TO ADDRESS
10 BOTH STAGES OF THE *BRUEN* ANALYSIS WITH RESPECT TO THE SECOND
11 AMENDMENT CLAIM.  BUT THEN THERE'S ALSO THE DORMANT COMMERCE
12 CLAUSE CLAIM, AND THERE HAS NOT BEEN AN OPPORTUNITY TO BRIEF
13 THE IMPACT OF THE SUPREME COURT'S DECISION IN *NATIONAL PORK*
14 *PRODUCERS,* WHICH I BELIEVE YOUR HONOR IS FAMILIAR WITH, AND I
14:11:24 15 THINK THAT WAS COVERED EARLIER TODAY IF I'M NOT MISTAKEN.
16           THE COURT:  YES, IT WAS.  THAT'S WHY I WAS LAUGHING.
17 I JUST DEALT WITH THAT ISSUE EARLIER THIS MORNING.  HOW LONG DO
18 YOU WANT TO DO YOUR BRIEFING?
19           MR. ECHEVERRIA:  PLAINTIFF DOES HAVE THE BURDEN ON
20 THAT ISSUE, SO I'LL REFER TO MR. BRADY ON THAT.
21           THE COURT:  HOW ABOUT THIS?  30 DAYS, BOTH OF YOU.
22 GIVE YOU 30 DAYS TO FILE ONE BRIEF.  THAT'S IT.  PUT IT
23 ALL TOGETHER.  WHATEVER YOU GIVE ME, THAT'S IT.  GOOD ENOUGH?
24           MR. BRADY:  SOUNDS GOOD TO ME, YOUR HONOR.
25           THE COURT:  MR. ECHEVERRIA?

| | | |
|---|---|---|
| 14:11:59 | 1 | MR. ECHEVERRIA: TWO QUESTIONS: NUMBER ONE -- I |
| | 2 | DON'T WANT TO BURDEN THE COURT WITH TOO MUCH BRIEFING -- IS |
| | 3 | THERE ANY PAGE LIMIT THE COURT WOULD HAVE IN MIND FOR THIS? |
| | 4 | THE COURT: GIVE ME A NUMBER. I'M THINKING 25 PAGES |
| | 5 | IS WHAT THE COURT OF APPEALS USUALLY GETS. |
| | 6 | MR. ECHEVERRIA: I THINK WE CAN DO 25. |
| | 7 | MR. BRADY: THAT WORKS FOR PLAINTIFFS. |
| | 8 | THE COURT: DONE. ANYTHING ELSE? |
| | 9 | MR. ECHEVERRIA: SECOND QUESTION IS: WOULD THERE BE |
| | 10 | AN OPPORTUNITY TO FILE A SHORTER RESPONSIVE BRIEF? |
| | 11 | THE COURT: NO. ENOUGH IS ENOUGH. YOU FOLKS HAVE |
| | 12 | BRIEFED THESE CASES VERY WELL AND VERY EXTENSIVELY AND VERY |
| | 13 | THOROUGHLY. SO YOU DO ONE MORE BRIEF, 25 PAGES, 30 DAYS, AND |
| | 14 | THEN I'LL ISSUE AN ORDER. AGREED? |
| 14:12:49 | 15 | MR. ECHEVERRIA: IT WORKS FOR DEFENDANT. |
| | 16 | MR. BRADY: WORKS FOR THE PLAINTIFFS, YOUR HONOR. |
| | 17 | THE COURT: YOU FELLOWS ARE WAY TOO EASY TO DEAL |
| | 18 | WITH, AND I APPRECIATE IT. ALL RIGHT. THEN, WELL, I'M SORRY I |
| | 19 | BROUGHT YOU ALL THE WAY HERE TO DO THIS, BUT THE DEAL IS |
| | 20 | SETTLED. FILE YOUR BRIEF WITHIN 30 DAYS, NO MORE THAN 25 |
| | 21 | PAGES, AND THEN I'LL MAKE A DECISION. OKAY. GREAT. |
| | 22 | MR. BRADY: THANK YOU, YOUR HONOR. |
| | 23 | MR. ECHEVERRIA: THANK YOU, YOUR HONOR. |
| | 24 | THE COURT: THANK YOU VERY MUCH. APPRECIATE IT. ALL |
| | 25 | RIGHT. TAKE CARE. BYE-BYE. THIS HEARING IS CONCLUDED. |

```
 1              (MATTER CONCLUDED.)

 2                  C-E-R-T-I-F-I-C-A-T-I-O-N

 3
            I HEREBY CERTIFY THAT I AM A DULY APPOINTED, QUALIFIED
 4   AND ACTING OFFICIAL COURT REPORTER FOR THE UNITED STATES
     DISTRICT COURT; THAT THE FOREGOING IS A TRUE AND CORRECT
 5   TRANSCRIPT OF THE PROCEEDINGS HAD IN THE AFOREMENTIONED CAUSE;
     THAT SAID TRANSCRIPT IS A TRUE AND CORRECT TRANSCRIPTION OF MY
 6   STENOGRAPHIC NOTES; AND THAT THE FORMAT USED HEREIN COMPLIES
     WITH THE RULES AND REQUIREMENTS OF THE UNITED STATES JUDICIAL
 7   CONFERENCE.

 8           DATED: MARCH 1, 2024, AT SAN DIEGO, CALIFORNIA.

 9

10                        /S/ JULIET Y. EICHENLAUB
                          JULIET Y. EICHENLAUB, RPR, CSR
11                        OFFICIAL COURT REPORTER
                          CERTIFIED SHORTHAND REPORTER NO. 12084
12
```