1  ROB BONTA
   Attorney General of California
2  JOHN D. ECHEVERRIA
   Supervising Deputy Attorney General
3  MEGHAN H. STRONG
   Deputy Attorney General
4  CHRISTINA R.B. LÓPEZ
   Deputy Attorney General
5  State Bar No. 312610
    300 South Spring Street, Suite 1702
6   Los Angeles, CA  90013-1230
    Telephone:  (213) 269-6106
7   Fax:  (916) 324-8835
    E-mail:  Christina.Lopez@doj.ca.gov
8  *Attorneys for Defendant Rob Bonta, in his official*
   *capacity as California Attorney General*

9                IN THE UNITED STATES DISTRICT COURT

10            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11

12

13

14 | **KIM RHODE et al.,** | 3:18-cv-00802-BEN-JLB |

15 | Plaintiffs, | **NOTICE OF WITHDRAWAL OF CHRISTINA R.B. LOPEZ** |

16 | **v.** | |

17 | | Judge:        Hon. Andrew G. Schopler |
   | **ROB BONTA, in his official capacity** | Action Filed: May 23, 2023 |
18 | **as Attorney General of the State of** | |
   | **California,** | |
19 | | |
   | Defendant. | |
20

21      **PLEASE TAKE NOTICE THAT** Deputy Attorney General Christina R.B.

22 López hereby withdraws her appearance as counsel for Defendant Rob Bonta.

23

24

25

26

27

28

                                    1

Dated:  December 18, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
JOHN D. ECHEVERRIA
Supervising Deputy Attorney General
MEGHAN H. STRONG
Deputy Attorney General

*/s Christina R.B. López*
CHRISTINA R.B. LÓPEZ
Deputy Attorney General
*Attorneys for Defendant Rob Bonta*

NOTICE OF WITHDRAWAL OF CHRISTINA R.B. LÓPEZ (3:18-cv-00802)