| | |
|---|---|
| 1 | ROB BONTA |
| | Attorney General of California |
| 2 | R. MATTHEW WISE |
| | Supervising Deputy Attorney General |
| 3 | MEGHAN H. STRONG |
| | Deputy Attorney General |
| 4 | JOHN D. ECHEVERRIA |
| | Supervising Deputy Attorney General |
| 5 | State Bar No. 268843 |
| |   455 Golden Gate Avenue, Suite 11000 |
| 6 |   San Francisco, CA  94102-7004 |
| |   Telephone:  (415) 510-3479 |
| 7 |   Fax:  (415) 703-1234 |
| |   Email:  John.Echeverria@doj.ca.gov |
| 8 | *Attorneys for Defendant Rob Bonta,* |
| | *in his official capacity as Attorney General* |
| 9 | *of the State of California* |

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KIM RHODE, et al.,** | Case No. 3:18-cv-00802-BEN-JLB |
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF JOHN D. ECHEVERRIA** |
| v. | |
| **ROB BONTA, in his official capacity as Attorney General of the State of California,** | Judge:    Hon. Roger T. Benitez<br>Courtroom:  5A<br>Action Filed: April 26, 2018 |
| Defendant. | |

**PLEASE TAKE NOTICE** that John D. Echeverria, Supervising Deputy Attorney General, hereby withdraws his appearance as counsel for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California. Defendant Bonta will continue to be represented by the other additional counsel of record in this action. The undersigned respectfully requests to be removed from the docket of this case and that your records be updated to reflect his withdrawal.

Dated: July 10, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
MEGHAN H. STRONG
Deputy Attorney General

*s/ John D. Echeverria*

JOHN D. ECHEVERRIA
Supervising Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California*