| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | AUG 8 2025 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

KIM RHODE; et al.,

      Plaintiffs - Appellees,

 v.

ROB BONTA, in his official capacity as Attorney General of the State of California,

      Defendant - Appellant.

No. 24-542

D.C. No. 3:18-cv-00802-BEN-JLB
Southern District of California, San Diego

ORDER

Before: BYBEE, IKUTA, and BADE, Circuit Judges.

    Plaintiff-Appellees are directed to file a response to the petition for rehearing or rehearing en banc (Dkt. No. 79). The response shall be filed within 21 days of the date of this order and shall not exceed fifteen pages or 4,200 words. 9th Cir. R. 40-1.